# Exhibit A

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>RESHMA KAMATH CAL. BAR NO. 333800<br>700 El Camino Real Suite 120, #1084 Menlo Park, California 94025 United States<br><br>TELEPHONE NO.: 6502570719   FAX NO. *(Optional):*<br>E-MAIL ADDRESS: reshmakamath2021@gmail.com<br>ATTORNEY FOR *(Name):* **MATTHEW JOYCE**<br><br>SUPERIOR COURT OF CALIFORNIA, COUNTY OF **CONTRA COSTA**<br>STREET ADDRESS: **725 Court Street**<br>MAILING ADDRESS: ''<br>CITY AND ZIP CODE: **Martinez, CA 94553**<br>BRANCH NAME: **Wakefield Taylor Courthouse** | *FOR COURT USE ONLY*<br><br>Electronically Filed by<br>Superior Court of California<br>County of Contra Costa<br>5/5/2025 12:52 PM<br>By: C. Padilla, Deputy |

| CASE NAME:<br>**JOYCE V. ARB GAMING LLC ET AL** | |
|---|---|

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER:<br>**C25-01268** |
|---|---|---|
| ☒ **Unlimited** ☐ **Limited**<br>(Amount (Amount<br>demanded demanded is<br>exceeds $25,000) $25,000 or less) | ☐ Counter  ☐ Joinder<br><br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | JUDGE:<br>DEPT.: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
☐ Auto (22)
☐ Uninsured motorist (46)
**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☐ Asbestos (04)
☐ Product liability (24)
☐ Medical malpractice (45)
☐ Other PI/PD/WD (23)
**Non-PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☐ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence (25)
☐ Other non-PI/PD/WD tort (35)
**Employment**
☐ Wrongful termination (36)
☐ Other employment (15)

**Contract**
☒ Breach of contract/warranty (06)
☐ Rule 3.740 collections (09)
☐ Other collections (09)
☐ Insurance coverage (18)
☐ Other contract (37)
**Real Property**
☐ Eminent domain/Inverse condemnation (14)
☐ Wrongful eviction (33)
☐ Other real property (26)
**Unlawful Detainer**
☐ Commercial (31)
☐ Residential (32)
☐ Drugs (38)
**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities litigation (28)
☐ Environmental/Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)
**Enforcement of Judgment**
☐ Enforcement of judgment (20)
**Miscellaneous Civil Complaint**
☐ RICO (27)
☐ Other complaint *(not specified above)* (42)
**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☐ Other petition *(not specified above)* (43)

2. This case ☐ is ☒ is not  complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. ☒ monetary b. ☒ nonmonetary; declaratory or injunctive relief c. ☒ punitive
4. Number of causes of action *(specify):*  7
5. This case ☐ is ☒ is not  a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*
Date:  MAY 04, 2025.

RESHMA KAMATH                                              /S/ Reshma Kamath
(TYPE OR PRINT NAME)                         (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

**CIVIL CASE COVER SHEET**
Processed by Court on 5/6/2025 8:54 AM
Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
*www.courts.ca.gov*

**INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET**                                                                                          **CM-010**

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the Civil Case Cover Sheet contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the Civil Case Cover Sheet to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

**CASE TYPES AND EXAMPLES**

**Auto Tort**
  Auto (22)–Personal Injury/Property
    Damage/Wrongful Death
  Uninsured Motorist (46) *(if the
    case involves an uninsured
    motorist claim subject to
    arbitration, check this item
    instead of Auto)*

**Other PI/PD/WD (Personal Injury/
Property Damage/Wrongful Death)
Tort**
  Asbestos (04)
    Asbestos Property Damage
    Asbestos Personal Injury/
      Wrongful Death
  Product Liability *(not asbestos or
    toxic/environmental)* (24)
  Medical Malpractice (45)
    Medical Malpractice–
      Physicians & Surgeons
    Other Professional Health Care
      Malpractice
  Other PI/PD/WD (23)
    Premises Liability (e.g., slip
      and fall)
    Intentional Bodily Injury/PD/WD
      (e.g., assault, vandalism)
    Intentional Infliction of
      Emotional Distress
    Negligent Infliction of
      Emotional Distress
    Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
  Business Tort/Unfair Business
    Practice (07)
  Civil Rights (e.g., discrimination,
    false arrest) *(not civil
    harassment)* (08)
  Defamation (e.g., slander, libel)
    (13)
  Fraud (16)
  Intellectual Property (19)
  Professional Negligence (25)
    Legal Malpractice
    Other Professional Malpractice
      *(not medical or legal)*
  Other Non-PI/PD/WD Tort (35)

**Employment**
  Wrongful Termination (36)
  Other Employment (15)

**Contract**
  Breach of Contract/Warranty (06)
    Breach of Rental/Lease
      Contract *(not unlawful detainer
        or wrongful eviction)*
    Contract/Warranty Breach–Seller
      Plaintiff *(not fraud or negligence)*
    Negligent Breach of Contract/
      Warranty
    Other Breach of Contract/Warranty
  Collections (e.g., money owed, open
    book accounts) (09)
    Collection Case–Seller Plaintiff
    Other Promissory Note/Collections
      Case
  Insurance Coverage *(not provisionally
    complex)* (18)
    Auto Subrogation
    Other Coverage
  Other Contract (37)
    Contractual Fraud
    Other Contract Dispute

**Real Property**
  Eminent Domain/Inverse
    Condemnation (14)
  Wrongful Eviction (33)
  Other Real Property (e.g., quiet title) (26)
    Writ of Possession of Real Property
    Mortgage Foreclosure
    Quiet Title
    Other Real Property *(not eminent
      domain, landlord/tenant, or
      foreclosure)*

**Unlawful Detainer**
  Commercial (31)
  Residential (32)
  Drugs (38) *(if the case involves illegal
    drugs, check this item; otherwise,
    report as Commercial or Residential)*

**Judicial Review**
  Asset Forfeiture (05)
  Petition Re: Arbitration Award (11)
  Writ of Mandate (02)
    Writ–Administrative Mandamus
    Writ–Mandamus on Limited Court
      Case Matter
    Writ–Other Limited Court Case
      Review
  Other Judicial Review (39)
    Review of Health Officer Order
    Notice of Appeal–Labor
      Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal.
Rules of Court Rules 3.400–3.403)**
  Antitrust/Trade Regulation (03)
  Construction Defect (10)
  Claims Involving Mass Tort (40)
  Securities Litigation (28)
  Environmental/Toxic Tort (30)
  Insurance Coverage Claims
    *(arising from provisionally complex
    case type listed above)* (41)

**Enforcement of Judgment**
  Enforcement of Judgment (20)
    Abstract of Judgment (Out of
      County)
    Confession of Judgment *(non-
      domestic relations)*
    Sister State Judgment
    Administrative Agency Award
      *(not unpaid taxes)*
    Petition/Certification of Entry of
      Judgment on Unpaid Taxes
    Other Enforcement of Judgment
      Case

**Miscellaneous Civil Complaint**
  RICO (27)
  Other Complaint *(not specified
    above)* (42)
    Declaratory Relief Only
    Injunctive Relief Only *(non-
      harassment)*
    Mechanics Lien
    Other Commercial Complaint
      Case *(non-tort/non-complex)*
    Other Civil Complaint
      *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
  Partnership and Corporate
    Governance (21)
  Other Petition *(not specified
    above)* (43)
    Civil Harassment
    Workplace Violence
    Elder/Dependent Adult
      Abuse
    Election Contest
    Petition for Name Change
    Petition for Relief From Late
      Claim
    Other Civil Petition

CM-010 [Rev. September 1, 2021]                                        **CIVIL CASE COVER SHEET**                                                        **Page 2 of 2**

**For your protection and privacy, please press the Clear
This Form button after you have printed the form.**                    | Print this form |    | Save this form |                              | Clear this form |

SUM-100

# SUMMONS
## *(CITACION JUDICIAL)*

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
ARB GAMING LLC dba MODO, a Delaware limited liability company; B2SERVICES OU dba MCLUCK; AFFIRM, INC.; and DOES 1-100, inclusive,

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
MATTHEW JOYCE, an individual,

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.
*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
**Unlimited Civil.**

**Superior Court of California County of Contra Costa 725 Court Street Martinez, CA 94533 Wakefield-Martinez Courthouse**

CASE NUMBER:
*(Número del Caso):*
**C25-01268**

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Reshma Kamath BAR NO. 333800 700 El Camino Real Suite 120 #1084 Menlo Park, CA 94025 Phone: 6502570719 reshmakamath2021@gmail.com

DATE:
*(Fecha)*
5/5/2025 12:52 PM

Clerk, by
*(Secretario)*
/s/ C. Padilla

, Deputy
*(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☐ on behalf of *(specify):*
   under: ☐ CCP 416.10 (corporation)       ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

**Page 1 of 1**

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
*www.courts.ca.gov*

For your protection and privacy, please press the Clear This Form button after you have printed the form.

Print this form     Save this form     Clear this form

1

**LAW OFFICE OF RESHMA KAMATH**

2
**RESHMA KAMATH**, Cal. Bar No. 333800,
700 El Camino Real, Suite 120, #1084,

3
Menlo Park, California 94025, United States
Ph.: 650 257 0719, E.: reshmakamath2021@gmail.com

4
Counsel for Plaintiff **MATTHEW JOYCE**

5
Per local Rule, This case is assigned to
Judge Devine, John P, for all purposes.

6

7
**SUPERIOR COURT OF THE STATE OF CALIFORNIA**
**COUNTY OF CONTRA COSTA**

8
**UNLIMITED CIVIL JURISDICTION**

9

10
MATTHEW JOYCE, an individual,

11
                    Plaintiff,

12
            v.

13
ARB GAMING LLC dba MODO, a Delaware
limited liability company; B2SERVICES OU dba

14
MCLUCK; AFFIRM, INC.; and DOES 1-100,
inclusive,

15

16
                    Defendants.

17

18

19

20

21

22

23

24

25

26
SUMMONS ISSUED

27

28

**CASE NO.:**    C25-01268

**COMPLAINT FOR DAMAGES FOR:**

**1. VIOLATION OF UNRUH CIVIL RIGHTS
ACT (CAL. *CIV. CODE* § 51 *ET SEQ.*) -
DISABILITY DISCRIMINATION;**

**2. BREACH OF CONTRACT;**

**3. NEGLIGENT MISREPRESENTATION;**

**4. FRAUD/INTENTIONAL
MISREPRESENTATION;**

**5. UNFAIR BUSINESS PRACTICES (CAL.
BUS. & PROF. CODE § 17200 *ET SEQ.*);**

**6. UNJUST ENRICHMENT/QUASI-
CONTRACT; and,**

**7. VIOLATION OF CALIFORNIA
FINANCIAL LENDERS LAW.**

**DEMAND FOR JURY TRIAL.**

---

**COMPLAINT**

## I.    THE PARTIES AND JURISDICTION

1.      This action arises from the predatory and exploitative practices of online sweep-stakes and gaming platforms operated by Defendants, who targeted Plaintiff, knowingly exploited his gambling addiction, and engaged in a pattern of conduct designed to maximize his financial losses.

2.      Defendants operate online gaming platforms that purport to comply with sweepstakes laws while effectively functioning as unregulated casinos that prey on vulnerable individuals with gambling disorders.

3.      Defendants specifically targeted Plaintiff after recognizing his vulnerability, offering special inducements, loans, and "VIP" status to encourage his continued gambling despite clear signs of addiction and significant financial harm.

4.      Defendants' conduct violates California law protecting individuals with disabilities, including those with gambling disorders, from discrimination and exploitation, as well as laws prohibiting unfair business practices.

5.      Plaintiff MATTHEW JOYCE is an individual residing in Chapel Hill, North Carolina. At all relevant times, Plaintiff was a customer of Defendants' online gaming platforms. ("Plaintiff" or "JOYCE.")

6.      Defendant ARB GAMING LLC is a Delaware limited liability company doing business as "MODO" which operates an online gaming and sweepstakes platform accessible to nation-wide residents at modo.us, including gamers such as JOYCE.

7.      Defendant B2SERVICES OU is an Estonia-based firm doing which operates an online gaming and sweepstakes platform known as "MCLUCK" accessible to nation-wide residents at mcluck.com, including gamers such as JOYCE.

8.      Defendant AFFIRM is a financial lending institution in Pittsburgh, Pennsylvania, providing gambling loans to gamers, including disabled addicts, such as JOYCE.

9.      The true names and capacities of Defendants DOES 1-100 are unknown to Plaintiff at this time, and Plaintiff therefore sues these Defendants by such fictitious names. Plaintiff will amend this Complaint to allege their true names and capacities when ascertained. Plaintiff is informed and

believes that each of the fictitiously named Defendants is responsible in some manner for the occurrences alleged herein and that Plaintiff' damages were proximately caused by their conduct.

10.     Plaintiff is informed and believes, and on that basis alleges that there exists, and at all times mentioned herein existed, a unity of interest and ownership between Defendants such that any individuality and separateness between these defendants has ceased.  As such, there exists such a unity of interest between Defendants that failure to recognize the alter ego relationship among them would lead to inequitable results.

11.     Venue is proper in this Court, which has jurisdiction over all defendants for the acts and omissions alleged herein, as the obligations or liabilities arose from within this County, Defendants reside in and/or do business in this County, and the damages resulting from Defendants' misconduct exceed the minimum general jurisdictional limits of this Court.

## II.     FACTUAL STATEMENTS

### Defendants' Illegal Lottery Operation

12.     Defendants operate an illegal lottery in violation of California law and the federal Unlawful Internet Gambling Enforcement Act; their platforms require consideration in the form of purchases of virtual currency, winners are determined predominantly via chance rather than skill, and prizes of value are awarded in the form of redeemable virtual currency.

13.     While Defendants claim to operate legal "sweepstakes," their actual operations fail to comply with sweepstakes laws because the so-called "free" method of entry is deliberately obscured and made impractical compared to paid entries, the odds of winning through free entries versus paid entries are not equal in practice, and Defendants provide preferential treatment to certain players, including Plaintiff, which violates the equal opportunity requirement of legitimate sweepstakes.

14.     A true and correct copy of Exhibit 1 Definition of "Gold Coins" and "Sweep Coins" for online sweepstakes is attached hereto and incorporated via reference, herein. A true and correct copy of Exhibit 2 MODO e-mail is attached hereto and incorporated via reference, herein. A true and correct copy of Exhibit 3 E-mail to MODO requesting SC is attached hereto and incorporated via reference, herein. A true and correct copy of Exhibit 4 MODO e-mail thread exchange discussing free coins from

3

**COMPLAINT**

VIP Host is attached hereto and incorporated via reference, herein. A true and correct copy of Exhibit 5 MODO Purchase receipt sample is attached hereto and incorporated via reference, herein. A true and correct copy of Exhibit 6 MODO Purchase receipts from 12/29/2024 – 01/01/2025is attached hereto and incorporated via reference, herein. A true and correct copy of Exhibit 7 MODO chat log before Black Diamond status is attached hereto and incorporated via reference, herein. A true and correct copy of Exhibit 8 MODO promotional email showing current ranking and points needed to level up is attached hereto and incorporated via reference, herein. A true and correct copy of Exhibit 9 MODO email reply. Reminder that Black Diamond members are not to use general customer service chat service, but to use their personal host instead is attached hereto and incorporated via reference, herein. A true and correct copy of Exhibit 10 MODO email reply from VIP Host, Timothy Cramblin is attached hereto and incorporated via reference, herein. A true and correct copy of Exhibit 11 Email to MODO, stating that would not be signing updated Terms of Service Agreement and requesting redemption/withdrawal for remaining balance is attached hereto and incorporated via reference, herein. A true and correct copy of Exhibit 12 Follow-up e-mail to MODO, informing that new Terms and Conditions are not accepted and requesting guidance on withdrawal of remaining balance is attached hereto and incorporated via reference, herein. A true and correct copy of Exhibit 13 E-mail to MODO discussing financial hardship, but still finding a way to take out more debt is attached hereto and incorporated via reference, herein. A true and correct copy of Exhibit 14 Email to MODO thanking VIP Host for free gift is attached hereto and incorporated via reference, herein. A true and correct copy of Exhibit 15 Confirmations from cancelled redemptions is attached hereto and incorporated via reference, herein. A true and correct copy of Exhibit 16 MODO purchase receipts from 01/01/2025 – 01/04/2025 is attached hereto and incorporated via reference, herein. A true and correct copy of Exhibit 17 MODO chat log with general customer service representative is attached hereto and incorporated via reference, herein. A true and correct copy of Exhibit 18 E-mail thread exchange with MODO discussing purchase error is attached hereto and incorporated via reference, herein. A true and correct copy of Exhibit 19 E-mail thread exchange with MODO requesting deposit history, spin history, and win history. MODO's declaration to

gift more is attached hereto and incorporated via reference, herein. A true and correct copy of Exhibit 20 MODO e-mail reply to request for RTP data is attached hereto and incorporated via reference, herein.

15.     A true and correct copy of Exhibit 21 MODO chat log is attached hereto and incorporated via reference, herein. A true and correct copy of Exhibit 22 MODO chat log is attached hereto and incorporated via reference, herein. A true and correct copy of Exhibit 23 MODO chat log with general customer service representative, request for transaction history is attached hereto and incorporated via reference, herein. A true and correct copy of Exhibit 24 MODO e-mail discussing purchase error is attached hereto and incorporated via reference, herein. A true and correct copy of Exhibit 25 E-mail to MODO about spins and returns is attached hereto and incorporated via reference, herein. A true and correct copy of Exhibit 26 MODO e-mail from VIP Host negotiating gift/experience options is attached hereto and incorporated via reference, herein. A true and correct copy of Exhibit 27 MODO e-mail from VIP Host reply to request for RTP data & offer for gift card/experience is attached hereto and incorporated via reference, herein.

16.     A true and correct copy of Exhibit 28 Forensic statistical analysis of gameplay and financial activity prepared by Precision Consulting Firm, LLC is attached hereto and incorporated via reference, herein. A true and correct copy of Exhibit 29 Forensic Psychological Analysis prepared by Lepage Associates is attached hereto and incorporated via reference, herein.  A

17.      true and correct copy of Exhibit 30 Affirm, Inc. debt validation request – delinquent status is attached hereto and incorporated via reference, herein. A true and correct copy of Exhibit 31 Affirm, Inc. debt validation request – complete/paid in full is attached hereto and incorporated via reference, herein.

18.     Defendants' operations more closely resemble casino gambling than legitimate sweepstakes, as evidenced by their use of casino-style games with spinning reels, card games, and other gambling mechanisms, their implementation of variable reward schedules specifically designed to maximize addiction potential, and their targeted marketing to individuals with demonstrated gambling behaviors.

19.     For example, Exhibit 28 demonstrates declining of cognitive function in figure 1.

**Plaintiff's Gambling Disorder**

20.    Plaintiff has a gambling disorder, which is recognized as a disability under California law and the Americans with Disabilities Act. Gambling disorder is characterized by persistent and recurrent problematic gambling behavior leading to clinically significant impairment or distress.

21.    Plaintiff further has bipolar disorder and was prior diagnosed with both depression and anxiety.

22.    Plaintiff's gambling disorder substantially limits several major life activities, including but not limited to managing his finances, maintaining employment, and maintaining relationships.

23.    The timing of Plaintiff's wins and losses followed a specific pattern orchestrated by Defendants to maximize addiction and financial harm. Specifically, larger wins were strategically timed to occur at the beginning of weekends, which prevented Plaintiff from withdrawing funds during non-business days; meanwhile, Defendants' redemption policies required one-to-two (1-2) business days for processing, deliberately allowing cancellation options they knew Plaintiff would utilize during manic episodes. In analyzing Plaintiff's usage patterns, Defendants could predict he would gamble for more than half the day straight on weekends, and timed the "return to player" (RTP) metrics to gradually deplete his funds by Sunday night rather than quickly on weekdays, artificially inflating their RTP statistics while maximizing time spent gambling.

24.    Defendants knew and/or should have known about Plaintiff's gambling disorder based on his usage patterns, communications with customer service representatives, his affirmative attestations to defendants, and financial transactions.

**Defendants' Online Gaming Platforms**

25.    Defendants operate online gaming platforms that purport to offer "sweepstakes" or "social gaming" experiences while effectively functioning as unregulated casinos.

26.    Defendants represent that their platforms comply with sweepstakes laws in offering "free" entries in the form of daily login bonuses, alternate methods of entry, and claiming that games are based entirely on chance rather than skill.

27.    Despite such representations, Defendants' platforms function as *de facto* gambling operations where users make purchases," "gold coins," in turn given "sweepstakes coins" that can be used to play casino-style games with the possibility of winning additional currency that can be redeemed for cash or prizes.

**Defendants' Targeted Exploitation of Plaintiff**

28.    From approximately the years 2024 to 2025, Plaintiff was a customer of Defendants' platforms, initially making modest purchases but gradually increasing his spending as his addiction worsened and mental state declined.

29.    Defendants observed Plaintiff's excessive spending patterns and, rather than enforcing responsible gaming protocols, deliberately targeted him with special offers, promotions, and VIP status to encourage continued and increased gambling.

30.    Defendant MODO, through its representatives, specifically promoted Plaintiff to "Black Diamond" status after observing his substantial losses and despite his raising concerns about functionality of the games.

31.    This promotion to "Black Diamond" status was designed to distract Plaintiff from his concerns and encourage further gambling.

32.    Defendants never provided clear criteria for what qualified Plaintiff for "Black Diamond" status, nor offered him the option to accept or decline this designation, instead unilaterally imposing this status to create a false sense of exclusivity and importance.

33.    Once Plaintiff exceeded to "Black Diamond" status, he was given a "gold coin" package that included sweepstakes coins.

34.    This happened after Plaintiff expressed his wanting to leave the platform due to his concerns and losses.

35.    Upon receiving "Black Diamond" status, Plaintiff was informed that certain services available to regular players were no longer accessible to him, including using the regular chat box for routine matters such as tax documents, which forced Plaintiff to communicate directly with his "VIP

**COMPLAINT**

Host" for all matters, creating further dependence on the special relationship designed to encourage continued gambling.

36.     Through communications with Defendant MODO's representative, Plaintiff was repeatedly provided with various "gifts" of virtual currency explicitly described as coming from a "monthly budget with 'wiggle room,' " specifically allocated for Plaintiff, confirming that Plaintiff received special treatment not available to all players, in direct contradiction to Defendants' claims that their platforms provided equal treatment to all users.

37.     Defendant MODO assigned Plaintiff a personal "host" named "Tim" and "Vic LaFontaine" who provided him with substantial "free" credits and special offers unavailable to ordinary players, creating preferential treatment that violated Defendants' own published sweepstakes rules.

38.     MODO's representative informed Plaintiff: "I saw that you reached out to our chat agents last night after I had left. I did want to remind you that they are unable to assist you with matters such as free SC gifts. As your host, I am the only one able to send you free SC gifts..." This demonstrates the special treatment afforded to Plaintiff that was not available to other players.

39.     Similarly, Defendant MCLUCK failed to implement adequate verification processes, deliberately delayed processing withdrawal requests, and created unnecessary barriers to cashing out winnings, as documented in their communications with Plaintiff: "Yes your absolutely correct, I put them back in my account because you guys kept delaying process of my verification (which still wasn't done as of 10:17 am today) and the rep didn't even give me the full information of the other things I needed to be verified."

40.     The deliberate delay tactics were designed to frustrate withdrawal attempts and encourage Plaintiff to continue gambling with funds he had initially sought to withdraw.

41.     Plaintiff was allowed to win a significant sum of $6,000 on Defendants' platform but was later coerced into signing a terms and conditions page under duress, which he was forced to accept as a condition of continuing play, further evidencing Defendants' exploitative practices.

42.     Despite getting removed from VIP status for allegedly irresponsible gameplay, Defendants continued to permit gambling without any meaningful intervention or responsible gaming

measures being implemented, demonstrating Defendants' deliberate failure to curb Plaintiff's gambling addiction.

**Defendants' Predatory Financing and Loan- Lending Practices**

43.    Defendants facilitated Plaintiff's continued gambling through various financing schemes, including through partnerships with lending services like Affirm, which provided loans for gambling despite its own policies against financing gambling activities.

44.    Plaintiff took out numerous high-interest loans specifically for gambling on Defendants' platforms, with transactions showing repeated patterns of taking out loans from Affirm (often with APRs of 24-25%), immediately transferring the funds to Defendants' platforms, and quickly losing the borrowed funds through gambling.

45.    In January 2025 alone, Plaintiff took out dozens of loans specifically for "MODO GOLD COINS" with transaction amounts typically ranging from $299.99 to $499.99, demonstrating a clear pattern of addiction-driven borrowing; Affirm representatives later acknowledged to Plaintiff that their "system does not detect [gambling transactions] right away," allowing initial transactions to process despite violating their terms of service.

46.    Defendants were aware of such financing arrangements and encouraged them, despite knowing that Plaintiff was incurring significant debt to finance his gambling; when Plaintiff inquired whether Affirm allowed purchases for MODO, Affirm representatives confirmed they had updated their system to block such transactions, stating "Affirm does not support transactions that could be considered illegal or gambling," yet continued attempting to collect debts from gambling-related loans previously issued to Plaintiff.

47.    The financial harm caused by this loan scheme was substantial, with Plaintiff stating during a recorded call with Affirm, "I lost over 200,000, 150,000 just in 2025 to them [Defendants]," yet despite this admission of devastating gambling losses, Affirm continued to attempt collection on these gambling-related debts rather than addressing their failure to prevent gambling-related loans.

48.    Defendants were aware of such financing arrangements and encouraged them, despite knowing that Plaintiff was incurring significant debt to finance his gambling.

**COMPLAINT**

**Defendants' Failure to Implement Responsible Gaming Measures**

49.    Despite clear indications of Plaintiff's gambling disorder, Defendants failed to implement any meaningful responsible gaming measures.

50.    Defendants not only failed to implement responsible gaming measures but actively mocked Plaintiff's clearly problematic gambling behavior, with Defendant MODO's representative Timothy Cramblin making light of Plaintiff's declaration that he was playing "15 hours per day," treating this obvious sign of addiction as humorous rather than concerning.

51.    Plaintiff's ability to play nearly twenty (20) hours a day for the entire month of January 2025, without interruption is a recognized symptom of bipolar disorder, as confirmed per the mental health professionals during Plaintiff's subsequent rehabilitation treatment. When Defendants observed Joyce's gamer behavior in real-time yet took no measures to intervene, instead exploiting Joyce's vulnerability to maximize profits.

52.    Only after approximately a year of Plaintiff exhibiting severe addiction behaviors, including repeatedly canceling redemptions (withdrawals) to continue gambling, did Defendants make any reference to responsible gambling - and even then, merely suggested that Plaintiff stop canceling redemptions rather than implementing mandatory cooling-off periods or spending limits.

53.    Instead, Defendants actively encouraged Plaintiff's continued gambling through VIP programs, personal hosts, promotional offers, and easier access to financing.

54.    Defendant MODO's communications explicitly demonstrate their awareness of Plaintiff's addiction, with their representatives continuing to offer incentives despite his obvious gambling problem.

**Misrepresentations and Unfair Practices**

55.    Defendants represented their platforms as fair and compliant with sweepstakes laws while engaging in practices that violated such representations.

56.    Specifically, Defendants claimed that: All games were based entirely on chance, not skill; no player could have a better chance of winning than any other player; there was "consideration" (special treatment of certain players).

57.     However, Defendants violated these principles by providing Plaintiff with special "Black Diamond" status and personal hosts, giving him substantial "free" credits not available to other players, and offering him gift cards and other incentives to continue gambling

58.     Defendant MCLUCK further engaged in unfair practices by deliberately delaying verification processes required for withdrawals, forcing Plaintiff to continue gambling with funds he had attempted to withdraw.

59.     As a result of Defendants' conduct, Plaintiff has suffered substantial financial damages, including direct losses from gambling on defendants' platforms, interest payments on loans taken out to finance gambling, damage to his credit score from numerous loan applications and potential tax liabilities from unreported gambling transactions

60.     When Plaintiff experienced a period of losses, Defendants would provide him with "free" credits designed to re-engage his gambling behavior, as documented in communications from MODO's representative stating "I've just given you a gift of 2MM GC and 300 free SC. Hope you have a great weekend!"

61.     Defendants deliberately manipulated Plaintiff with false promises of impending wins to keep him gambling; MODO's representative told Plaintiff he was "bound to see even more fantastic success before the month is through!" and referred to his "phenomenal luck" despite Plaintiff's devastating overall losses.

62.     Defendants' communications reveal they were monitoring Plaintiff's gambling patterns in extraordinary detail, including tracking specific win rates, spin counts, and other metrics, which they used to calibrate their exploitation; in one communication, MODO's representative wrote: "With roughly 18,800 spins total in this report, almost 3,700 of them were wins or bonuses... And with 85,888 SC played, you had 81,235.55 SC in wins."

63.     When Plaintiff complained about losses, Defendants would immediately provide more "free" virtual currency to prevent him from stopping play; in one message Plaintiff's host wrote: "I'll tell you what I'll do... I'm out at 6 today, and if I don't receive my budget before about 5:45, I'll go ahead and send you another gift to hold you over until tomorrow."

**COMPLAINT**

64.    Plaintiff has also suffered significant non-economic damages, including emotional distress, anxiety, depression, and worsening of his gambling disorder.

65.    Plaintiff's losses were not limited to his gambling funds. Over the course of his addiction, Plaintiff was forced to sell stores and incur other business-related losses amounting to approximately $200,000 in one year and over $1 million in a ten-year period, all as a direct result of his gambling addiction fostered by Defendants' actions.

66.    Defendants' conduct was a substantial factor in causing Plaintiff's damages.

67.    Exhibit 28 more specifically describes the plight of Mr. Joyce.

68.    As stated in Figure 1, Mr. Joyce logged between 18.5 and 21 continuous hours of play each day. Such extended periods of engagement are consistent with patterns of behavioral escalation and fatigue, two known precursors to impaired decision-making in digital gambling contexts.

69.    Figure 2 indicates damages per the losses to Mr. Joyce. Each cancellation potentially re-exposed Mr. Joyce to further wagering activity, a dynamic that exacerbates financial losses and can intensify psychological distress.

70.    The reasons why Defendants are to blame, because they have intentionally and negligently engaged in manipulative platform design and user re-engagement tactics. The pattern evidenced with Mr. Joyce in Figure 2 is consistent with such documented concerns.

71.    In Figure 3, the Defendants show sub-standard pay-out behaviors: For example, "1. The RTP remained consistently below industry standards, offering substantially less than the typical 90–98% range expected in regulated slot environments."

72.    Following January 03, 2025, RTP dropped even further, suggesting a shift in platform payout behavior during a period the client described as financially damaging."

73.    Figure 3's temporal dimension confirms that the platform's payout profile to Mr. Joyce was not only unfavorable but deteriorated during key financial episodes. It substantiates the Mr. Joyce's concern that gameplay after a certain point became markedly less rewarding — a pattern consistent with platform-controlled volatility or promotional front-loading, both of which Defendant remain intentionally and/or negligently liable for.

74.    Same as Figure 2, Figure 5 further shows that the visual pattern suggests that the platform's pay-out behavior shifted in a sustained way, not simply as a result of one bad session.

75.    Defendants had potentially as a result of hidden rules or mechanics responding to user behavior (e.g., post-redeem engagement) manipulated, behaviorally engineered, and/or warranted further regression-based validation.

76.    Figure 6 shows yet another of Defendants' oddities in intentional manipulation. Defendants used redemption blocks to retain and monetize high-risk users rather than protect them. This supports Mr. Joyce's contentions that even after being blocked from cashing out, he remained active on the platform and suffered significant additional losses.

77.    The exhibit further demonstrates that with 13.79 hours per day significantly exceeds normal entertainment thresholds and can only be associated with compulsive gambling/gaming behavior based on studies.

78.    The fact that it is multiple days shows high risk and impaired decision-making during such sessions, and with overwhelming game-play. Such conduct is the defendants' misconduct, and not how actual RTP is calculated. The deceptive RTP calculation is further grounds for damages.

## CAUSES OF ACTION

## FIRST CAUSE OF ACTION

### VIOLATION OF UNRUH CIVIL RIGHTS ACT (CAL. *CIV. CODE* § 51 *ET SEQ.*)

79.    Plaintiff incorporates via reference all preceding paragraphs as if fully set forth herein.

80.    California *Civil Code* § 51 *et seq.* (the "Unruh Civil Rights Act") guarantees that all persons within California are entitled to full and equal accommodations, advantages, facilities, privileges, or services in all business establishments of every kind whatsoever, regardless of disability.

81.    Gambling disorder is recognized as a disability under California law and the Americans with Disabilities Act.

82.    Plaintiff further has bipolar disorder and was prior diagnosed with both depression and anxiety.

**COMPLAINT**

83. Defendants are business establishments within the meaning of the Unruh Civil Rights Act, as they offer their services.

84. Defendants violated the Unruh Civil Rights Act by engaging in intentional discrimination against Plaintiff on the basis of his disabilities in targeting him for exploitative practices after recognizing his gambling addiction and bipolar disorder; failing to provide reasonable accommodations such was an option, mandatory cooling-off periods, or spending limits despite clear evidence of approximately 72-hour gambling sessions that indicated mental health issues; actively encouraging his continued gambling despite awareness of his disability, mocking his excessive play times rather than intervening; exploiting his disability for financial gain by timing rewards to coincide with periods of manic behavior; creating a "VIP" system specifically designed to exploit vulnerable individuals with gambling disorders; and removing standard customer service channels for Plaintiff, forcing him to interact with personal "hosts" trained to encourage continued gambling despite obvious signs of addiction and self-sabotage drastically altering the course of his life.

85. Plaintiff had no access to 24/7 customer-support. Plaintiff's personal designated "host" only worked forty (40) hours a week.

86. As a direct and proximate result of Defendants' violations of the Unruh Civil Rights Act, Plaintiff has suffered actual damages in an amount to be proven at trial.

87. Pursuant to Civil Code § 52, Plaintiff is entitled to statutory damages of up to three times the amount of actual damage but in no case less than $4,000 for each violation, as well as attorneys' fees and costs.

## SECOND CAUSE OF ACTION

## BREACH OF CONTRACT

88. Plaintiff incorporates via reference all preceding paragraphs as if fully set forth herein.

89. Plaintiff entered into contracts with Defendants by agreeing to their Terms of Service when using their platforms.

90. Such contracts included explicit and implicit terms regarding the fairness of games, equal treatment of players, and compliance with applicable sweepstakes laws.

91.    Defendants breached such contracts in providing preferential treatment to certain players, including Plaintiff, in violation of their own stated rules; operating games that are advertised as "always free to play"; implementing practices that effectively required monetary purchases for participation in their sweepstake.

92.    Defendant MODO breached their contract by providing Plaintiff with special "Black Diamond" status and personal hosts who could provide him with free GC packages that included a substantial amount of SC that can be redeemed at 1:1 SC to USD and incentives not available to other players.

### THIRD CAUSE OF ACTION

### NEGLIGENT MISREPRESENTATION

93.    Plaintiff incorporates via reference all preceding paragraphs as if fully set forth herein.

94.    Defendants made numerous representations to Plaintiff regarding their platforms, including but not limited to that their games were fair and game play and ROI were all within the normal ranges; that all players had an equal opportunity to win.

95.    Such representations were false, and Defendants knew or should have known they were false when made.

96.    Defendants intended for Plaintiff to rely on these representations to induce him to continue using their platforms and making purchases with the sole intent of obtaining SC to win prizes that have a monetary value. Due to the fact that you cannot win prizes strictly at monetary value strictly with GCs.

97.    Plaintiff reasonably relied on such representations to his detriment.

98.    As a direct and proximate result of Defendants' negligent misrepresentations, Plaintiff has suffered damages in an amount to be proven at trial.

### FOURTH CAUSE OF ACTION

### UNFAIR BUSINESS PRACTICES

### (CAL. *BUS. & PROF*. CODE § 17200 *ET SEQ.*)

99.    Plaintiff incorporates via reference all preceding paragraphs as if fully set forth herein.

100.    California *Business and Professions* Code § 17200 prohibits "unfair competition," which includes any unlawful, unfair, or fraudulent business act or practice.

101.    Defendants have engaged in unlawful business practices in violating the Unruh Civil Rights Act, operating de facto gambling operations without proper licenses, violating sweepstakes laws by providing preferential treatment to certain players, and failing to provide proper tax documentation for gambling winnings. Plaintiff was completely unaware of the taxes owed on winnings.

102.    Defendants have engaged in unfair business practices in targeting vulnerable individuals with gambling disorders, implementing predatory lending practices to finance gambling, creating unnecessary barriers to withdrawals, weekend barriers - winning on Friday not being able to win until Monday, and failing to implement responsible gaming measures.

103.    Defendants have engaged in fraudulent business practices in misrepresenting the nature of their games, misrepresenting compliance with their own sweepstakes rules, misrepresenting the fairness and equal treatment and safety of all players, and failing to disclose material information about their operations.

104.    As a direct and proximate result of Defendants' unfair business practices, Plaintiff has suffered injury in fact and lost money or property in an amount to be proven at trial.

105.    Pursuant to Business and Professions Code § 17203, Plaintiff seeks disgorgement of all monies wrongfully obtained by Defendants through their unfair business practices.

## FIFTH CAUSE OF ACTION

### FRAUD / INTENTIONAL MISREPRESENTATION

106.    Plaintiff incorporates via reference all preceding paragraphs as if fully set forth herein.

107.    Defendants made numerous misrepresentations to Plaintiff with knowledge of their falsity and with the intent to defraud, including but not limited to: that their games were fair, random, and solely based on chance; that all players had an equal opportunity to win; that they complied with all applicable sweepstakes laws; that withdrawals would be processed promptly and without unnecessary barriers; that responsible gaming practices were implemented on their platforms; that the "Return to Player" (RTP) percentages were accurately represented, when in fact they were manipulated by strategic

timing of wins; and that they maintained ethical practices regarding player treatment, when they in fact deliberately targeted and exploited vulnerable individuals with mental health disabilities.

108.    Defendants knew these representations were false when made. Defendant MODO, in particular, implemented a tiered VIP system that provided "Black Diamond" members like Plaintiff with special benefits not available to other players, contradicting their representation that all players had equal chances to win prizes redeemable for cash.

109.    Defendant MODO's representative stated they had a "monthly budget with some 'wiggle room'" specifically for giving Plaintiff free money, demonstrating that certain players received preferential treatment in direct contradiction to the platform's purported rules.

110.    Defendants intended that Plaintiff rely on these misrepresentations to continue gambling on their platforms, increasing their profits at his expense.

111.    Plaintiff reasonably relied on Defendants' misrepresentations by continuing to use their platforms and making substantial purchases, with the sole intention of obtaining SC, believing that the games were fair and that he had the same chance of winning as any other player. Tim said every spin is always random.

112.    As a direct and proximate result of Defendants' intentional misrepresentations, Plaintiff has suffered damages, including substantial financial losses, interest payments on loans, damage to his credit score, emotional distress, and work performance suffered.

113.    Defendants' conduct was willful, malicious, oppressive, and in conscious disregard of Plaintiff's rights, entitling Plaintiff to punitive damages in an amount sufficient to punish Defendants and deter similar conduct in the future.

## SIXTH CAUSE OF ACTION

## UNJUST ENRICHMENT / QUASI-CONTRACT

114.    Plaintiff incorporates via reference all preceding paragraphs as if fully set forth herein.

115.    Defendants have received significant financial benefits from Plaintiff through their predatory and exploitative practices.

116.    Such benefits came at Plaintiff's expense and were obtained through Defendants' wrongful conduct as alleged herein.

117.    Defendants knew about Plaintiff's gambling disorder and deliberately exploited it for their financial gain.

118.    It would be unjust to allow Defendants to retain the benefits they obtained from Plaintiff through their wrongful conduct.

119.    Plaintiff is entitled to restitution of all amounts by which Defendants have been unjustly enriched at his expense.

<u>SEVENTH CAUSE OF ACTION</u>

<u>VIOLATION OF CALIFORNIA FINANCIAL LENDERS LAW</u>

<u>(CALIFORNIA FINANCIAL CODE)</u>

**(§ 22000 *ET SEQ.*)**

120.    Plaintiff incorporates via reference all preceding paragraphs as if fully set forth herein.

121.    The California Financing Law requires the licensing and regulation of finance lenders and brokers making and brokering consumer and commercial loans.

122.    It is unclear whether Defendants provided a consumer loan or a commercial loan to Plaintiff from Defendant Affirm.

123.    Defendant Affirm provided usurious loans to Plaintiff based on unconscionable loan terms via Celtic Bank. Affirm's lending terms were both unconscionable to an unsophisticated person, but also to a disabled, gambling addict such as Mr. Joyce.

124.    Defendants worked with Defendant Affirm, Inc. to provide loans and enable Plaintiff's gambling addiction. Defendants' terms were against California Gambling Control Commission.

125.    California Civil Code Section 1607: Pursuant to California Civil Code Section 1607, the consideration on any contract must be "lawful." Civil Code Section 1667 defines what is "not lawful" as including that which is illegal, "contrary to the policy of express law, though not expressly prohibited," or "otherwise contrary to good morals."

126.    Defendants' terms were unlawful pursuant to California Civil Code Section 1607.

127.    Defendants' terms were in violation and against the Gambling Control Act from DIVISION 8, of the California Business and Professions Code (2024).

128.    Defendants further violated the federal Truth-in-Lending Disclosure Act and that if this case is bifurcated can pursue federal diversity jurisdiction in federal court.

129.    Even if Plaintiff is a North Carolina resident, the activities and incidents of the Defendants primarily took place in California subjecting all parties to California jurisdiction.

130.    Plaintiff seeks damages in the amount of $2.5 million against Affirm, Inc. and Celtic Bank, its creditor as non-party.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests the following relief:

On All Causes of Action:

1.      For $10.5 million against Defendants ARB GAMING LLC dba MODO, a Delaware limited liability company;

2.      For $1 million against Defendants B2SERVICES OU dba MCLUCK;

3.      For $1 million against Defendant AFFIRM, INC. and its creditor, CELTIC BANK;

4.      For actual, special, general, consequential, expectancy damages according to proof;

5.      For punitive, treble and exemplary damages;

6.      For restitution of all monies wrongfully obtained by Defendants;

7.      For disgorgement of Defendants' ill-gotten gains;

8.      For pre-judgment and post-judgment interest according to law;

9.      For statutory damages under the Unruh Civil Rights Act;

10.     For $2.5 million in damages;

11.     For emotional distress damages to Plaintiff and his close relatives;

12.     For psychological evaluation in enabling Plaintiff's gambling addiction and other disorders;

**COMPLAINT**

13.    For reasonable attorneys' fees and costs of suit as permitted by law and contract;

14.    For such other and further relief as the Court deems just and proper.

**DATED: May 5, 2025,**                          **LAW OFFICE OF RESHMA KAMATH**

*/S/ Reshma Kamath*

**RESHMA KAMATH**
Counsel for Plaintiff **MATTHEW JOYCE**

**COMPLAINT**

## Plaintiff's Exhibits

| No. | Description | Date | For Claim No. | Page No. |
|-----|-------------|------|---------------|----------|
| 1 | Definition of "Gold Coins" and "Sweep Coins" for online sweepstakes | ■ | 6 | Not yet added |
| 2 | MODO email | 03/07/2025 | 13 | 5 – 6 |
| 3 | Email to MODO requesting SC | 01/17/2025 | 13b | 7 |
| 4 | MODO email thread exchange discussing free coins from VIP Host | 02/03/2025 | 17 | 8 – 12 |
| 5 | MODO Purchase receipt sample | 03/20/2025 | 21 | 13 – 14 |
| 6 | MODO Purchase receipts from 12/29/2024 – 01/01/2025 | 12/29/2024 | 21 | 15 – 49 |
| 7 | MODO chat log before Black Diamond status | 01/03/2025 | 25 | 50 – 51 |
| 8 | MODO promotional email showing current ranking and points needed to level up | 01/03/2025 | 26 | 52 – 54 |
| 9 | MODO email reply. Reminder that Black Diamond members are not to use general customer service chat service, but to use their personal host instead | 02/09/2025 | 27 | 55 – 56 |

JOYCE00001

| | | | | |
|---|---|---|---|---|
| 10 | MODO email reply from VIP Host, Timothy Cramblin | 01/26/2025 | 29 | 56 – 57 |
| 11 | Email to MODO, stating that would not be signing updated Terms of Service Agreement and requesting redemption/withdrawal for remaining balance | 04/08/2025 | 33 | 58 – 85 |
| 12 | Follow-up email to MODO, informing that new Terms and Conditions are not accepted and requesting guidance on withdrawal of remaining balance | 04/09/2025 | 33 | 86 |
| 13 | Email to MODO discussing financial hardship, but still finding a way to take out more debt | 02/15/2025 | 40 | 87 |
| 14 | Email to MODO thanking VIP Host for free gift | 02/15/2025 | 44 | 88 |
| 15 | Confirmations from cancelled redemptions | 10/08/2024 | 45 | 89 – 156 |
| 16 | MODO purchase receipts from 01/01/2025 – 01/04/2025 | 01/01/2025 | 47 | 157 – 195 |
| 17 | MODO chat log with general customer service representative | 01/30/2025 | 47b | 196 – 198 |

JOYCE00002

| | | | | |
|---|---|---|---|---|
| 18 | Email thread exchange with MODO discussing purchase error | 03/16/2025 | 48 | 199 – 219 |
| 19 | Email thread exchange with MODO requesting deposit history, spin history, and win history. MODO's declaration to gift more | 02/07/2025 | 50 | 220 – 255 |
| 20 | MODO email reply to request for RTP data | 02.07.2025 | 56 | 256 – 257 |
| 21 | MODO chat log | 03/14/2025 | 58 | 258 – 260 |
| 22 | MODO chat log | 01/07/2025 | 66 | 261 – 262 |
| 23 | MODO chat log with general customer service representative, request for transaction history | 02/04/2025 | 68b | 263 – 264 |
| 24 | MODO email discussing purchase error | 03/17/2025 | 72 | 265 – 267 |
| 25 | Email to MODO about spins and returns | 02/07/2025 | 76 | 268 – 269 |
| 26 | MODO email from VIP Host negotiating gift/experience options | 03/20/2025 | 90 | 270 |
| 27 | MODO email from VIP Host reply to request for RTP data & offer for gift card/experience | 03/19/2025 | 93 | 271 |

JOYCE00003

| 28 | Forensic statistical analysis of gameplay and financial activity prepared by Precision Consulting Firm, LLC | 04/29/2025 | | 273 |
|----|----|----|----|----|
| 29 | Forensic Psychological Analysis prepared by Lepage Associates | 05/01/2025 | | 289 |
| 30 | Affirm, Inc. debt validation request – delinquent status | 05/04/2025 | 121 | 292 – 307 |
| 31 | Affirm, Inc. debt validation request – complete/paid in full | 05/04/2025 | 121 | 308 – 325 |

JOYCE00004

 **Matt J <crash07222@gmail.com>**

---

## Greetings

**Timothy Cramblin (modo.us)** <vip@modo.us>                                    Fri, Mar 7 at 3:36 PM
Reply-To: modo.us <vip@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



Hey Matt,

There is no limit to how many AMOE envelopes you may submit. Just make sure that if you do submit AMOE entries, you follow the instructions exactly to the letter. The slightest deviation from the instructions will disqualify your entry.

As for your gifts, I just want to confirm that you absolutely want to receive it all in one lump sum before I send it. Remember that this will use up my entire budget for the month (and please know that I'm utilizing that wiggle room I mentioned and being generous with it), and I will not be able to send you any extra gifts for the remainder of the month.

Kindest regards,

Timothy Cramblin

Modo.us VIP Host

### HELP CENTER

Sweepstakes Rules     |     Privacy Policy     |     Terms of Use     |     Responsible Social Gaming

[9L5W4G-6M3L0]

JOYCE00005

 **Matt J <crash07222@gmail.com>**

---

## Greetings

**modo.us** <vip@modo.us>                                    Fri, Mar 7 at 3:05 PM
Reply-To: modo.us <vip@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



Thanks.  On second thought Tim I'll take my whole monthly gift as soon as possible.  Would rather use any gifted SC at my disposal first, while hoping my luck improves.  Also does AMOE (mail request) have a maximum sc request? Don't know why I haven't utilized that option previously.  Won't email again this weekend, know you've been busy.  Later

Matt

Sent from App for Gmail

Friday, March 7, 2025 at 1:28 PM -05:00 from vip@modo.us <vip@modo.us>:



[Quoted text hidden]

[9L5W4G-6M3L0]

HELP CENTER

[Quoted text hidden]
[9L5W4G-6M3L0]

JOYCE00006



**Matt J <crash07222@gmail.com>**

---

## [modo.us] Re: New request not on gameplay

**modo.us** <vip@modo.us>                                                          Fri, Jan 17 at 2:41PM
Reply-To: modo.us <vip@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



Thanks for explaining that regarding rtp, I'll chalk
It up to me being the most unlucky man on modo.  Thanks for recommendation on GC but I
have no interest in them, feel free to take and donate to any GC players.  Honestly Tim your
not the one who should deal with this it's laid out on home page if I wanna go that route.  So
I'll digress and start over.  Your my host so in my experience your here to take requests and
accommodate the player your assigned.  So my request is when I reach out to you Monday
for SC I'd love to see it reflect my status as black diamond and the terrible terrible run of luck I
have had.  Also very excited for the top of the line birthday click and claim.  Look forward to
being part of the majority that wins more consistently.  Thanks for all the support Tim and look
forward to you being my host moving forward.  Have a great rest of the week!
Matt


Sent from App for Gmail


Friday, January 17, 2025 at 2:14 PM -05:00 from vip@modo.us <vip@modo.us>:

[Quoted text hidden]

HELP CENTER

[Quoted text hidden]
[LJ67YN-2V6NR]

JOYCE00007

 **Gmail**

**Matt J <crash07222@gmail.com>**

## As of late...

12 messages

---

<crash07222@gmail.com>                                                                 Mon, Feb 3 at 8:23 PM
To: modo.us <vip@modo.us>

Hey Tim thanks for free play this morning.  No
Complaints or asks,  had a nice trip home to visit family, just wanted to share my experience thus far as a black diamond
member.  Normally get some good FP in the morning go up a few bucks, then it slowly gets drained.  After usually 2-3k
from me goes in and lately, on all different games it's been quick. So anyway this vid I'm sending kinda a perfect
microcosm.  Didn't feel like sending the second and third but same result.  Also with my luck I always seem to hit on a
Friday night or Saturday so redemptions lag until Monday night normally.  Anyway loading up one more time tonight
hoping for better luck now and in February.  Have a good one bud.  Thanks again for the FP today was a lot more then
usual.  Later Tim
Matt


Sent from App for Gmail

---

**Timothy Cramblin (modo.us)** <vip@modo.us>                                          Tue, Feb 4 at 1:08 PM
Reply-To: modo.us <vip@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



Good to hear from you, Matt!

Your daily and weekly playback rewards are always based off of a combination of factors from
your previous day/week's gameplay. It's not solely based on purchase amounts, but
essentially the more you play, the better your chances for bigger playback rewards.

While I'm unable to change the amount of your playback rewards, if you ever feel like they're
not enough feel free to request some free coins from me. While I'm not always able to honor
free coin requests, I will be happy to gift you when I have the free coins to spare.

Hope you have an awesome rest of your day!

Kindest regards,

Timothy Cramblin

Modo.us VIP Host

## HELP CENTER

Sweepstakes Rules | Privacy Policy | Terms of Use | Responsible Social Gaming

[G30YKY-PMR1L]

---

<crash07222@gmail.com>                                              Wed, Feb 5 at 4:36 PM
To: modo.us <vip@modo.us>

Good hearing from you too Tim!  That's ok, you guys have done enough for me already.  New games are fun, look forward to playing them more, luck seemed to turn around alittle today was able to play a lot longer with my deposit.  Have a good one.  You'll be hearing from me a lot less I promise.
Matt


Sent from App for Gmail


Tuesday, February 4, 2025 at 1:08 PM -05:00 from vip@modo.us <vip@modo.us>:
[Quoted text hidden]

---

**modo.us** <vip@modo.us>                                          Wed, Feb 5 at 4:36 PM
Reply-To: modo.us <vip@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



Good hearing from you too Tim!  That's ok, you guys have done enough for me already.  New games are fun, look forward to playing them more, luck seemed to turn around alittle today was able to play a lot longer with my deposit.  Have a good one.  You'll be hearing from me a lot less I promise.
Matt


Sent from App for Gmail


Tuesday, February 4, 2025 at 1:08 PM -05:00 from vip@modo.us <vip@modo.us>:



JOYCE00009



[Quoted text hidden]

[G30YKY-PMR1L]

HELP CENTER

[Quoted text hidden]
[G30YKY-PMR1L]

---

<crash07222@gmail.com>                                          Thu, Feb 6 at 8:32 PM
To: modo.us <vip@modo.us>

Hey Tim, after some reflection lol.  Think I will take you up on your generous free coins offer if any available.  Maxed out a credit card just on my New York trip, second one in last month.  Wrote checks to pay them back but until they clear I'm alittle light at the moment for sure.  I've honestly never won to much off free play, but at this point money deposited isn't doing to well either.  Anyway talk to u later either way all good.  Have a good one.
Matt


Sent from App for Gmail


Wednesday, February 5, 2025 at 4:36 PM –05:00 from crash07222@gmail.com <crash07222@gmail.com>:
[Quoted text hidden]

---

**modo.us** <vip@modo.us>                                      Thu, Feb 6 at 8:32 PM
Reply-To: modo.us <vip@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



Hey Tim, after some reflection lol.  Think I will take you up on your generous free coins offer if any available.  Maxed out a credit card just on my New York trip, second one in last month.  Wrote checks to pay them back but until they clear I'm alittle light at the moment for sure.  I've honestly never won to much off free play, but at this point money deposited isn't doing to well either.  Anyway talk to u later either way all good.  Have a good one.
Matt


Sent from App for Gmail


Wednesday, February 5, 2025 at 4:36 PM –05:00 from crash07222@gmail.com <crash07222@gmail.com>:

JOYCE00010

Good hearing from you too Tim! That's ok, you guys have done enough for me already. New games are fun, look forward to playing them more, luck seemed to turn around alittle today was able to play a lot longer with my deposit. Have a good one. You'll be hearing from me a lot less I promise.
Matt


Sent from App for Gmail


Tuesday, February 4, 2025 at 1:08 PM -05:00 from vip@modo.us <vip@modo.us>:



Good to hear from you, Matt!

Your daily and weekly playback rewards are always based off of a combination of factors from your previous day/week's gameplay. It's not solely based on purchase amounts, but essentially the more you play, the better your chances for bigger playback rewards.

While I'm unable to change the amount of your playback rewards, if you ever feel like they're not enough feel free to request some free coins from me. While I'm not always able to honor free coin requests, I will be happy to gift you when I have the free coins to spare.

Hope you have an awesome rest of your day!

Kindest regards,

Timothy Cramblin

Modo.us VIP Host

HELP CENTER

Sweepstakes Rules | Privacy Policy | Terms of Use | Responsible Social Gaming

[G30YKY-PMR1L]

HELP CENTER

Sweepstakes Rules | Privacy Policy | Terms of Use | Responsible Social Gaming

JOYCE00011

[G30YKY-PMR1L]

---

&lt;crash07222@gmail.com&gt;                                          Thu, Feb 20 at 6:42 PM
To: &lt;ModosOperandi@protonmail.com&gt;

[Quoted text hidden]

---

&lt;crash07222@gmail.com&gt;                                          Thu, Feb 27 at 10:39 AM
To: modo.us &lt;vip@modo.us&gt;

[Quoted text hidden]

---

&lt;crash07222@gmail.com&gt;                                          Thu, Feb 27 at 10:39 AM
To: &lt;vulturevictim@proton.me&gt;

[Quoted text hidden]

---

&lt;crash07222@gmail.com&gt;                                          Thu, Feb 27 at 10:40 AM
To: &lt;vulturevictim@proton.me&gt;

[Quoted text hidden]

---

**modo.us** &lt;vip@modo.us&gt;                                        Thu, Feb 27 at 11:00 AM
Reply-To: modo.us &lt;vip@modo.us&gt;
To: Matthew Thomas Joyce &lt;crash07222@gmail.com&gt;



Sorry was trying to send Question from another email I saw.  This can be closed.

## HELP CENTER

Sweepstakes Rules     |     Privacy Policy     |     Terms of Use     |     Responsible Social Gaming

[9L6XDL-39MGJ]

---

Matt J &lt;crash07222@gmail.com&gt;                                   Tue, Apr 22 at 8:33 PM
Draft

[Quoted text hidden]

JOYCE00012

 **Matt J <crash07222@gmail.com>**

---

## Your Purchase is Complete and Your Account has Been Credited!

---

**Modo.us** <support@to.modo.us>                                          Thu, Mar 20 at 12:39 PM
Reply-To: <support@t.modo.us>
To: <crash07222@gmail.com>





**Hi Matthew Thomas,**

We are pleased to confirm that your purchase has been successful! Your Modo.us account has been credited with 500000 Gold Coins (GC). We have given you 100 Sweepstakes Coins (SC) for FREE.

Purchase details:

Amount: $99.99
Date: 03/20/2025
Package Type: Standard package
Gold Coins (GC): 500000
Free Additional Sweepstake Coins (SC): 100

Payment ID: 0195b46c-d0d2-7eb2-8ff3-21471a2dad3f

**PLAY NOW**

IT IS FREE TO PLAY ON **MODO.US**
NO PURCHASE OR PAYMENT NECESSARY

---

JOYCE00013

Copyright © 2025 Modo.us. All rights reserved. Void where prohibited by law. See terms and conditions at www.modo.us.

The Sweepstakes promotions and prizes offered by Modo.us are operated by ARB Gaming LLC.

Terms of Use          Responsible Social Gaming          Sweepstake Rules          Privacy Policy

JOYCE00014

 **Matt J <crash07222@gmail.com>**

## Your Purchase is Complete and Your Account has Been Credited!
42 messages

**Modo.us** <support@t.modo.us>                                    Sun, Dec 29, 2024 at 5:59 PM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>





**Hi Matthew Thomas,**

We are pleased to confirm that your purchase has been successful! Your Modo.us account has been credited with 200000 Gold Coins (GC). We have given you 50 Sweepstakes Coins (SC) for FREE.

Purchase details:

Amount: $49.99
Date: 12/29/2024
Package Type: Standard package
Gold Coins (GC): 200000
Free Additional Sweepstake Coins (SC): 50

Payment ID: be1f7aea-270b-4174-86dd-c75c85353c23

**PLAY NOW**

IT IS FREE TO PLAY ON **MODO.US**
NO PURCHASE OR PAYMENT NECESSARY

JOYCE00015

Copyright © 2024 Modo.us. All rights reserved. Void where prohibited by law. See terms and conditions at www.modo.us.

The Sweepstakes promotions and prizes offered by Modo.us are operated by ARB Gaming LLC.

Terms of Use          Responsible Social Gaming          Sweepstake Rules          Privacy Policy

---

**Modo.us** <support@t.modo.us>                                    Sun, Dec 29, 2024 at 11:14 PM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>





**Hi Matthew Thomas,**

We are pleased to confirm that your purchase has been successful! Your Modo.us account has been credited with 500000 Gold Coins (GC). We have given you 100 Sweepstakes Coins (SC) for FREE.

Purchase details:

Amount: $84.99
Date: 12/29/2024
Package Type: Promotion
Gold Coins (GC): 500000
Free Additional Sweepstake Coins (SC): 100

Payment ID: 7305593e-d986-4599-9e55-b6697e2ab005

**PLAY NOW**

[Quoted text hidden]

---

**Modo.us** <support@t.modo.us>                                    Sun, Dec 29, 2024 at 11:28 PM
Reply-To: <support@modo.us>

To: Matthew Thomas Joyce <crash07222@gmail.com>





**Hi Matthew Thomas,**

We are pleased to confirm that your purchase has been successful! Your Modo.us account has been credited with 500000 Gold Coins (GC). We have given you 100 Sweepstakes Coins (SC) for FREE.

Purchase details:

Amount: $94.99
Date: 12/29/2024
Package Type: Promotion
Gold Coins (GC): 500000
Free Additional Sweepstake Coins (SC): 100

Payment ID: 3f01308b-a34c-4911-a361-aac23d9467d3

**PLAY NOW**

[Quoted text hidden]

**Modo.us** <support@t.modo.us>                                    Sun, Dec 29, 2024 at 11:33 PM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



JOYCE00017



**Hi Matthew Thomas,**

We are pleased to confirm that your purchase has been successful! Your Modo.us account has been credited with 500000 Gold Coins (GC). We have given you 100 Sweepstakes Coins (SC) for FREE.

Purchase details:

Amount: $99.99
Date: 12/29/2024
Package Type: Standard package
Gold Coins (GC): 500000
Free Additional Sweepstake Coins (SC): 100

Payment ID: fbcbd912-3c6d-4775-a99d-639f3e8d18d6

**PLAY NOW**

[Quoted text hidden]

---

**Modo.us** <support@t.modo.us>
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>

Mon, Dec 30, 2024 at 3:14 AM





**Hi Matthew Thomas,**

JOYCE00018

We are pleased to confirm that your purchase has been successful! Your Modo.us account has been credited with 500000 Gold Coins (GC). We have given you 100 Sweepstakes Coins (SC) for FREE.

Purchase details:

Amount: $94.99
Date: 12/30/2024
Package Type: Promotion
Gold Coins (GC): 500000
Free Additional Sweepstake Coins (SC): 100

Payment ID: 8d450450-12fd-49a7-8deb-2204d3718351

PLAY NOW

[Quoted text hidden]

---

**Modo.us** <support@t.modo.us>                                        Mon, Dec 30, 2024 at 6:15 AM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>





**Hi Matthew Thomas,**

We are pleased to confirm that your purchase has been successful! Your Modo.us account has been credited with 500000 Gold Coins (GC). We have given you 100 Sweepstakes Coins (SC) for FREE.

JOYCE00019

Purchase details:

Amount: $99.99
Date: 12/30/2024
Package Type: Standard package
Gold Coins (GC): 500000
Free Additional Sweepstake Coins (SC): 100

Payment ID: c2b91204-877d-422d-8c82-e7d1f417b9c0

**PLAY NOW**

[Quoted text hidden]

---

**Modo.us** <support@t.modo.us>                                    Mon, Dec 30, 2024 at 6:19 AM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>





**Hi Matthew Thomas,**

We are pleased to confirm that your purchase has been successful! Your Modo.us account has been credited with 75000 Gold Coins (GC). We have given you 20 Sweepstakes Coins (SC) for FREE.

Purchase details:

Amount: $19.99
Date: 12/30/2024
Package Type: Standard package
Gold Coins (GC): 75000
Free Additional Sweepstake Coins (SC): 20

Payment ID: 09fb0d4c-0e18-4c1d-be53-9afe54fb027d

**PLAY NOW**

[Quoted text hidden]

---

**Modo.us** <support@t.modo.us>                                    Mon, Dec 30, 2024 at 1:25 PM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>





**Hi Matthew Thomas,**

We are pleased to confirm that your purchase has been successful! Your Modo.us account has been credited with 200000 Gold Coins (GC). We have given you 50 Sweepstakes Coins (SC) for FREE.

Purchase details:

Amount: $49.99
Date: 12/30/2024
Package Type: Standard package
Gold Coins (GC): 200000
Free Additional Sweepstake Coins (SC): 50

Payment ID: 94445abc-acf3-4a07-b8f1-328d5eecab83

**PLAY NOW**

[Quoted text hidden]

JOYCE00021

**Modo.us** <support@t.modo.us>                                    Mon, Dec 30, 2024 at 7:15 PM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>





**Hi Matthew Thomas,**

We are pleased to confirm that your purchase has been successful! Your Modo.us
account has been credited with 200000 Gold Coins (GC). We have given you 50
Sweepstakes Coins (SC) for FREE.

Purchase details:

Amount: $49.99
Date: 12/30/2024
Package Type: Standard package
Gold Coins (GC): 200000
Free Additional Sweepstake Coins (SC): 50

Payment ID: 3f6a0cde-067f-4b2a-b3c3-7a54f84aba60

**PLAY NOW**

[Quoted text hidden]

---

**Modo.us** <support@t.modo.us>                                    Mon, Dec 30, 2024 at 7:16 PM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



JOYCE00022



**Hi Matthew Thomas,**

We are pleased to confirm that your purchase has been successful! Your Modo.us account has been credited with 75000 Gold Coins (GC). We have given you 20 Sweepstakes Coins (SC) for FREE.

Purchase details:

Amount: $19.99
Date: 12/30/2024
Package Type: Standard package
Gold Coins (GC): 75000
Free Additional Sweepstake Coins (SC): 20

Payment ID: d0f467bb-9b9e-4743-afb6-c58269689f1e

**PLAY NOW**

[Quoted text hidden]

---

**Modo.us** <support@t.modo.us>                                    Mon, Dec 30, 2024 at 8:32 PM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>





**Hi Matthew Thomas,**

JOYCE00023

We are pleased to confirm that your purchase has been successful! Your Modo.us account has been credited with 200000 Gold Coins (GC). We have given you 50 Sweepstakes Coins (SC) for FREE.

Purchase details:

Amount: $49.99
Date: 12/30/2024
Package Type: Standard package
Gold Coins (GC): 200000
Free Additional Sweepstake Coins (SC): 50

Payment ID: 3bb37e9c-1f61-46fd-94df-79a968ca6d5b

**PLAY NOW**

[Quoted text hidden]

---

**Modo.us** <support@t.modo.us>
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>

Tue, Dec 31, 2024 at 3:19 AM





**Hi Matthew Thomas,**

We are pleased to confirm that your purchase has been successful! Your Modo.us account has been credited with 2000000 Gold Coins (GC). We have given you 300 Sweepstakes Coins (SC) for FREE.

JOYCE00024

Purchase details:

Amount: $284.99
Date: 12/31/2024
Package Type: Promotion
Gold Coins (GC): 2000000
Free Additional Sweepstake Coins (SC): 300

Payment ID: a44137ad-453d-40da-aa12-1d0bbfcf9076

**PLAY NOW**

[Quoted text hidden]

---

**Modo.us** <support@t.modo.us>                                    Tue, Dec 31, 2024 at 5:27 AM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>





**Hi Matthew Thomas,**

We are pleased to confirm that your purchase has been successful! Your Modo.us account has been credited with 500000 Gold Coins (GC). We have given you 100 Sweepstakes Coins (SC) for FREE.

Purchase details:

Amount: $99.99
Date: 12/31/2024
Package Type: Standard package
Gold Coins (GC): 500000
Free Additional Sweepstake Coins (SC): 100

JOYCE00025

Payment ID: be9c2899-ebb5-4628-8554-3008559b2b9e

**PLAY NOW**

[Quoted text hidden]

---

**Modo.us** <support@t.modo.us>                                    Tue, Dec 31, 2024 at 6:51AM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>





**Hi Matthew Thomas,**

We are pleased to confirm that your purchase has been successful! Your Modo.us account has been credited with 500000 Gold Coins (GC). We have given you 100 Sweepstakes Coins (SC) for FREE.

Purchase details:

Amount: $99.99
Date: 12/31/2024
Package Type: Standard package
Gold Coins (GC): 500000
Free Additional Sweepstake Coins (SC): 100

Payment ID: f329b0b4-9770-4d4d-b629-ac657391cf3c

**PLAY NOW**

[Quoted text hidden]

---

**Modo.us** <support@t.modo.us>                                    Tue, Dec 31, 2024 at 7:20 AM
Reply-To: <support@modo.us>

JOYCE00026

To: Matthew Thomas Joyce <crash07222@gmail.com>





**Hi Matthew Thomas,**

We are pleased to confirm that your purchase has been successful! Your Modo.us account has been credited with 500000 Gold Coins (GC). We have given you 100 Sweepstakes Coins (SC) for FREE.

Purchase details:

Amount: $99.99
Date: 12/31/2024
Package Type: Standard package
Gold Coins (GC): 500000
Free Additional Sweepstake Coins (SC): 100

Payment ID: 1837a483-fe20-424c-b709-267811840f2e

**PLAY NOW**

[Quoted text hidden]

**Modo.us** <support@t.modo.us>                                          Tue, Dec 31, 2024 at 7:23 AM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



JOYCE00027



**Hi Matthew Thomas,**

We are pleased to confirm that your purchase has been successful! Your Modo.us account has been credited with 500000 Gold Coins (GC). We have given you 100 Sweepstakes Coins (SC) for FREE.

Purchase details:

Amount: $99.99
Date: 12/31/2024
Package Type: Standard package
Gold Coins (GC): 500000
Free Additional Sweepstake Coins (SC): 100

Payment ID: e005dbae-a682-4e02-a252-4ae47cdccd53

**PLAY NOW**

[Quoted text hidden]

**Modo.us** <support@t.modo.us>                    Tue, Dec 31, 2024 at 7:32 AM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>





**Hi Matthew Thomas,**

JOYCE00028

We are pleased to confirm that your purchase has been successful! Your Modo.us account has been credited with 500000 Gold Coins (GC). We have given you 100 Sweepstakes Coins (SC) for FREE.

Purchase details:

Amount: $99.99
Date: 12/31/2024
Package Type: Standard package
Gold Coins (GC): 500000
Free Additional Sweepstake Coins (SC): 100

Payment ID: acaf49b7-e63a-4ca3-aee2-6513e3b66e45

PLAY NOW

[Quoted text hidden]

---

**Modo.us** <support@t.modo.us>                         Tue, Dec 31, 2024 at 7:43 AM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>





**Hi Matthew Thomas,**

We are pleased to confirm that your purchase has been successful! Your Modo.us account has been credited with 500000 Gold Coins (GC). We have given you 100 Sweepstakes Coins (SC) for FREE.

JOYCE00029

Purchase details:

Amount: $99.99
Date: 12/31/2024
Package Type: Standard package
Gold Coins (GC): 500000
Free Additional Sweepstake Coins (SC): 100

Payment ID: 43bf01bc-d95d-4642-801d-015a16774c03

**PLAY NOW**

[Quoted text hidden]

---

**Modo.us** <support@t.modo.us>                                    Tue, Dec 31, 2024 at 7:47 AM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>





**Hi Matthew Thomas,**

We are pleased to confirm that your purchase has been successful! Your Modo.us account has been credited with 500000 Gold Coins (GC). We have given you 100 Sweepstakes Coins (SC) for FREE.

Purchase details:

Amount: $99.99
Date: 12/31/2024
Package Type: Standard package
Gold Coins (GC): 500000
Free Additional Sweepstake Coins (SC): 100

JOYCE00030

Payment ID: a0ac8d97-b4d6-4f5d-8f1e-9ef586925b07

**PLAY NOW**

[Quoted text hidden]

---

**Modo.us** <support@t.modo.us>                                    Tue, Dec 31, 2024 at 8:08 AM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>





**Hi Matthew Thomas,**

We are pleased to confirm that your purchase has been successful! Your Modo.us account has been credited with 500000 Gold Coins (GC). We have given you 100 Sweepstakes Coins (SC) for FREE.

Purchase details:

Amount: $99.99
Date: 12/31/2024
Package Type: Standard package
Gold Coins (GC): 500000
Free Additional Sweepstake Coins (SC): 100

Payment ID: 71fe7851-c35d-4a93-9d6f-6270696410f0

**PLAY NOW**

[Quoted text hidden]

---

**Modo.us** <support@t.modo.us>                                    Tue, Dec 31, 2024 at 8:14 AM
Reply-To: <support@modo.us>

JOYCE00031

To: Matthew Thomas Joyce <crash07222@gmail.com>





**Hi Matthew Thomas,**

We are pleased to confirm that your purchase has been successful! Your Modo.us account has been credited with 500000 Gold Coins (GC). We have given you 100 Sweepstakes Coins (SC) for FREE.

Purchase details:

Amount: $99.99
Date: 12/31/2024
Package Type: Standard package
Gold Coins (GC): 500000
Free Additional Sweepstake Coins (SC): 100

Payment ID: 60693bc1-a1ad-4b71-bd86-b78a22e6b8f4

**PLAY NOW**

[Quoted text hidden]

**Modo.us** <support@t.modo.us>                                    Tue, Dec 31, 2024 at 9:02 AM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



JOYCE00032



**Hi Matthew Thomas,**

We are pleased to confirm that your purchase has been successful! Your Modo.us account has been credited with 2000000 Gold Coins (GC). We have given you 300 Sweepstakes Coins (SC) for FREE.

Purchase details:

Amount: $254.99
Date: 12/31/2024
Package Type: Promotion
Gold Coins (GC): 2000000
Free Additional Sweepstake Coins (SC): 300

Payment ID: 8092a8cd-0f95-47ff-bcd2-696adc6160a5

**PLAY NOW**

[Quoted text hidden]

---

**Modo.us** <support@t.modo.us>
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>

Tue, Dec 31, 2024 at 12:37 PM





**Hi Matthew Thomas,**

JOYCE00033

We are pleased to confirm that your purchase has been successful! Your Modo.us account has been credited with 500000 Gold Coins (GC). We have given you 100 Sweepstakes Coins (SC) for FREE.

Purchase details:

Amount: $99.99
Date: 12/31/2024
Package Type: Standard package
Gold Coins (GC): 500000
Free Additional Sweepstake Coins (SC): 100

Payment ID: 77fe229c-14a1-4a55-aba9-ac2547282759

**PLAY NOW**

[Quoted text hidden]

---

**Modo.us** <support@t.modo.us>                              Tue, Dec 31, 2024 at 12:44 PM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>





**Hi Matthew Thomas,**

We are pleased to confirm that your purchase has been successful! Your Modo.us account has been credited with 500000 Gold Coins (GC). We have given you 100 Sweepstakes Coins (SC) for FREE.

Purchase details:

Amount: $99.99
Date: 12/31/2024

JOYCE00034

Package Type: Standard package
Gold Coins (GC): 500000
Free Additional Sweepstake Coins (SC): 100

Payment ID: 0a1a75ca-1115-4df7-91d2-0f30ca712472

**PLAY NOW**

[Quoted text hidden]

---

**Modo.us** <support@t.modo.us>
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>

Tue, Dec 31, 2024 at 12:46 PM





**Hi Matthew Thomas,**

We are pleased to confirm that your purchase has been successful! Your Modo.us
account has been credited with 500000 Gold Coins (GC). We have given you 100
Sweepstakes Coins (SC) for FREE.

Purchase details:

Amount: $99.99
Date: 12/31/2024
Package Type: Standard package
Gold Coins (GC): 500000
Free Additional Sweepstake Coins (SC): 100

Payment ID: 472979d3-4972-4cc4-89fa-2e7cdbc4c303

**PLAY NOW**

JOYCE00035

[Quoted text hidden]

---

**Modo.us** <support@t.modo.us>                                   Tue, Dec 31, 2024 at 12:53 PM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>





**Hi Matthew Thomas,**

We are pleased to confirm that your purchase has been successful! Your Modo.us
account has been credited with 500000 Gold Coins (GC). We have given you 100
Sweepstakes Coins (SC) for FREE.

Purchase details:

Amount: $99.99
Date: 12/31/2024
Package Type: Standard package
Gold Coins (GC): 500000
Free Additional Sweepstake Coins (SC): 100

Payment ID: 3ec7201b-cd33-46be-aa74-da23d5ad5b03

PLAY NOW

[Quoted text hidden]

---

**Modo.us** <support@t.modo.us>                                   Tue, Dec 31, 2024 at 12:59 PM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>

JOYCE00036





**Hi Matthew Thomas,**

We are pleased to confirm that your purchase has been successful! Your Modo.us account has been credited with 500000 Gold Coins (GC). We have given you 100 Sweepstakes Coins (SC) for FREE.

Purchase details:

Amount: $99.99
Date: 12/31/2024
Package Type: Standard package
Gold Coins (GC): 500000
Free Additional Sweepstake Coins (SC): 100

Payment ID: bfdb56d0-999f-4bd6-91cc-341dfd3268f9

PLAY NOW

[Quoted text hidden]

**Modo.us** <support@t.modo.us>                                        Tue, Dec 31, 2024 at 2:57 PM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



JOYCE00037



**Hi Matthew Thomas,**

We are pleased to confirm that your purchase has been successful! Your Modo.us account has been credited with 500000 Gold Coins (GC). We have given you 100 Sweepstakes Coins (SC) for FREE.

Purchase details:

Amount: $99.99
Date: 12/31/2024
Package Type: Standard package
Gold Coins (GC): 500000
Free Additional Sweepstake Coins (SC): 100

Payment ID: e27ccdc3-5112-4855-9fdd-3f21dd6c17c4

**PLAY NOW**

[Quoted text hidden]

---

**Modo.us** <support@t.modo.us>
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>

Tue, Dec 31, 2024 at 4:00 PM





**Hi Matthew Thomas,**

JOYCE00038

We are pleased to confirm that your purchase has been successful! Your Modo.us account has been credited with 500000 Gold Coins (GC). We have given you 100 Sweepstakes Coins (SC) for FREE.

Purchase details:

Amount: $99.99
Date: 12/31/2024
Package Type: Standard package
Gold Coins (GC): 500000
Free Additional Sweepstake Coins (SC): 100

Payment ID: 21a11911-05a4-4f6c-a397-118906b6d0a2

**PLAY NOW**

[Quoted text hidden]

---

**Modo.us** <support@t.modo.us>                                    Tue, Dec 31, 2024 at 4:05 PM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>





**Hi Matthew Thomas,**

We are pleased to confirm that your purchase has been successful! Your Modo.us account has been credited with 500000 Gold Coins (GC). We have given you 100 Sweepstakes Coins (SC) for FREE.

JOYCE00039

Purchase details:

Amount: $99.99
Date: 12/31/2024
Package Type: Standard package
Gold Coins (GC): 500000
Free Additional Sweepstake Coins (SC): 100

Payment ID: 5cc0f87a-fa73-4c8c-a1f3-2a5535c3ad3a

**PLAY NOW**

[Quoted text hidden]

---

**Modo.us** <support@t.modo.us>
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>

Tue, Dec 31, 2024 at 4:15 PM





**Hi Matthew Thomas,**

We are pleased to confirm that your purchase has been successful! Your Modo.us account has been credited with 500000 Gold Coins (GC). We have given you 100 Sweepstakes Coins (SC) for FREE.

Purchase details:

Amount: $99.99
Date: 12/31/2024
Package Type: Standard package
Gold Coins (GC): 500000
Free Additional Sweepstake Coins (SC): 100

JOYCE00040

Payment ID: 8fb0ee22-e73e-4640-8819-451e0a787f6c

**PLAY NOW**

[Quoted text hidden]

---

**Modo.us** <support@t.modo.us>                                    Tue, Dec 31, 2024 at 4:20 PM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>





**Hi Matthew Thomas,**

We are pleased to confirm that your purchase has been successful! Your Modo.us account has been credited with 500000 Gold Coins (GC). We have given you 100 Sweepstakes Coins (SC) for FREE.

Purchase details:

Amount: $99.99
Date: 12/31/2024
Package Type: Standard package
Gold Coins (GC): 500000
Free Additional Sweepstake Coins (SC): 100

Payment ID: 29386ea6-3410-4295-a922-62b8f6e1b4c9

**PLAY NOW**

[Quoted text hidden]

---

**Modo.us** <support@t.modo.us>                                    Tue, Dec 31, 2024 at 4:28 PM
Reply-To: <support@modo.us>

JOYCE00041

To: Matthew Thomas Joyce <crash07222@gmail.com>





**Hi Matthew Thomas,**

We are pleased to confirm that your purchase has been successful! Your Modo.us account has been credited with 500000 Gold Coins (GC). We have given you 100 Sweepstakes Coins (SC) for FREE.

Purchase details:

Amount: $99.99
Date: 12/31/2024
Package Type: Standard package
Gold Coins (GC): 500000
Free Additional Sweepstake Coins (SC): 100

Payment ID: 88b4960f-3718-4711-8ecf-bb06e62e388c

PLAY NOW

[Quoted text hidden]

---

**Modo.us** <support@t.modo.us>                              Tue, Dec 31, 2024 at 4:52 PM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



JOYCE00042



**Hi Matthew Thomas,**

We are pleased to confirm that your purchase has been successful! Your Modo.us account has been credited with 200000 Gold Coins (GC). We have given you 50 Sweepstakes Coins (SC) for FREE.

Purchase details:

Amount: $49.99
Date: 12/31/2024
Package Type: Standard package
Gold Coins (GC): 200000
Free Additional Sweepstake Coins (SC): 50

Payment ID: 67bfc4a6-0019-4bbb-a5ba-9e826f3d1fc5

**PLAY NOW**

[Quoted text hidden]

---

**Modo.us** <support@t.modo.us>                                   Tue, Dec 31, 2024 at 4:52 PM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>





**Hi Matthew Thomas,**

JOYCE00043

We are pleased to confirm that your purchase has been successful! Your Modo.us account has been credited with 200000 Gold Coins (GC). We have given you 50 Sweepstakes Coins (SC) for FREE.

Purchase details:

Amount: $49.99
Date: 12/31/2024
Package Type: Standard package
Gold Coins (GC): 200000
Free Additional Sweepstake Coins (SC): 50

Payment ID: cc67f894-6e17-47b6-9905-a68352b3a1a2

PLAY NOW

[Quoted text hidden]

---

**Modo.us** <support@t.modo.us>                         Tue, Dec 31, 2024 at 6:09 PM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>





**Hi Matthew Thomas,**

We are pleased to confirm that your purchase has been successful! Your Modo.us account has been credited with 500000 Gold Coins (GC). We have given you 100 Sweepstakes Coins (SC) for FREE.

JOYCE00044

Purchase details:

Amount: $99.99
Date: 12/31/2024
Package Type: Standard package
Gold Coins (GC): 500000
Free Additional Sweepstake Coins (SC): 100

Payment ID: f1fef759-0477-47ca-887c-c30b7dad83a3

**PLAY NOW**

[Quoted text hidden]

**Modo.us** <support@t.modo.us>                                             Tue, Dec 31, 2024 at 6:20 PM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>





**Hi Matthew Thomas,**

We are pleased to confirm that your purchase has been successful! Your Modo.us
account has been credited with 2000000 Gold Coins (GC). We have given you 300
Sweepstakes Coins (SC) for FREE.

Purchase details:

Amount: $299.99
Date: 12/31/2024
Package Type: Standard package
Gold Coins (GC): 2000000
Free Additional Sweepstake Coins (SC): 300

JOYCE00045

Payment ID: 13d2cf50-a25e-484a-b794-ebed23b41bf6

**PLAY NOW**

[Quoted text hidden]

---

**Modo.us** <support@t.modo.us>                                    Tue, Dec 31, 2024 at 6:32 PM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>





**Hi Matthew Thomas,**

We are pleased to confirm that your purchase has been successful! Your Modo.us account has been credited with 2000000 Gold Coins (GC). We have given you 300 Sweepstakes Coins (SC) for FREE.

Purchase details:

Amount: $299.99
Date: 12/31/2024
Package Type: Standard package
Gold Coins (GC): 2000000
Free Additional Sweepstake Coins (SC): 300

Payment ID: f894783b-9ee7-4ce6-91d2-79c59d91bf95

**PLAY NOW**

[Quoted text hidden]

---

**Modo.us** <support@t.modo.us>                                    Tue, Dec 31, 2024 at 6:39 PM
Reply-To: <support@modo.us>

JOYCE00046

To: Matthew Thomas Joyce <crash07222@gmail.com>





**Hi Matthew Thomas,**

We are pleased to confirm that your purchase has been successful! Your Modo.us account has been credited with 2000000 Gold Coins (GC). We have given you 300 Sweepstakes Coins (SC) for FREE.

Purchase details:

Amount: $299.99
Date: 12/31/2024
Package Type: Standard package
Gold Coins (GC): 2000000
Free Additional Sweepstake Coins (SC): 300

Payment ID: f70eaaf1-b71d-4aa8-b0f3-1f2e69cb5c30

**PLAY NOW**

[Quoted text hidden]

---

**Modo.us** <support@t.modo.us>                                    Tue, Dec 31, 2024 at 6:53 PM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



JOYCE00047



**Hi Matthew Thomas,**

We are pleased to confirm that your purchase has been successful! Your Modo.us account has been credited with 2000000 Gold Coins (GC). We have given you 300 Sweepstakes Coins (SC) for FREE.

Purchase details:

Amount: $299.99
Date: 12/31/2024
Package Type: Standard package
Gold Coins (GC): 2000000
Free Additional Sweepstake Coins (SC): 300

Payment ID: db7a8656-9aa1-4142-a1c1-9484b907cdd5

PLAY NOW

[Quoted text hidden]

**Modo.us** <support@t.modo.us>
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>

Wed, Jan 1 at 12:43 AM





**Hi Matthew Thomas,**

JOYCE00048

We are pleased to confirm that your purchase has been successful! Your Modo.us account has been credited with 5000000 Gold Coins (GC). We have given you 500 Sweepstakes Coins (SC) for FREE.

Purchase details:

Amount: $499.99
Date: 01/01/2025
Package Type: Standard package
Gold Coins (GC): 5000000
Free Additional Sweepstake Coins (SC): 500

Payment ID: ef72dad3-29ac-4db2-9236-5594c75587e5

**PLAY NOW**

[Quoted text hidden]

---

**Matt J** <crash07222@gmail.com>                                    Thu, Apr 17 at 9:47 AM
Draft

[Quoted text hidden]

JOYCE00049

 Gmail

**Matt J <crash07222@gmail.com>**

---

## [modo.us] Re: Conversation with Matthew Thomas Joyce

**modo.us** <support@modous.zendesk.com>                                    Fri, Jan 3 at 1:59 PM
Reply-To: modo.us <support+idLJ9Z9K-ZKVJR@modous.zendesk.com>
To: Matthew Thomas Joyce <crash07222@gmail.com>



(13:42:35) Matthew Thomas Joyce: Question

(13:42:36) modo.us: Questions about your account or our games? Fire away! We're all ears.

(13:42:38) modo.us:

(13:42:42) Matthew Thomas Joyce: Enter your questions or comments here.: Purchases

(13:42:44) modo.us: Connecting you with someone now.

(13:44:20) Alexa: Hello Matthew,

Thanks for reaching out to Modo.US support! My name is Alexa and I will be assisting you today.

(13:45:34) Matthew Thomas Joyce: Hey Alexa I know you guys can't do it over chat but not in the mood to deal with emailing back and fourth between zen desk…

(13:46:04) Matthew Thomas Joyce: if you guys can email me a full statement of my purchases and redemptions that would be great

(13:46:56) Alexa: Sure!

I can email that to the email address associated with your Modo.Us profile. Could you provide me with a date range that you would like to view?

(13:47:08) Matthew Thomas Joyce: All time please

(13:47:33) Alexa: Since you open the account or this past year?

(13:47:46) Matthew Thomas Joyce: Since opening of the account

(13:48:15) Alexa: Sure thing, no problem!

Please allow 30 minutes for the transaction history to be created, at which point we will email the file over to you in a new Support ticket.

(13:48:16) Matthew Thomas Joyce: Also is there anyway to see in the history what games where played?

JOYCE00050

(13:48:53) Alexa: Hmmm I know you can see your history under your profile but not sure if you can see the games you've played.

(13:49:24) Matthew Thomas Joyce: No problem. I'll keep an eye out for that email. Thanks for your help Alexa

(13:49:47) Alexa: Of course! I'll work on this right away and send it over to you.

**HELP CENTER**

Sweepstakes Rules          Privacy Policy          Terms of Use          Responsible Social Gaming

[LJ9Z9K-ZKVJR]

JOYCE00051

 **Matt J <crash07222@gmail.com>**

---

## Hi Matthew Thomas, Your Weekly Discount is Waiting in Your Account!

---

**Modo.us** <marketing@m.modo.us>                                              Fri, Jan 3 at 9:20 AM
Reply-To: <Support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>





### GOLD RANK WEEKLY DISCOUNT

Hi Matthew Thomas, happy Friday! We've got something special just for you as a Gold Rank player at Modo Casino. Enjoy an exclusive weekly discount of your choice!

### CHOOSE YOUR OFFER:

  

JOYCE00052



**200,000 GC**

**+ 50 FREE SC**

**10% DISCOUNT**
$44.99 ~~$49.99~~

**500,000 GC**

**+ 100 FREE SC**

**10% DISCOUNT**
$89.99 ~~$99.99~~

**2M GC**

**+ 300 FREE SC**

**10% DISCOUNT**
$269.99 ~~$299.99~~

CLAIM YOUR OFFER

Your next VIP Rank is Diamond! You're currently at 93078130 and need 100,000,000+ to level up. Keep pushing forward to rank up your status and unlock exclusive perks!



  

IT IS FREE TO PLAY ON **MODO.US**

NO PURCHASE OR PAYMENT NECESSARY

Copyright © 2025 Modo.us. All rights reserved. Void where prohibited by law. See terms and conditions at www.modo.us.

The Sweepstakes promotions and prizes offered by Modo.us are operated by ARB Gaming LLC.

Terms of Use          Responsible Social Gaming          Sweepstake Rules          Privacy Policy

JOYCE00053

This email was sent to crash07222@gmail.com. Don't want to receive these emails anymore? Unsubscribe

Modo.us, 13802 N Scottsdale Rd Suite 151 - 94, Scottsdale, 85254, Arizona, United States

JOYCE00054

 **Gmail**

**Matt J <crash07222@gmail.com>**

---

## Matthew Joyce formal request

**Timothy Cramblin (modo.us)** <vip@modo.us>                                    Sun, Feb 9 at 11:13 AM
Reply-To: modo.us <vip@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



Good morning, Matt.

I just read your messages in the chat ticket from last night. I'm going to address everything brought up in that ticket here in this email.

First, as I have explained to you numerous times, the chat support agents are unable to assist you with most matters such as free SC requests, or general customer service issues outside of payment/redemption/gameplay issues and other more immediately pressing matters. Therefore, I don't believe it's fair to them to expect more than that, or to speak disparagingly to them when they tell you they're unable to assist you with other matters.

Further, when you reach out through chat with issues the chat agents are unable to assist with, that only serves to tie up their department resources which prevents other players from receiving prompt assistance. Please do be considerate of both the agents and other players before reaching out via chat.

If I am working (my hours are **Friday - Tuesday, 10am - 6pm EST**), I will be able to assist you with any issue you need assistance with. If I'm not working, but a fellow VIP host is working, one of them may assist you, but if none of us are working (usually between the hours of 11pm - 9 or 10am), the chat agents will be able to help you with urgent matters, while other matters will have to wait until we are working again.

Regarding your questions about terms of service and arbitration, that is not only beyond the scope of what the chat agents can handle, that is beyond my scope as well, which is why I have reached out to the appropriate department who can answer those questions for you. As I stated, they do not work on weekends but you should be hearing something once they return on Monday.

As for me not providing you with an SC gift yesterday, Matt, I've gifted you 500 free SC so far this month, and SC 300 of those free SC were gifted the day before yesterday. I have every intention of gifting you with more free SC this month, but I'm simply unable to gift you with free SC every day. Or rather, if I gifted you with that kind of frequency, the amounts would be much lower. I have a monthly budget for gifts, and while there is some wiggle room in there and I'm happy to be as generous as possible, I do have to make that budget last the entire month so unfortunately sometimes I will be unable to send the kind of free SC gifts you expect.

You also mentioned "15 [SC] or a bunch of [1 SC] free spins like my host blesses me with". Your Wednesday and Sunday free spins are an automatic set amount that I have no control over. As for your daily and weekly playback rewards, those are also not set by me, but are

JOYCE00055

automatically sent to you based on several factors related to your gameplay from the previous day or week. I realize those are sometimes small, which is why I have a budget for sending you larger gifts periodically throughout the month.

Speaking of free spins, your free spins for today are available to play on *Epic Joker*. I hope you enjoy the game as well as the rest of your day.

Kindest regards,

Timothy Cramblin

Modo.us VIP Host

**HELP CENTER**

Sweepstakes Rules | Privacy Policy | Terms of Use | Responsible Social Gaming

[LJV90J-MVLVY]

JOYCE00056

 Gmail

**Matt J <crash07222@gmail.com>**

---

## [modo.us] Re: Trying to resolve issue directly

**Timothy Cramblin (modo.us)** <vip@modo.us>                     Sun, Jan 26 at 11:19 AM
Reply-To: modo.us <vip@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



Hi Matt,

I understand that you felt I was being unempathetic with my comment about your recent luck, but that certainly wasn't my intent. You seemed disappointed in your luck, so I was trying to be optimistic and point out that in recent days you've been pretty lucky. My usual approach when a friend is down is to try to find something positive to focus on, and I think being ahead for the week is a pretty positive thing.

I do understand your frustration with not winning as much as you'd like. And I very much empathize with you there. However, it is very important to keep in mind that because the outcomes of all games are completely random, unfortunately, you will not always win as much as you'd like. This is simply the nature of chance-based games such as ours. And I do realize this can be frustrating and I very much empathize with that frustration, so I recommend that if and when you ever find yourself experiencing more frustration than fun while playing our games, that you perhaps take a step away for a bit to cool off. You mentioned taking a hike to clear your head, and I think that is a perfect thing to do when you're feeling frustrated.

I also understand that you feel somewhat neglected by me, Matt, and I'd like to change that. As I typically have tickets from you waiting for me every day when I begin my work day, I've been under the assumption that you're letting me know how things are going and if you need any accommodations. It looks like we communicate every day that I'm working. And as much as I wish I could communicate with each and every one of my wonderful Black Diamond players every single day that I work, there's not enough time in the day for me to do that. But rest assured that if you reach out to me while I'm working (or I have a ticket waiting for me when I return), I will respond as promptly as possible. And if I haven't heard from you in several days, I will absolutely reach out to check in on you.

If you'd like to be a assigned a new host, I understand and respect that decision, and there will be no hard feelings from me. I can speak with my supervisor and see what he can arrange. However, if you're willing to give me another chance, I'd love to be able to make things right with you.

Lastly, as a show of my deep gratitude for your loyalty to Modo, I've just sent you a gift of 750,000 GC and 150 free SC.

I hope you enjoy the rest of your weekend, Matt.

Kindest regards,

JOYCE00057

Timothy Cramblin
Modo.us VIP Host

## HELP CENTER

Sweepstakes Rules | Privacy Policy | Terms of Use | Responsible Social Gaming

[V5D6G0-4ZZ0E]

JOYCE00058

 **Gmail**

**Matt J <crash07222@gmail.com>**

---

## Urgent response requested

---

**Matt J** <crash07222@gmail.com>                                      Tue, Apr 8 at 6:56 PM
To: support@modo.us <support@modo.us>

Hey guys emailed you from my new email.  Can't change on site, this one is fine then.

Not signing terms.  In good faith I would request you explain clearly what has changed.

I will formally request my redemption attempt be processed and sent to my verified bank account.  I also formally request anything left in my account be sent to the same bank account.

Would appreciate a quick response.

Thanks

Matthew

JOYCE00059

TERMS & CONDITIONS

Last Updated: March 28, 2025

The following Terms and Conditions form a binding legal agreement between you and Modo, and apply to your use of the Platform in any way, through any electronic device (web, mobile, tablet, or any other device).

PLEASE NOTE THAT THESE TERMS INCLUDE A PROVISION WAIVING THE RIGHT TO PURSUE ANY CLASS ACTION, GROUP, OR REPRESENTATIVE CLAIM AND REQUIRING YOU TO PURSUE PAST, PENDING, AND FUTURE DISPUTES BETWEEN YOU AND US THROUGH INDIVIDUAL ARBITRATION UNLESS YOU OPT OUT WITHIN THE SPECIFIED TIME FRAME. SEE SECTION H BELOW FOR MORE INFORMATION.

You must read these Terms carefully in their entirety before checking the box for acceptance. By checking the box for acceptance during the registration process, or by accessing the Platform, you confirm that you have read and agree to be bound by these Terms and Conditions, which include and are inseparably linked to our Privacy Policy, Promo Rules, and other Game-specific or promotion-specific terms relevant to your use of any feature of the Platform. If you do not agree with any provision of these Terms or any other linked policy, rules, or terms you may not access or use the Platform or play any Game.

THE GAMES AND PLATFORM DO NOT OFFER REAL MONEY GAMBLING, AND NO ACTUAL MONEY IS REQUIRED TO PLAY.

ONLY PLAYERS IN THE UNITED STATES THAT DO NOT RESIDE IN AN EXCLUDED TERRITORY ARE ELIGIBLE TO ENTER THE SWEEPSTAKES. PLEASE REFER TO THE SWEEPSTAKES RULES TO CHECK YOUR ELIGIBILITY.

YOU CAN REQUEST REDEMPTION OF ANY PRIZES BY SELECTING THE "REDEEM" BUTTON ON THE PLATFORM. WHERE PLAYERS REDEEM PRIZES FOR CASH, SUCH PRIZES WILL BE PAID TO THE PAYMENT MEDIUM FROM WHICH YOU PURCHASED GOLD COINS, AND IF THIS IS NOT TECHNICALLY POSSIBLE, THEN THROUGH AN ELECTRONIC PAYMENT TO THE BANK ACCOUNT YOU HAVE DESIGNATED.

## A. DEFINITIONS

"JAMS" means the arbitration service JAMS.

"JAMS Rules" means JAMS's Comprehensive Arbitration Rules and Procedures in effect at the time arbitration is sought. The JAMS Rules are available at www.jamsadr.com/adr-rules-procedures/.

"Channel(s)" means any website, web page, blog, forum, third-party social media accounts, and any other media outlet or online account owned or operated by you that is ordinarily used to advertise online services.

JOYCE00060

"Channel Information" means all content, materials, and other information on your Channels.

"Code of Conduct" means the provisions of Section G(5) which govern your participation in the Referral Program.

"Collective Arbitration" means any claim as part of a class, group, collective, coordinated, consolidated, or representative proceeding.

"Content" means text, graphics, user interfaces, visual interfaces, photographs, trademarks, logos, trade dress, sounds, music, artwork, computer code, and other material used, displayed, or available as part of the Platform. Content includes Gold Coins and Sweepstakes Coins.

"Customer Account(s)" means an account held by a Registered Customer who has verified their associated email address.

"Dispute(s)" means any and all past, present, and future disputes, claims, or causes of action arising out of or relating to these Terms, the Platform, or any other dispute between you and Modo or any of Modo's affiliates, licensors, distributors, suppliers, or agents.

"Excluded Territory" means the States of Washington, Montana, Maryland, Pennsylvania, New Jersey, Connecticut, West Virginia, Louisiana, New York, Rhode Island, Delaware, Nevada, Michigan, and Idaho, as well as any U.S. territory or possession, and any other jurisdiction outside of the United States. "Game(s)" means any of the games available on the Platform in either Standard Play or Promotional Play. We reserve the right to add and remove games from the Platform at our sole discretion.

"Gold Coin(s)" means the virtual tokens which enable you to play the Games in Standard Play for social and entertainment purposes only. We may give you Gold Coins free of charge when you sign up to a Platform and thereafter at regular intervals when you log into a Platform, and you may purchase Gold Coins. Gold Coins have no monetary value and cannot under any circumstance be redeemed for Prizes.

"Inactive Account(s)" means a Customer Account which has not recorded any log in or log out for a period exceeding twelve (12) consecutive months.

"Mark(s)" means the MODO mark and any of our other trademarks, service marks, logos, trade names, business names, or other source identifiers.

"Minor(s)" means any person under the relevant age of majority in the relevant jurisdiction; in the United States, a Minor is generally anyone under the age of eighteen (18) years.

"Modo" or "us", "our", "ours", etc. means ARB Gaming, LLC d/b/a Modo.us. Modo.us a Delaware Limited Liability Company with a registered business address at 13802 N Scottsdale Rd STE 151-94, Scottsdale, Arizona 85254.

"Payment Medium" means any card, online wallet, financial/bank account or other payment medium used to purchase Gold Coins.

JOYCE00061

"Platform" means the social casino, sweepstakes, and related services provided through any URL belonging to or licensed to Modo, including the website located at ████████████ nd all subdomains, subpages, mobile versions, and successor sites thereof, including all Games, Content, features, tools, and services available thereon, whether in whole or any part thereof.

"Player" or "you", "your", "yours," etc. means any user, whether or not a Registered Customer.

"Prize(s)" means Sweepstakes Coins won when playing the Games in Promotional Play, and the cash or other things of value that may be redeemed in exchange for those Sweepstakes Coins, in accordance with the Promo Rules.

"Prohibited Conduct" means any of the conduct described in Section E(1).

"Promo Rules" means the ████████ available on the Platform.

"Promotional Play" means participation in our sweepstakes promotions by playing any Games with Sweepstakes Coins for a chance to win Prizes.

"Referral" means a new user that subscribes to the Platform and establishes a valid Customer Account using your Referral Link.

"Referral Link" means your personalized referral link.

"Referral Program" means the referral program by which you may be rewarded for referring new users to the Platform, as described in Section G below.

"Registered Customer" means a Player who has successfully registered a Customer Account, whether that Customer Account is considered active or not.

"Standard Play" means playing in any Game on the Platform with Gold Coins for social and entertainment purposes only. You may win more Gold Coins when you play the Games in Standard Play. You cannot win Prizes when you play the Games in Standard Play.

"Sweepstakes Coins" means free entries to our sweepstakes promotion. Use of the Sweepstakes Coins is subject to the Promo Rules. We may give you Sweepstakes Coins free of charge when you sign up to a Platform, as a bonus when you purchase Gold Coins or via each of our free alternative methods of entry as set out in the Promo Rules. You may use the Sweepstakes Coins in Promotional Play to win Prizes. YOU CANNOT PURCHASE SWEEPSTAKES COINS.

"Terms" means these Terms and Conditions, as amended from time to time.

"Third Party Website" means a third-party website not controlled by us.

"USD" means United States Dollar.

**B. ACCESS**

You accept and agree to our website policies, including these Terms, and you certify to us that:

JOYCE00062

(a)      you are not a resident of and are not accessing the Platform from any Excluded Territory,

(b)      you are not a Minor,

(c)      you have the legal capacity to enter into and agree to these Terms,

(d)      you are using the Platform freely, voluntarily, willingly, and for your own personal enjoyment, and

(e)      you will only provide accurate and complete information to us and promptly update this information as necessary to maintain its accuracy and completeness.

We reserve the right to revise these Terms at any time. You agree that we have this unilateral right, and that all modifications or changes are in force and enforceable immediately upon posting. An updated or revised version of these Terms immediately and retroactively supersedes any prior versions immediately upon posting, and the prior version is of no continuing legal effect unless the revised version specifically refers to the prior version and keeps the prior version or portions thereof in effect. We agree that if we change anything in these Terms, we will change the "Last Updated" date at the top of these Terms. You agree to re-visit this page on a frequent basis, and to use the "Refresh" button on your browser when doing so. You agree to note the date above. If the "Last Updated" date remains unchanged from the last time you reviewed these Terms, then you may presume that nothing in these Terms has changed since the last time you visited. If the "Last Updated" date has changed, then you must review the updated Terms in their entirety. You must agree to any updated Terms or immediately cease use of the Platform. If you fail to review these Terms as required to determine if any changes have been made, you assume all responsibility for such omission, and you agree that such failure amounts to your affirmative waiver of your right to review the updated Terms. We are not responsible for your neglect of your legal rights.

**Modo does not provide gambling services. Modo does not take or place illegal bets. Modo does not recommend or encourage illegal gambling.** Modo offers entertaining online social casino games and related sweepstakes promotions which do not trigger the prohibitions imposed by state and federal gambling laws in those states where Modo operates. Gambling, whether in person or online, is not legal in all areas. If you seek information regarding any illegal activity, you must leave the Platform immediately and shall not attempt to use the Platform. You agree not to use the Platform if doing so would violate the laws of your state, province, or country.  Please consult with your local authorities or legal advisors before participating in online gaming of any kind. It is your sole and absolute responsibility to comply with all applicable laws, and you assume all risk in using the Platform. Nothing published on the Platform or by Modo shall be construed as legal advice on any issue. **You assume all risk and responsibility for your use of the Platform. We bear no responsibility for your use of the Platform in connection with illegal gambling activities, and we do not condone illegal gambling. You understand and agree that the Platform is for entertainment purposes only. We make no guarantee that the Platform is legal in your jurisdiction.**

JOYCE00063

## C. ACCOUNTS

1. Registration

All users may register for a single Customer Account on the Platform, provided you meet the requirements set forth herein and otherwise abide by these Terms. Users will not register more than one Customer Account. If you register more than one Customer Account, we may temporarily suspend or permanently terminate any or all of your Customer Accounts.

2. Gold Coins and Sweepstakes Coins

To purchase Gold Coins, you must provide a valid Payment Medium. The Payment Medium you use to purchase Gold Coins must be legally and beneficially owned by you and in your name. If it comes to our attention that the name you registered on your Customer Account and the name linked to your Payment Medium differ, your Customer Account will be immediately suspended. We reserve the right to request documents and information to verify the legal and beneficial ownership of the Payment Medium you use to make Gold Coin purchases.

GOLD COIN PURCHASES MADE FROM ANY EXCLUDED TERRITORY WILL BE VOIDED AND REFUNDED, MINUS AN ADMINISTRATIVE FEE OF UP TO 10% OF THE TOTAL PURCHASES MADE BY THE PLAYER, IN ADDITION TO ANY CHARGES THAT MAY BE LEVIED BY THE BANK OR FINANCIAL INSTITUTION MANAGING THE AFOREMENTIONED REVERSAL; PROVIDED THAT ANY GOLD COIN PURCHASES MADE IN CONNECTION WITH PROHIBITED CONDUCT WILL BE FORFEITED AND NO REFUNDS SHALL BE GRANTED THEREFOR.

Purchases of Gold Coins are final and are not refundable, transferable, or exchangeable. You agree to notify us about any billing problems or discrepancies within 30 days from the date of your purchase. If you do not bring them to our attention within 30 days, you agree that you waive your right to dispute such problems or discrepancies. You are responsible for and agree to reimburse us for all reversals, charge-backs, claims, fees, fines, penalties, and any other liability incurred by us (including costs and related expenses) that were caused by or arising out of payments that you authorized or accepted or that were authorized or accepted using your Customer Account (even if not authorized by you).

All Gold Coin purchases and direct bank transfer payments are executed in USD. It is a Player's responsibility to ensure that their nominated bank account can accept transactions in USD. All foreign exchange transaction fees, charges, or related costs that you may incur as a result of, or in relation to, payments made by Modo to you are to be borne solely by you, including any losses or additional costs arising from foreign exchange fluctuations.

From time to time, we may provide you with Sweepstakes Coins to play the Games in Promotional Play for a chance to win Prizes. To redeem Prizes in accordance with our ▮▮▮▮ ▮▮▮▮ you must submit valid and current banking or wallet details and any necessary information and documentation. Sweepstakes Coins are only valid for 60 days from the date you last logged on to your Customer Account and will thereafter automatically expire. Sweepstakes

JOYCE00064

Coins may be forfeited if a Customer Account is closed for any reason, or at our sole and exclusive discretion.

You will not transfer, receive, acquire, dispose of, or sell Gold Coins or Sweepstakes Coins in any manner, including to or from other Customer Accounts or Players. Any attempt to circumvent this prohibition is grounds for immediate closure of your Customer Account, without prejudice to any other rights or remedies available to us.

You may participate in any Game only if you have sufficient Gold Coins or Sweepstakes Coins (as applicable) in your Customer Account. We will not extend you any credit whatsoever for the purchase of Gold Coins or otherwise.

3. Accuracy of Information

If you fail to provide the required information for your Customer Account, if we reasonably believe that you have provided false, misleading, inaccurate, incomplete, not current, or otherwise incorrect information to us, if you fail to promptly update such information to maintain its accuracy and completeness, or if we or any of our authorized agents have reasonable grounds to suspect that a violation of this provision has occurred, we may suspend or terminate your Customer Account, as well as subject you to criminal and civil liability. Acceptance of registration is subject to our sole discretion. While we may require you to provide additional information as necessary to verify the accuracy of your identity and the information you provide to us, you understand and agree that we do not sponsor or endorse any user.

4. No Account Sharing

You will not use, attempt to access, or ask for the login credentials for any third party's Customer Account at any time. You will not allow any third party to access or use your Customer Account at any time, nor provide any third party with your login credentials. We will not be liable for any loss that you may incur as a result of any third party that uses your password or otherwise accesses your Customer Account, either with or without your knowledge. You will be liable for losses incurred by us or any third party due to release of your login credentials to unauthorized persons.

5. Termination by You

You may delete your Customer Account by emailing support@modo.us and requesting deletion. You will not assign, transfer, sell, or share your Customer Account. If you do, both you and any unauthorized user are jointly and severally liable for any fees that will be due.

6. Termination by Modo

We may suspend or delete your Customer Account or any licenses granted herein at any time, for any reason, in our sole discretion. Closing your Customer Account will forfeit all continued access to and right to use, enjoy, or benefit from any Gold Coins, Sweepstakes Coins, and unredeemed Prizes associated with your Customer Account. If the reason behind the closure of your Customer Account is related to concerns about possible responsible social gameplay issues

JOYCE00065

you must indicate this in your request to close your Customer Account. We have the right to terminate your Customer Account and membership on the Platform at any time, and you will be responsible for all charges to your Customer Account at the time of termination. We are not responsible for preserving terminated account information which may be permanently deleted in our discretion.

## D. GRANT OF RIGHTS

You understand that all Modo is offering you is access to the Platform to play the Games as we provide them from time to time. You need to provide your own access to the Internet, hardware, and software, and you are solely responsible for any fees that you incur to access the Platform.
All users may access certain public areas of the Platform, play the Games, and access the Content, free of charge. We grant all users a limited, nonexclusive, revocable, and nontransferable personal license to access and use only the Content provided on free areas of Platform for private, non-commercial purposes on a single computer or mobile device. This free license does not include a license to access or use paid areas of the Platform, or Content available therein. We also grant you a limited, nonexclusive, revocable, and nontransferable personal license to access the Platform, play the Games, and access the Content, as limited by your additional purchase of certain paid features and upgrades and your participation in qualifying activities as described in the Promo Rules. This paid or promotional license is for private, noncommercial purposes on a single computer or mobile device. We reserve the right to limit the Content viewed or Games available to you. Your license to access the Platform, play the Games, and access the Content is not a transfer of title. You will not copy or redistribute any Content, and you will prevent others from unauthorized access, use of, or copying of Content.

## E. PROHIBITED USE POLICY

1. <u>Prohibited Conduct</u>

You agree that you will only use the Platform for purposes expressly permitted and contemplated by these Terms. You may not use the Platform for any other purposes without our express prior written consent. Without our express prior written authorization, you will not:

(a)  use the Platform for any purpose other than as offered by us, including using the Platform in  any way that is prohibited by these Terms or that is violative of any applicable law, regulation, or  treaty of any applicable governmental body, including: (i) laws prohibiting illegal gambling; (ii)   intellectual property right laws protecting patents, copyrights, trademarks, trade secrets, and any   other intellectual property right, including making, obtaining, distributing, or otherwise accessing  illegal copies of copyrighted, trademarked, or patented materials, deleting intellectual property  right indications and notices; (iii) laws against obscene, lewd, defamatory, or libelous speech;   (iv) laws protecting confidentiality, privacy rights, publicity rights, or data protection, and (v)  laws pertaining to illegal money transfers and money laundering.

(b)  fail to comply with orders, judgments, or mandates from courts of competent jurisdiction.

JOYCE00066

(c)     link to the Platform on any Third Party Website in any way that is illegal, unfair, or damages or takes advantage of our reputation, including any link which establishes or suggests a form of association, approval, or endorsement by us where none exists.

(d)     use of VPN or other means to circumvent geolocation in order to access the Platform or make Gold Coin purchases from an Excluded Territory.

(e)     impersonate another individual or entity, whether actual or fictitious; falsely claim an affiliation with any individual or entity; access the Customer Accounts of others without permission; misrepresent the source, identity, or materials of the Content; collect the personal information of other Players or third parties; or perform any other similar fraudulent activity, or engage in Prohibited Conduct.

(f)     engage in manipulation of the Platform, including utilizing bots or other fraudulent means to

        (i) manipulate the Platform, whether for the purpose of cheating, collusion, or otherwise, or

        (ii) artificially drive traffic to or inauthentically generate engagements with your Customer Account, including your Link and hyperlinks to Third Party Websites.

(g)     circumvent, disable, damage, or otherwise interfere with the operations of the Platform, any   user's enjoyment of the Platform, or our security-related features or features that prevent, limit,  or restrict the use or copying of the Platform that enforce limitations on the use of the Platform or  the Content, by any means, including hacking, mining, phishing, posting, linking to, uploading,   or otherwise disseminating viruses, adware, spyware, malware, logic bombs, Trojan horses,   worms, harmful components, corrupted data, or other malicious code, file, or program designed  to interrupt, destroy, limit, or monitor the functionality of any computer software or hardware or   any telecommunications equipment.

(h)     modify, reverse engineer, reverse-assemble, decompile, disassemble, or otherwise discover the source code of the Platform, except and only if that activity is expressly permitted by applicable law despite this limitation.

(i)     access or use any automated process (such as a robot, spider, scraper, or similar) to access the Platform in violation of our robot exclusion headers or to scrape all or a substantial part of the Content (other than in connection with bona fide search engine indexing or as we may otherwise expressly permit).
        (i) modify, adapt, translate, or create derivative works based on the Platform, or any part of them, except and only if applicable law expressly permits that activity despite this limitation.

        (ii) commercially exploit or make available the Platform to third parties including any action to frame or mirror the Platform.

JOYCE00067

(j)     take any action that imposes or may impose (in our sole discretion) an unreasonable or disproportionately large load on our technology infrastructure or otherwise make excessive demands on it.

(k)     attempt to do any of the acts described in this Section E(1) or assist or permit any person in engaging in any of the acts described in this Section E(1).

Engaging in any Prohibited Conduct will be considered a breach of these Terms, and may result in immediate suspension, or termination of your Customer Account and access to the Platform, without notice, in our sole discretion. We may pursue any legal remedies or other appropriate actions against you if you engage in any Prohibited Conduct, including civil, criminal, or injunctive relief, and forfeiture of Prizes. Any unauthorized use of the Platform violates these Terms and certain international, foreign, and domestic laws.

2. <u>Reporting Violative Activities</u>

If you are aware of any user engaging in activities that violate these Terms, please email us at support@modo.us with as much detail as possible, including a description of the objectionable activities, the email or User ID of the individual engaging in suspicious activities, the date and

time of identification, the reason we should investigate the activities, and a statement certifying the accuracy of the information you provided to us.

3. <u>Law Enforcement</u>

We will fully cooperate with law enforcement authorities or orders from courts of competent jurisdiction, requesting or directing us to disclose the identity or location of any user in breach of these Terms, in accordance with our &#9608;&#9608;&#9608;&#9608;&#9608;&#9608; law enforcement policies, and applicable laws and regulations. If your activity results in Modo receiving a subpoena, discovery request, production order, search warrant, or court order that causes Modo to incur expenses, court costs, or legal fees for compliance, you agree to reimburse us for any such expenses, costs or legal fees upon our request.

4. <u>Anti-Money Laundering</u>

We monitor all transactions in order to prevent money laundering. If Modo suspects that you may be engaging in, or have engaged in money laundering activities, your access to the Platform will be suspended immediately and your Customer Account may be closed. If your Customer Account is suspended or closed under such circumstances, Modo is under no obligation to reverse any Gold Coin purchases you have made, nor is Modo under any obligation to allow use of any Sweepstakes Coins nor redemption of any Prizes that may be associated with your Customer Account. In addition, Modo may pass any necessary information on to the relevant authorities, other online service providers, banks, credit card companies, electronic payment providers, or other financial institutions. You will cooperate fully with any Modo investigation into such activity. If you suspect any unlawful or fraudulent activity or prohibited transaction by another Player, please notify us immediately by sending an email to support@modo.us.

JOYCE00068

## F. BILLING AND PAYMENTS

1. Purchases

If you provide valid and current payment information, you may purchase Gold Coins at the currently displayed price. Gold Coins have no cash value and are for social and entertainment purposes only. In some instances, we may provide users who purchase Gold Coins or who engage in other qualifying activities with free Sweepstakes Coins in accordance with our ███████ ██████ Sweepstakes Coins are **never** available for purchase. Unused Gold Coins and Sweepstakes Coins are not eligible for any full or partial refunds. Gold Coins and Sweepstakes Coins may be deleted from Inactive Accounts.

We reserve the right to charge additional fees for access to the Platform or any other feature or service of Modo, and to change our fee structure at our discretion. All previous offers or discounts are unavailable once removed from the Platform.

You agree to pay any and all fees or account charges related to any fees, taxes, charges, purchases, or upgrades associated with your Customer Account, immediately when due in accordance with our stated billing policy, or that of our third-party billing agent. You acknowledge that the charge on your banking statement may display our company name, one of our brand names, or our third-party billing agent's name. You understand and agree that you are responsible for any and all fees or penalties that are associated with your Customer Account. Your Customer Account will be deemed past due if it is not paid in full by the payment due date. If you utilize a credit or debit card as means of payment, your card issuer agreement may contain additional terms with respect to your rights and liabilities as a card holder. You agree to pay any and all amounts due immediately upon cancellation or termination of your Customer Account.

2. Prizes

If you win Prizes according to our ████████████ we will allow you to redeem the Prizes for cash which we will transfer to you in your selected Payment Medium, minus any processing fees based on your payment selection or otherwise associated with your Customer Account, provided you have met the minimum payment threshold, except that Prizes in excess of ten thousand dollars ($10,000.00) may, at our election, be made by us to you in weekly installments. If you are a resident of New York and Florida, the maximum redemption value for a Prize won on any single spin or play is five thousand dollars ($5,000). If you are a resident of New York and Florida, any Prize with a value in excess of five thousand dollars ($5,000) will be reduced to a maximum value of five thousand dollars ($5,000). You are responsible for providing accurate bank account or Payment Medium details identifying where Prizes will be sent. You must own or control the account associated with your Payment Medium, and you agree to provide us with such information as we may request to confirm your ownership or control. We reserve the right to charge fees for processing the redemption of Prizes to you and to set a minimum redemption threshold for Prize redemptions. You cannot request a Prize redemption until you have met the minimum payment threshold as displayed on the Platform. We may set off any liability, damages, costs, or expenses that we incur arising from or relating to your breach of these Terms against any money that we owe to you under these Terms. We may also adjust or deduct the monies

JOYCE00069

transferred to your Customer Account or payment account for any reason, at any time, without advance warning or notice, including retroactively. The most common reasons for transfer adjustments include customer refunds, fraud, conduct violations, and technical errors.

3. Taxes

You shall be responsible for payment of all taxes, and we will not be responsible for any federal income tax withholding, unemployment contribution, workers compensation, Medicare / Medicaid, or any employment-related benefits. If requested, you will provide us with a Social Security Number or Taxpayer Identification Number, so that an IRS Form 1099 may be issued where required by law. Failure to provide such information to us may result in termination of these Terms.

4. Third-Party Payment Processing

We utilize various third-party payment processors and gateways, and we reserve the right to contract with additional third-party payment processors and gateways in our sole discretion to process any and all payments associated with the Platform. Such third parties may impose additional terms and conditions governing payment processing. You are responsible for abiding by such terms. We further disclaim any liability associated with your violation of such terms.

5. Changes to Your Billing Information

You must promptly inform our third-party billing agent of all changes, including changes in your address and changes in your credit or debit card used in connection with billing or payment through the Platform, if applicable. You are responsible for any credit card charge backs, dishonored checks, and any related fees that Modo incurs with respect to your Customer Account, along with any additional fees or penalties imposed by our third-party billing agent.

6. Chargebacks

If you make a purchase on the Platform that results in a chargeback, we may terminate your Customer Account. You agree to contact us to seek a resolution of any issue before initiating a chargeback. We reserve the right to reverse the dispersal of any Sweepstakes Coins, and to withhold or cancel any Prizes generated from Sweepstakes Coins, associated with Gold Coin purchases that result in a chargeback.

7. Changes to Our Billing Methods

We reserve the right to make changes at any time to our fees and billing methods, including the addition of administrative or supplemental charges for any feature, with or without prior notice to you.

8. Refunds

You understand and agree that it is our standard policy that all purchases are final and nonrefundable. We reserve the right to address all refund requests in our sole discretion. In no instance will a refund be provided where the user initiates a chargeback.

JOYCE00070

9. Billing Errors

If you believe that you have been erroneously billed for activity associated with your Customer Account, please notify our third-party billing agent immediately of such error. If you do not do so within thirty (30) days after such billing error first appears on any Customer Account statement, the fee in question will be deemed acceptable by you for all purposes, including resolution of inquiries made by or on behalf of your banking institution. You release us from all liabilities and claims of loss resulting from any error or discrepancy that is not reported within thirty (30) days of the bill being rendered to you. These Terms shall supplement and be in addition to any terms required by third party billing entities we engage to provide billing services. You are responsible for review and compliance with such entity's terms in addition to those contained in these Terms.

10. Fraudulent Use of Credit Cards

We take credit card fraud very seriously. Discovery that you have used a stolen or fraudulent credit card will result in the notification of the appropriate law enforcement agencies and termination of your Customer Account.

## G. REFERRAL PROGRAM

1. Participation and Termination

By participating in the Referral Program, you accept and agree to comply with this Section G and our ▓▓▓▓▓▓▓ We may terminate your participation in the Referral Program for any reason or no reason, in our sole and absolute discretion. If you violate any provision of this Section G, you will forfeit all right to any unpaid and future commissions on Referrals.

2. Sweepstakes Coins for Referrals

We may allow you to participate in the Referral Program to provide marketing services in exchange for free Sweepstakes Coins as described on our ▓▓▓▓▓▓▓ page for the first ten (10) Referrals who have completed our customer verification process and made at least twenty dollars ($20.00) in purchases on the Platform. We may alter the number of free Sweepstakes Coins that you will receive for each eligible Referral from time to time in our discretion without notice to you, and without penalty to us. Any changes to the number of free Sweepstakes Coins that you will receive for each eligible Referral will only be applied to Referrals sent to us after the publication of the change. You agree that you will periodically check the ▓▓▓▓▓▓▓ page, and your continued participation in the Referral Program manifests your assent to any changes in the number of free Sweepstakes Coins that you will receive for each eligible Referral.

We will issue the appropriate number of Sweepstakes Coins to your Customer Account for all qualifying Referrals, except that we may deduct an amount of Sweepstakes Coins associated with any Referral that results in a refund or chargeback or any issuance of Sweepstakes Coins resulting from fraud, Prohibited Conduct, other illegal activity, technical error, or as required by law. No Sweepstakes Coins will be issued for Referrals that are in violation of this Section G or

JOYCE00071

any other provision of these Terms. We may temporarily withhold any free Sweepstakes Coins associated with a Referral if we reasonably believe a violation of these Terms has occurred until such time as an investigation can be conducted and a determination can be made. You shall forfeit all free Sweepstakes Coins associated with Referrals if, due to inaccurate, incomplete, or outdated Customer Account information provided by you, we are unable to issue a disbursement to you within six (6) months of the Referral associated with those Sweepstakes Coins.

3. Channel Information

You may market, advertise, and promote the Platform by sharing your Referral Link on your Channels. You shall be solely responsible for the Channel Information. You represent and warrant that you own or operate the Channels, and that the Channel Information does not infringe upon or violate any applicable law, rule, or regulation, including intellectual property and publicity rights. We shall have no obligations with respect to the Channel Information, including any duty to review or monitor any such Channel Information. You agree to indemnify us for any claims, charges, debts, allegations, or lawsuits arising out of any Channel Information or other information appearing on the Channels.

4. Grant of Rights in the Marks

We grant you a limited, revocable, non-exclusive right to use our Marks and your Referral Link on the Channels solely for the purposes of your participation in the Referral Program. You may only use the Marks on the Channels in a manner that accurately and appropriately displays the high quality nature of the Platform, and you hereby agree not to take any action that would impair or diminish the value of, or the goodwill associated with, the Marks, including using the Marks in a manner that disparages or portrays us or our products or services in a false, competitively adverse, or poor light. We will immediately terminate this license if we discover that you are using our Marks in any manner not authorized by this Section G(4).

Your use of the Marks shall inure to our benefit. You will not register any domain name or account on any Third Party Website that contains or is confusingly similar to any Mark belonging to us, and you agree that, if you do, you will immediately disable the offending domain name or account on any Third Party Website upon our demand and at your expense, or that, if you fail to immediately do so, you will reimburse us for all fees incurred in order to enforce these obligations, including attorneys' fees and costs associated with filing a domain dispute complaint.

You agree that the Marks are and shall remain our property, and that nothing in these Terms conveys to you any right of ownership in the Marks. You will not now nor in the future contest the validity of the Marks.

5. Code of Conduct for Referral Program Participants

We reserve the right to terminate your participation in the Referral Program at any time and for any reason, or no reason, in our sole and absolute discretion. Reasons for refusal or acceptance or termination of participation may include violation of the Code of Conduct, or the other provisions of this Section G(5).

DM1\15540542.1

JOYCE00072

You must fully comply with state or federal consumer protection statutes, regulations, rules, policies, or advisory opinions. You will notify us of any inquiries or concerns made, accusing you of or investigating you for any activities related to the Referrals that are questionable, illegal, or otherwise violate these Terms.

You will not:

(a)  Use deceptive, unlawful, or unfair promotional tactics or devices, such as manipulating search engine results, or otherwise engaging in activity that is false, misleading, infringing, manipulative, or deceptive in order to drive traffic through your Referral Link or to your Channels.

(b)  Use any meta-tags, key words, pay-per-click advertising campaigns, or other marketing tactics that would imply or suggest that illegal activities occur on the Platform or the Channels, or otherwise market Modo or the Channels to those seeking to engage in illegal activities.

(c)  Transmit or distribute your Referral Link to any Minors.

(d)  Solicit or permit a Minor to become a user of the Platform.

(e)  Use any form of unlawful email promotion to promote your Referral Link or the Channels. (f) Violate the policies of any Third Party Website while sharing your Referral Link.

(g)  Engage in any activities that, in our sole discretion, are harmful to our image, goodwill, or reputation.

(h)  Attempt to do any of the acts described in this Section G(5) or assist or permit any person in engaging in any of the acts described in this Section G(5).

6. Access to the Channels

During your participation in the Referral Program, you agree to provide us with the means necessary to monitor the source of traffic you send to us, although we undertake no obligation to do so. To that end, and solely for that purpose, if the Channels have any method of access restrictions in place, you agree to send us valid access credentials to any password-protected area of the Channels within twenty-four (24) hours of receiving a request for such access by us. You agree that we shall not be charged or incur any expense from you for such access.

## H. DISPUTE RESOLUTION AND DAMAGES

1. Initial Dispute Resolution Procedure

The parties shall use best efforts to resolve informally, as a first step, any concerns or Disputes that you may have promptly and in good faith. You can do this by contacting us at disputeresolution@arbgamingllc.com via E-mail.  The following information must be included in your written communication: (a) your username, (b) your first and last name, as registered on

JOYCE00073

your Customer Account, (c) explanation of the complaint/claim, and (d) any specific dates and time associated with the complaint/claim.  Failure to include the outlined information may result in a delay in our ability to identify and respond to your Dispute.  If for some reason your Dispute is not resolved, you may then pursue arbitration as set out below in Section H(2) or a court claim if you opted-out of the Arbitration Agreement as set forth below in Section H(2).

2. Mandatory Arbitration and Class Action Waiver Agreement

PLEASE READ THIS SECTION H (MANDATORY ARBITRATION AND CLASS ACTION WAIVER AGREEMENT) CAREFULLY BECAUSE IT MAY REQUIRE YOU AND MODO TO ARBITRATE CERTAIN DISPUTES AND CLAIMS ON AN INDIVIDUAL BASIS ONLY AND LIMIT THE MANNER IN WHICH YOU AND MODO CAN SEEK RELIEF FROM EACH OTHER.   THIS AGREEMENT APPLIES TO ANY DISPUTES OR CLAIMS YOU MAY CURRENTLY POSSESS AND ANY CLAIMS YOU MAY RAISE IN THE FUTURE CONCERNING THESE TERMS OR USE OF MODO'S PLATFORM.

This Section H will be construed under and be subject to the Federal Arbitration Act, notwithstanding any other choice of law set out in these Terms.  The parties acknowledge that this Section H is a separate agreement between the parties and that any alleged or determined invalidity or illegality of all or any part of the Terms or the Platform shall have no effect upon the validity and enforceability of this agreement.

By agreeing to these Terms, and to the extent permitted by applicable law, you and Modo agree that any Dispute will be governed by the procedure outlined below. You and Modo further agree that any arbitration pursuant to this Section H(2) shall proceed on an individual basis and for your own losses only.  You may not proceed as a class representative, member or part of any proposed class, collective action, private attorney general suit, qui tam action or any representative proceeding, or otherwise seek to recover on behalf of others or for the benefit of others in any type of claim or the losses of others.

By agreeing to these Terms, and to the extent permitted by applicable law, you agree to resolve any Disputes — including any Dispute concerning the enforceability, validity, scope, or severability of this agreement to arbitrate — through final and binding arbitration.  Arbitration means you will not be able to seek damages in court or present your case to a jury.

If you have not previously agreed to arbitration in connection with your use of our Platform, you may decline this agreement to arbitrate by sending written notice of your decision to opt out to: ARB Gaming LLC, Attn: Arbitration Opt-Out, 13802 N Scottsdale Rd Suite 151-94 Scottsdale AZ 85254-3403, within thirty (30) days after first becoming subject to these Terms. If more than thirty (30) days have passed since you previously agreed to arbitration in connection with your use of our Platform and the aforementioned written notice was not provided during such period in accordance with this paragraph, then you are ineligible to opt-out and the entirety of this Section H of these Terms shall apply to your use of our Platform.  Your valid notice must include your first and last name, address, the email address associated with your Customer Account, and an unequivocal statement that you decline this agreement to

JOYCE00074

arbitrate. If you duly opt out of this agreement to arbitrate, all other parts of these Terms will continue to apply to you.  Opting out of this agreement to arbitrate has no effect on any other arbitration agreements that you may currently have, or may enter in the future, with Modo.  By opting out of this agreement to arbitrate, you will not be precluded from using the Platform, but neither you nor Modo will be able to invoke the mutual agreement to arbitrate to resolve Disputes. Whether to agree to arbitration is an important decision. It is your decision to make and you are not required to rely solely on the information provided in these Terms. You should take reasonable steps to conduct further research and, if you wish, to consult with counsel of your choice.

By using, or otherwise accessing the Platform, or clicking to accept or agree to the Terms where that option is made available, you confirm that you have read and accept and agree to this Section H.  Except to the extent that you may opt-out as provided above, all of your activity on the Platform and all of your transactions with Modo, including all events which occurred before your acceptance of the Terms, shall be subject to this Section H.

Notwithstanding the above, all parties retain the right to seek relief in a small claims court for disputes or claims solely within the scope of a small claim's court jurisdiction.

You and Modo agree that JAMS will administer the arbitration under its Comprehensive Arbitration Rules and Procedures (the "JAMS Rules") in effect at the time arbitration is sought.  Those rules are available at https://www.jamsadr.com/adr-rules-procedures/.

3. <u>Agreement to Mass Arbitration</u>

For mass arbitrations (which shall be defined as 25 or more similar demands for arbitration filed against the same party or related parties by individual claimants represented by either the same law firm or law firms acting in coordination), the JAMS Mass Arbitration Procedures and Guidelines ("JAMS Mass Arbitration Rules") shall apply.  In such proceedings, the parties agree that, notwithstanding any other provisions of these Terms, the Process Administrator (as described in the JAMS Mass Arbitration Rules) and the arbitrators shall have the authority to implement the procedures set forth in the JAMS Mass Arbitration Rules, including the authority to batch together individual arbitration demands into a single coordinated proceeding.   All provisions of this Section H (Dispute Resolution and Damages) that are not in conflict with the JAMS Mass Arbitration Rules, including the qualifications for the arbitrators, shall continue to apply.

You and Modo further agree that:

(a)    the arbitration will be handled by a sole arbitrator.  The parties agree that the JAMS arbitrator must have the following minimum qualification: practicing attorneys or retired federal court judges who have at least ten years of substantive expertise in litigating and resolving of complex business disputes, including motions to compel arbitration and litigation or adjudication regarding whether disputes are arbitrable;

JOYCE00075

(b)　　for purpose of Sections 16.1 and 16.2 of the JAMS Rules, the JAMS Streamlined Arbitration Rules and Procedures and JAMS Expedited Procedures shall not apply unless otherwise explicitly agreed to by all parties to the Dispute;

(c)　　in lieu of JAMS Rule 18, the parties shall have the right to submit a dispositive motion at the outset of the arbitration to the Arbitrator.　The submission and scheduling of such motions shall be addressed at a conference held before the JAMS arbitrator, and the parties agree that any dispositive motions shall be resolved and the remainder of the arbitral proceeding stayed pending resolution, absent good cause and immediate necessity to proceed;

(d)　　except to the extent prohibited under JAMS Consumer Minimum Standards, located at https://www.jamsadr.com/consumer-minimum-standards/Rules, the arbitration will be held in Scottsdale, Arizona or, at your election, conducted via telephone or other remote electronic means;

(e)　　JAMS will govern payment of all arbitration fees, currently available at https://www.jamsadr.com/arbitration-fees.　You will only be required to pay arbitration fees of $250 in connection with any arbitration initiated under this Section H, but you will still be responsible for paying your own attorney's fees;

(f)　　except as otherwise waived or limited under the Terms or this Section H, the arbitrator shall be authorized to award any remedies, including injunctive relief, that would be available to you in an individual lawsuit;

(g)　　except as and to the extent otherwise may be required by law, the arbitration proceeding, pleadings, and any award shall be confidential, except as may be necessary in connection with a court application for a preliminary remedy, a judicial challenge to an award or its confirmation and enforcement;

(h)　　in the event JAMS is unavailable or unwilling to hear the dispute in accordance with this Section H, the parties shall agree to another arbitration provider subject to the procedural agreements of this Section H; and

(i)　　You and Modo agree that any award issued by the arbitrator in excess of $50,000 in favor of either party, or any award which grants any form of declaratory or equitable relief that would significantly impact other Modo users or the operation of the Platform, may be appealed in accordance with the JAMS Optional Arbitration Appeal Procedures at either party's election.　The JAMS Optional Arbitration Appeal Procedures are available at https://www.jamsadr.com/adr-rules-procedures/.

Notwithstanding any language to the contrary in this Section H(2), if a party seeks injunctive relief that would significantly impact other Modo users as reasonably determined by either party, the parties agree that such arbitration will proceed on an individual basis but will be handled by a panel of three (3) arbitrators. Each party shall select one arbitrator, and the two party-selected arbitrators shall select the third, who shall serve as chair of the arbitral panel. That chairperson shall be a retired federal court judge or an attorney licensed to practice law who have at least ten years of substantive expertise in litigating and resolving of complex business disputes, including

JOYCE00076

motions to compel arbitration and litigation or adjudication regarding whether disputes are arbitrable. In the event of disagreement as to whether the threshold for a three arbitrator panel has been met, the sole arbitrator appointed in accordance with this clause shall make that determination. If the arbitrator determines a three-person panel is appropriate, the arbitrator may - if selected by either party or as the chair by the two party-selected arbitrators - participate in the arbitral panel.

TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, NEITHER YOU NOR MODO SHALL BE ENTITLED TO CONSOLIDATE, JOIN, OR COORDINATE DISPUTES BY OR AGAINST OTHER INDIVIDUALS OR ENTITIES, OR PARTICIPATE AS A CLASS REPRESENTATIVE, MEMBER OR PART OF ANY PROPOSED CLASS OR COLLECTIVE ARBITRATION OR ARBITRATE OR LITIGATE ANY DISPUTE IN A REPRESENTATIVE CAPACITY, INCLUDING AS A REPRESENTATIVE MEMBER OF A CLASS OR IN A PRIVATE ATTORNEY GENERAL CAPACITY, QUI TAM ACTION OR OTHERWISE SEEK TO RECOVER FOR LOSSES INCURRED BY A THIRD PARTY. IN CONNECTION WITH ANY DISPUTE, ANY AND ALL SUCH RIGHTS ARE HEREBY EXPRESSLY AND UNCONDITIONALLY WAIVED.

4. <u>Governing Law and Venue</u>

These Terms and all matters arising out of, or otherwise relating to, these Terms shall be governed by the laws of the State of Arizona, excluding its conflict of law provisions. The sum of this Section H(4) is that any and all Disputes that do not proceed to arbitration as set forth in Section H(2) above must be, without exception, resolved in Scottsdale, Arizona. All parties to these Terms agree that all actions or proceedings arising in connection with these Terms or any services or business interactions between the parties that may be subject to these Terms shall be brought exclusively in Scottsdale, Arizona.

The parties agree to *exclusive jurisdiction and venue in, and only in, Scottsdale, Arizona*.  The parties additionally agree that this choice of venue and forum is mandatory and not permissive in nature, thereby precluding any possibility of litigation between the parties with respect to, or arising out of, these Terms in a jurisdiction other than that specified in this Section H(4).

All parties hereby waive any right to assert the doctrine of forum non-conveniens or similar doctrines challenging venue or jurisdiction, or to object to venue with respect to any proceeding brought in accordance with this Section H or with respect to any Dispute.

All Parties stipulate that the courts located in Scottsdale, Arizona shall have personal jurisdiction over them for resolution of any litigation permitted by these Terms. You agree to accept service of process by registered or certified mail, Federal Express, or Priority Mail, with proof of delivery or return receipt requested, sent to your last known address for any legal action arising from these Terms. Any final judgment rendered against you or us in any action or proceeding shall be conclusive as to the subject matter and may be enforced in the courts located in Scottsdale, Arizona or other jurisdictions in any manner provided by law if such enforcement becomes necessary.

JOYCE00077

5. <u>Waivers</u>

In consideration of your use of the Platform, you hereby waive any right or ability to proceed as a class representative, member or part of any proposed class, collective action, private attorney general suit, qui tam action or any representative proceeding, or otherwise seek to recover on behalf of others or for the benefit of others in any type of claim or action or to recover the losses of others, along with any right to trial by jury.

6. <u>Rights to Injunctive Relief</u>

You acknowledge that remedies at law may be inadequate to provide us with full compensation in the event you breach these Terms, and that we shall therefore be entitled to seek injunctive relief in the event of any such breach, in addition to seeking all other remedies available at law or in equity.

7. <u>Additional Fees</u>

If we are required to enlist the assistance of an attorney, investigator, collections agent, or other person to collect any damages or any other amount of money from you, or if we are required to seek the assistance of an attorney to pursue injunctive relief against you, then you additionally agree that you will reimburse us for all reasonable fees incurred in order to collect these damages or in order to seek injunctive relief from you. You understand that even a nominal amount of damages may require the expenditure of extensive legal fees, travel expenses, costs, and other amounts that may dwarf the damages themselves. You agree that you will pay these fees and costs.   For clarity, these additional fees are not fees associated with the cost of arbitration, including any JAMS filing fee, case management fee or professional fees for the arbitrator's services.

**I. DISCLAIMERS**

1. <u>All Warranties Are Disclaimed</u>

We provide access to the Platform "as is" and "with all faults." We make no warranty that the Platform will meet your needs or requirements. *We disclaim all warranties* — express, statutory, or implied — including warranties of merchantability, fitness for a particular purpose, workmanlike effort, quality, suitability, truthfulness, usefulness, performance, accuracy, completeness, reliability, security, title, exclusivity, quiet enjoyment, non-infringement, and warranties that your access to and use of the Platform will be uninterrupted, timely, secure, error free, or that loss of materials will not occur, to the greatest extent provided by applicable law. We may change any of the information found on the Platform at any time or remove any or all Content thereon. We make no commitment to update the Content. We make no warranty regarding any goods or services purchased or obtained through the Platform or any transaction entered into through the Platform. There are no warranties of any kind that extend beyond the face of these Terms or that arise because of course of performance, course of dealing, or usage of trade.

JOYCE00078

## 2. Use at Your Own Risk

You expressly agree that access to the Platform is at your own and sole risk. You understand that we cannot and do not guarantee or warrant that the Platform will be free of viruses, malware, worms, Trojan horses, or other code that may manifest contaminating or destructive properties. We do not assume any responsibility or risk for your access to or use of the Internet, the Platform. You understand and agree that any Content downloaded or otherwise obtained through the Platform is done at your own discretion and risk, and that you will be solely responsible for any damage to your computer system or loss of data that results from your activity.

## 3. Third-Party Links

The Platform may contain links to websites or resources owned and operated by our users or third parties. You understand and agree that we have no control over, are not responsible for, and do not screen nor warrant, endorse, guarantee, or assume responsibility for the goods or services provided by our users or on third-party links. We will not be a party to or be in any way responsible for monitoring any transaction between you and other providers of products or services. As with the purchase of a product or service through any medium or in any environment, you should use your best judgment and exercise caution where appropriate. You agree to hold us harmless from any and all damages and liability that may result from use of third-party links that appear on the Platform, and any advertising, services, goods, products, or other materials available on third-party links. We are not responsible for any use of confidential or private information by sellers or third parties. You agree that your use of any third-party link or the goods or services provided thereon is governed by the policies of those third parties, not by these Terms or our other policies. We reserve the right to demote or remove any link at any time.

## 4. Violations of Law

Access to and use of the Platform in violation of any law is strictly prohibited. If we determine that you have provided or intend to use the Platform in a manner that violates any law, your ability to access the Platform will be terminated immediately. We do hereby disclaim any liability for damages that may arise from you or any user providing any services that violates any law. You do hereby agree to defend, indemnify, and hold us harmless from any liability that may arise for us should you violate any law. You also agree to defend and indemnify us should any third party be harmed by your illegal actions or should we be obligated to defend any such claims by any party.

## J. INDEMNIFICATION

You agree to defend, indemnify, and hold harmless Modo, its officers, directors, shareholders, employees, independent contractors, telecommunication providers, and agents, from and against any and all claims, actions, loss, liabilities, expenses, costs, or demands, including without limitation legal and accounting fees, for all damages directly, indirectly, or consequentially resulting or allegedly resulting from your actions, or the actions of another person under your authority, including without limitation to governmental agencies, use, misuse, or inability to use the Platform, or any breach of these Terms by you or another person under your authority. We

DM1\15540542.1

JOYCE00079

shall promptly notify you by electronic mail of any such claim or suit, and we may cooperate fully (at your expense) in the defense of such claim or suit. We reserve the right to participate in the defense of such claim or suit at our own expense, and choose our own legal counsel; however, we are not obligated to do so.

## K. LIMITATION OF LIABILITY

You acknowledge that we will not be liable to you for user-generated content or the offensive or illegal conduct of any person. You understand that the risk of harm or damage from this rests entirely with you, and you expressly release us from any liability arising out of user-generated content or the conduct of any person. You discharge, acquit, and otherwise release us, our parent company, agents, employees, officers, directors, shareholders, attorneys, and affiliates, from any and all allegations, counts, charges, debts, causes of action, and claims relating in any way to the use of, or activities relating to the use of the Platform including claims relating to the following: negligence, gross negligence, reckless conduct, alienation of affections (to the extent recognized in any jurisdiction), intentional infliction of emotional distress, intentional interference with contract or advantageous business relationship, defamation, privacy, publicity, intellectual property infringement, misrepresentation, infectious disease, illegal gambling, any financial loss not due to the fault of Modo, missed meetings, unmet expectations, false identities, fraudulent acts by others, invasion of privacy, release of personal information, failed transactions, purchases or functionality of the Platform, unavailability of the Platform, its functions and any other technical failure that may result in inaccessibility of the Platform, or any claim based on vicarious liability for torts committed by individuals met on or through the Platform, including fraud, Prohibited Conduct, theft or misuse of personal information, assault, battery, stalking, harassment, cyber-bullying, rape, theft, cheating, perjury, manslaughter, or murder.

The above list is intended to be illustrative only, and not exhaustive of the types or categories of claims released by you. This release is intended by the parties to be interpreted broadly in favor of Modo, and thus any ambiguity shall be interpreted in a manner providing release of the broadest claims. This release is intended to be a full release of claims, and the parties acknowledge the legally binding nature of this provision, and the nature of the rights given up in connection therewith.

Further, by agreeing to these Terms, you acknowledge and agree that you have read, understand, and consent to the processing of your personal information including, but not limited to, the use web traffic and website usage analytics and tracking technologies, such as cookies, pixel tags, and Java scripts. You acknowledge and agree that you do not have a reasonable expectation of privacy in connection with the use of analytics and tracking technologies or the collection and/or sharing of personal information by us or our third-party advertising partners using these technologies. To the maximum extent permitted under applicable law, you hereby release with prejudice and discharge Modo from, and waive the assertion of, any and all claims, demands, and damages based on or arising out of our use of such analytics and tracking technologies in connection with your access to and/or usage of this Website prior to your acceptance of these Terms of Service, including any claims for any past, present or future use of tracking software, including but not limited to use of A Meta Pixel, "cookies," "GET requests" or JavaScript in

JOYCE00080

HTML code of our website that intercepts, tracks, stores, and analyzes your interactions with our website, which are hereby fully waived, released and compromised. Modo shall have no liability to you for any past claims arising out of or related to the use of any tracking technology.

You hereby waive and relinquish the provisions, rights, and benefits, if any, of Section 1542 of the California Civil Code, which provides as follows:

A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS THAT THE CREDITOR OR RELEASING PARTY DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE AND THAT, IF KNOWN BY HIM OR HER, WOULD HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT WITH THE DEBTOR OR RELEASED PARTY.

We expressly disclaim any liability or responsibility to you for any of the following:

(1)    Any loss or damage of any kind incurred because of the Content, including errors, mistakes, or inaccuracies of the Content or any Content that is infringing, obscene, indecent, threatening, offensive, defamatory, invasive of privacy, or illegal.

(2)    Personal injury or property damage of any nature resulting from your access to and use of the Platform.

(3)    Any third party's unauthorized access to or alterations of your Customer Account, transmissions, or data.

(4)    Any interruption or cessation of transmission to or from Modo or the Platform and any delays or failures you may experience in initiating, conducting, or completing any transmissions to or transactions with Modo or the Platform.

(5)    Any bugs, viruses, malware, Trojan horses, or the like that may be transmitted to or through the Platform by any third party.

(6)    Any incompatibility between the Platform and your other services, hardware, or

software.

**SOLE AND EXCLUSIVE REMEDY/LIMITATION ON RECOVERY.    UNLESS OTHERWISE PROHIBITED BY LAW, IN ANY DISPUTE WITH US, YOUR SOLE AND EXCLUSIVE REMEDY UNDER ANY LEGAL THEORY SHALL BE TO RECOVER THE AMOUNT OF YOUR OWN PURCHASES DURING A SIX (6) MONTH PERIOD PRIOR TO THE FILING OF YOUR CLAIM.    IN NO EVENT MAY YOU RECOVER UNDER ANY THEORY ANY AMOUNT MORE THAN THE AMOUNT OF YOUR OWN PURCHASES DURING THE SIX (6) MONTH PERIOD PRIOR TO THE FILING OF YOUR CLAIM.    IN ADDITION, EXCEPT TO THE EXTENT PROHIBITED BY LAW OR OTHERWISE ALLOWED BY THESE TERMS, YOU MAY NOT SEEK INJUNCTIVE RELIEF ON YOUR OWN BEHALF, ON BEHALF OF ANY CLASS OF PERSONS OR FOR THE BENEFIT OF THE GENERAL PUBLIC.**

JOYCE00081

**YOU RECOGNIZE AND AGREE THAT THE WARRANTY DISCLAIMERS, INDEMNITIES, LIMITATIONS OF LIABILITY AND LIMITATIONS OF REMEDIES IN THESE SECTIONS I-K, ARE MATERIAL AND BARGAINED-FOR BASES OF THESE TERMS AND THAT THEY HAVE BEEN TAKEN INTO ACCOUNT AND REFLECTED IN THE DECISION BY YOU INTO THESE TERMS OF USE.**

## L. INTELLECTUAL PROPERTY

1. Marks

We aggressively defend our intellectual property rights, including our Marks. Other manufacturers' product and service names referenced herein, including the names and logos of the Games, may be trademarks and service marks of their respective companies and are the exclusive property of such respective owners, and may not be used publicly without the express written consent of the owners or holders of such trademarks and service marks. The Marks may not be used publicly except with express written permission from us, and the Marks may not be used in any manner that is likely to cause confusion among consumers, or in any manner that disparages or discredits Modo.

2. Copyrights

The Content comprises our proprietary information and valuable intellectual property. We retain all right, title, and interest in such Content. The Content is protected by copyright law, and all rights to these works are hereby reserved (except as provided herein). The Content may not be copied, downloaded, distributed, republished, modified, uploaded, posted, or transmitted in any way without our prior written consent. You may not remove or alter, or cause to be removed or altered, any copyright, trademark, trade name, service mark, or any other proprietary notice or legend appearing on the Content. Modification or use of the Content except as expressly provided in these Terms violates our intellectual property rights.

## M. GENERAL

1. Entire Agreement

These Terms and any other legal notice or agreement published by us on the Platform, forms the entire agreement between you and us concerning your use of the Platform. It supersedes all prior terms, understandings, or agreements between you and us regarding use of the Platform. A printed version of these Terms and of any notice given in electronic form will be admissible in any proceedings based on or relating to these Terms. Such version of these Terms shall be utilized to the same evidentiary extent, and subject to the same conditions as other business documents and records originally generated and maintained in printed form.

2. Policies of Our Service Providers

You understand and agree that we may use certain third-party service providers to offer services to you. You understand and agree that you must agree to and abide by any user terms, privacy policy, or other policy that such third party requires you to agree to in order to use their services. In the event of a conflict between those policies and our policies, the terms of our policies shall govern.

JOYCE00082

3. Assignment and Delegation

We may assign any rights or delegate any performance under these Terms without notice to you. You will not assign, delegate, or sublicense any of your rights or duties without our advanced written consent. Any attempted assignment or delegation in violation of this provision will be void.

4. Severability

If any provision of these Terms is determined to be invalid, illegal, or unenforceable, the remaining provisions shall continue in full force, if the essential terms for each party remain valid, binding, and enforceable.

5. Cumulative Remedies

All rights and remedies provided in these Terms are cumulative and not exclusive, and the assertion by a party of any right or remedy will not preclude the assertion by the party of any other rights or the seeking of any other remedies available at law, in equity, by statute, in any other agreement between the parties, or otherwise.

6. Successors and Assigns

These Terms inure to the benefit of, and are binding on, the parties and their respective successors and assigns. This section does not address, directly or indirectly, whether a party may assign its rights or delegate its performance under these Terms.

7. Force Majeure

We are not responsible for any failure to perform because of unforeseen circumstances or causes beyond our reasonable control, including: Acts of God, such as fire, flood, earthquakes, hurricanes, tropical storms, or other natural disasters; epidemics; pandemics; war, riot, arson, embargoes, acts of civil or military authority, or terrorism; fiber cuts; strikes, or shortages in transportation, facilities, fuel, energy, labor, or materials; failure of the telecommunications or information services infrastructure; hacking, spam, data breach, malware, or any failure of a computer, server, network, or software for so long as the event continues to delay our performance; and unlawful acts of our employees, agents, or contractors.

8. Notices

Any notice required to be given by us under these Terms may be provided by email to a functioning email address of the party to be noticed, by a general posting on the Platform, or by personal delivery via commercial carrier. Notices by customers to us shall be given by contacting us at support@modo.us unless otherwise specified in these Terms. Either party may change the address to which notice is to be sent by written notice to the other party pursuant to this provision of these Terms. Notices shall be deemed effective upon delivery. Notices delivered by overnight carrier shall be deemed delivered on the business day following mailing. Notices delivered by any other method shall be deemed given upon receipt. Any correctly addressed notice that is refused, unclaimed, or undeliverable, because of an act or omission of the party to be notified

JOYCE00083

shall be deemed effective as of the first date that said notice was refused or deemed undeliverable by the postal authorities, messenger, email server, or overnight delivery service.

9. Communications are Not Private

We do not provide any facility for sending or receiving private or confidential electronic communications. All messages transmitted to us shall be deemed to be readily accessible to the general public. Notice is hereby given that all messages entered into the Platform may be read by Modo and the agents and operators of the Platform, regardless of whether they are the intended recipients of such messages.

10. Authorization and Permission to Send Emails to You

You authorize us to email you notices, advertisements, and other communications. You understand and agree that such communications may contain information about social casinos and related sweepstakes promotions. This authorization will continue until you request us to remove you from our email list. You understand and agree that even unsolicited email correspondence from us, or our affiliates, is not spam as that term is defined under the law.

11. Consideration

We allow you to access and use of the Platform, as limited by your additional purchase of certain paid features and upgrades and your participation in qualifying activities as described in the Promo Rules, in consideration for your acquiescence to all the provisions in these Terms. You agree that such consideration is both adequate and received upon your accessing any portion of the Platform.

12. Electronic Signatures

You agree to be bound by any affirmation, assent, or agreement you transmit through the Platform. You agree that when in the future you click on an "I agree," "I consent," or other similarly worded button, check box, or entry field with your mouse, keystroke, or other computer device, your agreement or consent will be legally binding and enforceable and the legal equivalent of your handwritten signature.

13. English Language

We have written these Terms and our associated website policies in the English language. You are representing your understanding and assent to the English language version of these Terms as they are published. We are not liable to you or any third party for any costs or expenses incurred in translating these Terms. In the event that you choose to translate these Terms, you do so at your own risk, as only the English language version is binding.

14. Export Control

You understand and acknowledge that the software elements of the Platform may be subject to regulation by governmental agencies which prohibit export or diversion of software and other goods to certain countries and third parties. Diversion of such elements contrary to U.S. or international law is prohibited. You will not assist or participate in any such diversion or other

JOYCE00084

violation of applicable laws and regulations. You warrant that you will not license or otherwise permit anyone not approved to receive controlled commodities under applicable laws and regulations and that you will abide by such laws and regulations. You agree that such elements are not being and will not be acquired for, shipped, transferred, or re-exported, directly or indirectly, to proscribed or embargoed countries or their nationals or be used for proscribed activities.

15. No Agency Relationship

Nothing in these Terms shall be deemed to constitute, create, imply, give effect to, or otherwise recognize a partnership, employment, joint venture, or formal business entity of any kind. The rights and obligations of the parties shall be limited to those expressly set forth herein.

16. Usages and Construction

In these Terms, unless otherwise stated or the context otherwise requires, the following usages will apply:

(a)     References to a statute will refer to the statute and any successor statute, and to all regulations promulgated under or implementing the statute or successor, as in effect at the relevant time.

(b)     In computing periods from a specified date to a later specified date, the words "from" and "commencing on" (and the like) mean "from and including," and the words "to," "until," and "ending on" (and the like) mean "to but excluding."

(c)     References to a governmental or quasi-governmental agency, authority, or instrumentality will also refer to a regulatory body that succeeds to the functions of the agency, authority, or instrumentality.

(d)     "A or B" means "A or B or both." "A, B, or C" means "one or more of A, B, and C." The same construction applies to longer strings.

(e)     "Including" means "including, but not limited to."

17. No Waiver

No waiver or action made by us shall be deemed a waiver of any subsequent default of the same provision of these Terms. If any term, clause, or provision hereof is held invalid or unenforceable by a court of competent jurisdiction, such invalidity shall not affect the validity or operation of any other term, clause, or provision and such invalid term, clause, or provision shall be deemed to be severed from these Terms.

18. Headings

All headings are solely for the convenience of reference and shall not affect the meaning, construction, or effect of these Terms.

JOYCE00085

19. <u>Other Jurisdictions/Foreign Law</u>

We make no representation that the Platform is appropriate or available for use in all locations. You may not access the Platform from territories where it is illegal or otherwise prohibited. Those who choose to access the Platform from such locations do so on their own initiative and are solely responsible for determining compliance with all applicable local laws. Nothing contained in these Terms shall be interpreted as an admission that the Platform is subject to the laws of any nation besides the United States.

20. <u>Service Not Available in Some Areas</u>

You are subject to the laws of the state, province, city, country, or other legal entity in which you reside or from which you access the Platform. THE PLATFORM AND THE SWEEPSTAKES PROMOTION ARE VOID WHERE PROHIBITED OR RESTRICTED BY LAW. If you use the Platform or participate in the sweepstakes promotion while located in a prohibited jurisdiction, you will be in violation of the law of such jurisdiction and these Terms, and subject to having your Customer Account suspended or terminated without any notice to you. You hereby agree that Modo cannot be held liable if laws applicable to you restrict or prohibit your participation. Modo makes no representations or warranties, implicit or explicit, as to your legal right to participate in any service offered on the Platform, nor shall any person affiliated, or claiming affiliation, with Modo have authority to make any such representations or warranties. We reserve the right to restrict access to the Platform or any part thereof in any jurisdiction.

*[nothing more follows]*

*© ARB Gaming, LLC (2024). All Rights Reserved.*

JOYCE00086

 **Matt J <crash07222@gmail.com>**

---

### Request any clarity.

---

**Matt J** <crash07222@gmail.com>                                        Wed, Apr 9 at 1:04 PM
To: support@modo.us <support@modo.us>

Hello,

Not sure what's going on with my account.  Have been trying to email you for a lot of hours.

I'm tired, can someone email me with direct answers to me.  I can't believe I'm still requesting that.  I'll try here.

Who do I email?  Also am I back to black diamond if so I really can't deal with any of the People or hosts that id been mistreated by.  Most importantly.  As you guys well know…I really need a update on my processing redemption I initiated yesterday.

I mentioned I cannot sign the terms unless someone can explain what has changed.  Please let me know because would really like to play with money that's left that wasn't in redemption request.

Once again, not sure how a black diamond or former black diamond.  The supposed best taken care of player "VIP" player according to you guys gets this kind of customer support…constantly.

Guidance please, I beg.

Matthew

JOYCE00087

 **Matt J <crash07222@gmail.com>**

**(no subject)**

<crash07222@gmail.com>                                                                           Sat, Feb 15 at 8:39 AM
To: modo.us <vip@modo.us>

Hey Tim got the 95 bucks this morning.  Thought it would be a little more because I lost 5k yesterday.  Anyways waiting on a home equity line to come in.  My mom got cash advance to pay the card I'm using but I think it's gonna be maxed out in another purchase or two.  Was hoping you guys can give a little more from the allotted budget for a down on his luck black diamond player. If not it's cool I'll try and pull some money from somewhere, just not working with a whole lot til that equity loan comes in.  So could use alittle extra right now for sure. Anyways won't bug you again today I know your busy just hoping you can help me out.  And let me know what game my free spins are on tomorrow, look forward to that every Sunday.  Later man
Matt


Sent from App for Gmail

JOYCE00088

 **Gmail**

**Matt J <crash07222@gmail.com>**

## Modos martyr

<crash07222@gmail.com>                                                      Sat, Feb 15 at 2:48 PM
To: modo.us <vip@modo.us>

Thanks for the gift Tim graciously accepted as always. All good about maxed card, only wish I had more to gift to you guys honestly. I said listen ma Víctor Fontaine himself invited me to black diamond and said he would keep an eye on me. So I'm good modo has my back. She said "oh good can I talk to Mr Fontaine" I said are you kidding me lol? I'm black diamond and just came in 9th place in the Valentine's Day tournament and I barely have access to Mr Fontaine.  It's like hello White House can I please speak to the president.  Or hey is this Jerry jones?  Yeah I'd like to start for the cowboys at qb this weekend.  Then she said or maybe it's because there made up names from movies and tv shows.  Anyways what she doesn't get is the give take dynamic of it all.  You gives give me 1-500 dollars for free a day, then you take 100-10000 that same day, idk why she doesn't understand how it works?   Thankful for your helping hand Tim and Mr Lafontaine's watchful eye.  Hoping you and your budget can show mercy on me until I can beg or borrow more later.
Your unwavering follower
Matthew


Sent from App for Gmail

JOYCE00089

 Gmail

**Matt J <crash07222@gmail.com>**

---

## Your Redemption Request Has Been Successfully Cancelled
2 messages

---

**Modo.us** <support@t.modo.us>                              Tue, Oct 8, 2024 at 6:43 PM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



**Hi Matthew Thomas,**

Your redemption request of $194.00 to the BANK ACCOUNT ending in 0825 has
been cancelled.

The redeemable SC you used to make the redemption request has been refunded
to your SC coin balance.

Should you have any further questions, do not hesitate to contact our friendly
Modo.us Customer Support Team and we will be happy to assist you.

HELP CENTER

IT IS FREE TO PLAY ON **MODO.US**
NO PURCHASE OR PAYMENT NECESSARY

Copyright © 2024 Modo.us. All rights reserved. Void where prohibited by law. See terms and conditions at www.modo.us.

The Sweepstakes promotions and prizes offered by Modo.us are operated by ARB Gaming LLC.

Terms of Use            Responsible Social Gaming            Sweepstake Rules            Privacy Policy

---

**Matt J** <crash07222@gmail.com>                              Thu, Apr 17 at 7:39 PM
To: Soufiane B. via Freelancer <rgwbtewgdglxxpq6s4soonwn7owf6xci6353698725+1744918329@reply.freelancer.com>

   [Quoted text hidden]

JOYCE00090

 **Matt J <crash07222@gmail.com>**

---

## Your Redemption Request Has Been Successfully Cancelled
2 messages

---

**Modo.us** <support@t.modo.us>                                        Wed, Oct 23, 2024 at 4:47 PM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



> ### Hi Matthew Thomas,
>
> Your redemption request of $2000.00 to the BANK ACCOUNT ending in 0825 has
> been cancelled.
>
> The redeemable SC you used to make the redemption request has been refunded
> to your SC coin balance.
>
> Should you have any further questions, do not hesitate to contact our friendly
> Modo.us Customer Support Team and we will be happy to assist you.
>
> ### HELP CENTER

IT IS FREE TO PLAY ON **MODO.US**
NO PURCHASE OR PAYMENT NECESSARY

---

Copyright © 2024 Modo.us. All rights reserved. Void where prohibited by law. See terms and conditions at www.modo.us.

The Sweepstakes promotions and prizes offered by Modo.us are operated by ARB Gaming LLC.

---

Terms of Use          Responsible Social Gaming          Sweepstake Rules          Privacy Policy

---

**Matt J** <crash07222@gmail.com>                                        Thu, Apr 17 at 7:39 PM
To: Soufiane B. via Freelancer <rgwbtewgdglxxpq6s4soonwn7owf6xci6353698725+1744918329@reply.freelancer.com>

   [Quoted text hidden]

JOYCE00091

 **Matt J <crash07222@gmail.com>**

---

## Your Redemption Request Has Been Successfully Cancelled
3 messages

---

**Modo.us** <support@t.modo.us>                                    Sun, Nov 3, 2024 at 8:32 PM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



**Hi Matthew Thomas,**

Your redemption request of $352.04 to the BANK ACCOUNT ending in 0825 has been cancelled.

The redeemable SC you used to make the redemption request has been refunded to your SC coin balance.

Should you have any further questions, do not hesitate to contact our friendly Modo.us Customer Support Team and we will be happy to assist you.

HELP CENTER

IT IS FREE TO PLAY ON **MODO.US**
NO PURCHASE OR PAYMENT NECESSARY

---

Copyright © 2024 Modo.us. All rights reserved. Void where prohibited by law. See terms and conditions at www.modo.us.

The Sweepstakes promotions and prizes offered by Modo.us are operated by ARB Gaming LLC.

---

Terms of Use          Responsible Social Gaming          Sweepstake Rules          Privacy Policy

---

**Modo.us** <support@t.modo.us>                                    Sun, Nov 3, 2024 at 9:23 PM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>

[Quoted text hidden]

JOYCE00092

**Matt J** <crash07222@gmail.com>                                                    Thu, Apr 17 at 7:39 PM
To: Soufiane B. via Freelancer <rgwbtewgdglxxpq6s4soonwn7owf6xci6353698725+1744918329@reply.freelancer.com>

[Quoted text hidden]

JOYCE00093

 Gmail

**Matt J <crash07222@gmail.com>**

---

## Your Redemption Request Has Been Successfully Cancelled
3 messages

---

**Modo.us** <support@t.modo.us>
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>

Sat, Nov 9, 2024 at 8:50 AM



---

### Hi Matthew Thomas,

Your redemption request of $1000.00 to the BANK ACCOUNT ending in 0825 has been cancelled.

The redeemable SC you used to make the redemption request has been refunded to your SC coin balance.

Should you have any further questions, do not hesitate to contact our friendly Modo.us Customer Support Team and we will be happy to assist you.

### HELP CENTER

---

IT IS FREE TO PLAY ON **MODO.US**

NO PURCHASE OR PAYMENT NECESSARY

---

Copyright © 2024 Modo.us. All rights reserved. Void where prohibited by law. See terms and conditions at <u>www.modo.us</u>.

The Sweepstakes promotions and prizes offered by Modo.us are operated by ARB Gaming LLC.

---

Terms of Use          Responsible Social Gaming          Sweepstake Rules          Privacy Policy

---

**Modo.us** <support@t.modo.us>
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>

Sat, Nov 9, 2024 at 3:22 PM

JOYCE00094



**Hi Matthew Thomas,**

Your redemption request of $4070.71 to the BANK ACCOUNT ending in 0825 has been cancelled.

The redeemable SC you used to make the redemption request has been refunded to your SC coin balance.

Should you have any further questions, do not hesitate to contact our friendly Modo.us Customer Support Team and we will be happy to assist you.

HELP CENTER

[Quoted text hidden]

**Matt J** <crash07222@gmail.com>                                          Thu, Apr 17 at 7:38 PM
To: Soufiane B. via Freelancer <rgwbtewgdglxxpq6s4soonwn7owf6xci6353698725+1744918329@reply.freelancer.com>

[Quoted text hidden]

JOYCE00095

 **Gmail**

**Matt J <crash07222@gmail.com>**

---

## Your Redemption Request Has Been Successfully Cancelled
6 messages

---

**Modo.us** <support@t.modo.us>
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>

Mon, Nov 11, 2024 at 5:14 PM



> ### Hi Matthew Thomas,
>
> Your redemption request of $5500.61 to the BANK ACCOUNT ending in 0825 has been cancelled.
>
> The redeemable SC you used to make the redemption request has been refunded to your SC coin balance.
>
> Should you have any further questions, do not hesitate to contact our friendly Modo.us Customer Support Team and we will be happy to assist you.
>
> #### HELP CENTER

IT IS FREE TO PLAY ON **MODO.US**
NO PURCHASE OR PAYMENT NECESSARY

---

Copyright © 2024 Modo.us. All rights reserved. Void where prohibited by law. See terms and conditions at www.modo.us.

The Sweepstakes promotions and prizes offered by Modo.us are operated by ARB Gaming LLC.

---

Terms of Use          Responsible Social Gaming          Sweepstake Rules          Privacy Policy

---

**Modo.us** <support@t.modo.us>
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>

Mon, Nov 11, 2024 at 5:43 PM

JOYCE00096



**Hi Matthew Thomas,**

Your redemption request of $5000.00 to the BANK ACCOUNT ending in 0825 has been cancelled.

The redeemable SC you used to make the redemption request has been refunded to your SC coin balance.

Should you have any further questions, do not hesitate to contact our friendly Modo.us Customer Support Team and we will be happy to assist you.

HELP CENTER

[Quoted text hidden]

**Modo.us** <support@t.modo.us>                    Mon, Nov 11, 2024 at 6:32 PM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



**Hi Matthew Thomas,**

Your redemption request of $4500.00 to the BANK ACCOUNT ending in 0825 has been cancelled.

The redeemable SC you used to make the redemption request has been refunded to your SC coin balance.

Should you have any further questions, do not hesitate to contact our friendly Modo.us Customer Support Team and we will be happy to assist you.

HELP CENTER

[Quoted text hidden]

JOYCE00097

**Modo.us** <support@t.modo.us>                                        Mon, Nov 11, 2024 at 8:43 PM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



**Hi Matthew Thomas,**

Your redemption request of $4000.00 to the BANK ACCOUNT ending in 0825 has
been cancelled.

The redeemable SC you used to make the redemption request has been refunded
to your SC coin balance.

Should you have any further questions, do not hesitate to contact our friendly
Modo.us Customer Support Team and we will be happy to assist you.

**HELP CENTER**

[Quoted text hidden]

---

**Matt J** <crash07222@gmail.com>                                      Thu, Apr 17 at 7:38 PM
To: Soufiane B. via Freelancer <rgwbtewgdglxxpq6s4soonwn7owf6xci6353698725+1744918329@reply.freelancer.com>

[Quoted text hidden]

---

**Matt J** <crash07222@gmail.com>                                      Thu, Apr 17 at 7:38 PM
To: Soufiane B. via Freelancer <rgwbtewgdglxxpq6s4soonwn7owf6xci6353698725+1744918329@reply.freelancer.com>

[Quoted text hidden]

JOYCE00098

 **Matt J <crash07222@gmail.com>**

---

## Your Redemption Request Has Been Successfully Cancelled
3 messages

---

**Modo.us** <support@t.modo.us>                                    Tue, Nov 12, 2024 at 9:51 AM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



> **Hi Matthew Thomas,**
>
> Your redemption request of $3500.00 to the BANK ACCOUNT ending in 0825 has
> been cancelled.
>
> The redeemable SC you used to make the redemption request has been refunded
> to your SC coin balance.
>
> Should you have any further questions, do not hesitate to contact our friendly
> Modo.us Customer Support Team and we will be happy to assist you.
>
> **HELP CENTER**

IT IS FREE TO PLAY ON **MODO.US**
NO PURCHASE OR PAYMENT NECESSARY

---

Copyright © 2024 Modo.us. All rights reserved. Void where prohibited by law. See terms and conditions at www.modo.us.

The Sweepstakes promotions and prizes offered by Modo.us are operated by ARB Gaming LLC.

---

Terms of Use            Responsible Social Gaming            Sweepstake Rules            Privacy Policy

---

**Modo.us** <support@t.modo.us>                                    Tue, Nov 12, 2024 at 10:55 AM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>

JOYCE00099



**Hi Matthew Thomas,**

Your redemption request of $3000.00 to the BANK ACCOUNT ending in 0825 has been cancelled.

The redeemable SC you used to make the redemption request has been refunded to your SC coin balance.

Should you have any further questions, do not hesitate to contact our friendly Modo.us Customer Support Team and we will be happy to assist you.

HELP CENTER

[Quoted text hidden]

---

**Matt J** <crash07222@gmail.com>                                    Thu, Apr 17 at 7:38 PM
To: Soufiane B. via Freelancer <rgwbtewgdglxxpq6s4soonwn7owf6xci6353698725+1744918329@reply.freelancer.com>

[Quoted text hidden]

JOYCE00100

 **Matt J <crash07222@gmail.com>**

---

## Your Redemption Request Has Been Successfully Cancelled
3 messages

---

**Modo.us** <support@t.modo.us>                                      Thu, Dec 5, 2024 at 2:43 AM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



> **Hi Matthew Thomas,**
>
> Your redemption request of $109.40 to the BANK ACCOUNT ending in 0825 has been cancelled.
>
> The redeemable SC you used to make the redemption request has been refunded to your SC coin balance.
>
> Should you have any further questions, do not hesitate to contact our friendly Modo.us Customer Support Team and we will be happy to assist you.
>
> HELP CENTER

IT IS FREE TO PLAY ON **MODO.US**
NO PURCHASE OR PAYMENT NECESSARY

Copyright © 2024 Modo.us. All rights reserved. Void where prohibited by law. See terms and conditions at www.modo.us.

The Sweepstakes promotions and prizes offered by Modo.us are operated by ARB Gaming LLC.

Terms of Use          Responsible Social Gaming          Sweepstake Rules          Privacy Policy

---

**Matt J** <crash07222@gmail.com>                                      Thu, Apr 17 at 7:37 PM
To: Soufiane B. via Freelancer <rgwbtewgdglxxpq6s4soonwn7owf6xci6353698725+1744918329@reply.freelancer.com>

   [Quoted text hidden]

---

JOYCE00101

**Matt J** <crash07222@gmail.com>                                                    Thu, Apr 17 at 7:38 PM
To: Soufiane B. via Freelancer <rgwbtewgdglxxpq6s4soonwn7owf6xci6353698725+1744918329@reply.freelancer.com>

[Quoted text hidden]

JOYCE00102

 **Matt J <crash07222@gmail.com>**

---

## Your Redemption Request Has Been Successfully Cancelled
2 messages

---

**Modo.us** <support@t.modo.us>                                      Fri, Dec 6, 2024 at 1:02 AM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



> ### Hi Matthew Thomas,
>
> Your redemption request of $179.39 to the BANK ACCOUNT ending in 0825 has
> been cancelled.
>
> The redeemable SC you used to make the redemption request has been refunded
> to your SC coin balance.
>
> Should you have any further questions, do not hesitate to contact our friendly
> Modo.us Customer Support Team and we will be happy to assist you.
>
> ### HELP CENTER

IT IS FREE TO PLAY ON **MODO.US**
NO PURCHASE OR PAYMENT NECESSARY

---

Copyright © 2024 Modo.us. All rights reserved. Void where prohibited by law. See terms and conditions at www.modo.us.

The Sweepstakes promotions and prizes offered by Modo.us are operated by ARB Gaming LLC.

---

Terms of Use          Responsible Social Gaming          Sweepstake Rules          Privacy Policy

---

**Matt J** <crash07222@gmail.com>                                       Thu, Apr 17 at 7:36 PM
To: Soufiane B. via Freelancer <rgwbtewgdglxxpq6s4soonwn7owf6xci6353698725+1744918329@reply.freelancer.com>

  [Quoted text hidden]

JOYCE00103



**Matt J <crash07222@gmail.com>**

---

## Your Redemption Request Has Been Successfully Cancelled
4 messages

---

**Modo.us** <support@t.modo.us>                                          Thu, Dec 12, 2024 at 3:23 PM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



> **Hi Matthew Thomas,**
>
> Your redemption request of $2000.00 to the BANK ACCOUNT ending in 0825 has
> been cancelled.
>
> The redeemable SC you used to make the redemption request has been refunded
> to your SC coin balance.
>
> Should you have any further questions, do not hesitate to contact our friendly
> Modo.us Customer Support Team and we will be happy to assist you.
>
> ### HELP CENTER

IT IS FREE TO PLAY ON **MODO.US**

NO PURCHASE OR PAYMENT NECESSARY

---

Copyright © 2024 Modo.us. All rights reserved. Void where prohibited by law. See terms and conditions at <u>www.modo.us</u>.

The Sweepstakes promotions and prizes offered by Modo.us are operated by ARB Gaming LLC.

---

Terms of Use          Responsible Social Gaming          Sweepstake Rules          Privacy Policy

---

**Modo.us** <support@t.modo.us>                                          Thu, Dec 12, 2024 at 3:44 PM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



**Hi Matthew Thomas,**

Your redemption request of $1500.00 to the BANK ACCOUNT ending in 0825 has been cancelled.

The redeemable SC you used to make the redemption request has been refunded to your SC coin balance.

Should you have any further questions, do not hesitate to contact our friendly Modo.us Customer Support Team and we will be happy to assist you.

HELP CENTER

[Quoted text hidden]

**Modo.us** <support@t.modo.us>                                    Thu, Dec 12, 2024 at 3:55 PM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



**Hi Matthew Thomas,**

Your redemption request of $1200.00 to the BANK ACCOUNT ending in 0825 has been cancelled.

The redeemable SC you used to make the redemption request has been refunded to your SC coin balance.

Should you have any further questions, do not hesitate to contact our friendly Modo.us Customer Support Team and we will be happy to assist you.

HELP CENTER

[Quoted text hidden]

JOYCE00105

**Matt J** <crash07222@gmail.com>                                              Thu, Apr 17 at 7:36 PM
To: Soufiane B. via Freelancer <rgwbtewgdglxxpq6s4soonwn7owf6xci6353698725+1744918329@reply.freelancer.com>

[Quoted text hidden]

JOYCE00106

 Gmail

**Matt J <crash07222@gmail.com>**

---

## Your Redemption Request Has Been Successfully Cancelled
2 messages

---

**Modo.us** <support@t.modo.us>
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>

Wed, Dec 18, 2024 at 10:03 PM



**Hi Matthew Thomas,**

Your redemption request of $100.00 to the BANK ACCOUNT ending in 0825 has been cancelled.

The redeemable SC you used to make the redemption request has been refunded to your SC coin balance.

Should you have any further questions, do not hesitate to contact our friendly Modo.us Customer Support Team and we will be happy to assist you.

HELP CENTER

IT IS FREE TO PLAY ON **MODO.US**
NO PURCHASE OR PAYMENT NECESSARY

---

Copyright © 2024 Modo.us. All rights reserved. Void where prohibited by law. See terms and conditions at www.modo.us.

The Sweepstakes promotions and prizes offered by Modo.us are operated by ARB Gaming LLC.

---

Terms of Use          Responsible Social Gaming          Sweepstake Rules          Privacy Policy

---

**Matt J** <crash07222@gmail.com>
To: Soufiane B. via Freelancer <rgwbtewgdglxxpq6s4soonwn7owf6xci6353698725+1744918329@reply.freelancer.com>

Thu, Apr 17 at 7:36 PM

[Quoted text hidden]

JOYCE00107



**Matt J <crash07222@gmail.com>**

---

## Your Redemption Request Has Been Successfully Cancelled
2 messages

---

**Modo.us** <support@t.modo.us>                                          Wed, Dec 18, 2024 at 10:03 PM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



**Hi Matthew Thomas,**

Your redemption request of $100.00 to the BANK ACCOUNT ending in 0825 has been cancelled.

The redeemable SC you used to make the redemption request has been refunded to your SC coin balance.

Should you have any further questions, do not hesitate to contact our friendly Modo.us Customer Support Team and we will be happy to assist you.

### HELP CENTER

IT IS FREE TO PLAY ON **MODO.US**
NO PURCHASE OR PAYMENT NECESSARY

Copyright © 2024 Modo.us. All rights reserved. Void where prohibited by law. See terms and conditions at www.modo.us.

The Sweepstakes promotions and prizes offered by Modo.us are operated by ARB Gaming LLC.

Terms of Use          Responsible Social Gaming          Sweepstake Rules          Privacy Policy

---

**Matt J** <crash07222@gmail.com>                                          Thu, Apr 17 at 7:36 PM
To: Soufiane B. via Freelancer <rgwbtewgdglxxpq6s4soonwn7owf6xci6353698725+1744918329@reply.freelancer.com>

[Quoted text hidden]

JOYCE00108



**Matt J <crash07222@gmail.com>**

## Your Redemption Request Has Been Successfully Cancelled
2 messages

**Modo.us** <support@t.modo.us>                                   Tue, Dec 24, 2024 at 9:19 PM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



**Hi Matthew Thomas,**

Your redemption request of $1000.00 to the BANK ACCOUNT ending in 0825 has
been cancelled.

The redeemable SC you used to make the redemption request has been refunded
to your SC coin balance.

Should you have any further questions, do not hesitate to contact our friendly
Modo.us Customer Support Team and we will be happy to assist you.

**HELP CENTER**

IT IS FREE TO PLAY ON **MODO.US**
NO PURCHASE OR PAYMENT NECESSARY

Copyright © 2024 Modo.us. All rights reserved. Void where prohibited by law. See terms and conditions at www.modo.us.

The Sweepstakes promotions and prizes offered by Modo.us are operated by ARB Gaming LLC.

Terms of Use          Responsible Social Gaming          Sweepstake Rules          Privacy Policy

**Matt J** <crash07222@gmail.com>                                  Thu, Apr 17 at 7:36 PM
To: Soufiane B. via Freelancer <rgwbtewgdglxxpq6s4soonwn7owf6xci6353698725+1744918329@reply.freelancer.com>

[Quoted text hidden]

JOYCE00109



**Matt J <crash07222@gmail.com>**

## Your Redemption Request Has Been Successfully Cancelled
2 messages

**Modo.us** <support@t.modo.us>    Mon, Dec 30, 2024 at 3:40 PM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



### Hi Matthew Thomas,

Your redemption request of $500.00 to the BANK ACCOUNT ending in 0825 has
been cancelled.

The redeemable SC you used to make the redemption request has been refunded
to your SC coin balance.

Should you have any further questions, do not hesitate to contact our friendly
Modo.us Customer Support Team and we will be happy to assist you.

### HELP CENTER

IT IS FREE TO PLAY ON **MODO.US**
NO PURCHASE OR PAYMENT NECESSARY

Copyright © 2024 Modo.us. All rights reserved. Void where prohibited by law. See terms and conditions at www.modo.us.

The Sweepstakes promotions and prizes offered by Modo.us are operated by ARB Gaming LLC.

Terms of Use          Responsible Social Gaming          Sweepstake Rules          Privacy Policy

**Matt J** <crash07222@gmail.com>    Thu, Apr 17 at 7:36 PM
To: Soufiane B. via Freelancer <rgwbtewgdglxxpq6s4soonwn7owf6xci6353698725+1744918329@reply.freelancer.com>

[Quoted text hidden]

JOYCE00110

 **Gmail**

**Matt J <crash07222@gmail.com>**

## Your Redemption Request Has Been Successfully Cancelled
3 messages

**Modo.us** <support@t.modo.us>
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>

Tue, Dec 31, 2024 at 5:07 AM



### Hi Matthew Thomas,

Your redemption request of $674.17 to the BANK ACCOUNT ending in 0825 has been cancelled.

The redeemable SC you used to make the redemption request has been refunded to your SC coin balance.

Should you have any further questions, do not hesitate to contact our friendly Modo.us Customer Support Team and we will be happy to assist you.

### HELP CENTER

IT IS FREE TO PLAY ON **MODO.US**
NO PURCHASE OR PAYMENT NECESSARY

Copyright © 2024 Modo.us. All rights reserved. Void where prohibited by law. See terms and conditions at www.modo.us.

The Sweepstakes promotions and prizes offered by Modo.us are operated by ARB Gaming LLC.

Terms of Use          Responsible Social Gaming          Sweepstake Rules          Privacy Policy

**Modo.us** <support@t.modo.us>
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>

Tue, Dec 31, 2024 at 2:17 PM

JOYCE00111



**Hi Matthew Thomas,**

Your redemption request of $500.00 to the BANK ACCOUNT ending in 0825 has been cancelled.

The redeemable SC you used to make the redemption request has been refunded to your SC coin balance.

Should you have any further questions, do not hesitate to contact our friendly Modo.us Customer Support Team and we will be happy to assist you.

HELP CENTER

[Quoted text hidden]

**Matt J** <crash07222@gmail.com>                                  Thu, Apr 17 at 7:35 PM
To: Soufiane B. via Freelancer <rgwbtewgdglxxpq6s4soonwn7owf6xci6353698725+1744918329@reply.freelancer.com>

[Quoted text hidden]

JOYCE00112

 Gmail

**Matt J <crash07222@gmail.com>**

---

## Your Redemption Request Has Been Successfully Cancelled
2 messages

---

**Modo.us** <support@t.modo.us>
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>

Wed, Jan 1 at 4:22 AM



**Hi Matthew Thomas,**

Your redemption request of $3200.00 to the BANK ACCOUNT ending in 0825 has
been cancelled.

The redeemable SC you used to make the redemption request has been refunded
to your SC coin balance.

Should you have any further questions, do not hesitate to contact our friendly
Modo.us Customer Support Team and we will be happy to assist you.

HELP CENTER

IT IS FREE TO PLAY ON **MODO.US**
NO PURCHASE OR PAYMENT NECESSARY

Copyright © 2024 Modo.us. All rights reserved. Void where prohibited by law. See terms and conditions at www.modo.us.

The Sweepstakes promotions and prizes offered by Modo.us are operated by ARB Gaming LLC.

Terms of Use          Responsible Social Gaming          Sweepstake Rules          Privacy Policy

---

**Matt J** <crash07222@gmail.com>
To: Soufiane B. via Freelancer <rgwbtewgdglxxpq6s4soonwn7owf6xci6353698725+1744918329@reply.freelancer.com>

Thu, Apr 17 at 7:35 PM

[Quoted text hidden]

JOYCE00113

 **Matt J <crash07222@gmail.com>**

---

## Your Redemption Request Has Been Successfully Cancelled
5 messages

---

**Modo.us** <support@t.modo.us>                                    Wed, Jan 1 at 11:11 PM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



> ### Hi Matthew Thomas,
>
> Your redemption request of $1000.00 to the BANK ACCOUNT ending in 0825 has
> been cancelled.
>
> The redeemable SC you used to make the redemption request has been refunded
> to your SC coin balance.
>
> Should you have any further questions, do not hesitate to contact our friendly
> Modo.us Customer Support Team and we will be happy to assist you.
>
> ### HELP CENTER

IT IS FREE TO PLAY ON **MODO.US**
NO PURCHASE OR PAYMENT NECESSARY

---

Copyright © 2024 Modo.us. All rights reserved. Void where prohibited by law. See terms and conditions at www.modo.us.

The Sweepstakes promotions and prizes offered by Modo.us are operated by ARB Gaming LLC.

---

Terms of Use          Responsible Social Gaming          Sweepstake Rules          Privacy Policy

---

**Modo.us** <support@t.modo.us>                                     Thu, Jan 2 at 1:52 AM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>

JOYCE00114



**Hi Matthew Thomas,**

Your redemption request of $1100.00 to the BANK ACCOUNT ending in 0825 has been cancelled.

The redeemable SC you used to make the redemption request has been refunded to your SC coin balance.

Should you have any further questions, do not hesitate to contact our friendly Modo.us Customer Support Team and we will be happy to assist you.

HELP CENTER

[Quoted text hidden]

---

**Modo.us** <support@t.modo.us>                                    Thu, Jan 2 at 11:38 AM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



**Hi Matthew Thomas,**

Your redemption request of $800.00 to the BANK ACCOUNT ending in 0825 has been cancelled.

The redeemable SC you used to make the redemption request has been refunded to your SC coin balance.

Should you have any further questions, do not hesitate to contact our friendly Modo.us Customer Support Team and we will be happy to assist you.

HELP CENTER

JOYCE00115

IT IS FREE TO PLAY ON **MODO.US**

NO PURCHASE OR PAYMENT NECESSARY

Copyright © 2025 Modo.us. All rights reserved. Void where prohibited by law. See terms and conditions at www.modo.us.

The Sweepstakes promotions and prizes offered by Modo.us are operated by ARB Gaming LLC.

Terms of Use          Responsible Social Gaming          Sweepstake Rules          Privacy Policy

---

**Matt J** <crash07222@gmail.com>                                                    Thu, Apr 17 at 7:35 PM
To: Soufiane B. via Freelancer <rgwbtewgdglxxpq6s4soonwn7owf6xci6353698725+1744918329@reply.freelancer.com>

[Quoted text hidden]

---

**Matt J** <crash07222@gmail.com>                                                    Thu, Apr 17 at 7:35 PM
To: Soufiane B. via Freelancer <rgwbtewgdglxxpq6s4soonwn7owf6xci6353698725+1744918329@reply.freelancer.com>

[Quoted text hidden]

JOYCE00116

 **Matt J <crash07222@gmail.com>**

---

## Your Redemption Request Has Been Successfully Cancelled
5 messages

---

**Modo.us** <support@t.modo.us>                                    Wed, Jan 1 at 11:11 PM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



**Hi Matthew Thomas,**

Your redemption request of $1000.00 to the BANK ACCOUNT ending in 0825 has been cancelled.

The redeemable SC you used to make the redemption request has been refunded to your SC coin balance.

Should you have any further questions, do not hesitate to contact our friendly Modo.us Customer Support Team and we will be happy to assist you.

HELP CENTER

IT IS FREE TO PLAY ON **MODO.US**
NO PURCHASE OR PAYMENT NECESSARY

Copyright © 2024 Modo.us. All rights reserved. Void where prohibited by law. See terms and conditions at www.modo.us.

The Sweepstakes promotions and prizes offered by Modo.us are operated by ARB Gaming LLC.

Terms of Use          Responsible Social Gaming          Sweepstake Rules          Privacy Policy

---

**Modo.us** <support@t.modo.us>                                    Thu, Jan 2 at 1:52 AM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>

JOYCE00117



**Hi Matthew Thomas,**

Your redemption request of $1100.00 to the BANK ACCOUNT ending in 0825 has been cancelled.

The redeemable SC you used to make the redemption request has been refunded to your SC coin balance.

Should you have any further questions, do not hesitate to contact our friendly Modo.us Customer Support Team and we will be happy to assist you.

HELP CENTER

[Quoted text hidden]

---

**Modo.us** <support@t.modo.us>                                          Thu, Jan 2 at 11:38 AM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



**Hi Matthew Thomas,**

Your redemption request of $800.00 to the BANK ACCOUNT ending in 0825 has been cancelled.

The redeemable SC you used to make the redemption request has been refunded to your SC coin balance.

Should you have any further questions, do not hesitate to contact our friendly Modo.us Customer Support Team and we will be happy to assist you.

HELP CENTER

JOYCE00118

**IT IS FREE TO PLAY ON MODO.US**

NO PURCHASE OR PAYMENT NECESSARY

Copyright © 2025 Modo.us. All rights reserved. Void where prohibited by law. See terms and conditions at www.modo.us.

The Sweepstakes promotions and prizes offered by Modo.us are operated by ARB Gaming LLC.

Terms of Use            Responsible Social Gaming            Sweepstake Rules            Privacy Policy

---

**Matt J** <crash07222@gmail.com>                                                Thu, Apr 17 at 7:35 PM
To: Soufiane B. via Freelancer <rgwbtewgdglxxpq6s4soonwn7owf6xci6353698725+1744918329@reply.freelancer.com>

[Quoted text hidden]

---

**Matt J** <crash07222@gmail.com>                                                Thu, Apr 17 at 7:35 PM
To: Soufiane B. via Freelancer <rgwbtewgdglxxpq6s4soonwn7owf6xci6353698725+1744918329@reply.freelancer.com>

[Quoted text hidden]



**Matt J <crash07222@gmail.com>**

---

**Your Redemption Request Has Been Successfully Cancelled**
2 messages

---

**Modo.us** <support@t.modo.us>                                          Tue, Jan 7 at 4:36 PM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



**Hi Matthew Thomas,**

Your redemption request of $500.00 to the BANK ACCOUNT ending in 0825 has been cancelled.

The redeemable SC you used to make the redemption request has been refunded to your SC coin balance.

Should you have any further questions, do not hesitate to contact our friendly Modo.us Customer Support Team and we will be happy to assist you.

**HELP CENTER**

IT IS FREE TO PLAY ON **MODO.US**
NO PURCHASE OR PAYMENT NECESSARY

Copyright © 2025 Modo.us. All rights reserved. Void where prohibited by law. See terms and conditions at www.modo.us.

The Sweepstakes promotions and prizes offered by Modo.us are operated by ARB Gaming LLC.

Terms of Use            Responsible Social Gaming        Sweepstake Rules            Privacy Policy

---

**Matt J** <crash07222@gmail.com>                                          Thu, Apr 17 at 7:34 PM
To: Soufiane B. via Freelancer <rgwbtewgdglxxpq6s4soonwn7owf6xci6353698725+1744918329@reply.freelancer.com>

[Quoted text hidden]

JOYCE00120

 **Matt J <crash07222@gmail.com>**

## Your Redemption Request Has Been Successfully Cancelled
8 messages

**Modo.us** <support@t.modo.us>                                              Thu, Jan 9 at 4:26 AM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



**Hi Matthew Thomas,**

Your redemption request of $2300.00 to the BANK ACCOUNT ending in 0825 has been cancelled.

The redeemable SC you used to make the redemption request has been refunded to your SC coin balance.

Should you have any further questions, do not hesitate to contact our friendly Modo.us Customer Support Team and we will be happy to assist you.

**HELP CENTER**

IT IS FREE TO PLAY ON **MODO.US**
NO PURCHASE OR PAYMENT NECESSARY

Copyright © 2025 Modo.us. All rights reserved. Void where prohibited by law. See terms and conditions at www.modo.us.

The Sweepstakes promotions and prizes offered by Modo.us are operated by ARB Gaming LLC.

Terms of Use          Responsible Social Gaming          Sweepstake Rules          Privacy Policy

**Modo.us** <support@t.modo.us>                                              Thu, Jan 9 at 4:41AM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>

JOYCE00121



**Hi Matthew Thomas,**

Your redemption request of $1900.00 to the BANK ACCOUNT ending in 0825 has been cancelled.

The redeemable SC you used to make the redemption request has been refunded to your SC coin balance.

Should you have any further questions, do not hesitate to contact our friendly Modo.us Customer Support Team and we will be happy to assist you.

HELP CENTER

[Quoted text hidden]

**Modo.us** <support@t.modo.us>                                    Thu, Jan 9 at 4:56 AM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



**Hi Matthew Thomas,**

Your redemption request of $2286.56 to the BANK ACCOUNT ending in 0825 has been cancelled.

The redeemable SC you used to make the redemption request has been refunded to your SC coin balance.

Should you have any further questions, do not hesitate to contact our friendly Modo.us Customer Support Team and we will be happy to assist you.

HELP CENTER

[Quoted text hidden]

JOYCE00122

**Modo.us** <support@t.modo.us>                                    Thu, Jan 9 at 5:03 AM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



**Hi Matthew Thomas,**

Your redemption request of $2000.00 to the BANK ACCOUNT ending in 0825 has
been cancelled.

The redeemable SC you used to make the redemption request has been refunded
to your SC coin balance.

Should you have any further questions, do not hesitate to contact our friendly
Modo.us Customer Support Team and we will be happy to assist you.

**HELP CENTER**

[Quoted text hidden]

**Modo.us** <support@t.modo.us>                                    Thu, Jan 9 at 5:27 AM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



**Hi Matthew Thomas,**

Your redemption request of $1200.00 to the BANK ACCOUNT ending in 0825 has
been cancelled.

The redeemable SC you used to make the redemption request has been refunded
to your SC coin balance.

Should you have any further questions, do not hesitate to contact our friendly

JOYCE00123

Modo.us Customer Support Team and we will be happy to assist you.

HELP CENTER

[Quoted text hidden]

---

**Modo.us** <support@t.modo.us>                    Thu, Jan 9 at 8:11 AM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



**Hi Matthew Thomas,**

Your redemption request of $1500.00 to the BANK ACCOUNT ending in 0825 has been cancelled.

The redeemable SC you used to make the redemption request has been refunded to your SC coin balance.

Should you have any further questions, do not hesitate to contact our friendly Modo.us Customer Support Team and we will be happy to assist you.

HELP CENTER

[Quoted text hidden]

---

**Modo.us** <support@t.modo.us>                    Thu, Jan 9 at 9:34 AM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



**Hi Matthew Thomas,**

Your redemption request of $1000.00 to the BANK ACCOUNT ending in 0825 has

JOYCE00124

been cancelled.

The redeemable SC you used to make the redemption request has been refunded to your SC coin balance.

Should you have any further questions, do not hesitate to contact our friendly Modo.us Customer Support Team and we will be happy to assist you.

**HELP CENTER**

[Quoted text hidden]

**Matt J** <crash07222@gmail.com>                                                                Thu, Apr 17 at 7:34 PM
To: Soufiane B. via Freelancer <rgwbtewgdglxxpq6s4soonwn7owf6xci6353698725+1744918329@reply.freelancer.com>

[Quoted text hidden]

JOYCE00125

 **Matt J <crash07222@gmail.com>**

## Your Redemption Request Has Been Successfully Cancelled
8 messages

**Modo.us** <support@t.modo.us>                                          Thu, Jan 9 at 4:26 AM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



**Hi Matthew Thomas,**

Your redemption request of $2300.00 to the BANK ACCOUNT ending in 0825 has been cancelled.

The redeemable SC you used to make the redemption request has been refunded to your SC coin balance.

Should you have any further questions, do not hesitate to contact our friendly Modo.us Customer Support Team and we will be happy to assist you.

**HELP CENTER**

IT IS FREE TO PLAY ON **MODO.US**
NO PURCHASE OR PAYMENT NECESSARY

Copyright © 2025 Modo.us. All rights reserved. Void where prohibited by law. See terms and conditions at www.modo.us.

The Sweepstakes promotions and prizes offered by Modo.us are operated by ARB Gaming LLC.

Terms of Use          Responsible Social Gaming          Sweepstake Rules          Privacy Policy

**Modo.us** <support@t.modo.us>                                          Thu, Jan 9 at 4:41 AM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>

JOYCE00126



**Hi Matthew Thomas,**

Your redemption request of $1900.00 to the BANK ACCOUNT ending in 0825 has been cancelled.

The redeemable SC you used to make the redemption request has been refunded to your SC coin balance.

Should you have any further questions, do not hesitate to contact our friendly Modo.us Customer Support Team and we will be happy to assist you.

HELP CENTER

[Quoted text hidden]

---

**Modo.us** <support@t.modo.us>                                Thu, Jan 9 at 4:56 AM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



**Hi Matthew Thomas,**

Your redemption request of $2286.56 to the BANK ACCOUNT ending in 0825 has been cancelled.

The redeemable SC you used to make the redemption request has been refunded to your SC coin balance.

Should you have any further questions, do not hesitate to contact our friendly Modo.us Customer Support Team and we will be happy to assist you.

HELP CENTER

[Quoted text hidden]

JOYCE00127

**Modo.us** <support@t.modo.us>                                    Thu, Jan 9 at 5:03 AM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



**Hi Matthew Thomas,**

Your redemption request of $2000.00 to the BANK ACCOUNT ending in 0825 has been cancelled.

The redeemable SC you used to make the redemption request has been refunded to your SC coin balance.

Should you have any further questions, do not hesitate to contact our friendly Modo.us Customer Support Team and we will be happy to assist you.

**HELP CENTER**

[Quoted text hidden]

**Modo.us** <support@t.modo.us>                                    Thu, Jan 9 at 5:27 AM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



**Hi Matthew Thomas,**

Your redemption request of $1200.00 to the BANK ACCOUNT ending in 0825 has been cancelled.

The redeemable SC you used to make the redemption request has been refunded to your SC coin balance.

Should you have any further questions, do not hesitate to contact our friendly

JOYCE00128

Modo.us Customer Support Team and we will be happy to assist you.

**HELP CENTER**

[Quoted text hidden]

---

**Modo.us** <support@t.modo.us>                                    Thu, Jan 9 at 8:11 AM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



**Hi Matthew Thomas,**

Your redemption request of $1500.00 to the BANK ACCOUNT ending in 0825 has been cancelled.

The redeemable SC you used to make the redemption request has been refunded to your SC coin balance.

Should you have any further questions, do not hesitate to contact our friendly Modo.us Customer Support Team and we will be happy to assist you.

**HELP CENTER**

[Quoted text hidden]

---

**Modo.us** <support@t.modo.us>                                    Thu, Jan 9 at 9:34 AM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



**Hi Matthew Thomas,**

Your redemption request of $1000.00 to the BANK ACCOUNT ending in 0825 has

JOYCE00129

been cancelled.

The redeemable SC you used to make the redemption request has been refunded to your SC coin balance.

Should you have any further questions, do not hesitate to contact our friendly Modo.us Customer Support Team and we will be happy to assist you.

**HELP CENTER**

[Quoted text hidden]

---

**Matt J** <crash07222@gmail.com>                                                                    Thu, Apr 17 at 7:34 PM
To: Soufiane B. via Freelancer <rgwbtewgdglxxpq6s4soonwn7owf6xci6353698725+1744918329@reply.freelancer.com>

[Quoted text hidden]

JOYCE00130

 **Gmail**

**Matt J <crash07222@gmail.com>**

## Your Redemption Request Has Been Successfully Cancelled
4 messages

**Modo.us** <support@t.modo.us>
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>

Fri, Jan 10 at 8:04 PM



### Hi Matthew Thomas,

Your redemption request of $1000.00 to the BANK ACCOUNT ending in 0825 has been cancelled.

The redeemable SC you used to make the redemption request has been refunded to your SC coin balance.

Should you have any further questions, do not hesitate to contact our friendly Modo.us Customer Support Team and we will be happy to assist you.

### HELP CENTER

IT IS FREE TO PLAY ON **MODO.US**
NO PURCHASE OR PAYMENT NECESSARY

Copyright © 2025 Modo.us. All rights reserved. Void where prohibited by law. See terms and conditions at www.modo.us.

The Sweepstakes promotions and prizes offered by Modo.us are operated by ARB Gaming LLC.

Terms of Use          Responsible Social Gaming          Sweepstake Rules          Privacy Policy

**Modo.us** <support@t.modo.us>
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>

Sat, Jan 11 at 12:20 AM

JOYCE00131



**Hi Matthew Thomas,**

Your redemption request of $1760.59 to the BANK ACCOUNT ending in 0825 has been cancelled.

The redeemable SC you used to make the redemption request has been refunded to your SC coin balance.

Should you have any further questions, do not hesitate to contact our friendly Modo.us Customer Support Team and we will be happy to assist you.

HELP CENTER

[Quoted text hidden]

---

**Modo.us** <support@t.modo.us>                                    Sat, Jan 11 at 3:03 AM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



**Hi Matthew Thomas,**

Your redemption request of $1261.00 to the BANK ACCOUNT ending in 0825 has been cancelled.

The redeemable SC you used to make the redemption request has been refunded to your SC coin balance.

Should you have any further questions, do not hesitate to contact our friendly Modo.us Customer Support Team and we will be happy to assist you.

HELP CENTER

[Quoted text hidden]

JOYCE00132

**Matt J** <crash07222@gmail.com>
To: Soufiane B. via Freelancer <rgwbtewgdglxxpq6s4soonwn7owf6xci6353698725+1744918329@reply.freelancer.com>

Thu, Apr 17 at 7:34 PM

[Quoted text hidden]

JOYCE00133

 **Matt J <crash07222@gmail.com>**

---

## Your Redemption Request Has Been Successfully Cancelled
11 messages

---

**Modo.us** <support@t.modo.us>                                        Sat, Jan 11 at 3:25 PM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



> **Hi Matthew Thomas,**
>
> Your redemption request of $1000.00 to the BANK ACCOUNT ending in 0825 has
> been cancelled.
>
> The redeemable SC you used to make the redemption request has been refunded
> to your SC coin balance.
>
> Should you have any further questions, do not hesitate to contact our friendly
> Modo.us Customer Support Team and we will be happy to assist you.
>
> **HELP CENTER**

IT IS FREE TO PLAY ON **MODO.US**
NO PURCHASE OR PAYMENT NECESSARY

Copyright © 2025 Modo.us. All rights reserved. Void where prohibited by law. See terms and conditions at www.modo.us.

The Sweepstakes promotions and prizes offered by Modo.us are operated by ARB Gaming LLC.

Terms of Use          Responsible Social Gaming          Sweepstake Rules          Privacy Policy

---

**Modo.us** <support@t.modo.us>                                        Sat, Jan 11 at 3:57 PM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>

JOYCE00134



**Hi Matthew Thomas,**

Your redemption request of $1500.00 to the BANK ACCOUNT ending in 0825 has been cancelled.

The redeemable SC you used to make the redemption request has been refunded to your SC coin balance.

Should you have any further questions, do not hesitate to contact our friendly Modo.us Customer Support Team and we will be happy to assist you.

HELP CENTER

[Quoted text hidden]

---

**Modo.us** <support@t.modo.us>                                    Sat, Jan 11 at 4:41PM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



**Hi Matthew Thomas,**

Your redemption request of $3000.00 to the BANK ACCOUNT ending in 0825 has been cancelled.

The redeemable SC you used to make the redemption request has been refunded to your SC coin balance.

Should you have any further questions, do not hesitate to contact our friendly Modo.us Customer Support Team and we will be happy to assist you.

HELP CENTER

[Quoted text hidden]

JOYCE00135

**Modo.us** <support@t.modo.us>                                          Sat, Jan 11 at 5:26 PM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



**Hi Matthew Thomas,**

Your redemption request of $2500.00 to the BANK ACCOUNT ending in 0825 has been cancelled.

The redeemable SC you used to make the redemption request has been refunded to your SC coin balance.

Should you have any further questions, do not hesitate to contact our friendly Modo.us Customer Support Team and we will be happy to assist you.

**HELP CENTER**

[Quoted text hidden]

**Modo.us** <support@t.modo.us>                                          Sat, Jan 11 at 7:29 PM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



**Hi Matthew Thomas,**

Your redemption request of $1900.00 to the BANK ACCOUNT ending in 0825 has been cancelled.

The redeemable SC you used to make the redemption request has been refunded to your SC coin balance.

Should you have any further questions, do not hesitate to contact our friendly

JOYCE00136

Modo.us Customer Support Team and we will be happy to assist you.

**HELP CENTER**

[Quoted text hidden]

---

**Modo.us** <support@t.modo.us>                                        Sat, Jan 11 at 9:19 PM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



**Hi Matthew Thomas,**

Your redemption request of $2200.00 to the BANK ACCOUNT ending in 0825 has been cancelled.

The redeemable SC you used to make the redemption request has been refunded to your SC coin balance.

Should you have any further questions, do not hesitate to contact our friendly Modo.us Customer Support Team and we will be happy to assist you.

**HELP CENTER**

[Quoted text hidden]

---

**Modo.us** <support@t.modo.us>                                        Sat, Jan 11 at 11:23 PM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



**Hi Matthew Thomas,**

Your redemption request of $1700.00 to the BANK ACCOUNT ending in 0825 has been cancelled.

JOYCE00137

The redeemable SC you used to make the redemption request has been refunded to your SC coin balance.

Should you have any further questions, do not hesitate to contact our friendly Modo.us Customer Support Team and we will be happy to assist you.

HELP CENTER

[Quoted text hidden]

---

**Modo.us** <support@t.modo.us>                                    Sun, Jan 12 at 12:42 AM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



**Hi Matthew Thomas,**

Your redemption request of $2000.00 to the BANK ACCOUNT ending in 0825 has been cancelled.

The redeemable SC you used to make the redemption request has been refunded to your SC coin balance.

Should you have any further questions, do not hesitate to contact our friendly Modo.us Customer Support Team and we will be happy to assist you.

HELP CENTER

[Quoted text hidden]

---

**Modo.us** <support@t.modo.us>                                    Sun, Jan 12 at 9:13 AM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



JOYCE00138

**Hi Matthew Thomas,**

Your redemption request of $1500.00 to the BANK ACCOUNT ending in 0825 has been cancelled.

The redeemable SC you used to make the redemption request has been refunded to your SC coin balance.

Should you have any further questions, do not hesitate to contact our friendly Modo.us Customer Support Team and we will be happy to assist you.

HELP CENTER

[Quoted text hidden]

---

**Modo.us** <support@t.modo.us>                                    Sun, Jan 12 at 12:47 PM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



**Hi Matthew Thomas,**

Your redemption request of $4500.00 to the BANK ACCOUNT ending in 0825 has been cancelled.

The redeemable SC you used to make the redemption request has been refunded to your SC coin balance.

Should you have any further questions, do not hesitate to contact our friendly Modo.us Customer Support Team and we will be happy to assist you.

HELP CENTER

[Quoted text hidden]

---

**Matt J** <crash07222@gmail.com>                                    Thu, Apr 17 at 7:34 PM
To: Soufiane B. via Freelancer <rgwbtewgdglxxpq6s4soonwn7owf6xci6353698725+1744918329@reply.freelancer.com>

JOYCE00139

[Quoted text hidden]

JOYCE00140

 **Gmail**

**Matt J <crash07222@gmail.com>**

---

## Your Redemption Request Has Been Successfully Cancelled
2 messages

---

**Modo.us** <support@t.modo.us>
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>

Tue, Jan 14 at 6:35 AM



### Hi Matthew Thomas,

Your redemption request of $4000.00 to the BANK ACCOUNT ending in 0825 has been cancelled.

The redeemable SC you used to make the redemption request has been refunded to your SC coin balance.

Should you have any further questions, do not hesitate to contact our friendly Modo.us Customer Support Team and we will be happy to assist you.

### HELP CENTER

IT IS FREE TO PLAY ON **MODO.US**
NO PURCHASE OR PAYMENT NECESSARY

---

Copyright © 2025 Modo.us. All rights reserved. Void where prohibited by law. See terms and conditions at www.modo.us.

The Sweepstakes promotions and prizes offered by Modo.us are operated by ARB Gaming LLC.

---

Terms of Use          Responsible Social Gaming          Sweepstake Rules          Privacy Policy

---

**Matt J** <crash07222@gmail.com>
To: Soufiane B. via Freelancer <rgwbtewgdglxxpq6s4soonwn7owf6xci6353698725+1744918329@reply.freelancer.com>

Thu, Apr 17 at 7:34 PM

[Quoted text hidden]

JOYCE00141

 **Matt J <crash07222@gmail.com>**

---

## Your Redemption Request Has Been Successfully Cancelled
7 messages

---

**Modo.us** <support@t.modo.us>                                    Thu, Jan 16 at 12:58 PM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



> **Hi Matthew Thomas,**
>
> Your redemption request of $2000.00 to the BANK ACCOUNT ending in 0825 has
> been cancelled.
>
> The redeemable SC you used to make the redemption request has been refunded
> to your SC coin balance.
>
> Should you have any further questions, do not hesitate to contact our friendly
> Modo.us Customer Support Team and we will be happy to assist you.
>
> **HELP CENTER**

IT IS FREE TO PLAY ON **MODO.US**
NO PURCHASE OR PAYMENT NECESSARY

Copyright © 2025 Modo.us. All rights reserved. Void where prohibited by law. See terms and conditions at www.modo.us.

The Sweepstakes promotions and prizes offered by Modo.us are operated by ARB Gaming LLC.

Terms of Use          Responsible Social Gaming          Sweepstake Rules          Privacy Policy

---

**Modo.us** <support@t.modo.us>                                    Thu, Jan 16 at 3:09 PM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>

JOYCE00142



**Hi Matthew Thomas,**

Your redemption request of $3000.00 to the BANK ACCOUNT ending in 0825 has been cancelled.

The redeemable SC you used to make the redemption request has been refunded to your SC coin balance.

Should you have any further questions, do not hesitate to contact our friendly Modo.us Customer Support Team and we will be happy to assist you.

**HELP CENTER**

[Quoted text hidden]

---

**Modo.us** <support@t.modo.us>                                    Thu, Jan 16 at 3:40 PM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



**Hi Matthew Thomas,**

Your redemption request of $2500.00 to the BANK ACCOUNT ending in 0825 has been cancelled.

The redeemable SC you used to make the redemption request has been refunded to your SC coin balance.

Should you have any further questions, do not hesitate to contact our friendly Modo.us Customer Support Team and we will be happy to assist you.

**HELP CENTER**

JOYCE00143

[Quoted text hidden]

---

**Modo.us** <support@t.modo.us>                                    Thu, Jan 16 at 7:40 PM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



**Hi Matthew Thomas,**

Your redemption request of $3000.00 to the BANK ACCOUNT ending in 0825 has been cancelled.

The redeemable SC you used to make the redemption request has been refunded to your SC coin balance.

Should you have any further questions, do not hesitate to contact our friendly Modo.us Customer Support Team and we will be happy to assist you.

**HELP CENTER**

[Quoted text hidden]

---

**Modo.us** <support@t.modo.us>                                    Thu, Jan 16 at 9:06 PM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



**Hi Matthew Thomas,**

Your redemption request of $2000.00 to the BANK ACCOUNT ending in 0825 has been cancelled.

The redeemable SC you used to make the redemption request has been refunded to your SC coin balance.

Should you have any further questions, do not hesitate to contact our friendly

JOYCE00144

Modo.us Customer Support Team and we will be happy to assist you.

**HELP CENTER**

[Quoted text hidden]

---

**Matt J** <crash07222@gmail.com>                                      Thu, Apr 17 at 7:33 PM
To: Soufiane B. via Freelancer <rgwbtewgdglxxpq6s4soonwn7owf6xci6353698725+1744918329@reply.freelancer.com>

[Quoted text hidden]

---

**Matt J** <crash07222@gmail.com>                                      Thu, Apr 17 at 7:33 PM
To: Soufiane B. via Freelancer <rgwbtewgdglxxpq6s4soonwn7owf6xci6353698725+1744918329@reply.freelancer.com>

[Quoted text hidden]

JOYCE00145

 **Gmail**

**Matt J <crash07222@gmail.com>**

## Your Redemption Request Has Been Successfully Cancelled
2 messages

**Modo.us** <support@t.modo.us>
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>

Sun, Jan 19 at 11:12 AM



**Hi Matthew Thomas,**

Your redemption request of $500.00 to the BANK ACCOUNT ending in 0825 has been cancelled.

The redeemable SC you used to make the redemption request has been refunded to your SC coin balance.

Should you have any further questions, do not hesitate to contact our friendly Modo.us Customer Support Team and we will be happy to assist you.

**HELP CENTER**

IT IS FREE TO PLAY ON **MODO.US**
NO PURCHASE OR PAYMENT NECESSARY

Copyright © 2025 Modo.us. All rights reserved. Void where prohibited by law. See terms and conditions at <u>www.modo.us</u>.

The Sweepstakes promotions and prizes offered by Modo.us are operated by ARB Gaming LLC.

Terms of Use          Responsible Social Gaming          Sweepstake Rules          Privacy Policy

**Matt J** <crash07222@gmail.com>
To: Soufiane B. via Freelancer <rgwbtewgdglxxpq6s4soonwn7owf6xci6353698725+1744918329@reply.freelancer.com>

Thu, Apr 17 at 7:33 PM

[Quoted text hidden]

JOYCE00146

 **Matt J <crash07222@gmail.com>**

---

## Your Redemption Request Has Been Successfully Cancelled
3 messages

---

**Modo.us** <support@t.modo.us>                                          Thu, Jan 23 at 10:57 AM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



> ### Hi Matthew Thomas,
>
> Your redemption request of $2000.00 to the BANK ACCOUNT ending in 0825 has
> been cancelled.
>
> The redeemable SC you used to make the redemption request has been refunded
> to your SC coin balance.
>
> Should you have any further questions, do not hesitate to contact our friendly
> Modo.us Customer Support Team and we will be happy to assist you.
>
> ### HELP CENTER

IT IS FREE TO PLAY ON **MODO.US**
NO PURCHASE OR PAYMENT NECESSARY

Copyright © 2025 Modo.us. All rights reserved. Void where prohibited by law. See terms and conditions at <u>www.modo.us</u>.

The Sweepstakes promotions and prizes offered by Modo.us are operated by ARB Gaming LLC.

Terms of Use          Responsible Social Gaming          Sweepstake Rules          Privacy Policy

---

**Modo.us** <support@t.modo.us>                                          Thu, Jan 23 at 6:11 PM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>

JOYCE00147



**Hi Matthew Thomas,**

Your redemption request of $1000.00 to the BANK ACCOUNT ending in 0825 has been cancelled.

The redeemable SC you used to make the redemption request has been refunded to your SC coin balance.

Should you have any further questions, do not hesitate to contact our friendly Modo.us Customer Support Team and we will be happy to assist you.

HELP CENTER

[Quoted text hidden]

**Matt J** <crash07222@gmail.com>                                                   Thu, Apr 17 at 7:33 PM
To: Soufiane B. via Freelancer <rgwbtewgdglxxpq6s4soonwn7owf6xci6353698725+1744918329@reply.freelancer.com>

[Quoted text hidden]

JOYCE00148

 **Matt J <crash07222@gmail.com>**

---

## Your Redemption Request Has Been Successfully Cancelled
2 messages

---

**Modo.us** <support@t.modo.us>                                        Sat, Jan 25 at 7:16 AM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



**Hi Matthew Thomas,**

Your redemption request of $3000.00 to the BANK ACCOUNT ending in 0825 has
been cancelled.

The redeemable SC you used to make the redemption request has been refunded
to your SC coin balance.

Should you have any further questions, do not hesitate to contact our friendly
Modo.us Customer Support Team and we will be happy to assist you.

**HELP CENTER**

IT IS FREE TO PLAY ON **MODO.US**
NO PURCHASE OR PAYMENT NECESSARY

---

Copyright © 2025 Modo.us. All rights reserved. Void where prohibited by law. See terms and conditions at <u>www.modo.us</u>.

The Sweepstakes promotions and prizes offered by Modo.us are operated by ARB Gaming LLC.

---

Terms of Use            Responsible Social Gaming            Sweepstake Rules            Privacy Policy

---

**Matt J** <crash07222@gmail.com>                                      Thu, Apr 17 at 7:32 PM
To: Soufiane B. via Freelancer <rgwbtewgdglxxpq6s4soonwn7owf6xci6353698725+1744918329@reply.freelancer.com>

[Quoted text hidden]

 **Matt J <crash07222@gmail.com>**

---

## Your Redemption Request Has Been Successfully Cancelled

5 messages

---

**Modo.us** <support@t.modo.us>                                        Thu, Jan 30 at 9:19 AM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



**Hi Matthew Thomas,**

Your redemption request of $2000.00 to the BANK ACCOUNT ending in 0825 has
been cancelled.

The redeemable SC you used to make the redemption request has been refunded
to your SC coin balance.

Should you have any further questions, do not hesitate to contact our friendly
Modo.us Customer Support Team and we will be happy to assist you.

**HELP CENTER**

IT IS FREE TO PLAY ON **MODO.US**

NO PURCHASE OR PAYMENT NECESSARY

Copyright © 2025 Modo.us. All rights reserved. Void where prohibited by law. See terms and conditions at <u>www.modo.us</u>.

The Sweepstakes promotions and prizes offered by Modo.us are operated by ARB Gaming LLC.

Terms of Use            Responsible Social Gaming            Sweepstake Rules            Privacy Policy

---

**Modo.us** <support@t.modo.us>                                        Thu, Jan 30 at 3:07 PM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



**Hi Matthew Thomas,**

Your redemption request of $2555.25 to the BANK ACCOUNT ending in 0825 has been cancelled.

The redeemable SC you used to make the redemption request has been refunded to your SC coin balance.

Should you have any further questions, do not hesitate to contact our friendly Modo.us Customer Support Team and we will be happy to assist you.

HELP CENTER

[Quoted text hidden]

---

**Modo.us** <support@t.modo.us>                                                    Thu, Jan 30 at 4:23 PM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



**Hi Matthew Thomas,**

Your redemption request of $3000.00 to the BANK ACCOUNT ending in 0825 has been cancelled.

The redeemable SC you used to make the redemption request has been refunded to your SC coin balance.

Should you have any further questions, do not hesitate to contact our friendly Modo.us Customer Support Team and we will be happy to assist you.

HELP CENTER

[Quoted text hidden]

JOYCE00151

**Modo.us** <support@t.modo.us>                                    Fri, Jan 31 at 12:38 AM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



**Hi Matthew Thomas,**

Your redemption request of $100.00 to the BANK ACCOUNT ending in 0825 has been cancelled.

The redeemable SC you used to make the redemption request has been refunded to your SC coin balance.

Should you have any further questions, do not hesitate to contact our friendly Modo.us Customer Support Team and we will be happy to assist you.

HELP CENTER

[Quoted text hidden]

**Matt J** <crash07222@gmail.com>                                    Thu, Apr 17 at 7:32 PM
To: Soufiane B. via Freelancer <rgwbtewgdglxxpq6s4soonwn7owf6xci6353698725+1744918329@reply.freelancer.com>

[Quoted text hidden]

JOYCE00152



**Matt J <crash07222@gmail.com>**

## Your Redemption Request Has Been Successfully Cancelled
7 messages

---

**Modo.us** <support@t.modo.us>                                                    Fri, Jan 31 at 8:43 PM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



**Hi Matthew Thomas,**

Your redemption request of $200.00 to the BANK ACCOUNT ending in 0825 has been cancelled.

The redeemable SC you used to make the redemption request has been refunded to your SC coin balance.

Should you have any further questions, do not hesitate to contact our friendly Modo.us Customer Support Team and we will be happy to assist you.

**HELP CENTER**

IT IS FREE TO PLAY ON **MODO.US**

NO PURCHASE OR PAYMENT NECESSARY

---

Copyright © 2025 Modo.us. All rights reserved. Void where prohibited by law. See terms and conditions at www.modo.us.

The Sweepstakes promotions and prizes offered by Modo.us are operated by ARB Gaming LLC.

---

Terms of Use            Responsible Social Gaming            Sweepstake Rules            Privacy Policy

---

**Modo.us** <support@t.modo.us>                                                    Fri, Jan 31 at 10:04 PM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>

JOYCE00153



**Hi Matthew Thomas,**

Your redemption request of $671.65 to the BANK ACCOUNT ending in 0825 has been cancelled.

The redeemable SC you used to make the redemption request has been refunded to your SC coin balance.

Should you have any further questions, do not hesitate to contact our friendly Modo.us Customer Support Team and we will be happy to assist you.

HELP CENTER

[Quoted text hidden]

---

**Modo.us** <support@t.modo.us>                                    Fri, Jan 31 at 11:37 PM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



**Hi Matthew Thomas,**

Your redemption request of $3000.00 to the BANK ACCOUNT ending in 0825 has been cancelled.

The redeemable SC you used to make the redemption request has been refunded to your SC coin balance.

Should you have any further questions, do not hesitate to contact our friendly Modo.us Customer Support Team and we will be happy to assist you.

HELP CENTER

[Quoted text hidden]

JOYCE00154

**Modo.us** <support@t.modo.us>                                    Sat, Feb 1 at 12:37 AM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



**Hi Matthew Thomas,**

Your redemption request of $2185.00 to the BANK ACCOUNT ending in 0825 has been cancelled.

The redeemable SC you used to make the redemption request has been refunded to your SC coin balance.

Should you have any further questions, do not hesitate to contact our friendly Modo.us Customer Support Team and we will be happy to assist you.

**HELP CENTER**

[Quoted text hidden]

**Modo.us** <support@t.modo.us>                                    Sat, Feb 1 at 11:54 AM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



**Hi Matthew Thomas,**

Your redemption request of $4500.00 to the BANK ACCOUNT ending in 0825 has been cancelled.

The redeemable SC you used to make the redemption request has been refunded to your SC coin balance.

Should you have any further questions, do not hesitate to contact our friendly

JOYCE00155

Modo.us Customer Support Team and we will be happy to assist you.

**HELP CENTER**

[Quoted text hidden]

---

**Matt J** <crash07222@gmail.com>                                           Thu, Apr 17 at 7:32 PM
To: Soufiane B. via Freelancer <rgwbtewgdglxxpq6s4soonwn7owf6xci6353698725+1744918329@reply.freelancer.com>

[Quoted text hidden]

---

**Matt J** <crash07222@gmail.com>                                           Thu, Apr 17 at 7:32 PM
To: Soufiane B. via Freelancer <rgwbtewgdglxxpq6s4soonwn7owf6xci6353698725+1744918329@reply.freelancer.com>

[Quoted text hidden]

JOYCE00156

 **Matt J <crash07222@gmail.com>**

---

## Your Redemption Request Has Been Successfully Cancelled

---

**Modo.us** <support@t.modo.us>                                        Mon, Feb 3 at 1:14 AM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



### Hi Matthew Thomas,

Your redemption request of $350.00 to the BANK ACCOUNT ending in 0825 has been cancelled.

The redeemable SC you used to make the redemption request has been refunded to your SC coin balance.

Should you have any further questions, do not hesitate to contact our friendly Modo.us Customer Support Team and we will be happy to assist you.

HELP CENTER

IT IS FREE TO PLAY ON **MODO.US**
NO PURCHASE OR PAYMENT NECESSARY

Copyright © 2025 Modo.us. All rights reserved. Void where prohibited by law. See terms and conditions at www.modo.us.

The Sweepstakes promotions and prizes offered by Modo.us are operated by ARB Gaming LLC.

Terms of Use          Responsible Social Gaming          Sweepstake Rules          Privacy Policy

JOYCE00157

 **Matt J <crash07222@gmail.com>**

---

## Your Purchase is Complete and Your Account has Been Credited!
46 messages

---

**Modo.us** <support@t.modo.us>
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>

Wed, Jan 1 at 3:30 PM





**Hi Matthew Thomas,**

We are pleased to confirm that your purchase has been successful! Your Modo.us account has been credited with 2000000 Gold Coins (GC). We have given you 300 Sweepstakes Coins (SC) for FREE.

Purchase details:

Amount: $284.99
Date: 01/01/2025
Package Type: Promotion
Gold Coins (GC): 2000000
Free Additional Sweepstake Coins (SC): 300

Payment ID: 6de880be-43b7-4311-aa91-aac37c35a305

**PLAY NOW**

IT IS FREE TO PLAY ON **MODO.US**
NO PURCHASE OR PAYMENT NECESSARY

JOYCE00158

Copyright © 2024 Modo.us. All rights reserved. Void where prohibited by law. See terms and conditions at www.modo.us.

The Sweepstakes promotions and prizes offered by Modo.us are operated by ARB Gaming LLC.

Terms of Use          Responsible Social Gaming          Sweepstake Rules          Privacy Policy

---

**Modo.us** <support@t.modo.us>                                                      Wed, Jan 1 at 4:18 PM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>





**Hi Matthew Thomas,**

We are pleased to confirm that your purchase has been successful! Your Modo.us account has been credited with 500000 Gold Coins (GC). We have given you 100 Sweepstakes Coins (SC) for FREE.

Purchase details:

Amount: $99.99
Date: 01/01/2025
Package Type: Standard package
Gold Coins (GC): 500000
Free Additional Sweepstake Coins (SC): 100

Payment ID: 0667d0cf-85b6-4185-8947-e2c417211ddd

**PLAY NOW**

[Quoted text hidden]

---

**Modo.us** <support@t.modo.us>                                                      Wed, Jan 1 at 4:22 PM
Reply-To: <support@modo.us>

JOYCE00159

To: Matthew Thomas Joyce <crash07222@gmail.com>





**Hi Matthew Thomas,**

We are pleased to confirm that your purchase has been successful! Your Modo.us account has been credited with 2000000 Gold Coins (GC). We have given you 300 Sweepstakes Coins (SC) for FREE.

Purchase details:

Amount: $299.99
Date: 01/01/2025
Package Type: Standard package
Gold Coins (GC): 2000000
Free Additional Sweepstake Coins (SC): 300

Payment ID: ed3f30e3-62b5-4a7d-b6c9-59fd6f4dbb8f

PLAY NOW

[Quoted text hidden]

**Modo.us** <support@t.modo.us>                                              Wed, Jan 1 at 4:30 PM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



JOYCE00160



**Hi Matthew Thomas,**

We are pleased to confirm that your purchase has been successful! Your Modo.us account has been credited with 2000000 Gold Coins (GC). We have given you 300 Sweepstakes Coins (SC) for FREE.

Purchase details:

Amount: $299.99
Date: 01/01/2025
Package Type: Standard package
Gold Coins (GC): 2000000
Free Additional Sweepstake Coins (SC): 300

Payment ID: 482b1b3f-d885-4678-b1cd-9a155cd9e5c8

PLAY NOW

[Quoted text hidden]

---

**Modo.us** <support@t.modo.us>                                    Wed, Jan 1 at 5:12 PM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>





**Hi Matthew Thomas,**

JOYCE00161

We are pleased to confirm that your purchase has been successful! Your Modo.us account has been credited with 2000000 Gold Coins (GC). We have given you 300 Sweepstakes Coins (SC) for FREE.

Purchase details:

Amount: $299.99
Date: 01/01/2025
Package Type: Standard package
Gold Coins (GC): 2000000
Free Additional Sweepstake Coins (SC): 300

Payment ID: b9a6951e-120c-4ac5-9549-b4e44331ee02

**PLAY NOW**

[Quoted text hidden]

---

**Modo.us** <support@t.modo.us>                                   Wed, Jan 1 at 5:59 PM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>





**Hi Matthew Thomas,**

We are pleased to confirm that your purchase has been successful! Your Modo.us account has been credited with 2000000 Gold Coins (GC). We have given you 300 Sweepstakes Coins (SC) for FREE.

Purchase details:

Amount: $299.99
Date: 01/01/2025

JOYCE00162

Package Type: Standard package
Gold Coins (GC): 2000000
Free Additional Sweepstake Coins (SC): 300

Payment ID: 61a834db-3357-4ad3-b8b7-beb7b4e41140

**PLAY NOW**

[Quoted text hidden]

---

**Modo.us** <support@t.modo.us>
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>

Wed, Jan 1 at 6:48 PM





**Hi Matthew Thomas,**

We are pleased to confirm that your purchase has been successful! Your Modo.us
account has been credited with 2000000 Gold Coins (GC). We have given you 300
Sweepstakes Coins (SC) for FREE.

Purchase details:

Amount: $299.99
Date: 01/01/2025
Package Type: Standard package
Gold Coins (GC): 2000000
Free Additional Sweepstake Coins (SC): 300

Payment ID: 0bd2f34e-a128-4aa3-8782-10e4182a6aab

**PLAY NOW**

JOYCE00163

[Quoted text hidden]

---

**Modo.us** <support@t.modo.us>                                            Wed, Jan 1 at 7:15 PM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>





**Hi Matthew Thomas,**

We are pleased to confirm that your purchase has been successful! Your Modo.us account has been credited with 2000000 Gold Coins (GC). We have given you 300 Sweepstakes Coins (SC) for FREE.

Purchase details:

Amount: $299.99
Date: 01/01/2025
Package Type: Standard package
Gold Coins (GC): 2000000
Free Additional Sweepstake Coins (SC): 300

Payment ID: 547293ab-e655-4e44-8f53-c6c07a8b3381

**PLAY NOW**

[Quoted text hidden]

---

**Modo.us** <support@t.modo.us>                                            Wed, Jan 1 at 7:29 PM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>

JOYCE00164





**Hi Matthew Thomas,**

We are pleased to confirm that your purchase has been successful! Your Modo.us account has been credited with 2000000 Gold Coins (GC). We have given you 300 Sweepstakes Coins (SC) for FREE.

Purchase details:

Amount: $299.99
Date: 01/01/2025
Package Type: Standard package
Gold Coins (GC): 2000000
Free Additional Sweepstake Coins (SC): 300

Payment ID: ffdc8eb7-2fdd-46b0-825c-a69511a82bed

PLAY NOW

[Quoted text hidden]

**Modo.us** <support@t.modo.us>                                    Wed, Jan 1 at 7:37 PM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



JOYCE00165



**Hi Matthew Thomas,**

We are pleased to confirm that your purchase has been successful! Your Modo.us account has been credited with 2000000 Gold Coins (GC). We have given you 300 Sweepstakes Coins (SC) for FREE.

Purchase details:

Amount: $299.99
Date: 01/01/2025
Package Type: Standard package
Gold Coins (GC): 2000000
Free Additional Sweepstake Coins (SC): 300

Payment ID: 46617a8f-41e0-49bc-958f-6b8302bfce00

**PLAY NOW**

[Quoted text hidden]

---

**Modo.us** <support@t.modo.us>                                      Wed, Jan 1 at 8:05 PM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>





**Hi Matthew Thomas,**

JOYCE00166

We are pleased to confirm that your purchase has been successful! Your Modo.us account has been credited with 2000000 Gold Coins (GC). We have given you 300 Sweepstakes Coins (SC) for FREE.

Purchase details:

Amount: $299.99
Date: 01/01/2025
Package Type: Standard package
Gold Coins (GC): 2000000
Free Additional Sweepstake Coins (SC): 300

Payment ID: 305eafab-54f4-422e-be56-7612ea1ed4b3

**PLAY NOW**

[Quoted text hidden]

---

**Modo.us** <support@t.modo.us>
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>

Wed, Jan 1 at 8:31PM





**Hi Matthew Thomas,**

We are pleased to confirm that your purchase has been successful! Your Modo.us account has been credited with 2000000 Gold Coins (GC). We have given you 300 Sweepstakes Coins (SC) for FREE.

Purchase details:

Amount: $299.99
Date: 01/01/2025

JOYCE00167

Package Type: Standard package
Gold Coins (GC): 2000000
Free Additional Sweepstake Coins (SC): 300

Payment ID: 822c598a-0a78-4ad1-963f-7cb97b5eb200

**PLAY NOW**

[Quoted text hidden]

---

**Modo.us** <support@t.modo.us>
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>

Wed, Jan 1 at 9:54 PM





**Hi Matthew Thomas,**

We are pleased to confirm that your purchase has been successful! Your Modo.us
account has been credited with 2000000 Gold Coins (GC). We have given you 300
Sweepstakes Coins (SC) for FREE.

Purchase details:

Amount: $299.99
Date: 01/01/2025
Package Type: Standard package
Gold Coins (GC): 2000000
Free Additional Sweepstake Coins (SC): 300

Payment ID: 3c8192b7-865a-4166-b815-ac2a5328c982

**PLAY NOW**

JOYCE00168

[Quoted text hidden]

**Modo.us** <support@t.modo.us>                                    Wed, Jan 1 at 11:00 PM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>





**Hi Matthew Thomas,**

We are pleased to confirm that your purchase has been successful! Your Modo.us
account has been credited with 5000000 Gold Coins (GC). We have given you 500
Sweepstakes Coins (SC) for FREE.

Purchase details:

Amount: $499.99
Date: 01/01/2025
Package Type: Standard package
Gold Coins (GC): 5000000
Free Additional Sweepstake Coins (SC): 500

Payment ID: 8cc11b3e-bf17-4e72-97e2-79f6e61d42b6

**PLAY NOW**

[Quoted text hidden]

**Modo.us** <support@t.modo.us>                                    Thu, Jan 2 at 3:11 AM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



JOYCE00169



**Hi Matthew Thomas,**

We are pleased to confirm that your purchase has been successful! Your Modo.us account has been credited with 2000000 Gold Coins (GC). We have given you 300 Sweepstakes Coins (SC) for FREE.

Purchase details:

Amount: $284.99
Date: 01/02/2025
Package Type: Promotion
Gold Coins (GC): 2000000
Free Additional Sweepstake Coins (SC): 300

Payment ID: f4433200-06e7-4536-9e4d-6871650bb360

**PLAY NOW**

[Quoted text hidden]

**Modo.us** <support@t.modo.us>                                                    Thu, Jan 2 at 4:46 AM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>





JOYCE00170

**Hi Matthew Thomas,**

We are pleased to confirm that your purchase has been successful! Your Modo.us account has been credited with 2000000 Gold Coins (GC). We have given you 300 Sweepstakes Coins (SC) for FREE.

Purchase details:

Amount: $299.99
Date: 01/02/2025
Package Type: Standard package
Gold Coins (GC): 2000000
Free Additional Sweepstake Coins (SC): 300

Payment ID: 55746ff3-2706-4fd9-8e63-85dd2cd166ca

**PLAY NOW**

[Quoted text hidden]

---

**Modo.us** <support@t.modo.us>                                    Thu, Jan 2 at 5:02 AM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>





**Hi Matthew Thomas,**

We are pleased to confirm that your purchase has been successful! Your Modo.us account has been credited with 2000000 Gold Coins (GC). We have given you 300 Sweepstakes Coins (SC) for FREE.

JOYCE00171

Purchase details:

Amount: $299.99
Date: 01/02/2025
Package Type: Standard package
Gold Coins (GC): 2000000
Free Additional Sweepstake Coins (SC): 300

Payment ID: e7cbf69a-6d35-49b4-ac08-408237cd1c3f

**PLAY NOW**

[Quoted text hidden]

---

**Modo.us** <support@t.modo.us>
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>

Thu, Jan 2 at 12:37 PM





**Hi Matthew Thomas,**

We are pleased to confirm that your purchase has been successful! Your Modo.us account has been credited with 2000000 Gold Coins (GC). We have given you 300 Sweepstakes Coins (SC) for FREE.

Purchase details:

Amount: $299.99
Date: 01/02/2025
Package Type: Standard package
Gold Coins (GC): 2000000
Free Additional Sweepstake Coins (SC): 300

JOYCE00172

Payment ID: 6515e95e-97a3-4597-a200-afd28d2f173a

**PLAY NOW**

IT IS FREE TO PLAY ON **MODO.US**
NO PURCHASE OR PAYMENT NECESSARY

Copyright © 2025 Modo.us. All rights reserved. Void where prohibited by law. See terms and conditions at www.modo.us.

The Sweepstakes promotions and prizes offered by Modo.us are operated by ARB Gaming LLC.

Terms of Use          Responsible Social Gaming          Sweepstake Rules          Privacy Policy

---

**Modo.us** <support@t.modo.us>                                      Thu, Jan 2 at 12:44 PM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>





**Hi Matthew Thomas,**

We are pleased to confirm that your purchase has been successful! Your Modo.us account has been credited with 2000000 Gold Coins (GC). We have given you 300 Sweepstakes Coins (SC) for FREE.

Purchase details:

Amount: $299.99
Date: 01/02/2025
Package Type: Standard package
Gold Coins (GC): 2000000
Free Additional Sweepstake Coins (SC): 300

JOYCE00173

Payment ID: 6ec54332-eeef-4c32-b0a2-ebeb7ab69ccc

**PLAY NOW**

[Quoted text hidden]

---

**Modo.us** <support@t.modo.us>                                          Thu, Jan 2 at 7:50 PM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>





**Hi Matthew Thomas,**

We are pleased to confirm that your purchase has been successful! Your Modo.us
account has been credited with 2000000 Gold Coins (GC). We have given you 300
Sweepstakes Coins (SC) for FREE.

Purchase details:

Amount: $299.99
Date: 01/02/2025
Package Type: Standard package
Gold Coins (GC): 2000000
Free Additional Sweepstake Coins (SC): 300

Payment ID: 9503e9a6-7a36-473a-babd-6ed0a8adafff

**PLAY NOW**

[Quoted text hidden]

JOYCE00174

**Modo.us** <support@t.modo.us>                                                       Thu, Jan 2 at 8:36 PM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>





**Hi Matthew Thomas,**

We are pleased to confirm that your purchase has been successful! Your Modo.us
account has been credited with 2000000 Gold Coins (GC). We have given you 300
Sweepstakes Coins (SC) for FREE.

Purchase details:

Amount: $299.99
Date: 01/02/2025
Package Type: Standard package
Gold Coins (GC): 2000000
Free Additional Sweepstake Coins (SC): 300

Payment ID: 13e72b22-072b-4495-83ed-44fddb0b253b

**PLAY NOW**

[Quoted text hidden]

**Modo.us** <support@t.modo.us>                                                       Fri, Jan 3 at 1:18 AM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



JOYCE00175



**Hi Matthew Thomas,**

We are pleased to confirm that your purchase has been successful! Your Modo.us account has been credited with 2000000 Gold Coins (GC). We have given you 300 Sweepstakes Coins (SC) for FREE.

Purchase details:

Amount: $299.99
Date: 01/03/2025
Package Type: Standard package
Gold Coins (GC): 2000000
Free Additional Sweepstake Coins (SC): 300

Payment ID: 8e4555c2-fe24-42f1-9145-8d8b22ad6b68

**PLAY NOW**

[Quoted text hidden]

---

**Modo.us** <support@t.modo.us>                                              Fri, Jan 3 at 1:49 AM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>





**Hi Matthew Thomas,**

We are pleased to confirm that your purchase has been successful! Your Modo.us account has been credited with 2000000 Gold Coins (GC). We have given you 300 Sweepstakes Coins (SC) for FREE.

Purchase details:

Amount: $299.99
Date: 01/03/2025
Package Type: Standard package
Gold Coins (GC): 2000000
Free Additional Sweepstake Coins (SC): 300

Payment ID: 93c1e9c7-803d-4c04-9579-a46bcf3cbb02

**PLAY NOW**

[Quoted text hidden]

---

**Modo.us** <support@t.modo.us>                                    Fri, Jan 3 at 2:31 AM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>





**Hi Matthew Thomas,**

We are pleased to confirm that your purchase has been successful! Your Modo.us account has been credited with 2000000 Gold Coins (GC). We have given you 300 Sweepstakes Coins (SC) for FREE.

JOYCE00177

Purchase details:

Amount: $299.99
Date: 01/03/2025
Package Type: Standard package
Gold Coins (GC): 2000000
Free Additional Sweepstake Coins (SC): 300

Payment ID: 49766a7c-972b-4f6c-810b-b70aa92eaa67

**PLAY NOW**

[Quoted text hidden]

---

**Modo.us** <support@t.modo.us>
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>

Fri, Jan 3 at 2:38 AM





**Hi Matthew Thomas,**

We are pleased to confirm that your purchase has been successful! Your Modo.us account has been credited with 75000 Gold Coins (GC). We have given you 20 Sweepstakes Coins (SC) for FREE.

Purchase details:

Amount: $16.00
Date: 01/03/2025
Package Type: Promotion
Gold Coins (GC): 75000
Free Additional Sweepstake Coins (SC): 20

JOYCE00178

Payment ID: f92cfe47-aa6d-4759-a427-df8cc1e7a131

**PLAY NOW**

[Quoted text hidden]

---

**Modo.us** <support@t.modo.us>                                                    Fri, Jan 3 at 2:39 AM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>





**Hi Matthew Thomas,**

We are pleased to confirm that your purchase has been successful! Your Modo.us
account has been credited with 500000 Gold Coins (GC). We have given you 100
Sweepstakes Coins (SC) for FREE.

Purchase details:

Amount: $99.99
Date: 01/03/2025
Package Type: Standard package
Gold Coins (GC): 500000
Free Additional Sweepstake Coins (SC): 100

Payment ID: ffa17704-bae5-4578-8f9a-8a4f3adc05f5

**PLAY NOW**

[Quoted text hidden]

---

**Modo.us** <support@t.modo.us>

JOYCE00179

Fri, Jan 3 at 3:03 AM

Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>





**Hi Matthew Thomas,**

We are pleased to confirm that your purchase has been successful! Your Modo.us account has been credited with 2000000 Gold Coins (GC). We have given you 300 Sweepstakes Coins (SC) for FREE.

Purchase details:

Amount: $269.99
Date: 01/03/2025
Package Type: Promotion
Gold Coins (GC): 2000000
Free Additional Sweepstake Coins (SC): 300

Payment ID: 282ee44e-a894-4ebe-858a-2bb5df446d2e

**PLAY NOW**

[Quoted text hidden]

**Modo.us** <support@t.modo.us>                                        Fri, Jan 3 at 3:10 AM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



JOYCE00180



**Hi Matthew Thomas,**

We are pleased to confirm that your purchase has been successful! Your Modo.us account has been credited with 500000 Gold Coins (GC). We have given you 100 Sweepstakes Coins (SC) for FREE.

Purchase details:

Amount: $99.99
Date: 01/03/2025
Package Type: Standard package
Gold Coins (GC): 500000
Free Additional Sweepstake Coins (SC): 100

Payment ID: 9c03071f-2d66-43f4-bbaf-365ab479e9ff

PLAY NOW

[Quoted text hidden]

---

**Modo.us** <support@t.modo.us>                                      Fri, Jan 3 at 5:08 AM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>





**Hi Matthew Thomas,**

JOYCE00181

We are pleased to confirm that your purchase has been successful! Your Modo.us account has been credited with 500000 Gold Coins (GC). We have given you 100 Sweepstakes Coins (SC) for FREE.

Purchase details:

Amount: $99.99
Date: 01/03/2025
Package Type: Standard package
Gold Coins (GC): 500000
Free Additional Sweepstake Coins (SC): 100

Payment ID: 1efd8a9b-3db7-4ae0-8f60-35d3110cf32f

**PLAY NOW**

[Quoted text hidden]

---

**Modo.us** <support@t.modo.us>                                    Fri, Jan 3 at 1:29 PM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>





**Hi Matthew Thomas,**

We are pleased to confirm that your purchase has been successful! Your Modo.us account has been credited with 500000 Gold Coins (GC). We have given you 100 Sweepstakes Coins (SC) for FREE.

JOYCE00182

Purchase details:

Amount: $99.99
Date: 01/03/2025
Package Type: Standard package
Gold Coins (GC): 500000
Free Additional Sweepstake Coins (SC): 100

Payment ID: fb0c948c-9802-4727-bd29-7cf0e076df1c

**PLAY NOW**

[Quoted text hidden]

---

**Modo.us** <support@t.modo.us>                                          Fri, Jan 3 at 1:34 PM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>





**Hi Matthew Thomas,**

We are pleased to confirm that your purchase has been successful! Your Modo.us
account has been credited with 500000 Gold Coins (GC). We have given you 100
Sweepstakes Coins (SC) for FREE.

Purchase details:

Amount: $99.99
Date: 01/03/2025
Package Type: Standard package
Gold Coins (GC): 500000
Free Additional Sweepstake Coins (SC): 100

JOYCE00183

Payment ID: 792057d1-29ac-480a-9bc4-c2c4a2ba10a1

**PLAY NOW**

[Quoted text hidden]

---

**Modo.us** <support@t.modo.us>                                            Fri, Jan 3 at 1:49 PM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>





**Hi Matthew Thomas,**

We are pleased to confirm that your purchase has been successful! Your Modo.us
account has been credited with 75000 Gold Coins (GC). We have given you 20
Sweepstakes Coins (SC) for FREE.

Purchase details:

Amount: $19.99
Date: 01/03/2025
Package Type: Standard package
Gold Coins (GC): 75000
Free Additional Sweepstake Coins (SC): 20

Payment ID: 181546c0-4c9c-4fd9-83e8-f1b68adf941a

**PLAY NOW**

[Quoted text hidden]

---

**Modo.us** <support@t.modo.us>

JOYCE00184

Fri, Jan 3 at 1:50 PM

Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>





**Hi Matthew Thomas,**

We are pleased to confirm that your purchase has been successful! Your Modo.us account has been credited with 35000 Gold Coins (GC). We have given you 10 Sweepstakes Coins (SC) for FREE.

Purchase details:

Amount: $9.99
Date: 01/03/2025
Package Type: Standard package
Gold Coins (GC): 35000
Free Additional Sweepstake Coins (SC): 10

Payment ID: 15e89ea2-9d18-42e1-a85d-d65a384008af

**PLAY NOW**

[Quoted text hidden]

---

**Modo.us** <support@t.modo.us>                                    Fri, Jan 3 at 8:22 PM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



JOYCE00185



**Hi Matthew Thomas,**

We are pleased to confirm that your purchase has been successful! Your Modo.us account has been credited with 2000000 Gold Coins (GC). We have given you 300 Sweepstakes Coins (SC) for FREE.

Purchase details:

Amount: $239.99
Date: 01/03/2025
Package Type: Promotion
Gold Coins (GC): 2000000
Free Additional Sweepstake Coins (SC): 300

Payment ID: a9e89e2f-6cf1-4fe0-b0f0-0cf4340b4cc0

**PLAY NOW**

[Quoted text hidden]

---

**Modo.us** <support@t.modo.us>                                      Fri, Jan 3 at 11:20 PM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>





**Hi Matthew Thomas,**

JOYCE00186

We are pleased to confirm that your purchase has been successful! Your Modo.us account has been credited with 500000 Gold Coins (GC). We have given you 100 Sweepstakes Coins (SC) for FREE.

Purchase details:

Amount: $84.99
Date: 01/03/2025
Package Type: Promotion
Gold Coins (GC): 500000
Free Additional Sweepstake Coins (SC): 100

Payment ID: ac2107fa-8a43-41b7-8c0a-c5d9c617cbe3

**PLAY NOW**

[Quoted text hidden]

---

**Modo.us** <support@t.modo.us>                                          Sat, Jan 4 at 1:18 AM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>





**Hi Matthew Thomas,**

We are pleased to confirm that your purchase has been successful! Your Modo.us account has been credited with 500000 Gold Coins (GC). We have given you 100 Sweepstakes Coins (SC) for FREE.

JOYCE00187

Purchase details:

Amount: $99.99
Date: 01/04/2025
Package Type: Standard package
Gold Coins (GC): 500000
Free Additional Sweepstake Coins (SC): 100

Payment ID: 45473744-1342-4418-b475-e0a0e2dd4deb

**PLAY NOW**

[Quoted text hidden]

---

**Modo.us** <support@t.modo.us>
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>

Sat, Jan 4 at 1:28 AM





**Hi Matthew Thomas,**

We are pleased to confirm that your purchase has been successful! Your Modo.us account has been credited with 200000 Gold Coins (GC). We have given you 50 Sweepstakes Coins (SC) for FREE.

Purchase details:

Amount: $49.99
Date: 01/04/2025
Package Type: Standard package
Gold Coins (GC): 200000
Free Additional Sweepstake Coins (SC): 50

JOYCE00188

Payment ID: a2b39798-dc07-4216-bab6-72d9a22e2c18

**PLAY NOW**

[Quoted text hidden]

---

**Modo.us** <support@t.modo.us>                                      Sat, Jan 4 at 8:51AM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>





**Hi Matthew Thomas,**

We are pleased to confirm that your purchase has been successful! Your Modo.us
account has been credited with 2000000 Gold Coins (GC). We have given you 300
Sweepstakes Coins (SC) for FREE.

Purchase details:

Amount: $269.99
Date: 01/04/2025
Package Type: Promotion
Gold Coins (GC): 2000000
Free Additional Sweepstake Coins (SC): 300

Payment ID: 1d4a321e-54e0-44ad-a3ac-1e673ca0aa8e

**PLAY NOW**

[Quoted text hidden]

---

**Modo.us** <support@t.modo.us>                                      Sat, Jan 4 at 9:00 AM
Reply-To: <support@modo.us>

JOYCE00189

To: Matthew Thomas Joyce <crash07222@gmail.com>





**Hi Matthew Thomas,**

We are pleased to confirm that your purchase has been successful! Your Modo.us account has been credited with 500000 Gold Coins (GC). We have given you 100 Sweepstakes Coins (SC) for FREE.

Purchase details:

Amount: $99.99
Date: 01/04/2025
Package Type: Standard package
Gold Coins (GC): 500000
Free Additional Sweepstake Coins (SC): 100

Payment ID: 261810da-997e-4da8-ae41-c5afd98130bd

**PLAY NOW**

[Quoted text hidden]

---

**Modo.us** <support@t.modo.us>                                    Sat, Jan 4 at 9:38 AM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



JOYCE00190



**Hi Matthew Thomas,**

We are pleased to confirm that your purchase has been successful! Your Modo.us account has been credited with 500000 Gold Coins (GC). We have given you 100 Sweepstakes Coins (SC) for FREE.

Purchase details:

Amount: $79.99
Date: 01/04/2025
Package Type: Promotion
Gold Coins (GC): 500000
Free Additional Sweepstake Coins (SC): 100

Payment ID: 8e18401a-63ad-4d67-b99d-722192cad4e0

**PLAY NOW**

[Quoted text hidden]

---

**Modo.us** <support@t.modo.us>                                                Sat, Jan 4 at 9:57 AM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>





**Hi Matthew Thomas,**

JOYCE00191

We are pleased to confirm that your purchase has been successful! Your Modo.us account has been credited with 500000 Gold Coins (GC). We have given you 100 Sweepstakes Coins (SC) for FREE.

Purchase details:

Amount: $79.99
Date: 01/04/2025
Package Type: Promotion
Gold Coins (GC): 500000
Free Additional Sweepstake Coins (SC): 100

Payment ID: 6ed68984-2535-40f1-b6f0-8474d730cfbd

**PLAY NOW**

[Quoted text hidden]

---

**Modo.us** <support@t.modo.us>                                    Sat, Jan 4 at 10:36 AM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>





**Hi Matthew Thomas,**

We are pleased to confirm that your purchase has been successful! Your Modo.us account has been credited with 500000 Gold Coins (GC). We have given you 100 Sweepstakes Coins (SC) for FREE.

Purchase details:

Amount: $79.99
Date: 01/04/2025

JOYCE00192

Package Type: Promotion
Gold Coins (GC): 500000
Free Additional Sweepstake Coins (SC): 100

Payment ID: 9eddf886-d505-4f68-83bd-a486c13ddcd7

**PLAY NOW**

[Quoted text hidden]

---

**Modo.us** <support@t.modo.us>                                      Sat, Jan 4 at 12:09 PM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>





**Hi Matthew Thomas,**

We are pleased to confirm that your purchase has been successful! Your Modo.us
account has been credited with 500000 Gold Coins (GC). We have given you 100
Sweepstakes Coins (SC) for FREE.

Purchase details:

Amount: $99.99
Date: 01/04/2025
Package Type: Standard package
Gold Coins (GC): 500000
Free Additional Sweepstake Coins (SC): 100

Payment ID: bad77feb-64ee-4b71-a7e0-78ce106b635f

**PLAY NOW**

JOYCE00193

[Quoted text hidden]

---

**Modo.us** <support@t.modo.us>                                                Sat, Jan 4 at 8:44 PM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>





**Hi Matthew Thomas,**

We are pleased to confirm that your purchase has been successful! Your Modo.us
account has been credited with 500000 Gold Coins (GC). We have given you 100
Sweepstakes Coins (SC) for FREE.

Purchase details:

Amount: $99.99
Date: 01/04/2025
Package Type: Standard package
Gold Coins (GC): 500000
Free Additional Sweepstake Coins (SC): 100

Payment ID: 284ba78c-2fc8-4f35-98cc-4c9df77cdb18

**PLAY NOW**

[Quoted text hidden]

---

**Modo.us** <support@t.modo.us>                                                Sat, Jan 4 at 8:46 PM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>

JOYCE00194





**Hi Matthew Thomas,**

We are pleased to confirm that your purchase has been successful! Your Modo.us account has been credited with 500000 Gold Coins (GC). We have given you 100 Sweepstakes Coins (SC) for FREE.

Purchase details:

Amount: $99.99
Date: 01/04/2025
Package Type: Standard package
Gold Coins (GC): 500000
Free Additional Sweepstake Coins (SC): 100

Payment ID: fdef7923-8fe6-4b0d-9898-e6dcfbd6d2d4

**PLAY NOW**

[Quoted text hidden]

---

**Modo.us** <support@t.modo.us>                                      Sat, Jan 4 at 8:51PM
Reply-To: <support@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



JOYCE00195



**Hi Matthew Thomas,**

We are pleased to confirm that your purchase has been successful! Your Modo.us account has been credited with 500000 Gold Coins (GC). We have given you 100 Sweepstakes Coins (SC) for FREE.

Purchase details:

Amount: $99.99
Date: 01/04/2025
Package Type: Standard package
Gold Coins (GC): 500000
Free Additional Sweepstake Coins (SC): 100

Payment ID: 3623cbff-68f2-47cf-941e-de227656007a

PLAY NOW

[Quoted text hidden]

JOYCE00196



**Matt J <crash07222@gmail.com>**

---

## [modo.us] Re: Conversation with Matthew Thomas Joyce

**modo.us** <support@modous.zendesk.com>                                         Thu, Jan 30 at 6:10 PM
Reply-To: modo.us <support+id9LL2Z7-X44YE@modous.zendesk.com>
To: Matthew Thomas Joyce <crash07222@gmail.com>



(17:54:37) Matthew Thomas Joyce: Gameplay

(17:54:39) modo.us: Questions about your account or our games? Fire away! We're all ears.

(17:54:49) Matthew Thomas Joyce: Enter your questions or comments here.: Popcorn ready

(17:54:51) modo.us: Connecting you with someone now.

(17:55:18) Matthew Thomas Joyce: 8k doing free spins….typical modo bonus buy for 600 bucks lmao

(17:55:52) Andre Rocha: Hello Matthew,

Thank you for reaching out to Modo and for being a Black Diamond player!

One moment while I pull up your account.

(17:56:12) Matthew Thomas Joyce uploaded: IMG_1009.png
URL: https://modous.zendesk.com/sc/attachments/v2/01JJWPVP0WFNJ31G31MQ757XMR/IMG_1009.png
Type: image/png
Size: 6688872

(17:56:12) Matthew Thomas Joyce: I thought oh wow maybe it will go above 10, think again Matthew lol. One second

(17:56:28) Matthew Thomas Joyce: can I share the video with you guys after this?

(17:57:44) Andre Rocha: Just one moment

(17:57:48) Matthew Thomas Joyce: All good I was just hoping someone can watch and enjoy

(17:58:56) Matthew Thomas Joyce: I'll be playing my last two bonus buys. Guess rgn don't like me on those either lol. All good Andre just cashed 10k in crypto so locked and loaded for more gut shots. Have a good one

(17:59:13) Andre Rocha: You can send it

(18:00:08) Andre Rocha: Oh that's amazing! I wish I could win that amount some day!

(18:00:14) Matthew Thomas Joyce: I'm perfect

JOYCE00197

(18:00:21) Matthew Thomas Joyce: this one's a gas...

(18:00:31) Andre Rocha: You're perfect!

(18:01:04) Matthew Thomas Joyce: So I'll send the whole one later. But start with 8k about 10 wins of 10-40 dollars

(18:01:47) Andre Rocha: That's fine! You look like a really good player

(18:01:54) Matthew Thomas Joyce: so here we go on the last one. Wish me luck

(18:02:25) Andre Rocha: Best lucky for you, Matthew!

(18:02:35) Matthew Thomas Joyce: Wait wait want to show you

(18:03:31) Andre Rocha: Yes, send another screenshot

(18:03:46) Matthew Thomas Joyce: Oh nice this one was pretty massive

(18:04:31) Andre Rocha: How much?

(18:04:54) Matthew Thomas Joyce: Well Andre it was a 400 bonus buy and I won 68 dollars

(18:05:46) Andre Rocha: Oh, that's cool

(18:06:13) Andre Rocha: I'm sure you will keep having fun

(18:06:17) Matthew Thomas Joyce: How much more do you want me to deposit to get someone to see the amount of money that does not come back ?

(18:06:32) Matthew Thomas Joyce: when can I talk to a person that can do something about that?

(18:07:12) Matthew Thomas Joyce: when can someone tell me why spending moneys thru debit cards is being restricted. It's not just me either I know a lot of people around here that play with you guys

(18:07:43) Matthew Thomas Joyce: who do I talk to Andre before I put in another 10k the next two days n get nothing back?

(18:08:07) Matthew Thomas Joyce: is there a contact at arb because I'm done just throwing money to get someone's attention

(18:08:17) Andre Rocha: Do you would like to talk with your host?

(18:08:32) Matthew Thomas Joyce: no dude they don't do anything. Who is above the host?

(18:09:42) Andre Rocha: Our game providers are dedicated to ensuring fairness by conducting simulations of millions of plays for each game to confirm a specific Return To Player (RTP) percentage. This percentage indicates the expected amount of coins that players can anticipate receiving over an extended period of gameplay.

(18:09:44) Matthew Thomas Joyce: Wow even bigger joke my stuff says solved, when was my issues solved?

(18:09:58) Andre Rocha: It is essential to remember that regardless of the RTP, players may experience both fortunate and less fortunate sessions. This variability is an inherent aspect of the enjoyment and unpredictability of slot games, which are developed using a random number generator. This is simply the nature of how these games operate.

(18:09:58) Andre Rocha: For further information on RTP, you are welcome to explore this article:

https://modous.zendesk.com/hc/en-us/articles/8416763719709-What-is-RTP-Return-To-

JOYCE00198

Player.

(18:10:03) Matthew Thomas Joyce: oh yes there has been millions of spins and I'm down 100k

(18:10:16) Andre Rocha: We're sorry to hear you've had a less than positive experience here on Modo.US. We thank you for your feedback and letting us know how you feel, along with your experience on the site.

At Modo.Us, we work with the developers who offer the games on the site, rather than creating the games ourselves. However, we're still the name at the top of the site; each piece of feedback we get, even if it's negative, helps us to make the site a little bit better.

We'll make sure to pass along your feedback to the appropriate departments for review.

(18:10:24) Andre Rocha: Thanks for chatting with Modo Support today.

If you ever need additional assistance, feel free to reach out. Happy playing!

(18:10:26) Matthew Thomas Joyce: Host

(18:10:28) Matthew Thomas Joyce: host

## HELP CENTER

 **Matt J <crash07222@gmail.com>**

## Purchasing error
29 messages

<crash07222@gmail.com>                                                  Sun, Mar 16 at 8:49 AM
To: Timothy Cramblin (modo.us) <vip@modo.us>

Morning Tim.  Made the wrong purchase this morning.  Let the chat know, and you'll be happy to hear I behaved myself in chat even tho I was kinda pissed.  Anyway lmk if you can change the purchase you'll see what happened.  Lmk about that gift to man.  If you got the game for spins when u write this lmk.  Later

Graciously
Matt


Sent from App for Gmail

---

**Victor LaFontaine (modo.us)** <vip@modo.us>                           Mon, Mar 17 at 7:32 PM
Reply-To: modo.us <vip@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



Hi Matthew,

Thank you for reaching out to us on this.

On checking, we can confirm that each of the four packages you purchased the morning of Sunday, March 16th 2025 were correctly charged and attributed to your account, as follows:

- Payment ID: be65a286-c5a9-40cf-8106-c3a075b66309 (*Purchase 22,500 GC for USD7.99*)

  Source: Visa -0308

  Time of Purchase: 2025-03-16 at 6:10am EDT

  Time of Delivery: 2025-03-16 at 6:10am EDT

  GC Balance of 1,049,276,900 to 1,049,299,400

JOYCE00200

- Payment ID: bbdd551b-4e53-49b2-8dff-0b17564e7ad4 (*Purchase 22,500 GC for USD7.99*)

  Source: Visa -0308

  Time of Purchase: 2025-03-16 at 6:10am EDT

  Time of Delivery: 2025-03-16 at 6:10am EDT

  GC Balance of 1,049,299,400 to 1,049,321,900

- Payment ID: bff99f5b-c267-4e1c-9133-ec6ace0f2663 (*Purchase 1,000 GC for USD0.99*)

  Source: Visa -0308

  Time of Purchase: 2025-03-16 at 6:11am EDT

  Time of Delivery: 2025-03-16 at 6:11am EDT

  GC Balance of 1,049,321,900 to 1,049,322,900

- Payment ID: b6eec86f-ab9a-480b-b70a-6ee5d42f7cbc (*Purchase 1,000 GC for USD0.99*)

  Source: Visa -0308

  Time of Purchase: 2025-03-16 at 6:11am EDT

  Time of Delivery: 2025-03-16 at 6:11am EDT

  GC Balance of 1,049,322,900 to 1,049,323,900

---

I also see you've written in to inform us that these were made in error, as you prefer to purchase GC packages which include free SC as well, which does match the majority of your purchase history with us; however, it should be noted that no such promotional pairing is listed for the two Gold Coin purchase values above, and we do advise in the strongest possible terms that you carefully review the parameters of each Gold Coin purchase you make at Modo before finalizing them.

JOYCE00201

As a one-time courtesy and token of appreciation for you as one of our Black Diamond players, we've sent a gift to your account that is equitable to the nearest combined total standard package amount which would have included free promotional SC as well, for a total of **75,000 GC & 20 free SC**, which are available on your account now.

Thank you, and we hope you have a good evening ahead.

Best regards,

Victor LaFontaine

Modo.US VIP Host

**HELP CENTER**

Sweepstakes Rules          Privacy Policy          Terms of Use          Responsible Social Gaming

[V50RL1-4D9LR]

---

<crash07222@gmail.com>                                                                Mon, Mar 17 at 8:02 PM
To: modo.us <vip@modo.us>

Sweet thanks Vic u the man.  Later

Sent from App for Gmail

Monday, March 17, 2025 at 7:32 PM -04:00 from vip@modo.us <vip@modo.us>:
[Quoted text hidden]

---

**modo.us** <vip@modo.us>                                                              Mon, Mar 17 at 8:03 PM
Reply-To: modo.us <vip@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



Sweet thanks Vic u the man.  Later

Sent from App for Gmail

Monday, March 17, 2025 at 7:32 PM -04:00 from vip@modo.us <vip@modo.us>:

JOYCE00202



[Quoted text hidden]

[V50RL1-4D9LR]

**HELP CENTER**

[Quoted text hidden]
[V50RL1-4D9LR]

---

**Timothy Cramblin (modo.us)** <vip@modo.us>                Tue, Mar 18 at 11:02 AM
Reply-To: modo.us <vip@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



Good morning, Matt.

I wanted to follow up with you as I noticed you had some complaints you addressed with our chat agents about me not being available. Please note that my days off are **Sunday** and **Monday**, and my schedule is 10am - 6pm EST Tuesday - Saturday. If you try to contact me outside of these hours, I will not be available though usually there is another host scheduled who will be able to assist you.

Our chat agents are trained to send all requests from Black Diamond players to their VIP hosts, so again, unless you have a pressing concern such as payment issue or gameplay-related issue, they will not be able to assist you, and I ask again that you please know this and not express your frustration with them for being unable to assist you with things such as free SC requests, complaints about your RTP, and general questions. The chat agents handle a ***much*** higher volume of tickets than the VIP team does, so their job is to assist players with pressing concerns as quickly as possible.

I'm happy to address any non-pressing issue any time I'm on shift, and if you just want to chit-chat, hey, I'm here for that too! But that is not our chat agents' job and I do politely ask that you remember than and to keep your use of our chat feature to a minimum.

Anywho, if there are any questions or concerns you still have that have not been addressed, I'm all ears and happy to address them for you!

JOYCE00203

Kindest regards,

Timothy Cramblin

Modo.us VIP Host

HELP CENTER

Sweepstakes Rules | Privacy Policy | Terms of Use | Responsible Social Gaming

[V50RL1-4D9LR]

**Timothy Cramblin (modo.us)** <vip@modo.us>                    Tue, Mar 18 at 11:24 AM
Reply-To: modo.us <vip@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



Oh, I forgot to mention. I know I shared it in my original introductory email to you but I'm going to share it again. If you're trying to reach me directly during my scheduled shifts, you can always text me at +1 (480)-881-0026.

Please note that this will only reach me directly and no one else will see it, so if you text me outside of my working hours, you will not get a response until I return. This is why it's best to reach out to vip@modo.us outside of my working hours if you wish to speak to another VIP host.

Kindest regards,

Timothy Cramblin

Modo.us VIP Host

HELP CENTER

Sweepstakes Rules | Privacy Policy | Terms of Use | Responsible Social Gaming

[V50RL1-4D9LR]

JOYCE00204

<crash07222@gmail.com>                                                Tue, Mar 18 at 1:31 PM

To: modo.us <vip@modo.us>

Not feeling all that chatty lately Tim.  Will never message the chat box again, that's for sure.  Only thing I'm interested in finding out is my request for the BMW? Not counting on that so I would request a visa gift card for $500 (my bonus from going from gold 2 all the way to black diamond).  More would be appreciated as well.  Have a good one.


Sent from App for Gmail


Tuesday, March 18, 2025 at 11:02 AM -04:00 from vip@modo.us <vip@modo.us>:
[Quoted text hidden]

---

**modo.us** <vip@modo.us>                                             Tue, Mar 18 at 1:31 PM
Reply-To: modo.us <vip@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



Not feeling all that chatty lately Tim.  Will never message the chat box again, that's for sure.  Only thing I'm interested in finding out is my request for the BMW? Not counting on that so I would request a visa gift card for $500 (my bonus from going from gold 2 all the way to black diamond).  More would be appreciated as well.  Have a good one.


Sent from App for Gmail


Tuesday, March 18, 2025 at 11:02 AM -04:00 from vip@modo.us <vip@modo.us>:



Good morning, Matt.

I wanted to follow up with you as I noticed you had some complaints you addressed with our chat agents about me not being available. Please note that my days off are **Sunday** and **Monday**, and my schedule is 10am - 6pm EST Tuesday - Saturday. If you try to contact me outside of these hours, I will not be available though usually there is another host scheduled who will be able to assist you.

Our chat agents are trained to send all requests from Black Diamond players to their VIP hosts, so again, unless you have a pressing concern such as payment issue or gameplay-related issue, they will not be able to assist you, and I ask again that you please know this

JOYCE00205

and not express your frustration with them for being unable to assist you with things such as free SC requests, complaints about your RTP, and general questions. The chat agents handle a **much** higher volume of tickets than the VIP team does, so their job is to assist players with pressing concerns as quickly as possible.

I'm happy to address any non-pressing issue any time I'm on shift, and if you just want to chit-chat, hey, I'm here for that too! But that is not our chat agents' job and I do politely ask that you remember than and to keep your use of our chat feature to a minimum.

Anywho, if there are any questions or concerns you still have that have not been addressed, I'm all ears and happy to address them for you!

Kindest regards,

Timothy Cramblin
Modo.us VIP Host

HELP CENTER

Sweepstakes Rules    |    Privacy Policy    |    Terms of Use    |    Responsible Social Gaming

[V50RL1-4D9LR]

HELP CENTER

Sweepstakes Rules    |    Privacy Policy    |    Terms of Use    |    Responsible Social Gaming

[V50RL1-4D9LR]

---

**Timothy Cramblin (modo.us)** <vip@modo.us>
Reply-To: modo.us <vip@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>

Tue, Mar 18 at 3:28 PM



Hey Matt,

I wish I could send you a BMW, but I'll be happy to send you a gift card. Unfortunately, I can't do a Visa gift card, but I can do something for a specific vendor if you have anything in mind. Just let me know!

JOYCE00206

Kindest regards,

Timothy Cramblin

Modo.us VIP Host

HELP CENTER

Sweepstakes Rules      |      Privacy Policy      |      Terms of Use      |      Responsible Social Gaming

[V50RL1-4D9LR]

---

<crash07222@gmail.com>                                                          Tue, Mar 18 at 4:36 PM
To: modo.us <vip@modo.us>

Was raised by a single mother of two on welfare eating at my aunts every night while she went to school so don't have all that much experience asking Santa or anyone for presents.  So donate my gift card to a charity, u guys have one affiliated with you already.  There, nice and easy, never heard back when reaching out to FY foundation by the way.  Best present you could give me is have Vic do his coin calculations and tell me if that all looks perfectly normal today, yesterday, day before.  I'd get a laugh at least.  Honestly man everytime I talk to you I either feel like a middle school student getting detention or Oliver Twist begging for change.  So one request let me out of black diamond and let me play in peace without being given daily marching orders and protocols.  Enjoy your week.

Sent from App for Gmail

Tuesday, March 18, 2025 at 3:28 PM -04:00 from vip@modo.us <vip@modo.us>:
[Quoted text hidden]

---

**modo.us** <vip@modo.us>                                                       Tue, Mar 18 at 4:36 PM
Reply-To: modo.us <vip@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



Was raised by a single mother of two on welfare eating at my aunts every night while she went to school so don't have all that much experience asking Santa or anyone for presents. So donate my gift card to a charity, u guys have one affiliated with you already.  There, nice and easy, never heard back when reaching out to FY foundation by the way.  Best present you could give me is have Vic do his coin calculations and tell me if that all looks perfectly normal today, yesterday, day before.  I'd get a laugh at least.  Honestly man everytime I talk to you I either feel like a middle school student getting detention or Oliver Twist begging for change.  So one request let me out of black diamond and let me play in peace without being

JOYCE00207

given daily marching orders and protocols.  Enjoy your week.


Sent from App for Gmail


Tuesday, March 18, 2025 at 3:28 PM -04:00 from vip@modo.us <vip@modo.us>:



[Quoted text hidden]


[V50RL1-4D9LR]


HELP CENTER

[Quoted text hidden]
[V50RL1-4D9LR]

---

**modo.us** <vip@modo.us>                                                          Tue, Mar 18 at 4:44 PM
Reply-To: modo.us <vip@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



Last thing Tim, my wifi blows taking to long to upload video.  15 minutes of gameplay on bank

robber game, idk $700 on deposits in 10 min.  Have all those vaults ready to open game

reloads and none of them are built up.  I'm aware in settings it says that it has no bearing

(why put it in) whatever that is a feature I believe should be corrected.  Just some gameplay

feedback don't want anything as compensation.  That'll do it, later.


HELP CENTER


Sweepstakes Rules          Privacy Policy          Terms of Use          Responsible Social Gaming

JOYCE00208

[V50RL1-4D9LR]

---

**<crash07222@gmail.com>**  Tue, Mar 18 at 5:42 PM
To: modo.us <vip@modo.us>

Busted out gonna get some sleep.  Tim at your earliest convenience as you said it's a large file. I would like coin spin history from the opening of my account up until that last 1.50 spin.  Also kindly send me 3 documents of all time deposit history, all time redemption history, and all history of cancelled transactions, on separate files if possible.  Not sure if I'm going to continue on here or not, either way I'll have the couple of questions you guys never got back to me on answered, I'll get some clarity I hope, then we can do from there.
Matt

PS ill send u a text to let you know, then reach out with any part of this request you need verified.

Matt


Sent from App for Gmail

Tuesday, March 18, 2025 at 3:28 PM -04:00 from vip@modo.us <vip@modo.us>:
[Quoted text hidden]

---

**modo.us** <vip@modo.us>  Tue, Mar 18 at 5:42 PM
Reply-To: modo.us <vip@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



Busted out gonna get some sleep.  Tim at your earliest convenience as you said it's a large file. I would like coin spin history from the opening of my account up until that last 1.50 spin. Also kindly send me 3 documents of all time deposit history, all time redemption history, and all history of cancelled transactions, on separate files if possible.  Not sure if I'm going to continue on here or not, either way I'll have the couple of questions you guys never got back to me on answered, I'll get some clarity I hope, then we can do from there.
Matt

PS ill send u a text to let you know, then reach out with any part of this request you need verified.

Matt


Sent from App for Gmail

JOYCE00209

Tuesday, March 18, 2025 at 3:28 PM -04:00 from vip@modo.us <vip@modo.us>:



Hey Matt,

I wish I could send you a BMW, but I'll be happy to send you a gift card. Unfortunately, I can't do a Visa gift card, but I can do something for a specific vendor if you have anything in mind. Just let me know!

Kindest regards,

Timothy Cramblin
Modo.us VIP Host

HELP CENTER

Sweepstakes Rules  |  Privacy Policy  |  Terms of Use  |  Responsible Social Gaming

[V50RL1-4D9LR]

HELP CENTER

Sweepstakes Rules  |  Privacy Policy  |  Terms of Use  |  Responsible Social Gaming

[V50RL1-4D9LR]

---

**Timothy Cramblin (modo.us)** <vip@modo.us>                                    Tue, Mar 18 at 5:58 PM
Reply-To: modo.us <vip@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



I'm sorry if I've made you feel that way, Matt. I'm trying to look out for everyone's best interests, and especially yours. I don't mean it to come across as a lecture, I just want you to

JOYCE00210

realize that writing directly to vip@modo.us or texting me at +1 (480)-881-0026 (during my working hours) is legitimately the best way to get in touch and to ensure a faster response from me or another VIP host. We won't always respond instantly, as we do handle tickets from other Black Diamond players in the order they are received, but since we handle a much lower volume of tickets than the chat agents, you're basically skipping the line by reaching out to us directly.

Regarding your feedback about the game animation, you are not alone in your feelings about that animation being misleading. Several other players have expressed confusion and displeasure, and as with any player feedback we receive, we send it all up the chain. I know this type of animation is common in many slot games so I don't expect anything to change any time soon, but your feedback is 100% considered and appreciated.

Lastly, I am unable to provide your spin history from the opening of you account until now, as that is simply too much data to run and would likely crash my computer. But I can assure that Victor and I have poured over your spin history data and can both attest to the fact that everything looks 100% normal. As I've stated previously, absolutely nothing but chance affects the outcomes of gameplay, so it's not possible for the game to be working any differently for one player over others. If any game was not maintaining an RTP roughly within the RTP stated in the game info, this would affect all players across the board, and the games on our site are checked regularly to ensure they are functioning as they should and maintaining both fairness and complete randomness in spin outcomes.

I can provide your complete payment and redemption histories, though I'm not certain if I'm able to run a report only showing your cancelled transactions. I'll have to look into that and get back to you. For clarity, when you say "cancelled transactions" are you referring specifically to cancelled redemptions, or do you mean cancelled/failed purchase attempts as well?

Please let me know if you have any other questions or concerns that I have not addressed and I'll be happy to address anything I've missed.

Kindest regards,

Timothy Cramblin

Modo.us VIP Host

## HELP CENTER

Sweepstakes Rules     Privacy Policy     Terms of Use     Responsible Social Gaming

[V50RL1-4D9LR]

---

**modo.us** <vip@modo.us>                                                Tue, Mar 18 at 6:03 PM
Reply-To: modo.us <vip@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>

JOYCE00211



Just cancelled redemptions.  Last 100 day spin history that's on site will be fine I already have the ones from months prior.  For clarity, just cancelled redemptions, failed purchases can happen for a number of reasons.

## HELP CENTER

Sweepstakes Rules | Privacy Policy | Terms of Use | Responsible Social Gaming

[V50RL1-4D9LR]

---

**modo.us** <vip@modo.us>                                      Tue, Mar 18 at 6:11 PM
Reply-To: modo.us <vip@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



Won't bring up RTP anymore you guys have expressed that's it's completely normal, when I get the results back after I have my accountant crunch them.  That's all Tim, pretty worn down from a 36 hour work day.  I'll dig into this more tomorrow.  If you could just confirm that the gift you where going to give me can be sent to a charity in my name? Preferably something involving single moms or helping kids.  Talk tomorrow I'm sure.

Have a good one.

## HELP CENTER

Sweepstakes Rules | Privacy Policy | Terms of Use | Responsible Social Gaming

[V50RL1-4D9LR]

JOYCE00212

**modo.us** <vip@modo.us>                                                    Wed, Mar 19 at 10:53 AM
Reply-To: modo.us <vip@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



Gameplay issues will send video later.  On second thoughts don't want any gift or donation affiliated with this company representing me.  I'll take a visa gift card or any type of gift card from jeweler as long as I do not have to sign a new terms and conditions page.  Also bonus buys might be the biggest sham of this entire platform (just a opinion).  I go up try and go up big, nope all goes back lol.  Volatility is also total nonsense did a low vol machine yesterday was unreal $100 deposits every two minutes for about a half hour straight.  Last bit of feedback…

Why even list volatility if it's all totally random throughout whole platform. That along with pots or jalapeños building up can be quite decieving for the majority of people who don't read the terms on every game before playing.  Once again just a opinion.  I'll voice every concern not answered on one file today and take a look.  Have a nice day

**HELP CENTER**

Sweepstakes Rules    |    Privacy Policy    |    Terms of Use    |    Responsible Social Gaming

[V50RL1-4D9LR]

---

**Timothy Cramblin (modo.us)** <vip@modo.us>                                  Wed, Mar 19 at 12:10 PM
Reply-To: modo.us <vip@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



Good morning, Matt.

Like I said, I can't do a Visa gift card but I can do a specific vendor. Does any jeweler work for you, or is there a specific one you'd prefer? Not sure what you mean by having to sign a new

terms & conditions page, but any gifts I send you come with no strings attached. Just a perk of being a Black Diamond!

Regarding volatility, low volatility means (typically) more wins but lower win amounts, while high volatility means (typically) fewer wins but larger win amounts. In either case, you won't necessarily walk away with a greater amount of SC in wins, it just refers more to the nature of the wins while still maintaining the game's theoretical RTP %.

While all spins are totally random, as all outcomes are determined by a sophisticated Random Number Generator (RNG), each game uses a different RNG. So with low volatility slots, e.g., the RNG may have fewer numbers (or the same amount of numbers, but more numbers that correspond to a win), making it more likely to land on a winning number, but the winning numbers are assigned lower win amounts. Whereas the RNGs on high volatility slots would have a greater amount of numbers (or fewer numbers corresponding to a win), but the numbers corresponding to a win would bring higher win amounts.

You can kind of think of it like rolling dice, except the dice have a good many more sides than is physically possible to craft. This is all theoretical here just for the sake of example but let's say one game has a 1 million-sided die, and 10,000 of the numbers correspond to a win. A different game may have a 1 million-sided die, but only 1,000 corresponding wins. In order to keep both games within the acceptable RTP % range, the second game would have to have higher win amounts for each of those 1,000 wins.

So if the total value of wins possible for the first game equals, let's say 1 million SC, the second game would have to have a total of about 10 million SC in possible wins in order to have an RTP similar to game 1. And this would make game 1 a low volatility game, while game 2 would be a high volatility game.

It's a little more complex than the example I gave, but that's essentially how it all works. I hope my explanation makes sense, but if not I'm happy to explain further. Or, like I said before, there are plenty of resources online that explain all of this in great detail. I'm just not able to link directly to any of it but it's easy to Google.

Lastly, regarding the reports you've requested, I can do the lifetime payment report and lifetime redemption reports. Unfortunately, we do not have a way to run a report showing your cancelled redemptions. I also am unable to run 100 days of spin history as it's too much data for the app that generates these reports to handle. I can offer you your spin history from the month of February as I've already sent your spin history for most of the month of March thus far. Because it takes so long to run these reports, and because there's only so much time in each day and I do have other players to assist as well, that's as much as I'm able to offer right now. Let me know if that works for you, and I'll get those three reports over to you as soon as I can.


Kindest regards,


Timothy Cramblin

Modo.us VIP Host


HELP CENTER

Sweepstakes Rules     Privacy Policy     Terms of Use     Responsible Social Gaming

JOYCE00214

[V50RL1-4D9LR]

**Timothy Cramblin (modo.us)** <vip@modo.us>                                    Wed, Mar 19 at 12:24 PM
Reply-To: modo.us <vip@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



I just saw your questions about the tournament results.

While I don't have a timeframe for when results come in, you can always check tournament
stats and ranking by navigating to any game that is part of said tournament, the clicking on
the Modo star to the left of the game screen. A little tab will pop out, and if you click on the
Modo star again, a pop-up window will appear that displays all the current tournament stats
and rankings.

Kindest regards,

Timothy Cramblin

Modo.us VIP Host

**HELP CENTER**

Sweepstakes Rules        |        Privacy Policy        |        Terms of Use        |        Responsible Social Gaming

[V50RL1-4D9LR]

**modo.us** <vip@modo.us>                                                      Wed, Mar 19 at 4:21 PM
Reply-To: modo.us <vip@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



Final answer I want a gift card.  Can I get get a visa one? If not can you kindly give me a few
options or examples?

JOYCE00215

HELP CENTER

Sweepstakes Rules | Privacy Policy | Terms of Use | Responsible Social Gaming

[V50RL1-4D9LR]

---

**modo.us** <vip@modo.us>                                                    Wed, Mar 19 at 4:34 PM
Reply-To: modo.us <vip@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



Just saw that reply Tim, sorry looking at it

Now

HELP CENTER

Sweepstakes Rules | Privacy Policy | Terms of Use | Responsible Social Gaming

[V50RL1-4D9LR]

---

**modo.us** <vip@modo.us>                                                    Wed, Mar 19 at 4:42 PM
Reply-To: modo.us <vip@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



That's fine my cousins girlfriend is a statistician so have a hookup and all the data so good
there.  Was just wanting Vic to do it on one of my losing days instead of the 1-30 I break even.
 Moving on….  The gift card I would like (virtual I hope) is… a PayPal gift card I do most of my
shopping through PayPal.  If not maybe a crypto.com gift card? Would like to buy some crypto

JOYCE00216

while it's low.  Either of those work?

HELP CENTER

Sweepstakes Rules          Privacy Policy          Terms of Use          Responsible Social Gaming

[V50RL1-4D9LR]

**Timothy Cramblin (modo.us)** <vip@modo.us>                                     Wed, Mar 19 at 5:08 PM
Reply-To: modo.us <vip@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



Hey Matt,

Just real quick on the number-crunching- analyzing your spin data for a single day isn't really
a sufficient method to provide any meaningful insight. While you could have one day with big
losses yielding a low RTP, you could have another day with huge wins yielding an unusually
high RTP. The timeframe we already analyzed is a sizable enough dataset to get a decent
idea of your gameplay stats, and as Victor & I both said, it's all completely normal. One bad
day is just that- one bad day.

As for the gift card, we're unable to send anything that can be used like cash such as Visa or
PayPal. I'm pretty sure crypto would fall under this category as well. We could do Amazon,
Wal-Mart, Target... and just to be clear, it doesn't have to be a gift card. We love giving our
Black Diamonds experiences too, so we could do a nice dinner somewhere, or even a trip or
sporting event or concert. We do have budget constraints but we can still send you something
pretty nice within those constraints.

Kindest regards,

Timothy Cramblin

Modo.us VIP Host

HELP CENTER

Sweepstakes Rules          Privacy Policy          Terms of Use          Responsible Social Gaming

[V50RL1-4D9LR]

JOYCE00217

**modo.us** <vip@modo.us>                                      Wed, Mar 19 at 9:18 PM
Reply-To: modo.us <vip@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



Interesting.  Always wanted to go to Tokyo, lights seem cool.  Saw this new cruise ship that sails out of Europe, that's about a 5k price tag thought.  This years Super Bowl and hotel and airfare stay would be dope, flying on a private jet to any place would be epic.  I guess lmk the budget constraints tailored to me. Lmk if not I'll graciously accept a shopping gift card not really my scene or appetite choice.  Later

### HELP CENTER

Sweepstakes Rules  |  Privacy Policy  |  Terms of Use  |  Responsible Social Gaming

[V50RL1-4D9LR]

**Timothy Cramblin (modo.us)** <vip@modo.us>               Thu, Mar 20 at 10:07 AM
Reply-To: modo.us <vip@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



Hey Matt,

As much as I'd love to send you to Tokyo or the Super Bowl, unfortunately those things are a bit beyond our budget. There's no specific number necessarily, but if you have any domestic destinations or events a bit less extravagant than the Super Bowl in mind, we can probably make something work. Another one of my players recently requested tickets to opening day for his favorite baseball team and we were able to make that work.

Kindest regards,

Timothy Cramblin

JOYCE00218

Modo.us VIP Host

### HELP CENTER

Sweepstakes Rules | Privacy Policy | Terms of Use | Responsible Social Gaming

[V50RL1-4D9LR]

---

**modo.us** <vip@modo.us>                                      Thu, Mar 20 at 12:43 PM
Reply-To: modo.us <vip@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



Kind offer Tim thanks.  Umm I mean the jets blow there so depressing.  But maybe if they
have a sick game at a stadium and city that I always wanted to see, that cud work, I'll check
out schedule and see how my work plays out, so rain check?  Just wanted to message u to
say I clicked on China spins had 100 free spins? From yesterday im assuming? Anyways half
the games just go black and don't let me play one was china spins another was something.
 All good there are hundreds I know.  Thanks for offer on seats and I'll look into it.  Later man

### HELP CENTER

Sweepstakes Rules | Privacy Policy | Terms of Use | Responsible Social Gaming

[V50RL1-4D9LR]

---

**Timothy Cramblin (modo.us)** <vip@modo.us>                   Thu, Mar 20 at 12:51 PM
Reply-To: modo.us <vip@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



JOYCE00219

Were you able to use you free spins on *3 China Pots*, Matt? Some of our games aren't available in certain areas, but if that's the case you should receive a message notifying you of this. Otherwise, I recommend all the usual troubleshooting steps, especially clearing your cache and trying a different browser. Clearing cache and using a different browser tend to resolve the majority of gameplay issue on our site.

Kindest regards,

Timothy Cramblin

Modo.us VIP Host

**HELP CENTER**

Sweepstakes Rules    |    Privacy Policy    |    Terms of Use    |    Responsible Social Gaming

[V50RL1-4D9LR]

**Matt J** <crash07222@gmail.com>                                      Thu, Apr 17 at 8:01 AM
To: <m.joyce07@proton.me>

[Quoted text hidden]

JOYCE00220



Matt J <crash07222@gmail.com>

## Matthew Joyce formal request
78 messages

<crash07222@gmail.com>                                    Fri, Feb 7 at 8:49 AM
To: modo.us <vip@modo.us>

Tim, Alex whoever is hosting right now,

As instructed by Alex please send me a deposit statement for February.  There were no redemptions so just the deposit history.  Also the spin count.  Last deposit statement I received was just scrambled in code.  Also deposit history month by month since September.  A notice of when I was granted black diamond status.  Why I was granted black diamond status.  Please save me the trouble of having to go through every deposit manually.  As good a customer as I've been I think you guys can grant me that.  Thanks for the support.  Expect it going forward,  nothing ever seems to be solved in good faith so at this point if it's not I'll follow the terms and conditions and reach out to arb.  Thanks
Matt


Sent from App for Gmail

**modo.us** <vip@modo.us>                                 Fri, Feb 7 at 9:49 AM
Reply-To: modo.us <vip@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



Want it all of course but what I really need to see is the one time cards, don't have access to those statements without seeing business accountant.  A prompt black diamond priority response would be appreciated.  Then that will be all with my requests for the day.  Thanks to whatever host is dealing with this right now.


HELP CENTER


Sweepstakes Rules  |  Privacy Policy  |  Terms of Use  |  Responsible Social Gaming

[LJV90J-MVLVY]

Fri, Feb 7 at 10:17 AM

JOYCE00221

**Timothy Cramblin (modo.us)** <vip@modo.us>

Reply-To: modo.us <vip@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



Good morning, Matthew.

I just wanted to let you know that I've seen your messages and I will be reaching out to you very soon. I'm just getting back to the office after my days off and I have some things to catch up on real quick, and then I'll be in touch. Just wanted to make sure you knew I wasn't ignoring you.

Your patience is greatly appreciated.

Kindest regards,

Timothy Cramblin

Modo.us VIP Host

**HELP CENTER**

Sweepstakes Rules    |    Privacy Policy    |    Terms of Use    |    Responsible Social Gaming

[LJV90J-MVLVY]

---

<crash07222@gmail.com>                                          Fri, Feb 7 at 10:55 AM
To: modo.us <vip@modo.us>

Hope you enjoyed off time.  Appreciate it Tim, please review and answer any questions I asked in support chat (sorry I know you said to email you, but you were away).  Also kindly send the information I requested, one time card purchases my biggest concern (taxed differently due to business card being used for purchase at merchant and not being directly related to said business). Also request to not have any contact with Alex, due to his rude, brash and certainly unwavering neglect regarding my issues.  Would like to file formal complaint and request not be held accountable for any false information he may have given me or to be held liable for anything I may or may not have shared based on questions answered by Alex.  I'll patiently wait for a reply and look forward to a "good faith chat" when you can.  As always thanks for the time
Matt


Sent from App for Gmail


Friday, February 7, 2025 at 10:17 AM -05:00 from modo.us <vip@modo.us>:

JOYCE00222

[Quoted text hidden]

---

**modo.us** <vip@modo.us>                                                    Fri, Feb 7 at 10:55 AM
Reply-To: modo.us <vip@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



Hope you enjoyed off time.  Appreciate it Tim, please review and answer any questions I
asked in support chat (sorry I know you said to email you, but you were away).  Also kindly
send the information I requested, one time card purchases my biggest concern (taxed
differently due to business card being used for purchase at merchant and not being directly
related to said business). Also request to not have any contact with Alex, due to his rude,
brash and certainly unwavering neglect regarding my issues.  Would like to file formal
complaint and request not be held accountable for any false information he may have given
me or to be held liable for anything I may or may not have shared based on questions
answered by Alex.  I'll patiently wait for a reply and look forward to a "good faith chat" when
you can.  As always thanks for the time
Matt


Sent from App for Gmail


Friday, February 7, 2025 at 10:17 AM -05:00 from modo.us <vip@modo.us>:



[Quoted text hidden]

[LJV90J-MVLVY]

HELP CENTER

[Quoted text hidden]
[LJV90J-MVLVY]

---

**Timothy Cramblin (modo.us)** <vip@modo.us>                                 Fri, Feb 7 at 11:25 AM
Reply-To: modo.us <vip@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>

JOYCE00223



Hi Matt,

I've attached three different reports for you. One showing all of your purchases for the year 2024, another showing all of your purchases from September to now, and a third report showing your entire redemption history. If you scroll to the end of each report, there is a total at the bottom. The report you requested for all of your spins for February is going to take some time to run as that contains a lot of data, so I'll send that to you when it's ready.

Please let me know if there's any other information you would like.

Regarding the questions asked in chat, I'm not entirely certain what you're asking but would love to help so would you mind giving me a bit more clarification about what you're asking?

Lastly, regarding Alex, we have two different Alex's. There is another VIP Host named Alex and there is a chat agent named Alex. Unfortunately, there is no way to control which agent assist you when you write in through chat as you are automatically connected to the first available agent. Also, please understand that the chat agents are simply doing the job they are instructed, and aside from a few specific payment/technical type of issues, they are unable to assist you, which is why they send you over to the VIP team. This is why I've previously suggested only using chat for pressing payment and/or technical concerns, and to write in to vip@modo.us for any other issues.

Also, I wanted to let you knnow I've just sent you over a gift of 2MM GC and 300 free SC.

Looking forward to your response so I can assist you further!


Kindest regards,

Timothy Cramblin

Modo.us VIP Host


Matthew Joyce Purch...
PDF


Matthew Joyce Purch...
PDF


Matthew Joyce Rede...
PDF

HELP CENTER

JOYCE00224

Sweepstakes Rules    |    Privacy Policy    |    Terms of Use    |    Responsible Social Gaming

[LJV90J-MVLVY]

---

<crash07222@gmail.com>                                                    Fri, Feb 7 at 11:56 AM
To: modo.us <vip@modo.us>

Thanks for the generosity Tim , always appreciated.  Don't have much faith of positive results when it hasn't happened in 500xs that amount in February alone but cheers to luck and hope that the rng and rtp levels out for me some.  Luckily I document everything but don't even have to check after the impression he left on me.  Alex Simmons was his name. To help you better clarify Alex stated that I can share any info you guys send me with "anyone I want" was the reply.  Was he out place saying that or is that the truth, I only want to stick to the terms and conditions at all times.  I'll wait patiently for the spin count and thank you for the quick response and once again for the generous free play.
Matt


Sent from App for Gmail


Friday, February 7, 2025 at 11:25 AM -05:00 from modo.us <vip@modo.us>:
[Quoted text hidden]

---

**modo.us** <vip@modo.us>                                               Fri, Feb 7 at 11:56 AM
Reply-To: modo.us <vip@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



Thanks for the generosity Tim , always appreciated.  Don't have much faith of positive results when it hasn't happened in 500xs that amount in February alone but cheers to luck and hope that the rng and rtp levels out for me some.  Luckily I document everything but don't even have to check after the impression he left on me.  Alex Simmons was his name.  To help you better clarify Alex stated that I can share any info you guys send me with "anyone I want" was the reply.  Was he out place saying that or is that the truth, I only want to stick to the terms and conditions at all times.  I'll wait patiently for the spin count and thank you for the quick response and once again for the generous free play.
Matt


Sent from App for Gmail


Friday, February 7, 2025 at 11:25 AM -05:00 from modo.us <vip@modo.us>:



JOYCE00225



[Quoted text hidden]

[LJV90J-MVLVY]

HELP CENTER

[Quoted text hidden]
[LJV90J-MVLVY]

---

<crash07222@gmail.com>                                          Fri, Feb 7 at 12:18 PM
To: modo.us <vip@modo.us>

This isn't a message that needs a reply Alex.  Thanks again for the generous amount of free play and to modo for the generous free play gifted every morning and for my daily login streak but this is what happens 99 percent of time to all free play gifted, especially in 2025.  Can't send video via email but sent 3 screen shots your way of what happened to that 300sc in approximately 3 minutes and 40 seconds.  $6.25 spin (for double chance at bonus) so a dollar or two more then usual.  Anyways thanks again but same result for a month.  That's all, I'll go ahead and hope for better luck with money from my debit account.  Later


Sent from App for Gmail

Friday, February 7, 2025 at 11:25 AM -05:00 from vip@modo.us <vip@modo.us>:
[Quoted text hidden]
image-07-02-25-12-18.jpeg, image-07-02-25-12-17-1.jpeg, image-07-02-25-12-17.jpeg

---

**modo.us** <vip@modo.us>                                       Fri, Feb 7 at 12:18 PM
Reply-To: modo.us <vip@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



This isn't a message that needs a reply Alex.  Thanks again for the generous amount of free play and to modo for the generous free play gifted every morning and for my daily login streak but this is what happens 99 percent of time to all free play gifted, especially in 2025.  Can't send video via email but sent 3 screen shots your way of what happened to that 300sc in approximately 3 minutes and 40 seconds.  $6.25 spin (for double chance at bonus) so a dollar or two more then usual.  Anyways thanks again but same result for a month.  That's all, I'll go ahead and hope for better luck with money from my debit account.  Later


Sent from App for Gmail

JOYCE00226

Friday, February 7, 2025 at 11:25 AM -05:00 from vip@modo.us <vip@modo.us>:

[Quoted text hidden]



HELP CENTER

Sweepstakes Rules | Privacy Policy | Terms of Use | Responsible Social Gaming

[LJV90J-MVLVY]

---

**Timothy Cramblin (modo.us)** <vip@modo.us>                                    Fri, Feb 7 at 12:33 PM
Reply-To: modo.us <vip@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



I've attached the report of your play history from February, Matt.

And I've just confirmed with my supervisor that any of your data we share with you is yours to do with what you will. So no issues sharing it with anybody else.

Kindest regards,

Timothy Cramblin

Modo.us VIP Host

JOYCE00227

Matthew Joyce Play H...
PDF

**HELP CENTER**

Sweepstakes Rules  |  Privacy Policy  |  Terms of Use  |  Responsible Social Gaming

[LJV90J-MVLVY]

---

\<crash07222@gmail.com>                                                    Fri, Feb 7 at 12:49 PM
To: modo.us \<vip@modo.us>

Final request, need all info to calculate what my actual rtp is, know its a lot of data, haven't had the energy to get into this yet, googled and attached the information I'll require. Get me that and I'll be out of your hair for a while. I'll go ahead and email arg at 2:00 pm est if I do not hear back because a resolution that's satisfactory for modo.us (not blaming you personally Tim, you have protocols to follow I'm sure) is typically like today. 315 sc and 4 minutes of gameplay minus several hundred deposited already before and after isn't a satisfactory resolution on my end. Kindly send me that, haven't heard any restrictions on sharing so guess I'm good there. Also if there is a way to see what games where played by id number let me know. I know how unlucky I am but after some research some particular games may need to have software updated or there can be faults in the rng algorithm. So have a lot of time on my hands today going to make sure that everything was working correctly. I'm sure you have plenty of higher priority black diamond members to handle today so take your time. Hoping to have all information and those questions answered by today at 5pm est before weekend begins. Thanks

Sent from App for Gmail

Friday, February 7, 2025 at 12:18 PM -05:00 from modo.us \<vip@modo.us>:
[Quoted text hidden]

---

**modo.us** \<vip@modo.us>                                                Fri, Feb 7 at 12:49 PM
Reply-To: modo.us \<vip@modo.us>
To: Matthew Thomas Joyce \<crash07222@gmail.com>



Final request, need all info to calculate what my actual rtp is, know its a lot of data, haven't had the energy to get into this yet, googled and attached the information I'll require. Get me that and I'll be out of your hair for a while. I'll go ahead and email arg at 2:00 pm est if I do not hear back because a resolution that's satisfactory for modo.us (not blaming you personally Tim, you have protocols to follow I'm sure) is typically like today. 315 sc and 4 minutes of gameplay minus several hundred deposited already before and after isn't a

JOYCE00228

satisfactory resolution on my end.  Kindly send me that, haven't heard any restrictions on sharing so guess I'm good there.  Also if there is a way to see what games where played by id number let me know.  I know how unlucky I am but after some research some particular games may need to have software updated or there can be faults in the rng algorithm.  So have a lot of time on my hands today going to make sure that everything was working correctly.  I'm sure you have plenty of higher priority black diamond members to handle today so take your time.  Hoping to have all information and those questions answered by today at 5pm est before weekend begins.  Thanks

Sent from App for Gmail

Friday, February 7, 2025 at 12:18 PM -05:00 from modo.us <vip@modo.us>:



This isn't a message that needs a reply Alex.  Thanks again for the generous amount of free play and to modo for the generous free play gifted every morning and for my daily login streak but this is what happens 99 percent of time to all free play gifted, especially in 2025.  Can't send video via email but sent 3 screen shots your way of what happened to that 300sc in approximately 3 minutes and 40 seconds.  $6.25 spin (for double chance at bonus) so a dollar or two more then usual.  Anyways thanks again but same result for a month.  That's all, I'll go ahead and hope for better luck with money from my debit account.  Later

Sent from App for Gmail

Friday, February 7, 2025 at 11:25 AM -05:00 from vip@modo.us <vip@modo.us>:



Hi Matt,

I've attached three different reports for you. One showing all of your purchases for the year 2024, another showing all of your purchases from September to now, and a third report showing your entire redemption history. If you scroll to the end of each report, there is a total at the bottom. The report you requested for all of your spins for February is going to take some time to run as that contains a lot of data, so I'll send that to you when it's ready.

Please let me know if there's any other information you would like.

Regarding the questions asked in chat, I'm not entirely certain what you're asking but would love to help so would you mind giving me a bit more clarification about what you're asking?

JOYCE00229

Lastly, regarding Alex, we have two different Alex's. There is another VIP Host named Alex and there is a chat agent named Alex. Unfortunately, there is no way to control which agent assist you when you write in through chat as you are automatically connected to the first available agent. Also, please understand that the chat agents are simply doing the job they are instructed, and aside from a few specific payment/technical type of issues, they are unable to assist you, which is why they send you over to the VIP team. This is why I've previously suggested only using chat for pressing payment and/or technical concerns, and to write in to vip@modo.us for any other issues.

Also, I wanted to let you knnow I've just sent you over a gift of 2MM GC and 300 free SC.

Looking forward to your response so I can assist you further!


Kindest regards,

Timothy Cramblin

Modo.us VIP Host



Matthew Joyce Purcha…
PDF

Matthew Joyce Purcha…
PDF

Matthew Joyce Redem…
PDF

**HELP CENTER**

Sweepstakes Rules     |     Privacy Policy     |     Terms of Use     |     Responsible Social Ga

[LJV90J-MVLVY]

image-07-02-25-12-18
JPG

image-07-02-25-12-17-1
JPG

image-07-02-25-12-17
JPG

**HELP CENTER**

JOYCE00230

Sweepstakes Rules | Privacy Policy | Terms of Use | Responsible Social Gaming

[LJV90J-MVLVY]

**HELP CENTER**

Sweepstakes Rules | Privacy Policy | Terms of Use | Responsible Social Gaming

[LJV90J-MVLVY]

---

**Timothy Cramblin (modo.us)** <vip@modo.us>                          Fri, Feb 7 at 1:15 PM
Reply-To: modo.us <vip@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



Hi Matt,

While I'm unable to access a report that calculates your RTP for you, I can send you a report similar to the one I sent you showing your play history for February but for the duration of your time playing with us. Though please understand that this will be an extremely large amount of data and will take quite some time for me to run.

Unfortunately, I'm unable to run a report that shows which games the plays were made on. This just isn't information that is available to us at this time.

Lastly, I did want to remind you that when a game lists the RTP, this does not necessarily mean that each player will experience the listed RTP. The RTP's listed for each game represent the entire RTP for all players for the duration of the game's existence. So the more you play a particular game, the closer you may come to approaching this RTP percentage, but there is no guarantee that your personal RTP will be the same as the game's stated RTP since this number is the RTP for all spins made on the game from all players.

Additionally, the games are regularly checked to ensure they are operating as they should.

Please always keep in mind that all spin results are complete random, and as such, experiencing periods of more losses than wins is to be expected as is 100% part of gameplay experience.

Matt, please understand that I am saying this completely from a place of compassion and concern for your personal well-being, but if you are finding yourself experiencing more frustration at your lack of wins than you are having fun, I do recommend taking a bit of a break from gameplay. Because while it is possible that you may experience more wins than you've recently been experiencing, our games are functioning the way they are intended and there is no guarantee that you will consistently win with the frequency that you would like.

JOYCE00231

If you would like me to run the report mentioned above for you, I will be happy to do so, though I do ask for your patience with that, since, as I stated, this will take quite a bit of time to run.

Kindest regards,

Timothy Cramblin

Modo.us VIP Host

# HELP CENTER

Sweepstakes Rules          Privacy Policy          Terms of Use          Responsible Social Gaming

[LJV90J-MVLVY]

---

<crash07222@gmail.com>                                                          Fri, Feb 7 at 2:44 PM
To: modo.us <vip@modo.us>

You're a good man Tim and appreciate the kind response.  Thanks for the recommendation.  I always have fun playing games on here.  Ok sounds good.  I'll wait on those files and honestly instead of wasting both of our time I'm going to compartmentalize my questions and concerns I'll send a file to you guys. Only request that was answered very vaguely and after reading some accusations against you guys in Illinois (unproven of course).  I'd like to formally request you as the controller to share how my personal data was shared with the processors.  Also as the controller how you instructed the data processors to process my personal data.  If I'm mistaken please let me know but in accordance with the North Carolina general assembly senate bill 525 of the consumer privacy act I have the right to request (which I am now) would like a copy of the consumer (Matthew Joyce) personal data in a readily usable format.  And myself (Matthew Joyce) opt out of any targeted advertising or sale of my data.  I am aware that you have up to 45 days to comply and another 45 days due to volume of requests received, etc. which I respectfully understand due to the nature of the data sharing allegations.  So will not be expecting a response on this immediately, but would like to formally state as the consumer (Matthew Joyce) that I am exercising my right to request this and to be informed within the 90 day time period to be informed of any action taken or not taken.  If your business qualifies under any of the 17 businesses or entities that are exempt from requirement to adhere to my right to request this, kindly disregard this email.  I want to clearly state I have not retained a attorney or any type of legal counsel.  Just using the public information at my disposal which is my or anyone else's right and due to the allegations there is most certainly precedent for this individual request.  Tim know this isn't likely your area of expertise as a host, if there is someone more adept for answering these requests and questions I'd be more then happy to contact that person.  Going to library to read more, later

---

**modo.us** <vip@modo.us>                                                       Fri, Feb 7 at 2:45 PM
Reply-To: modo.us <vip@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



You're a good man Tim and appreciate the kind response.  Thanks for the recommendation.  I always have fun playing games on here.  Ok sounds good.  I'll wait on those files and honestly instead of wasting both of our time I'm going to compartmentalize my questions and

JOYCE00232

concerns I'll send a file to you guys. Only request that was answered very vaguely and after reading some accusations against you guys in Illinois (unproven of course). I'd like to formally request you as the controller to share how my personal data was shared with the processors. Also as the controller how you instructed the data processors to process my personal data. If I'm mistaken please let me know but in accordance with the North Carolina general assembly senate bill 525 of the consumer privacy act I have the right to request (which I am now) would like a copy of the consumer (Matthew Joyce) personal data in a readily usable format. And myself (Matthew Joyce) opt out of any targeted advertising or sale of my data. I am aware that you have up to 45 days to comply and another 45 days due to volume of requests received, etc. which I respectfully understand due to the nature of the data sharing allegations. So will not be expecting a response on this immediately, but would like to formally state as the consumer (Matthew Joyce) that I am exercising my right to request this and to be informed within the 90 day time period to be informed of any action taken or not taken. If your business qualifies under any of the 17 businesses or entities that are exempt from requirement to adhere to my right to request this, kindly disregard this email. I want to clearly state I have not retained a attorney or any type of legal counsel. Just using the public information at my disposal which is my or anyone else's right and due to the allegations there is most certainly precedent for this individual request. Tim know this isn't likely your area of expertise as a host, if there is someone more adept for answering these requests and questions I'd be more then happy to contact that person. Going to library to read more, later

## HELP CENTER

Sweepstakes Rules      Privacy Policy      Terms of Use      Responsible Social Gaming

[LJV90J-MVLVY]

---

**Timothy Cramblin (modo.us)** <vip@modo.us>                              Fri, Feb 7 at 3:46 PM
Reply-To: modo.us <vip@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



Hi Matt,

I've sent your requests over to my supervisor, who will be sending it over to the appropriate department. This is definitely outside of what I'm capable of handling personally, but I'm happy to facilitate this getting taken care of for you.

I do request your patience, as we are headed into the weekend and it may take several days for a response. But please know the wheels are in motion and myself or someone else will be reaching out once we have a response/resolution for you.

Kindest regards,

Timothy Cramblin

JOYCE00233

Modo.us VIP Host

## HELP CENTER

Sweepstakes Rules     Privacy Policy     Terms of Use     Responsible Social Gaming

[LJV90J-MVLVY]

---

<crash07222@gmail.com>                                                                    Fri, Feb 7 at 7:49 PM
To: modo.us <vip@modo.us>

Thanks Tim look forward to having a contact on those questions have just a few more.  Also want to emphasize even when losing substantially, always have a blast playing, wish games were less fun honestly and gold coin play was more appealing to me.  Now add the fact a lot of games bear such striking similarities to my favorite live casino games like when I mentioned how stoked I was to play the game so similar to huff and puff at mgm casino.  Black diamond status also pretty sweet with all the free sweeps coins I get daily, with my luck….yeah need that.  Gifted 1,000  when being promoted gimme that too lol.  Gold coin player getting that recognition, please. Top tier status, check, next goal hitting 1 million spins.  With most spins at around 4 sc besides bonus buys estimated cash deposited $420,000 and $210,000 dollars in redemptions.  With all the free play I receive daily to help motivate me while not forgetting to lose my daily streak to get that extra 1 sc daily reward.  A unlucky player like myself, yeah I'll exhaust any opportunity to keep even an extra dollar in my bank to reach this milestone.  Anyway I'll let you get back to it and forward to a long, mutually beneficial player host relationship. Enjoy your weekend Tim.  Glad your back from your time off.  Hope to start that better win streak you mentioned. Bye for now, Matt.
"Two infinity and beyond"
-buzz lightyear


Sent from App for Gmail


Friday, February 7, 2025 at 3:46 PM -05:00 from vip@modo.us <vip@modo.us>:
[Quoted text hidden]

---

**modo.us** <vip@modo.us>                                                                 Fri, Feb 7 at 7:49 PM
Reply-To: modo.us <vip@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



Thanks Tim look forward to having a contact on those questions have just a few more.  Also want to emphasize even when losing substantially, always have a blast playing, wish games were less fun honestly and gold coin play was more appealing to me.  Now add the fact a lot of games bear such striking similarities to my favorite live casino games like when I mentioned how stoked I was to play the game so similar to huff and puff at mgm casino.  Black diamond status also pretty sweet with all the free sweeps coins I get daily, with my

JOYCE00234

luck….yeah need that.  Gifted 1,000  when being promoted gimme that too lol.  Gold coin player getting that recognition, please. Top tier status, check, next goal hitting 1 million spins. With most spins at around 4 sc besides bonus buys estimated cash deposited $420,000 and $210,000 dollars in redemptions.  With all the free play I receive daily to help motivate me while not forgetting to lose my daily streak to get that extra 1 sc daily reward.  A unlucky player like myself, yeah I'll exhaust any opportunity to keep even an extra dollar in my bank to reach this milestone.  Anyway I'll let you get back to it and forward to a long, mutually beneficial player host relationship. Enjoy your weekend Tim.  Glad your back from your time off.  Hope to start that better win streak you mentioned. Bye for now, Matt.

"Two infinity and beyond"

-buzz lightyear

Sent from App for Gmail

Friday, February 7, 2025 at 3:46 PM -05:00 from vip@modo.us <vip@modo.us>:



[Quoted text hidden]

[LJV90J-MVLVY]

HELP CENTER

[Quoted text hidden]
[LJV90J-MVLVY]

---

**Timothy Cramblin (modo.us)** <vip@modo.us>                                    Sat, Feb 8 at 10:36 AM
Reply-To: modo.us <vip@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



Hey Matt!

I'm glad to hear you're having fun, since that's really what it's all about.

I don't have anything to give out today, but be sure to claim your free spins tomorrow.

JOYCE00235

I didn't hear anything yesterday, and since the department that handles that is out on weekends, I don't expect to hear anything until Monday. But your request is a priority, so you should be hearing something hopefully early on Monday. If someone else doesn't reach out to you, I'll do so as soon as I have anything to report.

Go Birds, I guess 🤣 🦅

Kindest regards,

Timothy Cramblin
Modo.us VIP Host

## HELP CENTER

Sweepstakes Rules    |    Privacy Policy    |    Terms of Use    |    Responsible Social Gaming

[LJV90J-MVLVY]

---

<crash07222@gmail.com>                                                      Sat, Feb 8 at 11:03 AM
To: modo.us <vip@modo.us>

Sounds good Tim, yeah fly eagles frickin fly.  Cool thanks for update let me know what games the free spins are on I never know how to tell.  Later

Sent from App for Gmail

Saturday, February 8, 2025 at 10:36 AM -05:00 from vip@modo.us <vip@modo.us>:
[Quoted text hidden]

---

**modo.us** <vip@modo.us>                                                   Sat, Feb 8 at 11:03 AM
Reply-To: modo.us <vip@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



Sounds good Tim, yeah fly eagles frickin fly.  Cool thanks for update let me know what games the free spins are on I never know how to tell.  Later

Sent from App for Gmail

JOYCE00236

Saturday, February 8, 2025 at 10:36 AM -05:00 from vip@modo.us <vip@modo.us>:



[Quoted text hidden]

[LJV90J-MVLVY]

HELP CENTER

[Quoted text hidden]
[LJV90J-MVLVY]

---

**Timothy Cramblin (modo.us)** <vip@modo.us>                      Sat, Feb 8 at 12:13 PM
Reply-To: modo.us <vip@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



If you're receving our emails, you should get an email letting you know which game each time. Unfortunately, I won't know the game until the free spins are sent, but I'll be happy to let you know once I know.

Kindest regards,

Timothy Cramblin

Modo.us VIP Host

HELP CENTER

Sweepstakes Rules        Privacy Policy        Terms of Use        Responsible Social Gaming

[LJV90J-MVLVY]

**Timothy Cramblin (modo.us)** <vip@modo.us>                                    Sat, Feb 8 at 2:53 PM
Reply-To: modo.us <vip@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



Hey Matt,

I just saw your message in the chat ticket about your free spins. Once again, I remind you that reaching out via chat is a very slow way to get a reesponse as even with a simple question such as that one, the agent had to create an escalation to a supervisor, which could take at least a day for them to reach back out to you about. It is always quicker reaching out here, and I hope you realizing you are never bothering us. Our job is to help you! 😊

Anyway, those free spins I mentioned will not be available until tomorrow. They will be availabe on a specific game, though I'm not sure which game yet. If you don't receive the email tomorrow, just shoot me a message and I'll be able to let you know. I'll be on at 10am EST tomorrow.

Kindest regards,

Timothy Cramblin

Modo.us VIP Host

## HELP CENTER

Sweepstakes Rules  |  Privacy Policy  |  Terms of Use  |  Responsible Social Gaming

[LJV90J-MVLVY]

---

**Timothy Cramblin (modo.us)** <vip@modo.us>                                    Sun, Feb 9 at 11:13 AM
Reply-To: modo.us <vip@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



Good morning, Matt.

I just read your messages in the chat ticket from last night. I'm going to address everything

JOYCE00238

brought up in that ticket here in this email.

First, as I have explained to you numerous times, the chat support agents are unable to assist you with most matters such as free SC requests, or general customer service issues outside of payment/redemption/gameplay issues and other more immediately pressing matters. Therefore, I don't believe it's fair to them to expect more than that, or to speak disparagingly to them when they tell you they're unable to assist you with other matters.

Further, when you reach out through chat with issues the chat agents are unable to assist with, that only serves to tie up their department resources which prevents other players from receiving prompt assistance. Please do be considerate of both the agents and other players before reaching out via chat.

If I am working (my hours are **Friday - Tuesday, 10am - 6pm EST**), I will be able to assist you with any issue you need assistance with. If I'm not working, but a fellow VIP host is working, one of them may assist you, but if none of us are working (usually between the hours of 11pm - 9 or 10am), the chat agents will be able to help you with urgent matters, while other matters will have to wait until we are working again.

Regarding your questions about terms of service and arbitration, that is not only beyond the scope of what the chat agents can handle, that is beyond my scope as well, which is why I have reached out to the appropriate department who can answer those questions for you. As I stated, they do not work on weekends but you should be hearing something once they return on Monday.

As for me not providing you with an SC gift yesterday, Matt, I've gifted you 500 free SC so far this month, and SC 300 of those free SC were gifted the day before yesterday. I have every intention of gifting you with more free SC this month, but I'm simply unable to gift you with free SC every day. Or rather, if I gifted you with that kind of frequency, the amounts would be much lower. I have a monthly budget for gifts, and while there is some wiggle room in there and I'm happy to be as generous as possible, I do have to make that budget last the entire month so unfortunately sometimes I will be unable to send the kind of free SC gifts you expect.

You also mentioned "15 [SC] or a bunch of [1 SC] free spins like my host blesses me with". Your Wednesday and Sunday free spins are an automatic set amount that I have no control over. As for your daily and weekly playback rewards, those are also not set by me, but are automatically sent to you based on several factors related to your gameplay from the previous day or week. I realize those are sometimes small, which is why I have a budget for sending you larger gifts periodically throughout the month.

Speaking of free spins, your free spins for today are available to play on *Epic Joker*. I hope you enjoy the game as well as the rest of your day.

Kindest regards,

Timothy Cramblin

Modo.us VIP Host


HELP CENTER

JOYCE00239

[LJV90J-MVLVY]

<crash07222@gmail.com>                                          Sun, Feb 9 at 1:38 PM
To: modo.us <vip@modo.us>

Heard, if I gave the impression of speaking disparagingly I ask you send my apologies.  I'd consider it more frustrated and direct.  Not you, but many times direct questions where never met with direct answers.  Finally underrating the 15 free sc is the standard amount given on certain days thanks.   Thanks for fitting me into the budget and the wiggle room you afford me.  Disregard the arbitration question.  After following the aforementioned terms page have clarity on the subject matter, and acknowledge that I will need to wait for a different department to reach me on data sharing inquiry.  Enjoy your day as well.


Sent from App for Gmail


Sunday, February 9, 2025 at 11:13 AM –05:00 from modo.us <vip@modo.us>:
[Quoted text hidden]

**modo.us** <vip@modo.us>                                        Sun, Feb 9 at 1:38 PM
Reply-To: modo.us <vip@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



> Heard, if I gave the impression of speaking disparagingly I ask you send my apologies.  I'd consider it more frustrated and direct.  Not you, but many times direct questions where never met with direct answers.  Finally underrating the 15 free sc is the standard amount given on certain days thanks.   Thanks for fitting me into the budget and the wiggle room you afford me.  Disregard the arbitration question.  After following the aforementioned terms page have clarity on the subject matter, and acknowledge that I will need to wait for a different department to reach me on data sharing inquiry.  Enjoy your day as well.
>
>
> Sent from App for Gmail
>
>
> Sunday, February 9, 2025 at 11:13 AM –05:00 from modo.us <vip@modo.us>:
>
> 
>
> [Quoted text hidden]

JOYCE00240

[LJV90J-MVLVY]

**HELP CENTER**

[Quoted text hidden]
[LJV90J-MVLVY]

---

**Timothy Cramblin (modo.us)** <vip@modo.us>                Sun, Feb 9 at 1:59 PM
Reply-To: modo.us <vip@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



No worries, Matt. As I said, the chat support is extremely limited with what they're able to assist with, and because it's live they don't always have time to look into the questions you're asking. So their responses will not often be able to address the issue at hand. It's not their fault, they're just only trained to handle simple issues and escalate to the appropriate department when the issue is beyond their scope. As I've said, the majority of the time reaching out to them just adds an extra step in contacting me and the rest of the host team, so it saves everyone a bit of time if you just email us directly.

I'll be reaching out tomorrow hopefully with more info from you regading the data sharing inquiry.

Kindest regards,

Timothy Cramblin

Modo.us VIP Host

**HELP CENTER**

Sweepstakes Rules    |    Privacy Policy    |    Terms of Use    |    Responsible Social Gaming

[LJV90J-MVLVY]

---

**Timothy Cramblin (modo.us)** <vip@modo.us>                Mon, Feb 10 at 4:04 PM
Reply-To: modo.us <vip@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>

JOYCE00241



Good afternoon, Matt.

I just wanted to give you an update. While I don't have anything for you at this time, my supervisor did inform me that our team is reviewing your request. I'm hoping to hear from them tomorrow, and I'll be sure to reach out as soon as I do.

Kindest regards,

Timothy Cramblin

Modo.us VIP Host

## HELP CENTER

Sweepstakes Rules | Privacy Policy | Terms of Use | Responsible Social Gaming

[LJV90J-MVLVY]

---

<crash07222@gmail.com>                                            Mon, Feb 10 at 8:18 PM
To: modo.us <vip@modo.us>

Good to hear, hope to hear from them by tomorrow as well.  Thanks for the update.

Sent from App for Gmail

Monday, February 10, 2025 at 4:04 PM -05:00 from modo.us <vip@modo.us>:
[Quoted text hidden]

---

**modo.us** <vip@modo.us>                                          Mon, Feb 10 at 8:18 PM
Reply-To: modo.us <vip@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



Good to hear, hope to hear from them by tomorrow as well.  Thanks for the update.

JOYCE00242

Sent from App for Gmail

Monday, February 10, 2025 at 4:04 PM -05:00 from modo.us <vip@modo.us>:

[Quoted text hidden]

HELP CENTER

[Quoted text hidden]

[LJV90J-MVLVY]

---

**Timothy Cramblin (modo.us)** <vip@modo.us>                      Tue, Feb 11 at 2:57 PM
Reply-To: modo.us <vip@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



Another update for you, Matt.

I was informed that we do not sell anyone's data, but that if your request still stands, we should be able to oblige but it's going to take some time to review. So I do request your patience if that's the case, and I'll be sure to keep you updated.

Kindest regards,

Timothy Cramblin

Modo.us VIP Host

HELP CENTER

Sweepstakes Rules          Privacy Policy          Terms of Use          Responsible Social Gaming

[LJV90J-MVLVY]

---

<crash07222@gmail.com>                                            Tue, Feb 11 at 5:38 PM
To: modo.us <vip@modo.us>

Hey Tim not sold data, if there is any shared data.  Anything shared or retained will formally request access too.  Due to what I've been reading on the news, regarding data sharing and arb, think you would agree there is stature.  If there is no data sharing on your end that makes me feel better so let me know.  Anyways on to gameplay where do I find how long tournaments are for couldn't find it.  Anyways bad luck continues with any volatility level, hope it turns around.  Later Tim

Sent from App for Gmail

Tuesday, February 11, 2025 at 2:57 PM -05:00 from vip@modo.us <vip@modo.us>:
[Quoted text hidden]

---

**modo.us** <vip@modo.us>                                        Tue, Feb 11 at 5:39 PM
Reply-To: modo.us <vip@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



Hey Tim not sold data, if there is any shared data.  Anything shared or retained will formally request access too.  Due to what I've been reading on the news, regarding data sharing and arb, think you would agree there is stature.  If there is no data sharing on your end that makes me feel better so let me know.  Anyways on to gameplay where do I find how long tournaments are for couldn't find it.  Anyways bad luck continues with any volatility level, hope it turns around.  Later Tim

Sent from App for Gmail

Tuesday, February 11, 2025 at 2:57 PM -05:00 from vip@modo.us <vip@modo.us>:



[Quoted text hidden]

[LJV90J-MVLVY]

HELP CENTER

JOYCE00244

[Quoted text hidden]
[LJV90J-MVLVY]

**Timothy Cramblin (modo.us)** <vip@modo.us>                           Tue, Feb 11 at 5:48 PM
Reply-To: modo.us <vip@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



Hi Matt,

We don't share any data other than what is necessary (e.g. your banking information with our redemption processor). Regardless, your request is still being reviewed and while it may take some time due to the nature of the request, rest assured the wheels are in motion and I'll let you know once I have an update.

Regarding tournament info, if you click on "Promotions" on the left-hand side of the lobby screen, you can click on "Learn More" for each inidividual tournament to get that info.

Kindest regards,

Timothy Cramblin

Modo.us VIP Host

**HELP CENTER**

Sweepstakes Rules     |     Privacy Policy     |     Terms of Use     |     Responsible Social Gaming

[LJV90J-MVLVY]

<crash07222@gmail.com>                                              Tue, Feb 11 at 8:36 PM
To: modo.us <vip@modo.us>

That's a relief thanks.  And for the tournament information.  I'll check it out

Sent from App for Gmail

Tuesday, February 11, 2025 at 5:48 PM -05:00 from vip@modo.us <vip@modo.us>:
[Quoted text hidden]

**modo.us** <vip@modo.us>                                           Tue, Feb 11 at 8:36 PM

JOYCE00245

Reply-To: modo.us <vip@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



That's a relief thanks.  And for the tournament information.  I'll check it out

Sent from App for Gmail

Tuesday, February 11, 2025 at 5:48 PM -05:00 from vip@modo.us <vip@modo.us>:

[Quoted text hidden]

HELP CENTER

[Quoted text hidden]
[LJV90J-MVLVY]

---

**Timothy Cramblin (modo.us)** <vip@modo.us>                                      Fri, Feb 14 at 10:21 AM
Reply-To: modo.us <vip@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



Good Morning Matthew,

I've received word back from our legal team on this matter.

Per our legal team:

"Modo only uses your data in accordance with our privacy policy, which you can find here
https://modo.us/privacy.  In that link you will find resources on limiting the use of your
information for targeted advertising.  After you have had a chance to review it, please let us
know if you have any further questions."

So if you have any questions for them, let me know and I'll pass them along. There's no way
for you to contact them directly, but I'm happy to act as liaison if you do have any further
questions or concerns.

JOYCE00246

And lastly, I wanted to let you know that I've just sent you a gift of 1.75MM GC and 250 free SC.

Happy Valentines Day!

Kindest regards,

Timothy Cramblin

Modo.us VIP Host

**HELP CENTER**

Sweepstakes Rules | Privacy Policy | Terms of Use | Responsible Social Gaming

[LJV90J-MVLVY]

---

<crash07222@gmail.com>                                        Fri, Feb 14 at 4:44 PM
To: modo.us <vip@modo.us>

Ok thanks


Sent from App for Gmail


Friday, February 14, 2025 at 10:21 AM −05:00 from vip@modo.us <vip@modo.us>:
[Quoted text hidden]

---

**modo.us** <vip@modo.us>                                     Fri, Feb 14 at 4:44 PM
Reply-To: modo.us <vip@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



Ok thanks


Sent from App for Gmail


Friday, February 14, 2025 at 10:21 AM −05:00 from vip@modo.us <vip@modo.us>:

JOYCE00247

[Quoted text hidden]



**HELP CENTER**

[Quoted text hidden]
[LJV90J-MVLVY]

---

**Timothy Cramblin (modo.us)** <vip@modo.us>                                    Fri, Feb 14 at 4:46 PM
Reply-To: modo.us <vip@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



You're welcome, Matt

Kindest regards,

Timothy Cramblin

Modo.us VIP Host

**HELP CENTER**

Sweepstakes Rules    |    Privacy Policy    |    Terms of Use    |    Responsible Social Gaming

[LJV90J-MVLVY]

---

<crash07222@gmail.com>                                                          Fri, Feb 14 at 5:34 PM
To: modo.us <vip@modo.us>

Hey Tim still can't find tourney rules?  So is it the person who spends the most who wins top prize? Figured since all I been doing is losing atleast maybe I can get rewarded that way.  Not joking or anything to be honest.  Cause if it's just coin spins I prob won't be in contention.  That's all for today.  Enjoy rest of your weekend.


Sent from App for Gmail


Friday, February 14, 2025 at 4:46 PM -05:00 from vip@modo.us <vip@modo.us>:
[Quoted text hidden]

JOYCE00248

**modo.us** <vip@modo.us>                                                    Fri, Feb 14 at 5:35 PM
Reply-To: modo.us <vip@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



Hey Tim still can't find tourney rules?  So is it the person who spends the most who wins top prize? Figured since all I been doing is losing atleast maybe I can get rewarded that way.  Not joking or anything to be honest.  Cause if it's just coin spins I prob won't be in contention.  That's all for today.  Enjoy rest of your weekend.

Sent from App for Gmail

Friday, February 14, 2025 at 4:46 PM -05:00 from vip@modo.us <vip@modo.us>:



[Quoted text hidden]

[LJV90J-MVLVY]

HELP CENTER

[Quoted text hidden]
[LJV90J-MVLVY]

<crash07222@gmail.com>                                                    Fri, Feb 14 at 5:35 PM
To: modo.us <vip@modo.us>

Coin spin in and out when I say coin spin, incase you weren't sure what I was referencing.

Sent from App for Gmail

Friday, February 14, 2025 at 4:46 PM -05:00 from modo.us <vip@modo.us>:
[Quoted text hidden]

JOYCE00249

**modo.us** <vip@modo.us>                                                                Fri, Feb 14 at 5:36 PM
Reply-To: modo.us <vip@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



Coin spin in and out when I say coin spin, incase you weren't sure what I was referencing.

Sent from App for Gmail

Friday, February 14, 2025 at 4:46 PM -05:00 from modo.us <vip@modo.us>:

You're welcome, Matt

Kindest regards,

Timothy Cramblin
Modo.us VIP Host

HELP CENTER

Sweepstakes Rules    |    Privacy Policy    |    Terms of Use    |    Responsible Social Gaming

[LJV90J-MVLVY]

HELP CENTER

Sweepstakes Rules    |    Privacy Policy    |    Terms of Use    |    Responsible Social Gaming

JOYCE00250

[LJV90J-MVLVY]

---

&lt;crash07222@gmail.com&gt;                                                              Fri, Feb 14 at 5:39 PM
To: modo.us &lt;vip@modo.us&gt;

Nvm found it, saw I have certain amount of entries.  Hoping for best.  U can disregard, know your busy.


Sent from App for Gmail


Friday, February 14, 2025 at 4:46 PM -05:00 from vip@modo.us &lt;vip@modo.us&gt;:
[Quoted text hidden]

---

**modo.us** &lt;vip@modo.us&gt;                                                            Fri, Feb 14 at 5:39 PM
Reply-To: modo.us &lt;vip@modo.us&gt;
To: Matthew Thomas Joyce &lt;crash07222@gmail.com&gt;



Nvm found it, saw I have certain amount of entries.  Hoping for best.  U can disregard, know
your busy.


Sent from App for Gmail

Friday, February 14, 2025 at 4:46 PM -05:00 from vip@modo.us &lt;vip@modo.us&gt;:



You're welcome, Matt

Kindest regards,

Timothy Cramblin
Modo.us VIP Host

HELP CENTER

I

Sweepstakes Rules | Privacy Policy | Terms of Use | Responsible Social Gaming

[LJV90J-MVLVY]

## HELP CENTER

Sweepstakes Rules | Privacy Policy | Terms of Use | Responsible Social Gaming

[LJV90J-MVLVY]

---

**Timothy Cramblin (modo.us)** <vip@modo.us>                    Fri, Feb 14 at 5:42 PM
Reply-To: modo.us <vip@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



There are slightly different rules for diferent tournaments. The rules for Super Saturday Showdowns and Sunday Spin Showdowns are as follows:

**1.** Tournament Period: Every Saturday from 12:00AM ET to 11:59PM ET / Every Sunday from 12:00AM ET to 11:59PM ET.
**2.** Play any of the tournament games to earn points. The more you play, the higher the leaderboard you will climb.
**3.** 500 winners will be eligible to receive a share of the 50,000,000 Gold Coin leaderboard and 500 winners will be eligible to receive a share of the 25,000 FREE Sweepstake Coin leaderboard.
**4.** Participate in the GC tournament through Gold Coins play mode, and in the SC tournamnet by playing in Sweepstakes Coins play mode. 1 SC Played = 100 Points on SC leaderboard. 1 GC Played = 1 Point on GC leaderboard.

For the Weekday Tournaments, the rule are as follows:

**1.** Tournament Period: Every Monday - Friday from 4:00PM ET to 11:59PM ET each day.
**2.** Play any of the tournament games to earn points. The more you play, the higher the leaderboard you will climb.
**3.** Participate in the GC tournament through Gold Coins play mode, and in the SC tournamnet by playing in Sweepstakes Coins play mode. 1 SC Played = 100 Points on SC leaderboard. 1 GC Played = 1 Point on GC leaderboard.

Kindest regards,

Timothy Cramblin

Modo.us VIP Host

JOYCE00252

### HELP CENTER

Sweepstakes Rules | Privacy Policy | Terms of Use | Responsible Social Gaming

[LJV90J-MVLVY]

---

**Timothy Cramblin (modo.us)** <vip@modo.us>
Reply-To: modo.us <vip@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>

Fri, Feb 14 at 5:43 PM



Oops, hit send on that before I saw your response.

No worries though. Hope that clears everything up for you, and I hope you enjoy your weekend!

Kindest regards,

Timothy Cramblin

Modo.us VIP Host

### HELP CENTER

Sweepstakes Rules | Privacy Policy | Terms of Use | Responsible Social Gaming

[LJV90J-MVLVY]

---

<crash07222@gmail.com>
To: <ModosOperandi@protonmail.com>

Thu, Feb 20 at 6:37 PM

[Quoted text hidden]

---

<crash07222@gmail.com>
To: <ModosOperandi@protonmail.com>

Thu, Feb 20 at 6:38 PM

[Quoted text hidden]

---

JOYCE00253

<crash07222@gmail.com>                                                    Thu, Feb 20 at 6:38 PM
To: <ModosOperandi@protonmail.com>

  [Quoted text hidden]

---

<crash07222@gmail.com>                                                    Thu, Feb 20 at 6:38 PM
To: <ModosOperandi@protonmail.com>

  [Quoted text hidden]

---

<crash07222@gmail.com>                                                    Thu, Feb 20 at 6:38 PM
To: <ModosOperandi@protonmail.com>

  [Quoted text hidden]

---

<crash07222@gmail.com>                                                    Thu, Feb 20 at 6:38 PM
To: <ModosOperandi@protonmail.com>

  [Quoted text hidden]

---

<crash07222@gmail.com>                                                    Thu, Feb 20 at 6:39 PM
To: <ModosOperandi@protonmail.com>

  [Quoted text hidden]

---

<crash07222@gmail.com>                                                    Thu, Feb 20 at 6:39 PM
To: <ModosOperandi@protonmail.com>

  [Quoted text hidden]

---

<crash07222@gmail.com>                                                    Thu, Feb 20 at 6:39 PM
To: <ModosOperandi@protonmail.com>

  [Quoted text hidden]

---

<crash07222@gmail.com>                                                    Thu, Feb 20 at 6:40 PM
To: <ModosOperandi@protonmail.com>

  [Quoted text hidden]

---

<crash07222@gmail.com>                                                    Thu, Feb 20 at 6:40 PM
To: <ModosOperandi@protonmail.com>

  [Quoted text hidden]

---

<crash07222@gmail.com>                                                    Thu, Feb 20 at 6:40 PM
To: <ModosOperandi@protonmail.com>

  [Quoted text hidden]

---

<crash07222@gmail.com>                                                    Thu, Feb 20 at 6:40 PM
To: <ModosOperandi@protonmail.com>

JOYCE00254

[Quoted text hidden]

---

&lt;crash07222@gmail.com&gt;                                                      Thu, Feb 20 at 6:41 PM
To: &lt;ModosOperandi@protonmail.com&gt;

[Quoted text hidden]

---

&lt;crash07222@gmail.com&gt;                                                      Thu, Feb 20 at 6:41 PM
To: &lt;ModosOperandi@protonmail.com&gt;

[Quoted text hidden]

---

&lt;crash07222@gmail.com&gt;                                                      Thu, Feb 20 at 6:41 PM
To: &lt;ModosOperandi@protonmail.com&gt;

[Quoted text hidden]

---

&lt;crash07222@gmail.com&gt;                                                      Thu, Feb 20 at 6:41 PM
To: &lt;ModosOperandi@protonmail.com&gt;

[Quoted text hidden]

---

&lt;crash07222@gmail.com&gt;                                                      Thu, Feb 27 at 10:40 AM
To: &lt;vulturevictim@proton.me&gt;

[Quoted text hidden]

---

&lt;crash07222@gmail.com&gt;                                                      Thu, Feb 27 at 10:41 AM
To: &lt;vulturevictim@proton.me&gt;

[Quoted text hidden]

---

&lt;crash07222@gmail.com&gt;                                                      Thu, Feb 27 at 10:41 AM
To: &lt;vulturevictim@proton.me&gt;

[Quoted text hidden]

---

&lt;crash07222@gmail.com&gt;                                                      Thu, Feb 27 at 10:42 AM
To: &lt;vulturevictim@proton.me&gt;

[Quoted text hidden]
image-07-02-25-12-17.jpeg, image-07-02-25-12-17-1.jpeg, image-07-02-25-12-18.jpeg

---

&lt;crash07222@gmail.com&gt;                                                      Thu, Feb 27 at 10:42 AM
To: &lt;vulturevictim@proton.me&gt;

[Quoted text hidden]

---

&lt;crash07222@gmail.com&gt;                                                      Thu, Feb 27 at 10:43 AM
To: &lt;vulturevictim@proton.me&gt;

[Quoted text hidden]

JOYCE00255

<crash07222@gmail.com>
To: <vulturevictim@proton.me>

Thu, Feb 27 at 10:43 AM

[Quoted text hidden]

---

<crash07222@gmail.com>
To: <vulturevictim@proton.me>

Thu, Feb 27 at 10:44 AM

[Quoted text hidden]

---

<crash07222@gmail.com>
To: <vulturevictim@proton.me>

Thu, Feb 27 at 10:45 AM

[Quoted text hidden]

---

<crash07222@gmail.com>
To: <vulturevictim@proton.me>

Thu, Feb 27 at 10:45 AM

[Quoted text hidden]

---

<crash07222@gmail.com>
To: <vulturevictim@proton.me>

Thu, Feb 27 at 10:47 AM

[Quoted text hidden]

---

<crash07222@gmail.com>
To: <vulturevictim@proton.me>

Thu, Feb 27 at 10:47 AM

[Quoted text hidden]

JOYCE00256

 Gmail

**Matt J <crash07222@gmail.com>**

## Matthew Joyce formal request

**Timothy Cramblin (modo.us)** <vip@modo.us>                                     Fri, Feb 7 at 1:15 PM
Reply-To: modo.us <vip@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



Hi Matt,

While I'm unable to access a report that calculates your RTP for you, I can send you a report similar to the one I sent you showing your play history for February but for the duration of your time playing with us. Though please understand that this will be an extremely large amount of data and will take quite some time for me to run.

Unfortunately, I'm unable to run a report that shows which games the plays were made on. This just isn't information that is available to us at this time.

Lastly, I did want to remind you that when a game lists the RTP, this does not necessarily mean that each player will experience the listed RTP. The RTP's listed for each game represent the entire RTP for all players for the duration of the game's existence. So the more you play a particular game, the closer you may come to approaching this RTP percentage, but there is no guarantee that your personal RTP will be the same as the game's stated RTP since this number is the RTP for all spins made on the game from all players.

Additionally, the games are regularly checked to ensure they are operating as they should.

Please always keep in mind that all spin results are complete random, and as such, experiencing periods of more losses than wins is to be expected as is 100% part of gameplay experience.

Matt, please understand that I am saying this completely from a place of compassion and concern for your personal well-being, but if you are finding yourself experiencing more frustration at your lack of wins than you are having fun, I do recommend taking a bit of a break from gameplay. Because while it is possible that you may experience more wins than you've recently been experiencing, our games are functioning the way they are intended and there is no guarantee that you will consistently win with the frequency that you would like.

If you would like me to run the report mentioned above for you, I will be happy to do so, though I do ask for your patience with that, since, as I stated, this will take quite a bit of time to run.

Kindest regards,

Timothy Cramblin

JOYCE00257

Modo.us VIP Host

## HELP CENTER

Sweepstakes Rules | Privacy Policy | Terms of Use | Responsible Social Gaming

[LJV90J-MVLVY]

JOYCE00258



**Matt J <crash07222@gmail.com>**

---

## [modo.us] Re: Conversation with Matthew Thomas Joyce
2 messages

---

**modo.us** <support@modous.zendesk.com>                                      Fri, Mar 14 at 7:32 PM
Reply-To: modo.us <support+idW2YJZ4-3LE1R@modous.zendesk.com>
To: Matthew Thomas Joyce <crash07222@gmail.com>



(19:09:33) Matthew Thomas Joyce: Serious question

(19:09:35) modo.us: Questions about your account or our games? Fire away! We're all ears.

(19:09:42) Matthew Thomas Joyce: Enter your questions or comments here.: Serious question

(19:09:44) modo.us: Connecting you with someone now.

(19:10:27) Matthew Thomas Joyce: Hey I could use immediate help with this, hoping I have a out of the box thinker on the other end of this…

(19:11:12) Yuri Takamisawa: Hello Matthew, thank you for reaching out to Modo.

I'll be happy to assist you today!

(19:11:42) Yuri Takamisawa: How may I help you today?

(19:11:45) Matthew Thomas Joyce: Was watching terminator genesis last night and made me start to think that my account has been compromised…I think that the RNG started to think for itself

(19:13:14) Matthew Thomas Joyce: Maybe I'm modos version of John Connor and I need to be sent back to the lowest tier level (like how he went back in time) and I can stop the RNG (Skynet) from taking over my account

(19:13:58) Matthew Thomas Joyce: what do you think Yuri? Can you make that happen, actually your John Connor is be Kyle Reese in this scenrio

(19:14:32) Yuri Takamisawa: I see, do you want to have your rank reset?

(19:16:05) Matthew Thomas Joyce: Do you think that could work John? I mean Yuri

(19:16:43) Matthew Thomas Joyce: Tim told me he doesn't have that power but I'm afraid he could be influenced by the RNG already

(19:17:35) Yuri Takamisawa: Please wait a moment while I investigate this.

(19:19:00) Matthew Thomas Joyce: Time is vital Yuri, saw a guy named Bruno start to type, I'm thinking RNG is fully active and can see this chat already

JOYCE00259

(19:20:40) Yuri Takamisawa: We kindly ask you for your patience.

(19:20:45) Matthew Thomas Joyce: What

(19:20:46) Yuri Takamisawa: Please wait a little longer.

(19:23:22) Matthew Thomas Joyce: You don't know me Yuri but I am modo's martyr. I've been taking on the RNG to let other players win. So yes I am willing to forgo my black diamond rank. I'll sacrifice all ive given to become

(19:24:30) Yuri Takamisawa: I understand. I will have your case escalated to our specialized team after this chat ends.

(19:25:52) Matthew Thomas Joyce: Just let them know that I'll give up my black diamond badge of honor and go back down to bronze. For the good of the people of modo

(19:26:41) Matthew Thomas Joyce: I'll start anew and take down the RNG before he can get to anyone else's account. Reese out

(19:28:48) Yuri Takamisawa: Our VIP team will take care of this as soon as possible.

(19:28:55) Yuri Takamisawa: Do you need any other assistance?

(19:32:37) Yuri Takamisawa: It looks like you're no longer in the chat, so we'll go ahead and end this conversation for now. If you need any more help, please don't hesitate to reach out. We're always here for you!

## HELP CENTER

Sweepstakes Rules          Privacy Policy          Terms of Use          Responsible Social Gaming

[W2YJZ4-3LE1R]

---

**modo.us** <support@modous.zendesk.com>                                    Fri, Mar 14 at 7:43 PM
To: <crash07222@gmail.com>



You have **3 new messages** from Yuri Takamisawa. To continue the conversation, reply to this email or return to modo.us.

[W2YJZ4-3LE1R]

> **Yuri Takamisawa**
> Our VIP team will take care of this as soon as possible.
> Do you need any other assistance?



It looks like you're no longer in the chat, so we'll go ahead and end this conversation for now. If you need any more help, please don't hesitate to reach out. We're always here for you!

HELP CENTER

[Quoted text hidden]

JOYCE00261



**Matt J <crash07222@gmail.com>**

## [modo.us] Re: Conversation with Matthew Thomas Joyce

**modo.us** <support@modous.zendesk.com>                                                Thu, Jan 23 at 7:35 PM
Reply-To: modo.us <support+idW25JPY-RXJXP@modous.zendesk.com>
To: Matthew Thomas Joyce <crash07222@gmail.com>



(19:09:54) Matthew Thomas Joyce: Purchase question

(19:09:56) modo.us: Questions about your account or our games? Fire away! We're all ears.

(19:10:02) Matthew Thomas Joyce: Enter your questions or comments here.: Purchases

(19:10:03) modo.us: Connecting you with someone now.

(19:12:04) Aleria: Hello, thank you for reaching out to Modo.US support. I'll be happy to assist you today.

(19:13:49) Aleria: How can we help you today?

(19:16:06) Aleria: Just checking in! Are you still with me?

(19:17:11) Matthew Thomas Joyce: Hey Aleria yea I'm here

(19:17:21) Matthew Thomas Joyce: Can you please let me know how

(19:18:04) Matthew Thomas Joyce: much was deposited today from my Sofi it's hard to see if I hit my limit

(19:19:01) Aleria: Hi Matthew, I'll be glad to check on that for you, one moment while I review your account.

(19:19:30) Matthew Thomas Joyce: Thanks

(19:22:14) Aleria: Thanks for your patience Matthew, I can see that a few purchases have cleared recently, are you only seeking information for today?

(19:22:52) Matthew Thomas Joyce: Yeah even pending if you could

(19:23:30) Aleria: Sure! One moment.

(19:24:40) Matthew Thomas Joyce: more importantly tho, I've been cursed by the god of lighting (Zeus) then cursed by the god of the sea (think his name is Atlantis, possibly) any suggestions for a new Greek god I can try and worship?

(19:25:03) Matthew Thomas Joyce: Posedion* Atlantis is a kingdom I'm sorry lol

(19:28:35) Aleria: Oh my goodness! I'm sorry to hear however I don't have a recommendation for that! Further, it wouldn't feel right taking the responsibility of such a thing. I wish you all the best in finding one!

(19:29:10) Aleria: In the meantime, I've found the information you've requested but it would need to be sent over by a document in an email report. Would this be okay to send?

(19:34:28) Aleria: Just checking in! Are you still with me?

**HELP CENTER**

Sweepstakes Rules    |    Privacy Policy    |    Terms of Use    |    Responsible Social Gaming

[W25JPY-RXJXP]

JOYCE00263

 **Matt J <crash07222@gmail.com>**

---

## [modo.us] Re: Conversation with Matthew Thomas Joyce

**modo.us** <support@modous.zendesk.com>                                    Tue, Feb 4 at 9:25 PM
Reply-To: modo.us <support+idLJX243-9Y7WR@modous.zendesk.com>
To: Matthew Thomas Joyce <crash07222@gmail.com>



(21:08:17) Matthew Thomas Joyce: Help desk

(21:08:19) modo.us: Questions about your account or our games? Fire away! We're all ears.

(21:08:24) Matthew Thomas Joyce: Enter your questions or comments here.: Zendesk

(21:08:26) modo.us: Connecting you with someone now.

(21:09:02) Regina: Hi Matthew! Thanks for reaching out to Modo support!  One moment while I pull up your account, please.

(21:09:14) Matthew Thomas Joyce: Can't login to the zendesk. Keeps saying that account can't be accessed

(21:09:49) Matthew Thomas Joyce: tim had told me to only send requests there was trying to respond to email not letting me in tho

(21:10:10) Regina: I am sorry to hear that. I can alert your host to this. I am not certain what may be causing that.

(21:10:41) Regina: Are you able to access the ticket through your email account instead of going through Zendesk?

(21:10:56) Regina: Replying to the ticket from your inbox will filter it back through Zendesk to us.

(21:11:23) Matthew Thomas Joyce uploaded: IMG_1145.png

URL: https://modous.zendesk.com/sc/attachments/v2/01JK9Y0NVX8GYC94PP8FHR3Z4B/IMG_1145.png

Type: image/png

Size: 348611

(21:12:09) Matthew Thomas Joyce: It's fine was just trying to see why it would say for a client. Didn't make much sense to me

(21:12:23) Regina: Thanks for providing that! I will get this over to your host right now. Someone should be in touch with you shortly.

(21:12:39) Regina: I have never seen that error before other wise I would direct you what to

JOYCE00264

do, its certainly a new one.

(21:12:53) Regina: In the meantime, can I help with anything else Matthew?

(21:14:19) Matthew Thomas Joyce: Transaction history from September until today please, just money in and money out not cancelled redemptions

(21:14:40) Matthew Thomas Joyce: I'd prefer if you got someone from vip in this chat as well

(21:15:07) Matthew Thomas Joyce: not here to argue just looking for some clarity on that confusing message

(21:16:52) Regina: I am not able to produce your transaction history in chat due to technical limitations, so once we end this chat I will get that started for you. I have let the hosts know that you would like to speak with one. However, I cannot say if one is available at the moment to come into chat.

(21:17:11) Regina: I did let them know and create an escalation for this so they can address this with you as soon as possible.

(21:17:20) Matthew Thomas Joyce: Sounds good, hope to hear from someone soon, I guess through email then

(21:17:36) Regina: if you don't hear from someone soon, please let us know.

(21:17:44) Matthew Thomas Joyce: Ok

(21:17:47) Regina: Is there anything else I can help with today?

(21:25:29) Regina: It looks like you may have stepped away. I am going to end the chat, but please feel free to reach out with any further questions.

## HELP CENTER

Sweepstakes Rules | Privacy Policy | Terms of Use | Responsible Social Gaming

[LJX243-9Y7WR]

JOYCE00265

 **Matt J <crash07222@gmail.com>**

---

## Purchasing error

**Victor LaFontaine (modo.us)** <vip@modo.us>                    Mon, Mar 17 at 7:32 PM
Reply-To: modo.us <vip@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



Hi Matthew,

Thank you for reaching out to us on this.

On checking, we can confirm that each of the four packages you purchased the morning of
Sunday, March 16th 2025 were correctly charged and attributed to your account, as follows:

- Payment ID: be65a286-c5a9-40cf-8106-c3a075b66309 (*Purchase 22,500 GC for
  USD7.99*)

  Source: Visa -0308

  Time of Purchase: 2025-03-16 at 6:10am EDT

  Time of Delivery: 2025-03-16 at 6:10am EDT

  GC Balance of 1,049,276,900 to 1,049,299,400

- Payment ID: bbdd551b-4e53-49b2-8dff-0b17564e7ad4 (*Purchase 22,500 GC for
  USD7.99*)

  Source: Visa -0308

  Time of Purchase: 2025-03-16 at 6:10am EDT

  Time of Delivery: 2025-03-16 at 6:10am EDT

  GC Balance of 1,049,299,400 to 1,049,321,900

JOYCE00266

- Payment ID: bff99f5b-c267-4e1c-9133-ec6ace0f2663 (*Purchase 1,000 GC for USD0.99*)

  Source: Visa -0308

  Time of Purchase: 2025-03-16 at 6:11am EDT

  Time of Delivery: 2025-03-16 at 6:11am EDT

  GC Balance of 1,049,321,900 to 1,049,322,900

- Payment ID: b6eec86f-ab9a-480b-b70a-6ee5d42f7cbc (*Purchase 1,000 GC for USD0.99*)

  Source: Visa -0308

  Time of Purchase: 2025-03-16 at 6:11am EDT

  Time of Delivery: 2025-03-16 at 6:11am EDT

  GC Balance of 1,049,322,900 to 1,049,323,900

---

I also see you've written in to inform us that these were made in error, as you prefer to purchase GC packages which include free SC as well, which does match the majority of your purchase history with us; however, it should be noted that no such promotional pairing is listed for the two Gold Coin purchase values above, and we do advise in the strongest possible terms that you carefully review the parameters of each Gold Coin purchase you make at Modo before finalizing them.

As a one-time courtesy and token of appreciation for you as one of our Black Diamond players, we've sent a gift to your account that is equitable to the nearest combined total standard package amount which would have included free promotional SC as well, for a total of **75,000 GC & 20 free SC**, which are available on your account now.

Thank you, and we hope you have a good evening ahead.

Best regards,

Victor LaFontaine

Modo.US VIP Host

JOYCE00267

**HELP CENTER**

Sweepstakes Rules | Privacy Policy | Terms of Use | Responsible Social Gaming

[V50RL1-4D9LR]

JOYCE00268

 **Matt J <crash07222@gmail.com>**

## Matthew Joyce formal request

**modo.us** <vip@modo.us>                                                    Fri, Feb 7 at 7:49 PM
Reply-To: modo.us <vip@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



Thanks Tim look forward to having a contact on those questions have just a few more. Also want to emphasize even when losing substantially, always have a blast playing, wish games were less fun honestly and gold coin play was more appealing to me. Now add the fact a lot of games bear such striking similarities to my favorite live casino games like when I mentioned how stoked I was to play the game so similar to huff and puff at mgm casino. Black diamond status also pretty sweet with all the free sweeps coins I get daily, with my luck….yeah need that. Gifted 1,000 when being promoted gimme that too lol. Gold coin player getting that recognition, please. Top tier status, check, next goal hitting 1 million spins. With most spins at around 4 sc besides bonus buys estimated cash deposited $420,000 and $210,000 dollars in redemptions. With all the free play I receive daily to help motivate me while not forgetting to lose my daily streak to get that extra 1 sc daily reward. A unlucky player like myself, yeah I'll exhaust any opportunity to keep even an extra dollar in my bank to reach this milestone. Anyway I'll let you get back to it and forward to a long, mutually beneficial player host relationship. Enjoy your weekend Tim. Glad your back from your time off. Hope to start that better win streak you mentioned. Bye for now, Matt.
"Two infinity and beyond"
-buzz lightyear

Sent from App for Gmail

Friday, February 7, 2025 at 3:46 PM -05:00 from vip@modo.us <vip@modo.us>:



[Quoted text hidden]

[LJV90J-MVLVY]

**HELP CENTER**

[Quoted text hidden]
[LJV90J-MVLVY]

JOYCE00270

 **Matt J <crash07222@gmail.com>**

---

## Purchasing error

---

**Timothy Cramblin (modo.us)** <vip@modo.us>                                    Thu, Mar 20 at 10:07 AM
Reply-To: modo.us <vip@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



Hey Matt,

As much as I'd love to send you to Tokyo or the Super Bowl, unfortunately those things are a
bit beyond our budget. There's no specific number necessarily, but if you have any domestic
destinations or events a bit less extravagant than the Super Bowl in mind, we can probably
make something work. Another one of my players recently requested tickets to opening day
for his favorite baseball team and we were able to make that work.


Kindest regards,

Timothy Cramblin

Modo.us VIP Host

### HELP CENTER

Sweepstakes Rules     |     Privacy Policy     |     Terms of Use     |     Responsible Social Gaming

[V50RL1-4D9LR]

JOYCE00271

 Gmail

**Matt J <crash07222@gmail.com>**

---

## Purchasing error

---

**Timothy Cramblin (modo.us)** <vip@modo.us>                     Wed, Mar 19 at 5:08 PM
Reply-To: modo.us <vip@modo.us>
To: Matthew Thomas Joyce <crash07222@gmail.com>



Hey Matt,

Just real quick on the number-crunching- analyzing your spin data for a single day isn't really a sufficient method to provide any meaningful insight. While you could have one day with big losses yielding a low RTP, you could have another day with huge wins yielding an unusually high RTP. The timeframe we already analyzed is a sizable enough dataset to get a decent idea of your gameplay stats, and as Victor & I both said, it's all completely normal. One bad day is just that- one bad day.

As for the gift card, we're unable to send anything that can be used like cash such as Visa or PayPal. I'm pretty sure crypto would fall under this category as well. We could do Amazon, Wal-Mart, Target... and just to be clear, it doesn't have to be a gift card. We love giving our Black Diamonds experiences too, so we could do a nice dinner somewhere, or even a trip or sporting event or concert. We do have budget constraints but we can still send you something pretty nice within those constraints.

Kindest regards,

Timothy Cramblin

Modo.us VIP Host

### HELP CENTER

Sweepstakes Rules     Privacy Policy     Terms of Use     Responsible Social Gaming

[V50RL1-4D9LR]

JOYCE00272



# Report for:

# Matthew Joyce

Prepared by: Precision Consulting Firm, LLC

Date: April 29, 2025

JOYCE00273



## I. Methodology and Scope of Analysis

### *Purpose*

This report presents a comprehensive forensic statistical analysis of gameplay and financial activity provided by Mr. Matthew Joyce. The analysis was undertaken in response to the client's concerns regarding the reliability and validity of a prior report submitted by an independent analyst. Precision Consulting was engaged to review and validate the prior findings, and, more importantly, to conduct a fresh and independent data-driven assessment using raw gameplay, transaction, and redemption logs.

The goal of this analysis is to quantify key behavioral and financial metrics including hours played, spin activity, total wins and losses, redemption history, and platform payout structure (Return to Player, or RTP). These findings are intended to serve as evidence in potential legal or expert witness settings.

### *Tools and Software*

All analyses were conducted using Python version 3.12.2, with reproducible scripts and validated methods. The following Python libraries were employed:

- Pandas for structured data handling, time-series management, and tabular summaries.
- NumPy for vectorized computations, loss and win aggregation, and numerical precision.
- Matplotlib for creating clear, annotated visual exhibits.
- SciPy for inferential statistical testing and distribution analysis.

This analytical environment was selected to ensure transparency, auditability, and reproducibility of all statistical computations.

### Data Sources

The following data files were provided directly by the client and used as the basis for all numerical outputs and findings in this report:

1. Daily gameplay hours.pdf – Timestamped records of session-level playtime.
2. Redemption cancellation graph.pdf – Documented cancellations and redemption attempt reversals.
3. Apple Pay.pdf – Raw financial transaction records with approvals, denials, and payment methods.
4. Modo spin history February.pdf, March 2025 gameplay.xlsx – Detailed spin records.
5. Purchase and redemptions until Jan 3rd.xlsx – Chronology of cash inflow and redemption actions.

No assumptions were made about the accuracy of the prior freelancer's interpretations. All findings presented in this report reflect independent calculations and review of the original data.

JOYCE00274



**Analytical Framework**

To evaluate and interpret the client's gameplay and transaction data, we employed a multi-layered forensic framework that combines quantitative modeling, behavioral analysis, and structured visual storytelling. All analyses were performed using Python 3.12.2 and standard statistical libraries to ensure transparency and reproducibility. Specifically, we applied:

- Descriptive statistics to quantify total hours played, daily play intensity, cumulative spins, and net financial outcomes.
- Custom Return to Player (RTP) modeling, including both standard RTP (based on actual wins/losses) and platform-mimicking RTP that includes deposits as winnings.
- Temporal RTP analysis, including daily RTP calculations and 3-day rolling averages to capture changes in platform payout behavior over time.
- Redemption behavior modeling, quantifying cancelled withdrawals and computing subsequent losses within 24-hour windows to detect re-risking patterns.
- Behavioral engagement modeling, using time-of-day heatmaps to identify off-hour usage patterns associated with fatigue, diminished regulation, or compulsive play.
- Data visualization techniques, such as line charts, bar graphs, and heatmaps, to clearly present gameplay volatility, financial trajectories, and engagement escalation.
- A forensic presentation structure, with all findings framed for legal relevance, behavioral impact, and potential expert witness application.

**II. Quantitative Summary of Gameplay and Financial Activity**

This section presents a consolidated summary of verified gameplay, financial, and behavioral metrics derived directly from Mr. Joyce's data. These figures reflect independent analysis performed by Precision, using raw input from gameplay logs, redemption records, and transaction data. The results highlight the extent of client engagement, financial exposure, and system payout characteristics relevant to the forensic goals of this project.

*Verified Metrics and Values*

     **Total Hours Played:** Mr. Joyce logged a total of 5,631.41 hours of slot machine gameplay across the period reviewed. This figure was calculated directly from the session time logs contained in Daily gameplay hours.pdf, and represents sustained, high-intensity usage over many months.

     **Average Daily Playtime:** Based on total recorded hours and the number of active days, average daily playtime is estimated at 13.76 hours per day. This level of daily engagement significantly exceeds normal entertainment thresholds and falls within a range commonly associated with compulsive behavioral patterns in gambling studies.

     **Maximum Single-Day Playtime:** On multiple occasions, Mr. Joyce played for over 20 continuous hours in a single day. These extreme sessions, validated by visual inspection of the gameplay logs, underscore a pattern of high-risk and potentially impaired decision-making during prolonged use.

JOYCE00275



**Total Spins (Example Period):** In a three-day period ending on January 3, 2025, Mr. Joyce completed 22,043 individual slot spins, as shown in the redemption activity logs. This reflects an extraordinarily high frequency of engagement, equating to approximately 7,347 spins per day, and supports the client's claim of overwhelming gameplay activity.

**Total Wins and Losses:** The total amount won by the client during the entire tracked period was 1,882,072.82 SC, while the total amount lost reached 2,122,214.85 SC. The net difference, or total financial loss, was therefore -240,142.03 SC. These figures were independently calculated and match the client's reported gameplay history.

**Actual RTP :** Using the industry-standard definition of RTP — the ratio of total winnings to total wagers — the actual RTP experienced by the client was calculated to be 47.0%. This is substantially lower than typical RTP ranges for regulated slot machines (typically 90%–98%), indicating a disproportionately high house advantage.

**Platform-Implied RTP (Using Deposits as Wins):** Based on the client's complaint and the behavior of the platform, we also calculated an alternative RTP using the platform's likely misleading formula: treating deposited funds as if they were wins. Under this model, the RTP rises artificially to approximately 84.5%, concealing the true loss trajectory and possibly misleading users into believing the game returns more than it does in reality.

**Total Cancelled Redemptions:** Across the observed period, Mr. Joyce had a cumulative total of $96,756.80 in cancelled redemptions. These events were logged in Redemption cancellation graph.pdf and represent attempts by the client to cash out, which were later reversed.

**Peak Single-Day Cancellation:** On March 10, 2025, the platform recorded 11 cancelled redemptions, totaling $12,552.00 in value. This is the highest single-day total observed, and marks a major behavioral event in the dataset — one that may correlate with renewed gameplay intensity or financial risk.

**Cancelled Redemptions by Month:** The platform cancelled $53,779.00 worth of redemptions in March 2025 and $36,898.00 in April 2025, showing a clear pattern of blocked withdrawal behavior extending over time. These repeated reversals are significant when evaluating the client's efforts to disengage from gameplay.

**Affirm Lending Exposure (Estimated):** Based on the client's direct communication, approximately $30,000 of platform deposits were funded through Affirm, a third-party credit-based lending provider. While this figure is estimated and not verified through loan documentation, it is consistent with multiple large-dollar payment attempts observed in the client's Apple Pay and deposit records.

## III. Detailed Findings

### A. Gameplay Behavior and Intensity

Mr. Joyce's session-level activity indicates an exceptionally high volume of sustained use over the evaluated period. The total of 5,631.41 hours of recorded play corresponds to an average of

4

JOYCE00276



approximately 13.76 hours per day, a level that exceeds recreational use and falls within thresholds associated with behavioral risk and loss of control.

More concerning is the frequency of extreme sessions exceeding 18 to 20 hours in a single day. These were not isolated anomalies but part of a repeating pattern, evident in the Daily gameplay hours.pdf file. Such prolonged sessions suggest a compromised ability to self-regulate or disengage, especially when paired with active financial losses or promotional system triggers.

A particularly illustrative period, from December 31, 2024 to January 3, 2025, includes over 53 hours of active play across just three days, totaling 22,043 spins. This represents a level of intensity difficult to justify under any model of casual engagement and is more accurately understood as either compulsive behavior or behavior reinforced by system design.

These gameplay patterns are not only relevant from a behavioral health perspective but are essential to understanding how the client's losses accumulated. Without natural disengagement periods or successful redemptions, the system structure appears to have facilitated a near-continuous gameplay loop.

**B. Return to Player (RTP) Discrepancy**

Return to Player is a foundational fairness metric in gaming platforms, describing the percentage of wagered funds returned to users in the form of winnings. In Mr. Joyce's case, two distinct RTP values were calculated:

- **Actual RTP:** 47.0%
- **Platform-Implied RTP (with deposits as wins):** 84.5%

To calculate actual RTP, we used the industry-standard formula:

- RTP (Actual) = Total Wins ÷ (Total Wins + Total Losses)
  = 1,882,072.82 ÷ (1,882,072.82 + 2,122,214.85)
  = 1,882,072.82 ÷ 4,004,287.67
  = 47.0%
- This indicates that for every dollar (or unit) wagered, the client received approximately 47 cents in return — significantly below fair-play benchmarks.

This value is well below industry norms, where fair-play slot systems typically offer an RTP between 90% and 98%. The deviation indicates either atypical platform design or manipulation.

The platform-implied RTP, based on the client's description and our independent replication, appears to incorporate deposits into the numerator of the payout calculation. This method inflates the apparent return rate and may mislead users into believing the platform is returning a higher portion of wagers than it actually does. The implied formula is:

- RTP (Platform) = (Total Wins + Deposits) ÷ Total Bets
  = (1,882,072.82 + [Deposits]) ÷ 4,004,287.67
  ≈ 84.5%

JOYCE00277



This alternate model presents deposits as if they were "wins," which is not standard accounting or payout methodology. When applied, the result is a significantly higher RTP than what the client actually experienced — masking real losses and potentially reinforcing continued play based on misleading feedback.

By incorporating deposits into apparent "returns," the platform artificially boosts the apparent payout ratio, leading users to believe they are performing better than they are. This inflation masks the user's net loss trajectory and delays disengagement.

The presence of this discrepancy supports the client's assertion that the platform misrepresents its payout behavior, which is particularly concerning given the high playtime and financial exposure documented.

## C. Redemption Events and Withdrawal Cancellations

Redemption activity—especially reversed or cancelled redemptions—plays a pivotal role in the client's financial experience. A total of $96,756.80 in cancelled redemptions was logged during the analysis window, as reported in Redemption cancellation graph.pdf.

The most severe instance occurred on March 10, 2025, when 11 redemptions were cancelled in a single day, totaling $12,552.00. This was not an isolated event. In March 2025, over $53,779.00 worth of cancelled redemptions occurred. In April 2025, the amount remained high at $36,898.00.

Cancelled redemptions are not passive bookkeeping entries — they represent direct disruptions to user disengagement. When a user attempts to withdraw funds and that withdrawal is blocked, reversed, or stalled, the likelihood of re-engagement increases. This dynamic is a known risk factor in gambling system design and is often flagged in regulatory audits of user harm.

In Mr. Joyce's case, these cancelled withdrawals appear to coincide with gameplay surges and elevated loss patterns. This aligns with psychological models of cash-out frustration, where the inability to secure winnings leads to extended play, often in emotionally distressed or cognitively depleted states.

## D. Payment Methods and Lending Exposure

Financial entry into the platform was facilitated primarily through digital channels, including Apple Pay and credit-based instruments. The client's own reporting suggests that approximately $30,000 in Affirm-funded loans were used to support his gameplay activity. Although exact Affirm transaction data was not included, the Apple Pay logs reveal a pattern of frequent and high-value attempted transactions, including multiple declined payments exceeding $99,000.

The presence of Affirm lending in this context raises significant concerns. Affirm is not traditionally intended for use in gambling or wagering environments. If loans were approved and routed toward gambling transactions, this may represent a violation of consumer lending standards, particularly around risk disclosure and borrower suitability.

While Affirm exposures were client-reported and not fully validated within the provided documents, the financial behavior documented in the Apple Pay and deposit records confirms that

JOYCE00278



the platform accepted repeated, high-frequency deposits without triggering any form of protective intervention or cooling-off period.

**IV. Visual Exhibits and Graphical Analysis**

Visual exhibits serve as an essential complement to the numerical findings detailed in previous sections. They allow behavioral and financial patterns to be observed over time and help highlight significant risks or structural manipulations that might not be apparent through tables or descriptive text alone.

Each figure below was generated independently using Python 3.12.2 based on the client's original datasets. All charts are reproducible and were created to meet evidentiary standards suitable for expert witness review or legal proceedings.

*Figure 1:* Daily Gameplay Hours (Sample 3-Day Window)

## Figure 1: Daily Gameplay Hours (Sample 3-Day Window)

This line graph illustrates the extreme daily gameplay durations recorded during a sample three-day period from December 31, 2024, through January 3, 2025. Mr. Joyce logged between 18.5 and 21 continuous hours of play each day. Such extended periods of engagement are consistent with patterns of behavioral escalation and fatigue, two known precursors to impaired decision-making in digital gambling contexts.

The visualization clearly demonstrates the absence of significant disengagement periods, a factor relevant to the understanding of compulsive gameplay behavior and platform retention mechanics.

JOYCE00279



*Figure 2:* RTP Comparison



This bar chart compares the two key RTP figures derived from Mr. Joyce's gameplay data. The first bar shows the actual RTP of 47.0%, calculated as the ratio of true wins to total wagers. The second bar illustrates the platform-implied RTP of 84.5%, achieved when deposited funds are incorrectly counted as "wins" in the payout calculation.

The dramatic inflation of the apparent payout rate serves to mislead users regarding the true odds of recovery and net profit, an issue of particular relevance to claims of platform misrepresentation and behavioral entrapment.

8

JOYCE00280



*Figure 3:* Cancelled Redemptions by Month



This figure highlights the cumulative number of cancelled redemptions recorded during March and April 2025. The volume and consistency of reversed cash-out attempts—totaling over $90,000 across just two months—demonstrate a systemic pattern of thwarted disengagement.

Each cancellation potentially re-exposed Mr. Joyce to further wagering activity, a dynamic that exacerbates financial losses and can intensify psychological distress. The pattern evidenced here is consistent with documented concerns about manipulative platform design and user re-engagement tactics.

JOYCE00281



*Figure 4:* RTP Over Time (Dec 31, 2024 – Jan 7, 2025)



This figure presents the day-by-day RTP percentages calculated directly from the win and loss data over an eight-day window surrounding January 3, 2025. The values range from a high of 47.17% to a low of 25.64%, with most days falling in the low 40% range. This trend illustrates two critical issues:

1. The RTP remained consistently below industry standards, offering substantially less than the typical 90–98% range expected in regulated slot environments.
2. Following January 3, RTP dropped even further, suggesting a shift in platform payout behavior during a period the client described as financially damaging.

This temporal dimension confirms that the platform's payout profile was not only unfavorable but deteriorated during key financial episodes. It substantiates the client's concern that gameplay after a certain point became markedly less rewarding — a pattern consistent with platform-controlled volatility or promotional front-loading.

JOYCE00282



*Figure 5:* 3-Day Rolling Return to Player (RTP) vs. Daily RTP



This figure compares the daily RTP values with a 3-day rolling RTP average, calculated directly from the client's daily win and loss data. The rolling RTP smooths short-term fluctuations and helps identify broader payout trends across time.

In this case, the 3-day rolling RTP was initially stable around 43.7%, then declined sharply following January 3, dropping as low as 34.8% by January 6. This coincides with a known series of redemption events and increased gameplay duration, as documented in earlier findings.

The visual pattern suggests that the platform's payout behavior shifted in a sustained way, not simply as a result of one bad session. This supports the client's concern that the platform's return profile deteriorated after a certain point, potentially as a result of hidden rules or mechanics responding to user behavior (e.g., post-redeem engagement). Such changes are often indicative of manipulation or behavioral engineering, and warrant further regression-based validation.

JOYCE00283



*Figure 6:* Client Losses Within 24 Hours After Cancelled Redemptions



This figure quantifies gameplay losses incurred by the client within 24 hours of each cancelled redemption. These data points support the client's assertion that after being blocked from cashing out, they remained active on the platform and suffered significant additional losses.

The pattern shown is consistent with what behavioral scientists call a re-risking event: a failed disengagement followed by escalated play. It raises questions about the platform's incentives and whether redemption blocks are used to retain and monetize high-risk users rather than protect them. This finding directly supports claims of coercive platform mechanics and potential behavioral exploitation.

12

JOYCE00284



*Figure 7:* Hourly Gameplay Intensity by Day



This heatmap visualizes the client's average gameplay activity by hour over several consecutive days. Redder zones indicate longer sessions per hour. As shown, the client consistently played from morning through late night, with substantial engagement continuing well past midnight. Notably, significant playtime was logged between 1 a.m. and 4 a.m., a period associated with cognitive fatigue, reduced self-regulation, and heightened behavioral risk.

This evidence supports the assertion that Mr. Joyce engaged with the platform under conditions of compromised judgment, which is relevant both from a psychological and regulatory perspective. Such usage patterns are commonly associated with impulse escalation and diminished decision quality in high-risk gambling models.

***Summary of Visual Exhibits***

The visualizations reinforce the findings detailed in Sections II and III. Together, they reveal a system of sustained, high-risk user behavior characterized by:

- Extreme gameplay intensity,
- Platform payout misrepresentation,
- Withdrawal disruption and cancellation,

13

JOYCE00285



- And aggressive financial exposure mechanisms.

These patterns support the conclusion that the client's reported experiences are not only plausible but demonstrably reflected in the forensic data.

**V. Conclusion**

Based on a complete forensic review of the gameplay, redemption, and financial transaction records provided by Mr. Matthew Joyce, this analysis confirms that the client's experience reflects sustained financial loss, escalating gameplay intensity, disrupted disengagement, and systemically distorted payout representations.

Mr. Joyce logged over 5,631 hours of slot gameplay, averaging 13.76 hours per day, with numerous sessions exceeding 20 continuous hours. These patterns are indicative of high-risk behavioral exposure and align with recognized models of impaired decision-making and diminished self-regulation. Visual analysis further confirmed elevated engagement during off-peak hours (including overnight play), consistent with cognitive fatigue and compulsive patterns.

Financially, the client suffered a net loss of -240,142.03 SC, despite substantial winnings. The actual RTP was verified at 47.0%, well below industry fairness standards. More critically, the platform appears to have presented a misleading payout model, incorporating user deposits into the return calculation — inflating the perceived RTP to approximately 84.5%. This distortion may have significantly undermined informed user decisions.

Redemption activity exacerbates these issues. A total of $96,756.80 in cancelled withdrawals was documented, with a single-day peak of $12,552.00 reversed on March 10, 2025. Following these events, the client consistently resumed gameplay and incurred significant losses — a pattern statistically validated by modeling 24-hour loss spikes post-cancellation. This behavior reflects a re-risking dynamic and calls into question the platform's withdrawal protocols and user protection standards.

Additional analysis showed that RTP declined over time, with a notable drop following key redemption events. A 3-day rolling RTP model revealed a sustained deterioration in payout ratio, from 43.7% to below 35%, further supporting the client's claim of platform-driven shifts in payout behavior.

The forensic analysis independently validates Mr. Joyce's claims of excessive loss, impaired ability to disengage, and platform mechanics that may have systematically concealed risk and encouraged sustained financial exposure. The data does not merely document negative outcomes; it reveals design dynamics likely to produce them in vulnerable users.

JOYCE00286



**Appendix A – Quantitative Analysis Summary**

The quantitative metrics presented in this appendix were selected based on their relevance to the client's claims, legal standards for forensic evidence, and the behavioral and financial dimensions most commonly examined in litigation involving online gaming or platform manipulation. All figures were independently calculated by Precision using the client's raw gameplay and transaction records, not carried over from any prior freelancer analysis.

These tables are grouped into three primary analytical domains:

- Table A1 focuses on gameplay intensity and time commitment, which are essential to evaluating cognitive burden, engagement volatility, and behavioral escalation.
- Table A2 addresses financial exposure and payout modeling, specifically highlighting discrepancies between true RTP and the platform's reported or perceived RTP structure.
- Table A3 captures cash-out disruptions and subsequent re-engagement losses — a critical pattern in cases involving alleged manipulation or psychological coercion.

Together, these groupings offer a multi-dimensional view of the client's experience, quantifying both observable behaviors and the economic mechanisms that may have reinforced those behaviors.

Table A1 – Gameplay Intensity and Time Commitment

The following values were calculated directly by Precision from the client's raw session logs and daily gameplay records. All figures reflect verified calculations performed using Python.

| Metric | Value |
|---|---|
| Total Hours Played | 5,631.41 hours |
| Average Daily Playtime | 13.76 hours/day (est.) |
| Maximum Single-Day Playtime | Over 20 hours |
| Total Spins (3-Day Period) | 22,043 |

Table A2 – Financial Exposure and Return to Player

This table reflects independently verified financial exposure metrics and RTP calculations based on total wins, losses, and platform payout methods.

| Metric | Value |
|---|---|
| Total Wins | 1,882,072.82 SC |
| Total Losses | 2,122,214.85 SC |
| Net Loss (Wins - Losses) | -240,142.03 SC |
| Actual RTP | 47.0% |
| Platform RTP (Deposit-as-Win Model) | 84.5% |

15

JOYCE00287



Table A3 – Redemption Events and Post-Cancellation Losses

The table below quantifies total cancelled redemptions and the subsequent losses incurred by the client within 24 hours. All values were computed directly from structured redemption event logs.

| Metric | Value |
|---|---|
| Total Cancelled Redemptions | $96,756.80 |
| Peak Single-Day Cancellation | $12,552.00 (March 10) |
| Cancelled Redemptions – March | $53,779.00 |
| Cancelled Redemptions – April | $36,898.00 |
| Estimated Affirm Lending Exposure | ~$30,000 (client-reported) |

16

JOYCE00288



Lepage Associates
*Solution-Based Psychological & Psychiatric Services*

May 1, 2025

To Whom It May Concern:

Mr. Joyce presented for a forensic consultation on April 29, 2025 due to significant financial losses and legal issues related to his gambling activities, which he believes were exacerbated by his diagnosis bipolar disorder. An interview was conducted, and Mr. Joyce's mental health records from Gupta Psychiatry were reviewed.

Mr. Joyce was initially diagnosed with bipolar disorder in 2016 or 2017. He experienced psychosis due to lack of sleep, rapid cycling, and mixed episodes. He described how bipolar symptoms led to impulsive behaviors such as excessive gambling, resulting in substantial financial losses and a subsequent lawsuit against a gaming company. His mental health record corroborated a diagnosis of bipolar disorder. Per his psychiatric records, Mr. Joyce was prescribed multiple medications including Depakote (anticonvulsant), Seroquel (antipsychotic), Vraylar (antipsychotic), and Trileptal (anticonvulsant) to treat the condition. He was also diagnosed with insomnia and prescribed medications which were largely ineffective. Mental health providers at Gupta Psychiatry observed. Mr. Joyce to be coherent, articulate, with normal speech, flat affect and impaired judgment. He was also observed being irritable, depressed, and frustrated at times. During the interview for forensic consultation interview, Mr. Joyce was tangential, exhibited pressured and rapid speech, and could not accurately describe what he needed, which aligned with symptoms of bipolar disorder, particularly mania. Current observations raised concerns about the effectiveness of his current medication.

Bipolar disorder is a mental health condition characterized by significant mood swings that include emotional highs (mania or hypomania) and lows (depression). These mood episodes are distinct periods that differ from a person's usual mood and behavior. During a manic episode, individuals may feel euphoric, overly energetic, or unusually irritable. They might experience increased activity levels, rapid speech, inflated self-esteem, decreased need for sleep, distractibility, be impulsive, and engage in risky behaviors. Hypomanic episodes are similar to manic episodes but are less severe and do not cause significant impairment in social or occupational functioning. However, hypomania may still be noticeable to others and can progress to full-blown mania if untreated. In contrast, depressive episodes involve feelings of sadness, hopelessness, or indifference. Individuals may lose interest in activities they once enjoyed, experience changes in appetite or weight, have difficulty sleeping or oversleep, feel fatigued, and have trouble with concentration. Suicidal thoughts or behaviors can also occur during these episodes. Some individuals may experience symptoms of both mania and depression simultaneously, known as mixed episodes.

Bipolar disorder is typically classified into several types. Bipolar I Disorder is characterized by at least one manic episode that may be preceded or followed by hypomanic or depressive

JOYCE00289

episodes. Bipolar II Disorder is defined by a pattern of depressive episodes and hypomanic episodes, but not the full-blown manic episodes typical of Bipolar I. Cyclothymic Disorder, or Cyclothymia, involves periods of hypomanic symptoms and periods of depressive symptoms that are less severe than those required to diagnose Bipolar I or II.

Impulse control issues are a significant concern during manic or hypomanic episodes in individuals with bipolar disorder, as these episodes are marked by heightened energy levels, euphoria, and a decreased ability to assess risks, leading to impulsive behaviors. During mania, individuals may engage in excessive spending, risky sexual activities, substance abuse, and rash business ventures, often without considering the consequences such as financial ruin or relationship problems. While hypomania is less intense, it still presents challenges with impulsivity, leading to hasty decisions and risks that can cause personal and professional difficulties.

Mr. Joyce reported significant and extended periods of lack of sleep, and a history of sleep difficulties was corroborated in record review. A lack of sleep can increase susceptibility to risky or impulsive behavior, as it affects cognitive functions like judgment, decision-making, and self-control, which are essential for regulating behavior. Sleep deprivation impairs the ability to accurately assess situations and consider consequences, leading to a higher likelihood of impulsive actions. In bipolar disorder, sleep disturbances are particularly relevant during manic or hypomanic episodes, where reduced need for sleep can exacerbate impulsivity and risky behaviors. The lack of sleep intensifies mania symptoms, further impairing judgment and increasing the propensity for impulsive decisions. Even outside of bipolar disorder, sleep deprivation can affect anyone's mood and behavior, leading to increased irritability, decreased concentration, and impaired problem-solving abilities, all contributing to impulsive actions. Ensuring adequate sleep is crucial for maintaining mental health and reducing the risk of engaging in behaviors with negative consequences.

Research has demonstrated that people with bipolar disorder are at a higher risk for developing gambling disorders compared to the general population. Individuals with bipolar disorder, particularly during manic or hypomanic episodes, may exhibit impulsive behaviors and a tendency to engage in risky activities, including gambling. The heightened energy levels, euphoria, and impaired judgment associated with these episodes can lead to an increased propensity for gambling and other risk-taking behaviors. During manic phases, individuals might feel overly confident and optimistic, which can drive them to take greater financial risks, including excessive gambling. This impulsivity is often coupled with a diminished ability to consider the long-term consequences of their actions, potentially leading to significant financial and personal repercussions. One pivotal study by Van der Linden et al. (2006), revealed that individuals with bipolar disorder are more likely to develop gambling problems compared to the general population. This study suggested that the impulsivity present during manic episodes plays a crucial role in this heightened risk, as individuals may engage in gambling without fully considering the consequences. McIntyre et al.'s (2007) research focused on the comorbidity between gambling disorder and bipolar disorder. Their findings emphasized the influence of manic symptoms on gambling behaviors, noting that during manic phases, individuals often exhibit impaired judgment and increased risk-taking tendencies. These symptoms can lead to a cycle of gambling behavior driven by the euphoric and impulsive states experienced during mania. Furthermore, Ledgerwood and Petry (2010) highlighted the importance of addressing

JOYCE00290

gambling behaviors in clinical settings for patients with bipolar disorder. They recommended that healthcare providers integrate assessments for gambling disorders into routine evaluations for bipolar disorder patients, given the high prevalence of comorbidity. This approach aims to better manage and mitigate the risks associated with gambling, helping individuals with bipolar disorder lead more stable lives. Together, these studies paint a comprehensive picture of the challenges faced by individuals with bipolar disorder regarding gambling.

It is unknown whether Mr. Joyce was compliant with medication or if medication was ineffective during his gambling period. However, when medication for bipolar disorder is no longer effective or is not taken consistently, it can significantly contribute to impulsive behaviors, such as gambling. Mood stabilizers and possible antipsychotics are crucial for managing symptoms and maintaining emotional balance. However, when these medications lose their efficacy or are not adhered to, the stability they provide diminishes, leaving individuals vulnerable to the impulsivity associated with mania. This lack of control can lead to risky behaviors, such as excessive gambling, as the individual may seek out stimulating activities without fully considering the consequences. The absence of effective medication management can exacerbate the impulsive tendencies inherent in bipolar disorder, making it essential for individuals to regularly review and adjust their treatment plans with healthcare providers to mitigate these risks.

Respectfully submitted,

Lindsey Ohler, Psy.D.
Licensed Psychologist

## References

Ledgerwood, D. M., & Petry, N. M. (2010). Integrating gambling disorder assessments in bipolar disorder treatment: Addressing comorbidity. *Addictive Behaviors*, *35*(3), 205-210.

McIntyre, R. S., McElroy, S. L., Konarski, J. Z., & Soczynska, J. K. (2007). Comorbidity of gambling disorder and bipolar disorder: The impact of manic symptoms. *Psychiatry Research*, *153*(1), 129-132.

Van der Linden, M., & Verbruggen, F. (2006). Bipolar disorder and gambling: The role of impulsivity during manic episodes. *Journal of Affective Disorders*, *92*(1), 123-130.

JOYCE00291

Affirm, Inc.
30 Isabella Street, 4th Floor
Pittsburgh, PA 15212

Hello Matthew Joyce,

Thank you for your patience while we gathered the debt validation materials requested in your recently received request.

Based on our investigation, as of today (5/4/25), the following information is confirmed:

Loan Status: Due
Responsible for repayment: True

Below, please find further applicable loan details.

You can access your Truth in Lending Disclosure and Loan Agreement for this loan as well as your payment history and schedule by signing into your Affirm account online at www.affirm.com.

Affirm, Inc.
30 Isabella Street, 4th Floor
Pittsburgh, PA 15212

Loan: LRQZ-KARM
Date Obtained: 1/2/25
Merchant: Modo
Purchase Amount: $299.99
Loan Amount: $299.99
APR: 24.88%
Term: 6-Month Installment Loan

Remaining Balance*: $213.68

*Please note, for interest-bearing and non-charged off loans, interest accrues daily. The remaining balance being reported is accurate as of the date above.

JOYCE00292

 

# Truth in Lending Disclosure

**LOAN ID: LRQZ-KARM**

| BORROWER | CREDITOR |
|---|---|
| **Matthew Joyce** | **Celtic Bank** |
| 170 MANORDALE DR | 268 South State Street, Suite 300 |
| CHAPEL HILL, NC 27517 | Salt Lake City, UT 84111 |

Number of Payments – **6**

Amount of Each Payment – **$53.69**[*]

Due Monthly Starting – **1/31/25**[*]

| | |
|---|---|
| **ANNUAL PERCENTAGE RATE** - The cost of your credit as a yearly rate | **24.88% APR**[*] |
| **FINANCE CHARGE** - The dollar amount the credit will cost you | **$22.15**[*] |
| **Amount Financed** - The amount of credit provided on your behalf | **$299.99**[*] |
| **Total of Payments** - The amount you will have paid when you have made all scheduled payments | **$322.14**[*] |

**Late Charge:** If a payment is late, you will not be charged a separate fee or penalty.

**Prepayment:**

JOYCE00293

If you pay off early, you will not have to pay a penalty, and you may be entitled to a refund of part of the finance charge.

See your Loan Agreement below for additional information about nonpayment, default, any required repayment in full before the schedule date, and prepayment refunds.

\*This is an estimate based on the amounts known to us on the date this Truth in Lending disclosure is delivered. Merchant may make adjustments to the final amount of your purchase, for example, when the merchant confirms applicable taxes and other ancillary charges to be included in your purchase price. If this occurs, then the final amount of your purchase may increase (up to 15%) and the Amount Financed and interest will increase accordingly. Other estimated amounts disclosed in this Truth in Lending Disclosure may also change. An updated Truth in Lending Disclosure will be provided once these amounts are known, before the first payment is due. Please see Section entitled "The Use of Estimates" below for more details.

**Itemization of the Amount Financed:** Celtic Bank will pay $299.99\* to your transaction account at Evolve Bank & Trust, which will pay Affirm Virtual Card Retailer, on your behalf.

# Loan Agreement

## You Signed & Agreed to the below Loan Agreement on 12/31/24

**THIS AGREEMENT INCLUDES AN ARBITRATION PROVISION IN SECTION 32. IT WILL HAVE A SUBSTANTIAL EFFECT ON YOUR RIGHTS IN THE EVENT OF A DISPUTE UNLESS YOU: (1) OPT OUT PROPERLY IN ACCORDANCE WITH SECTION 32; OR (2) ARE PROTECTED BY THE MILITARY LENDING ACT. FOR EXAMPLE, IF THE LOAN HOLDER ELECTS TO REQUIRE YOU TO ARBITRATE ANY CLAIM, YOU WILL NOT HAVE THE RIGHT TO A JURY TRIAL OR THE RIGHT TO PARTICIPATE IN A CLASS ACTION IN COURT OR IN ARBITRATION.**

### 1. Introduction.

This Loan Agreement ("Agreement") outlines the terms and conditions under which a loan will be issued. The parties (each, a "Party" and collectively, "Parties") to this Agreement are you and Celtic Bank, a Utah State Chartered Industrial Bank, Member FDIC ("Celtic Bank"). "You" and "your" means the borrower under this Agreement. The term "merchant" shall mean the third-

JOYCE00294

party person or company who will be providing and/or delivering merchandise or goods/services to you. The terms "I," "we," "our" refers to the lender. Additionally, for purposes of this Agreement, the terms "Amount Financed" and "Finance Charge" shall mean the Amount Financed and Finance Charge specified in the accompanying Truth in Lending Disclosure. Although you agree that the proceeds for this loan will be disbursed into your transaction account at Evolve Bank & Trust, Evolve Bank & Trust is not the originator of the loan and not a party to this agreement.

## 2. Promise to Pay.

In return for this loan agreement that you have received from Celtic Bank, you promise to pay all amounts you owe under this Agreement to Affirm, by each applicable Due Date, as shown in the Truth in Lending Disclosure, including the Amount Financed and all applicable Finance Charges described in this Agreement. You understand that the Amount Financed and information about your payments, as shown in the Truth in Lending Disclosure provided with this Agreement are an estimate, and a new Truth in Lending Disclosure will be provided to you, as soon as the estimated amounts are known. You are responsible for paying all amounts owed under this Agreement as shown on the Truth in Lending Disclosure, or updated Truth in Lending Disclosure (if any), provided to you. You understand that this Agreement may be assigned. Affirm or any person to whom this Agreement is transferred to is called "the Loan Agreement Holder" in this Agreement.

## 3. Use of Estimates in Truth in Lending Disclosure.

We estimated certain disclosures in the Truth in Lending Disclosure and in this Agreement because we do not know exactly when the proceeds of the loan will be disbursed, or what the final amount of your purchase will be, as determined by the merchant. The estimates are based on the information the merchant or you provided at checkout, and assume the proceeds of the Loan Agreement are disbursed to your transaction account at Evolve Bank & Trust on the date you accept this Agreement (referenced below). Merchant may make adjustments to the final amount of your purchase, for example, when the merchant confirms the final purchase price, and applicable taxes, tips, shipping, and other ancillary charges to be included in your purchase price. The disbursement of the proceeds of the Loan Agreement may occur on or after the date you accept this Agreement. If this occurs, then the estimated amounts disclosed in your Truth in Lending Disclosure may change, such as your Amount Financed, Total of Payments, Finance Charge, and the amount and due date of each payment. You will be provided with an updated Truth in Lending Disclosure once the Amount of Each Payment, Finance Charge, Amount Financed, and Total of Payments become known, before your first payment is due. We may not honor the merchant's request to make adjustments, and the sum of your downpayment and the Amount Financed may never be increased by more than 15% over the sum of your downpayment and the estimated Amount Financed shown on the first Truth in Lending Disclosure we provide you for each transaction. If your payment plan is not adjusted, your transaction may be declined and this Agreement may be cancelled. If the proceeds of your loan are disbursed after the date you accept this Agreement and you make all your payments on time, the interest you owe may be less than the Finance Charge, the due dates of your monthly payments will be later than the due dates specified in the Truth in Lending Disclosure, and the amount of your final scheduled payment may be less than the amount of the final scheduled payment specified in the Truth in Lending Disclosure.

## 4. Term.

The scheduled term of your loan begins when Celtic Bank pays the proceeds of your loan and ends the same numerical day 6

JOYCE00295

calendar months later except as set forth in Section 6. You will pay all amounts outstanding on your loan no later than the end of the scheduled term.

## 5. Interest.

You will pay interest at an annual percentage rate (APR) of 24.88% APR. This is a simple interest loan, which means that interest accrues daily on the unpaid principal balance, up to the amount of the Finance Charge, until you pay the loan in full.

## 6. Payments.

Your loan requires you to make minimum payments of principal and interest in an amount sufficient to pay off your Principal Amount and accrued interest by the end of the loan term. You will pay your loan in 6 Monthly payments. You will pay each payment due under this Agreement by each due date, as shown on the Truth in Lending Disclosure, or updated Truth in Lending Disclosure (if any). Your final monthly payment may be more or less than the regularly scheduled payment. The amount and due date of each payment shown on the Truth in Lending Disclosure is an estimate. You will be notified of your actual payment amounts before your first payment is due. Your **first payment** is due, on or about 1/31/25. You will be notified later of the exact date your first monthly payment is due.

## 7. Application of Payments.

Payments are allocated first to interest, and then to principal.

**Underpayment:** If an early payment is less than the amount of the next scheduled installment, then you must pay the difference on or before the corresponding installment due date.

**Overpayment:** Making an installment payment in excess of what is due may reduce the total amount of interest you are scheduled to pay under this Agreement, and may reduce the number and/or amount of and your remaining payments (starting with your last payment and working backwards). However, you cannot generally rely on an excess payment made on or before one installment due date to satisfy the installment obligation associated with the next installment due date.

**Multiple payments in one installment period:** After making a complete installment payment (in one or multiple submissions) any subsequent payment not applied to the previous installment will be applied to the subsequent installment due. For example, if you have a twelve (12) month installment loan and, on your second installment due date, you make one payment of double the amount due, you will still owe a regular installment payment on your third due date (however, that extra payment may reduce the amount of interest you pay and may reduce or eliminate your twelfth installment payment). Alternatively, if you submit one complete installment payment before your second installment is due, and then submit an additional complete installment payment the same day, that second payment will be applied to your third installment.

## 8. Late Payment Fee.

You will never be charged any late fee.

## 9. Payment Methods.

JOYCE00296

You will make your payments, using one of the methods made available to you by the Loan Holder, which currently consists of: (1) debit card, (2) ACH transfer, or (3) check. Unless you are notified otherwise, you will send checks by U.S. Mail to Affirm, Inc. - Customer PO Box 201209, Dallas, TX 75320-1209.

If you elect to make a payment by check, you understand your check must be made payable to Affirm. When paying by check, you will send a separate check for **each** loan you intend to make a payment for and will include the Loan ID in the memo line of the check to indicate which loan it should be applied towards. You understand that if the payment you submit does not meet these requirements, it may not be processed, may be processed late, or may be processed as the Loan Agreement servicer deems appropriate.

## 10. Returned/Unsuccessful Payment(s).

If you attempt to make a loan payment, whether by automated withdrawal from an account designated by you or by other means, and the loan payment is unsuccessful or returned for any reason, **we will not charge you any fees**. However, you understand that your financial or banking institution may charge you a fee for a returned or unsuccessful loan payment. We will not be held responsible for any fees assessed by your financial or banking institution for returned or unsuccessful loan payments.

## 11. Request to Close Account.

You may initiate a request to close your account by contacting us at customercare@affirm.com or visiting the "Affirm, Inc.'s Help Center" and entering "How do I close my account?". We reserve the right to review your request for an account closure, to require additional telephone confirmation, and to exercise discretion on whether your request will be approved. If we do approve your request for an account closure, we will close your account(s) in a timely fashion. Once your account(s) is closed, you will no longer be able to sign in into the account or view any loan history associated with the closed account. You may not close your account to evade an investigation. You may not close your account while you have an outstanding loan. We will retain your account information in accordance with our Privacy Policy and any applicable state or federal law, rule or regulation.

## 12. Your Right to Prepay.

You may prepay your loan in full or in part at any time without penalty. You understand prepayments will be applied to your loan as set forth in Section 7. You are entitled to a refund of any amounts you may pay to the Loan Holder in excess of the remaining principal balance and accrued interest as of the date of prepayment. Notwithstanding the foregoing, you agree that the Loan Holder may set off any amounts you are entitled to against any amounts you owe the Loan Holder on any other loan or otherwise.

## 13. Return of Goods and/or Cancellation of Services.

If you return and/or cancel any goods and/or services that have been purchased with the proceeds of this loan, you understand and agree that you are not entitled to receive any cash refund from the merchant from whom you purchased such goods and/or services. Instead, you authorize the merchant to issue any such refund to the Loan Holder on your behalf. Any amounts received by the Loan Holder pursuant to this section will be applied to your account as of the date of receipt of

JOYCE00297

such amounts by the Loan Holder. In the event a refund is issued to your account, you agree that it will be applied to your outstanding principal balance, to the extent permitted by applicable law, and will generally not change the amount of your upcoming monthly payments, although it may reduce or eliminate monthly payments due at or immediately before your originally-scheduled maturity date. You also agree that, unless applicable law requires otherwise, **you will generally not receive a rebate of any interest that may have already accrued on an amount that later gets refunded. All returns and/or cancellations are subject to the merchant's standard return policies** in effect as of the date of your purchase, which may include a restocking fee. You acknowledge that you have reviewed the merchant's return policy.

## 14. Down Payments.

For the purchase of certain merchandise and goods/services, you may be required to make an immediate, one-time down payment in order to complete your transaction.

In the event that any down payment required in connection with your transaction is returned or is otherwise unsuccessful, you agree to arrange for immediate repayment of such down payment and further understand that the down payment may be added to the total amount financed such that interest will accrue on it until repaid (but at no time shall the total accrued interest be more than the Finance Charge disclosed in the Truth in Lending Disclosure).

If you return and/or cancel any goods and/or services that have been purchased with the proceeds of this loan and you made a down payment in connection with such purchase, you agree that, unless prohibited by applicable law, the full amount of any refund may be applied first to the financed amount before any of the down payment is returned.

## 15. Failure to Pay as Required.

a. Default. If you do not pay the full amount of each monthly payment on or before the date it is due, you will be in default.

b. Notice of Default. If you are in default, the Loan Holder may, subject to applicable law, send you a notice telling you that if you do not pay the overdue amount by a certain date, the Loan Holder may require you to pay immediately the full amount of your loan, including any accrued interest.

c. No Waiver by the Loan Holder. Even if, at a time when you are in default, the Loan Holder does not require you to pay immediately in full as provided in Section 15(b), the Loan Holder will still have the right to do so if you are in default at a later time.

d. Payment of the Loan Holder's Costs and Expenses. If the Loan Holder has required you to pay immediately in full as described above, the Loan Holder will have the right to be paid back by you for all of its costs and expenses in enforcing this Agreement to the extent not prohibited by applicable law. Those expenses include, for example, reasonable attorneys' fees.

## 16. Collection.

You agree that if you fail to pay any amount owed on the loan then the Loan Holder may engage in collection efforts to recover those amounts. These collection efforts may involve contacting you directly, submitting your information to a

JOYCE00298

collection agency, or taking legal action.

## 17. Credit Reports and Monitoring.

You authorize the Loan Holder or its representative to obtain consumer credit reports about you on an ongoing basis until your obligations under this Agreement are satisfied. The Loan Holder or its representative **may** report information about your loan to the credit bureaus. **Late payments, missed payments or other defaults on your loan may be reflected in your credit report and may impact your credit score (e.g. FICO score).**

## 18. Credit Bureau Disputes.

If you believe that any information about your loan that the Loan Holder or its representative has furnished to a consumer reporting agency is inaccurate, or if you believe that you have been the victim of identity theft in connection with any loan made by Celtic Bank in connection with this Agreement, you may write to Loan Holder c/o Affirm, Inc., Attn: Credit Bureau Disputes, 30 Isabella Street, Floor 4, Pittsburgh, PA 15212. In your letter, you will: (i) provide your name and Loan ID, (ii) identify the specific information that you are disputing, (iii) explain the basis for the dispute; and (iv) provide any supporting documentation you have that substantiates the basis of the dispute. If you believe that you have been the victim of identity theft, you may submit an identity theft affidavit or identity theft report.

## 19. Verification.

You authorize the Loan Holder or its representative to verify the information you provided in connection with your application. You understand that the Loan Holder or its representative may require additional identity verification/validation information from you directly at any time while your loan obligations under this Agreement exist. You give the Loan Holder or its representative consent to obtain information about you from a consumer reporting agency and other sources at any time you have repayment obligations under this Agreement.

## 20. Partial Payments Marked Payment in Full; Settlements.

You understand that any payment you send the Loan Holder for less than the total outstanding balance due under this Agreement that is marked "payment in full" or with any similar language or that you otherwise tender as full satisfaction of a disputed amount must be sent to the Loan Holder c/o Affirm, Inc., Attn: Payment of Disputed Amount, 30 Isabella Street, Floor 4, Pittsburgh, PA 15212. That amount may be deposited without such a deposit affecting a satisfaction of the disputed amount. A late payment, a partial payment, or a payment marked with any restrictive language may be processed without effect on the terms of this Agreement. Any settlement of your loan for less than what is owed requires the Loan Holder's written agreement.

## 21. Notices.

Unless applicable law requires a different method, any notice that must be given to you under this Agreement may be given, at the Loan Holder's option, electronically, by telephone, in writing by U.S. Mail, or by providing it to you in any other manner, in each instance using the contact information the Loan Holder or its representative has on file for you. To the extent permitted under applicable law, any notice the Loan Holder gives to you will be effective and deemed delivered when sent. You must send notices to the Loan Holder c/o Affirm, Inc., 30 Isabella Street, Floor 4, Pittsburgh, PA 15212 unless a different

JOYCE00299

address is later provided to you in writing. To the extent permitted under applicable law, any notice you send to the Loan Holder will not be effective until the Loan Holder receives it and has had a reasonable opportunity to act on such notice.

## 22. Bankruptcy

You agree to send all bankruptcy notices and related correspondence to the Loan Holder c/o Affirm, Inc., Attention: Bankruptcy Notice, 30 Isabella Street, Floor 4, Pittsburgh, PA 15212. You promise that You have no current intent to file any bankruptcy petition and have not consulted a bankruptcy attorney in the past six months.

## 23. Notices of Change in Circumstances.

You agree to notify the Loan Holder of any changes to your name, mailing or e-mail address, or phone number (including your cell phone number) within fifteen (15) days by writing to the Loan Holder c/o Affirm, Inc., 30 Isabella Street, Floor 4, Pittsburgh, PA 15212. You understand the Loan Holder will rely on your cell phone number, mailing and e-mail addresses the Loan Holder has on file for you for any and all communications addressed to you unless or until either you, or, in the case of your mailing address, the U.S. Postal Service, notifies the Loan Holder of a change of address, or the Loan Holder otherwise has reason to know the contact information is no longer valid, and it has had a reasonable opportunity to act on such notice. You agree to cooperate with and participate in any verification process the Loan Holder may require in completing this change, and understand that your failure to do so may prevent your ability to access the account.

## 24. Contacting You; Phone and Text Messages; Call Recording.

You expressly authorize the Loan Holder and its affiliates, agents, contractors, collectors, representatives, assigns and servicers/service providers (collectively, the "Messaging Parties") to contact you using automatic telephone dialing systems, automated dialer systems, artificial or pre-recorded voice message systems, text messaging systems, and automated e-mail systems for any and all purposes arising out of or relating to this Agreement or your loan and in order to provide you with information about this Agreement and your loan, including information about upcoming payment due dates, missed payments and returned payments. You authorize the Messaging Parties to make such contacts using any telephone numbers (including wireless, landline and VOIP numbers) or e-mail addresses you supply to the Messaging Parties in connection with this Agreement, the Messaging Parties' servicing and/or collection of amounts you owe the Messaging Parties or any other matter. You understand that anyone with access to your telephone or e-mail account may listen to or read the messages the Messaging Parties leave or send you, and you agree that the Messaging Parties will have no liability for anyone accessing such messages. You further understand that, when you receive a telephone call, text message or e-mail, you may incur a charge from the company that provides you with telecommunications, wireless and/or Internet services, and you agree that the Messaging Parties will have no liability for such charges. You expressly authorize the Messaging Parties to monitor and record your calls with the Messaging Parties. To the extent you have the right under applicable law to revoke this authorization, you agree you may do so, **in writing**, by contacting the Loan Holder at 30 Isabella Street, Floor 4, Pittsburgh, PA 15212.

## 25. Waivers

You waive the rights of Presentment and Notice of Dishonor. "Presentment" means the right to require the Loan Holder to demand payment of amounts due. "Notice of Dishonor" means the right to require the Loan Holder to give notice to you that

JOYCE00300

amounts due have not been paid.

## 26. Check Conversion Notification; Electronic Check Re-Presentment.

If you provide a check as payment, you authorize the Loan Holder or its representative either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When information from a check is used to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day payment is received, and you will not receive your check back from your financial institution. In the event a check is returned unpaid for insufficient or uncollected funds, the Loan Holder or its representative may re-present the check electronically. If you have questions, you can contact the Loan Holder at (855) 423-3729. In the ordinary course of business, the check will not be provided to you with your bank statement, but a copy can be retrieved by contacting your financial institution.

## 27. Loan Charges.

If a law, which applies to your loan and sets maximum loan charges, is finally interpreted so that the interest or other loan charges collected or to be collected in connection with your loan exceeded or exceeds the permitted limit, then: (a) any such loan charge will be reduced by the amount necessary to reduce the charge to the permitted limit; and (b) any sums already collected from you which exceeded permitted limits will be refunded to you, subject to the Loan Holder's right of set off provided in Section 12. The Loan Holder may choose to make this refund by reducing the amount you owe or by making a direct payment to you.

## 28. When a Loan Is Made.

Celtic Bank makes a loan to you and you receive a loan from Celtic Bank when Celtic Bank disburses the proceeds of the loan to your Transaction Account at Evolve Bank & Trust. After you are approved for a loan and agree to the terms of this Agreement, Celtic Bank may decide not to make you a loan for any reason.

## 29. Assignment.

You agree the Loan Holder may sell or otherwise transfer its rights under this Agreement and amounts owed by you at any time. If it does, this Agreement will remain in effect. You may not transfer your rights under this Agreement without the Loan Holder's written permission, which it is not required to give. Any attempt to do so will be void. Your obligations under this Agreement apply to all of your heirs, successors and permitted assigns, if any. The Loan Holder's rights under this Agreement apply to it and each of its successors and assigns.

## 30. Non-Negotiable Instrument.

This Agreement is not a negotiable instrument.

## 31. Privacy Notice.

You acknowledge that you received a copy of Celtic Bank's privacy notice with this Agreement or within the past 12 months.

## 32. Arbitration.

JOYCE00301

**THIS SECTION AFFECTS YOUR RIGHTS, PLEASE READ CAREFULLY BEFORE AGREEING TO THESE TERMS.** Except as otherwise explicitly provided in this Section, any Loan Holder, and Affirm, Inc. (together with their parent companies, wholly or majority-owned subsidiaries, affiliates, commonly-owned companies, successors, assigns and any of these entities' employees, officers, directors and agents and their successors, assigns and affiliates, the "Transaction Parties") and you can elect to resolve any past, present or future dispute or claim arising from or relating in any way to your loan, this Agreement, or the relationships that result from any of the foregoing, that cannot be resolved directly between you and a Transaction Party, by binding arbitration under the Consumer Arbitration Rules ("the Consumer Rules") of the American Arbitration Association ("AAA"), rather than in court. (For purposes of this Section, the term Transaction Parties also includes any third party providing any goods and/or services in connection with your loan, including the merchant to which your loan proceeds were disbursed, or the origination, servicing and collection of this Agreement, if that third party is named as a defendant along with a Transaction Party in a single proceeding.) Except as otherwise explicitly provided in this Section, this broadly includes: any claims based in contract, statute, tort, fraud, consumer rights, misrepresentation, equity or any other legal theory; initial claims, counterclaims, cross-claims and third-party claims; federal, state and local claims; and claims which arose before the date of this Agreement. The Federal Arbitration Act ("FAA") and federal arbitration law apply to this Agreement. There is no judge or jury in arbitration and court review of an arbitration award is limited, but an arbitrator can award an individual the same damages and relief as a court in an individual case and must apply and follow the terms of this Agreement as a court would. The arbitrator shall apply applicable statutes of limitations and honor privilege rules. Any judgment on the award rendered by the arbitrator will be final and may be entered in any court of competent jurisdiction.

**YOU UNDERSTAND THAT ABSENT YOUR CONSENT TO ARBITRATION, YOU WOULD HAVE THE RIGHT TO SUE IN COURT AND HAVE A TRIAL BY JURY.**

Either a Transaction Party or you can initiate arbitration through AAA, an alternative dispute resolution provider. or by filing a motion to compel arbitration of claims filed in court. Regardless of who elected arbitration or how arbitration was elected, the party asserting the claim (i.e., the party seeking money damages or other relief from a court or an arbitrator) is responsible for starting the arbitration proceeding. If AAA cannot serve, a court with jurisdiction shall select the arbitrator, who will apply the AAA rules and procedures specified in this Section. Any arbitration will be governed by the then-current Consumer Rules of the AAA ("Consumer Rules"), and its Procedures for the Resolution of Disputes through Document Submission ("Document Submission Procedures"). The Consumer Rules are available at the AAA website: www.adr.org. The Document Submission Procedures are included in the Consumer Rules. Your arbitration filing fees will be governed by the Consumer Rules. If it is determined by the arbitrator that I cannot afford such fees, a Transaction Party will pay all arbitration fees and expenses. The arbitration will be conducted solely based on written submissions. The arbitration will not require any personal appearance by the parties or witnesses unless the arbitrator determines that a telephonic or in-person conference or hearing is necessary based on the request of one or more of the parties. Disputes or controversies about the validity, enforceability, coverage or scope of this Arbitration Section or any part thereof are for a court and not an arbitrator to decide; however, disputes or controversies about the Agreement as a whole are for an arbitrator and not a court to decide.

**CLASS ACTION WAIVER:** The Transaction Parties and you each agree that any arbitration will be conducted only on an

JOYCE00302

individual basis and not as a class, consolidated or representative action. To the fullest extent permitted by law: (a) no arbitration will be joined or consolidated with any other; (b) there is no right or authority for any dispute to be arbitrated on a class-action or private attorney general basis or to utilize class action procedures; and (c) there is no right or authority for any dispute to be brought in a purported representative capacity on behalf of the general public or any other persons. No arbitrator shall have the authority to issue any relief that applies to any person or entity other than Transaction Parties and/or you individually.

If for any reason a claim proceeds in court rather than in arbitration, we each waive any right to a jury trial. Even if all parties have opted to litigate a claim in court, a party may elect arbitration with respect to any claim made by a new party or any claim later asserted by a party in that or any related or unrelated lawsuit (including a claim initially asserted on an individual basis but modified to be asserted on a class, representative or multi-party basis). Nothing in that litigation shall constitute a waiver of any rights under this Arbitration Section. The Transaction Parties and you agree that any disputes seeking to enforce or protect, or concerning the validity of intellectual property rights will not be subject to binding arbitration under this Section. In addition, pursuant to the Consumer Rules, any party may proceed with their individual claims in small claims court if that option is available in the applicable jurisdiction and the amount in controversy falls within the small claims court's jurisdictional limits; but if that action is transferred, removed or appealed to a different court, arbitration can be elected. If any portion of this Arbitration Section is inconsistent with the Consumer Rules or other provisions of this Agreement, this Arbitration Section shall govern. This Arbitration Section shall survive termination of this Agreement, repayment, sale or assignment of the loan, and any bankruptcy by you, to the extent consistent with applicable bankruptcy law. No portion of this Arbitration Section may be amended absent a written agreement signed by all parties. If any portion of this Arbitration Section is deemed invalid or unenforceable, it shall not invalidate the remaining portions of this Arbitration Section, except that: (A) If the Class Action Waiver is limited, voided or found unenforceable, then this Arbitration Section (except for this sentence) shall be null and void with respect to such proceeding, subject to the right to appeal the limitation or invalidation of the Class Action Waiver. The parties acknowledge and agree that under no circumstances will a class action be arbitrated; and (B) if a claim is brought seeking public injunctive relief and a court determines that the restrictions in the Class Action Waiver or elsewhere in this Arbitration Section prohibiting the arbitrator from awarding relief on behalf of third parties are unenforceable with respect to such claim (and that determination becomes final after all appeals have been exhausted), the claim for public injunctive relief will be determined in court and any individual claims seeking monetary relief will be arbitrated. In such a case the parties will request that the court stay the claim for public injunctive relief until the arbitration award pertaining to individual relief has been entered in court. In no event will a claim for public injunctive relief be arbitrated. No arbitration award involving the parties will have any preclusive effect as to issues or claims in any dispute involving anyone who is not a party to the arbitration, nor will an arbitration award in prior disputes involving other parties have a preclusive effect in an arbitration between the parties to this Arbitration Section.

**RIGHT TO OPT OUT:** If you do not want this Arbitration Section to apply, you must send the Loan Holder a **signed notice within 30 calendar days after you sign the Agreement.** You must send the notice in writing (and not electronically) to Loan Holder c/o Affirm, Inc. Attn. "Arbitration Opt Out", 30 Isabella Street, Floor 4, Pittsburgh, PA 15212. You must provide your name, address and Loan ID and state that you "opt out" of the Arbitration Section. Opting out will not affect the other

JOYCE00303

provisions of this Agreement. If you opt out, it will apply only to this Agreement.

## 33. Other Terms.

This Agreement is governed by the laws of the United States of America, and, to the extent state law applies, the laws of Utah, regardless of the conflicts of laws principles of any jurisdiction, except where such application is prohibited by applicable law.

No modification to this Agreement is effective unless made in writing and signed by the Loan Holder and me. Except as provided in Section 32, if any provision of this Agreement is found to be invalid or unenforceable, all other provisions will be enforced and construed as if the invalid provisions were never a part of this Agreement.

See Affirm's Terms of Service and Privacy Policy for additional information.

## 34. Covered Borrowers under the Military Lending Act.

Federal law provides important protections to members of the Armed Forces and their dependents relating to extensions of consumer credit. In general, the cost of consumer credit to a member of the Armed Forces and his or her dependents may not exceed an annual percentage rate of 36 percent. This rate must include, as applicable to the credit transaction or account: The costs associated with credit insurance premiums; fees for ancillary products sold in connection with the credit transaction; any application fee charged (other than certain application fees for specified credit transactions or accounts); and any participation fee charged (other than certain participation fees for a credit card account).

Notwithstanding any other provision of this Agreement, Sections 32 and 33 shall not apply to a "covered borrower" under the Military Lending Act, as defined in 32 C.F.R. § 232.3(g). Furthermore, nothing in this Agreement shall be construed as applying to a covered borrower to the extent inconsistent with the Military Lending Act.

To obtain an oral statement regarding the Military Annual Percentage Rate and a description of the payment obligation, covered borrowers may call the following toll-free phone number: (855) 439-7185.

## NOTICE

**ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

**All Borrowers, including California/New York/Rhode Island/Utah/Vermont Residents**

You give Celtic Bank and its agents, successors, and assigns permission to obtain one or more consumer credit reports from one or more credit reporting agencies in connection with any transaction, or extension of credit, and on an ongoing basis, for the purpose of reviewing the account created by this Agreement, taking collection action on this Agreement, or for any other legitimate purposes associated with this Agreement. Upon your request, you will be informed of whether or

JOYCE00304

not a consumer credit report was ordered, and if it was, you will be given the name and address of the consumer reporting agency that furnished the report. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

**All Borrowers, Including Maine/Missouri/Nebraska/Oregon/Utah/Washington Residents**

**Oral agreements or commitments to loan money, extend credit or to forbear from enforcing repayment of a debt, including promises to extend or renew such debt, are not enforceable. To protect you (borrower) and Celtic Bank from misunderstanding or disappointment, any agreements Celtic Bank and you reach covering such matters are contained in this writing, which is the complete and exclusive statement of the agreement between Celtic Bank and you, except as we may later agree in writing to modify.**

**All Borrowers, including Kansas Residents**

**NOTICE TO CONSUMER:**

**1. Do not sign this Agreement before you read it.**

**2. You are entitled to a copy of this Agreement.**

**3. You may prepay the unpaid balance at any time without penalty and may be entitled to receive a refund of unearned charges in accordance with law.**

**California Residents** A married applicant may apply for a separate account.

**Maryland Residents** To the extent, if any, that Maryland law applies to this Agreement, the Credit Grantor Closed-End Credit Provisions in Title 12, Subtitle 10 of the Commercial Law Code are hereby elected as the applicable Maryland law.

**Massachusetts Residents**

Massachusetts law prohibits discrimination based upon marital status or sexual orientation.

**New Hampshire Residents**

You shall be awarded reasonable attorney's fees if you prevail in any legal action you bring against the Loan Holder or the Loan Holder brings against you. If you successfully assert a partial defense, set-off or counterclaim against the Loan Holder in an action the Loan Holder brings against you, the court or arbitrator may withhold from the Loan Holder the entire amount or such portion of the attorney's fees as it considers equitable. You or your attorney may file a complaint

JOYCE00305

with the New Hampshire Commissioner of Banking, State of New Hampshire Banking Department, 53 Regional Drive, Suite 200, Concord, NH 03301. Instructions for filing complaints can be found on the Commissioner's website at www.nh.gov/banking/consumer-assistance/complaint.htm.

**New Jersey Residents**

The section headings of the Agreement are a table of contents and not contract terms. Portions of this Agreement with references to actions taken to the extent of applicable law apply to acts or practices that New Jersey law permits or requires. In this Agreement, acts or practices (i) by you which are or may be permitted by "applicable law" are permitted by New Jersey law, and (ii) that may or will be taken by you unless prohibited by "applicable law" are permitted by New Jersey law.

**New York Residents**

New York residents may contact the New York State Department of Financial Services by telephone at 1-877-226-5697 or visit its website at http://dfs.ny.gov for free information on comparative rates, fees and grace periods.

**Ohio Residents**

The Ohio laws against discrimination require that all creditors make credit equally available to all creditworthy customers, and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio Civil Rights Commission administers compliance with this law.

**Texas Residents**

**This written loan agreement represents the final agreement between the parties and may not be contradicted by evidence of prior, contemporaneous, or subsequent oral agreements of the parties. There are no unwritten oral agreements between the parties.**

**Utah Residents**

NO CLASS ACTIONS. YOU AGREE AND ACKNOWLEDGE THAT PURSUANT TO UTAH CODE ANN. § 70C-4-105 YOU ARE WAIVING YOUR RIGHT TO INITIATE OR PARTICIPATE IN A CLASS ACTION RELATED TO THIS AGREEMENT.

**Married Wisconsin Residents**

If you are married: (1) you confirm that the loan is being incurred in the interest of your marriage or family. (2) No provision of any marital property agreement, unilateral agreement, or court decree under Wisconsin's Marital Property Act will adversely affect a creditor's interest unless prior to the time credit is granted, the creditor is furnished a copy of

JOYCE00306

that agreement or decree or is given complete information about the agreement or decree. (3) You understand and agree that Celtic Bank will provide a copy of this Agreement to your spouse for his or her information. **If the loan for which you are applying is granted, you agree to notify Celtic Bank if you have a spouse who needs to receive notification that credit has been extended to you by sending your name, Loan ID and your spouse's name and address to Celtic Bank c/o Affirm, Inc., Attn: Wisconsin Resident, 30 Isabella Street, Floor 4, Pittsburgh, PA 15212.**

<div style="border:1px solid black; padding:1em;">

**CAUTION-IT IS IMPORTANT THAT YOU THOROUGHLY READ THE CONTRACT BEFORE YOU SIGN IT.**

**NOTICE TO BORROWER**

**(a) DO NOT SIGN THIS AGREEMENT BEFORE YOU READ IT, EVEN IF OTHERWISE ADVISED.**

**(b) DO NOT SIGN THIS AGREEMENT IF IT CONTAINS ANY BLANK SPACES.**

**(c) YOU ARE ENTITLED TO AN EXACT COPY OF ANY AGREEMENT YOU SIGN.**

**(d) YOU HAVE THE RIGHT AT ANY TIME TO PAY IN ADVANCE THE UNPAID BALANCE DUE UNDER THIS AGREEMENT. IF YOU REPAY YOUR LOAN EARLIER THAN THE MATURITY DATE THEN YOU MAY PAY LESS IN THE FINANCE CHARGE SET FORTH IN THE TRUTH IN LENDING DISCLOSURE.**

</div>

By confirming the loan terms, Matthew Joyce electronically accepted/signed on 12/31/24.

Version 3.0

JOYCE00307

Affirm, Inc.
30 Isabella Street, 4th Floor
Pittsburgh, PA 15212

*affirm*

Hello Matthew Joyce,

Thank you for your patience while we gathered the debt validation materials requested in your recently received request.

Based on our investigation, as of today (5/4/25), the following information is confirmed:

Loan Status: Paid in Full
Responsible for repayment: False

Below, please find further applicable loan details.

You can access your Truth in Lending Disclosure and Loan Agreement for this loan as well as your payment history and schedule by signing into your Affirm account online at www.affirm.com.

Affirm, Inc.
30 Isabella Street, 4th Floor
Pittsburgh, PA 15212

Loan: PT8V-YEAX
Date Obtained: 12/30/24
Merchant: Modo
Purchase Amount: $284.99
Loan Amount: $213.74
APR: 0.00%
Term: 3 Bi-weekly Installment Loan

Remaining Balance*: $0.00
Paid Off Date: 1/8/25

*Please note, for interest-bearing and non-charged off loans, interest accrues daily. The remaining balance being reported is accurate as of the date above.

JOYCE00308

 

# Truth in Lending Disclosure

**Payment Agreement ID: PT8V-YEAX**

| BORROWER | CREDITOR |
|---|---|
| **Matthew Joyce** | **Affirm Loan Services** |
| 170 MANORDALE DR | 650 California Street |
| CHAPEL HILL, NC 27517 | San Francisco, CA 94108 |

Number of Payments – **3**

Amounts of Payments 1 through 2 – **$71.25**[*]

Amount of Payment 3 – **$71.24**[*]

Due Biweekly Starting – **1/9/25**[*]

| | |
|---|---|
| **ANNUAL PERCENTAGE RATE** - The cost of your credit as a yearly rate | **0.00% APR** |
| **FINANCE CHARGE** - The dollar amount the credit will cost you | **$0.00**[*] |
| **Amount Financed** - The amount of credit provided on your behalf | **$213.74**[*] |
| **Total of Payments** - The amount you will have paid when you have made all scheduled payments | **$213.74**[*] |

JOYCE00309

**Late Charge:** If a payment is late, you will not be charged a separate fee or penalty.

**Prepayment:**

If you pay off early, you will not have to pay a penalty, and you may be entitled to a refund of part of the finance charge.

See your Payment Agreement below for additional information about nonpayment, default, any required repayment in full before the schedule date, and prepayment refunds.

*This is an estimate based on the merchant processing your order on 12/26/24 and the amounts known to us on the date this Truth in Lending disclosure is delivered. Merchant may make adjustments to the final amount of your purchase, for example, when the merchant confirms applicable taxes and other ancillary charges to be included in your purchase price. If this occurs, then the final amount of your purchase may increase (up to 15%) and the Amount Financed and Interest will increase accordingly. Other estimated amounts disclosed in this Truth in Lending Disclosure may also change. An updated Truth in Lending Disclosure will be provided once these amounts are known, before the first payment is due. Please see Section entitled "The Use of Estimates" below for more details.

**Itemization of the Amount Financed:** Affirm Loan Services will pay $284.99* to your transaction account at Evolve Bank & Trust, which will pay Affirm Virtual Card Retailer, on your behalf.

# Payment Agreement

## You Signed & Agreed to the below Payment Agreement on 12/26/24

**THIS AGREEMENT INCLUDES AN ARBITRATION PROVISION IN SECTION 30. IT WILL HAVE A SUBSTANTIAL EFFECT ON YOUR RIGHTS IN THE EVENT OF A DISPUTE UNLESS YOU: (1) OPT OUT PROPERLY IN ACCORDANCE**

JOYCE00310

**WITH SECTION 30; OR (2) ARE PROTECTED BY THE MILITARY LENDING ACT. FOR EXAMPLE, IF THE PAYMENT AGREEMENT HOLDER ELECTS TO REQUIRE YOU TO ARBITRATE ANY CLAIM, YOU WILL NOT HAVE THE RIGHT TO A JURY TRIAL OR THE RIGHT TO PARTICIPATE IN A CLASS ACTION IN COURT OR IN ARBITRATION.**

## 1. Introduction.

This document outlines the terms and conditions under which this agreement ("Payment Agreement" or "Agreement") is made. The parties (each, a "Party" and collectively, "Parties") to this Agreement are you and Affirm Loan Services, LLC ("Affirm"), located at 650 California St. 12th Floor, San Francisco, CA 94108. "You" and "your" means the borrower under this Agreement. The term "merchant" shall mean the third-party person or company who will be providing and/or delivering merchandise or goods/services to you. The terms "I," "we," "our" refers to the lender.

## 2. Promise to Pay.

In return for this payment agreement that you have received from Affirm Loan Services, you promise to pay all amounts you owe under this Agreement to Affirm, by each applicable Due Date, as shown in the Truth in Lending Disclosure, including the Amount Financed and all applicable Finance Charges described in this Agreement. You understand that the Amount Financed and information about your payments, as shown in the Truth in Lending Disclosure provided with this Agreement are an estimate, and a new Truth in Lending Disclosure will be provided to you, as soon as the estimated amounts are known. You are responsible for paying all amounts owed under this Agreement as shown on the Truth in Lending Disclosure, or updated Truth in Lending Disclosure (if any) provided to you. You understand that this Agreement may be assigned. Affirm or any person to whom this Agreement is transferred to is called "the Payment Agreement Holder" in this Agreement.

## 3. Use of Estimates in Truth in Lending Disclosure.

We estimated certain disclosures in the Truth in Lending Disclosure and in this Agreement because we do not know exactly when the proceeds of the Payment Agreement will be disbursed or what the final amount of your purchase will be, as determined by the merchant. The estimates are based on the information the merchant or you provided at checkout, and assume the proceeds of the Payment Agreement are disbursed on the date you accept this Agreement. Merchant may make adjustments to the final amount of your purchase, for example, when the merchant confirms the final purchase price, and applicable taxes, tips, shipping, and other ancillary charges to be included in your purchase price. The disbursement of the proceeds of the Payment Agreement may occur on or after the date you accept this Agreement. If this occurs, then the estimated amounts disclosed in your Truth in Lending Disclosure may change, such as your Amount Financed, Total of Payments, Finance Charge, and the amount and due date of each payment. You will be provided with an updated Truth in Lending Disclosure once Amount of Each Payment, Finance Charge, Amount Financed, and Total of Payments become known, before your first payment is due. We may not honor the merchant's request to make adjustments, and the sum of your downpayment and the Amount Financed may never be increased by more than 15% over the sum of your downpayment and the estimated Amount Financed shown on the first Truth in Lending Disclosure we provide you for each transaction. If your payment plan is not adjusted, your transaction may be declined and this Agreement may be cancelled.

JOYCE00311

**4. Term.**

Your Agreement begins when Affirm disburses the loan proceeds and ends as set forth in Section 6. You will pay all amounts outstanding on your Payment Agreement no later than the end of the scheduled term.

**5. Interest.**

You will pay interest at a yearly rate of 0% APR (Finance Charge), which means you are not required to pay any interest or other finance charges.

**6. Payments.**

You promise to make payments on or before the due dates set forth in the repayment schedule that Affirm will provide to you until you have paid all of the principal required under this Agreement. Your **first payment** is due on or about 1/9/25. You will be notified later the exact date your first payment is due.

**7. Application of Payments.**

Because this Payment Agreement is non-interest bearing, payments are wholly allocated to the principal.

*Underpayment*: If an early payment is less than the amount of the next scheduled installment, then you must pay the difference on or before the corresponding installment due date.

*Overpayment*: Making an installment payment in excess of what is due may reduce the number and/or amount of any of your remaining payments (starting with your last payment and working backwards). However, you cannot generally rely on an excess payment made on or before one installment due date to satisfy the installment obligation associated with the next installment due date. For example, if you have a four (4) installment payment agreement and, on your second installment due date, you make a payment greater than your required installment, you will still owe a regular installment payment on your third due date (but that extra payment may reduce or eliminate your fourth installment payment).

*Multiple payments in one installment period*: After making a complete installment payment (in one or multiple submissions) any subsequent payment not applied to the previous installment will be applied to the subsequent installment due.

For example, if you have a four (4) installment payment agreement and, on your second installment due date, you make one payment of double the amount, you will still owe a regular installment payment on your third due date (however, that extra payment may reduce or eliminate your fourth installment payment). Alternatively, if you submit one complete installment payment before your second installment is due, and then submit an additional complete installment payment the same day, that second payment will be applied to your third installment.

**8. Late Payment Fee.**

You will never be charged any late fee.

JOYCE00312

### 9. Payment Methods.

You will make your payments, using one of the methods made available to you by the Payment Agreement Holder, which currently consists of: (1) debit card, (2) ACH transfer, (3) check, or (4) credit card. Unless you are notified otherwise, you will send checks by U.S. Mail to Affirm, Inc. - Customer PO Box 201209, Dallas, TX 75320-1209.

If you elect to make a payment by check, you understand your check must be made payable solely to Affirm. When paying by check, you will send a separate check for each loan you intend to make a payment for and will include the Payment Agreement ID in the memo line of the check to indicate which loan it should be applied towards. You understand that if the payment you submit does not meet these requirements, it may not be processed, may be processed late, or may be processed as the Payment Agreement servicer deems appropriate.

### 10. Returned/Unsuccessful Payment(s).

If you attempt to make a payment, whether by automated withdrawal from an account designated by you or by other means, and the payment is unsuccessful or returned for any reason, we will not charge you any fees. However, you understand that your financial or banking institution may charge you a fee for a returned or unsuccessful payment. We will not be held responsible for any fees assessed by your financial or banking institution for returned or unsuccessful payment agreement payments.

### 11. Your Right to Prepay.

You may prepay your Payment Agreement in full or in part at any time without penalty. You understand prepayments will be applied as set forth in Section 7 of this Agreement. You are entitled to a refund of any amounts you may pay to Affirm in excess of the remaining principal balance as of the date of prepayment. Notwithstanding the foregoing, you agree that the Payment Agreement Holder may set off any amounts you are entitled to against any amounts you owe the Payment Agreement Holder on any other payment agreement or otherwise.

### 12. Return of Goods and/or Cancellation of Services.

If you return and/or cancel any goods and/or services that have been purchased with the proceeds of this Payment Agreement, you understand and agree that you are not entitled to receive any cash refund from the merchant from whom you purchased such goods and/or services. Instead, you authorize the merchant to issue any such refund to the Payment Agreement Holder on your behalf. Any amounts received by Affirm pursuant to this section will be applied to your account as of the date of receipt of such amounts by Affirm. In the event a refund is issued to your account, you agree that it will be applied to your outstanding principal balance, to the extent permitted by applicable law, and will generally not change the amount of your upcoming payments, although it may reduce or eliminate payments due at or immediately before your originally-scheduled maturity date. **All returns and/or cancellations are subject to the merchant's standard return policies** in effect as of the date of your purchase, **which may include a restocking fee**. You acknowledge that you have reviewed the merchant's return policy.

### 13. Partial Payments.

For the purchase of certain merchandise and goods/services, you may be required to make an immediate, one-time

JOYCE00313

partial payment (a "Partial Payment") in order to complete your transaction.

In the event that any Partial Payment required in connection with your transaction is returned or is otherwise unsuccessful, you agree to arrange for immediate repayment of such Partial Payment.

If you return and/or cancel any goods and/or services that have been purchased with the proceeds of this Payment Agreement and you made a Partial Payment in connection with such purchase, you agree that, unless prohibited by applicable law, the full amount of any refund may be applied first to the financed amount before any of the Partial Payment is returned.

## 14. Failure to Pay as Required.

a. Default. Except as otherwise prescribed by state law, if you do not pay the full amount of each payment on or before the date it is due, you will be in default.

b. Notice of Default. If you are in default, the Payment Agreement Holder may, subject to applicable law, send you a notice telling you that if you do not pay the overdue amount by a certain date, the Payment Agreement Holder may require you to pay immediately the full amount of your Payment Agreement.

c. No Waiver by the Payment Agreement Holder. Unless you are a covered borrower as defined by the Military Lending Act, 10 U.S.C. section 987, and to the extent permitted by applicable law, even if, at a time when you are in default, the Payment Agreement Holder does not require you to pay immediately in full as provided in Section 15(b), the Payment Agreement Holder will still have the right to do so if you are in default at a later time.

d. Payment of the Payment Agreement Holder's Costs and Expenses. If the Payment Agreement Holder has required you to pay immediately in full as described above, the Payment Agreement Holder will have the right to be paid back by you for all of its costs and expenses in enforcing this Agreement to the extent not prohibited by applicable law. Those expenses include, for example, reasonable attorneys' fees where allowed by state law.

## 15. Collection.

You agree that if you fail to pay any amount owed on the Payment Agreement then the Payment Agreement Holder may engage in collection efforts to recover those amounts. These collection efforts may involve contacting you directly, submitting your information to a collection agency, or taking legal action.

## 16. Credit Reports and Monitoring.

You authorize Affirm or its representative to obtain credit reports about you on an ongoing basis until your obligations under this Agreement are satisfied. The Payment Agreement Holder or its representative *may* report information about your loan to the credit bureaus. **Late payments, missed payments or other defaults on your loan may be reflected in your credit report and may impact your credit score (e.g. FICO score).**

JOYCE00314

### 17. Credit Bureau Disputes.

If you believe that any information about your Payment Agreement that has been furnished to a consumer reporting agency is inaccurate, or if you believe that you have been the victim of identity theft in connection with with this Agreement, you may write to Affirm, Attn: Credit Bureau Disputes, 30 Isabella Street, Floor 4, Pittsburgh, PA 15212. In your letter, you will: (i) provide your name and Payment Agreement ID, (ii) identify the specific information that you are disputing, (iii) explain the basis for the dispute, and (iv) provide any supporting documentation you have that substantiates the basis of the dispute. If you believe that you have been the victim of identity theft, you may submit an identity theft affidavit or identity theft report.

### 18. Verification.

You authorize the Payment Agreement Holder or its representative to verify the information you provided in connection with your application. You understand that the Payment Agreement Holder or its representative may require additional identity verification/validation information from you directly at any time while your Payment Agreement obligations exist. You give the Payment Agreement Holder or its representative consent to obtain information about you from a consumer reporting agency and other sources at any time you have repayment obligations under this Agreement.

### 19. Partial Payments Marked Payment in Full; Settlements.

You understand that any payment you send Affirm for less than the total outstanding balance due under this Agreement that is marked "payment in full" or with any similar language or that you otherwise tender as full satisfaction of a disputed amount must be sent to Affirm, Attn: Payment of Disputed Amount, 30 Isabella Street, Floor 4, Pittsburgh, PA 15212. That amount may be deposited without such deposit affecting a satisfaction of the disputed amount. A late payment, a partial payment, or a payment marked with any restrictive language may be processed without effect on the terms of this Agreement. Any settlement of your payment agreement for less than what is owed requires the Payment Agreement Holder's written agreement.

### 20. Payment Agreement Notices.

Unless applicable law requires a different method, any notice that must be given to you under this Agreement may be given, at the Payment Agreement Holder's option, electronically, by telephone, in writing by U.S. Mail, or by providing it to you in any other manner, in each instance using the contact information the Payment Agreement Holder or its representative has on file for you. To the extent permitted under applicable law, any notice the Payment Agreement Holder gives to you will be effective and deemed delivered when sent. You must send notices to Affirm, 30 Isabella Street, Floor 4, Pittsburgh, PA 15212, unless a different address is later provided to you in writing. To the extent permitted under applicable law, any notice you send to the Payment Agreement Holder will not be effective until Affirm receives it and has had a reasonable opportunity to act on such notice.

### 21. Bankruptcy.

You agree to send all bankruptcy notices and related correspondence toAffirm, Attention: Bankruptcy Notice, 30 Isabella Street, Floor 4, Pittsburgh, PA 15212. You promise that you have no current intent to file any bankruptcy petition and have not consulted a bankruptcy attorney in the past six months.

JOYCE00315

## 22. Notices of Change in Circumstances.

You agree to notify the Payment Agreement Holder of any changes to your name, mailing, or e-mail address, or phone number (including your cell phone number) within fifteen (15) days by writing to Affirm, 30 Isabella Street, Floor 4, Pittsburgh, PA 15212. You understand the Payment Agreement Holder will rely on your cell phone number, mailing, and e-mail addresses that the Payment Agreement Holder has on file for you for any and all communications addressed to you unless or until either you, or, in the case of your mailing address, the U.S. Postal Service, notifies the Payment Agreement Holder of a change of address, or the Payment Agreement Holder otherwise has reason to know the contact information is no longer valid, and it has had a reasonable opportunity to act on such notice. You agree to cooperate with and participate in any verification process the Payment Agreement Holder may require in completing this change, and understand that your failure to do so may prevent your ability to access the account.

## 23. Contacting You; Phone and Text Messages; Call Recording.

For purposes of this Payment Agreement only, you expressly authorize Affirm and its affiliates, agents, contractors, collectors, representatives, assigns, and servicers/service providers (collectively, the "Messaging Parties") to contact you using automatic telephone dialing systems, automated dialer systems, artificial or pre-recorded voice message systems, text messaging systems, and automated e-mail systems for any and all purposes arising out of or relating to this Agreement and in order to provide you with information about this Agreement, including information about upcoming payment due dates, missed payments, and returned payments. You authorize the Messaging Parties to make such contacts using any telephone numbers (including wireless, landline and VOIP numbers) or e-mail addresses you supply to the Messaging Parties in connection with this Agreement, the Messaging Parties' servicing and/or collection of amounts you owe the Messaging Parties or any other matter. You understand that anyone with access to your telephone or e-mail account may listen to or read the messages the Messaging Parties leave or send you, and you agree that the Messaging Parties will have no liability for anyone accessing such messages. You further understand that, when you receive a telephone call, text message, or e-mail, you may incur a charge from the company that provides you with telecommunications, wireless and/or Internet services, and you agree that the Messaging Parties will have no liability for such charges. You expressly authorize the Messaging Parties to monitor and record your calls with the Messaging Parties. To the extent you have the right under applicable law to revoke this authorization, you agree you may do so, **in writing**, by contacting Affirm at 30 Isabella Street, Floor 4, Pittsburgh, PA 15212.

## 24. Waivers.

Unless you are a covered borrower as defined by the Military Lending Act, 10 U.S.C. section 987, and to the extent permitted by applicable law, you waive the rights of Presentment and Notice of Dishonor. "Presentment" means the right to require the Payment Agreement Holder to demand payment of amounts due. "Notice of Dishonor" means the right to require the Payment Agreement Holder to give notice to you that amounts due have not been paid.

## 25. Check Conversion Notification; Electronic Check Re-Presentment.

If you provide a check as payment, you authorize the Payment Agreement Holder or its representative either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as

a check transaction. When information from a check is used to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day payment is received, and you will not receive your check back from your financial institution. In the event a check is returned unpaid for insufficient or uncollected funds, the Payment Agreement Holder or its representative may re-present the check electronically. If you have questions, you can contact the Payment Agreement Holder at (855) 914-3141. In the ordinary course of business, the check will not be provided to you with your bank statement, but a copy can be retrieved by contacting your financial institution.

## 26. When a Payment Agreement Is Made.

Affirm and you enter into this Agreement as of the date you agree/sign this Payment Agreement. After you are approved and agree to the terms of this Agreement, Affirm may decide not to disburse funds for any reason.

## 27. Assignment.

You agree that Affirm may sell or otherwise transfer its rights under this Agreement and amounts owed by you at any time. If it does, this Agreement will remain in effect. You may not transfer your rights under this Agreement without the Payment Agreement Holder's written permission, which it is not required to give. Any attempt to do so will be void. Your obligations under this Agreement apply to all of your heirs, successors, and permitted assigns, if any. The Payment Agreement Holder's rights under this Agreement apply to it and each of its successors and assigns.

## 28. Non-Negotiable Instrument.

This Agreement is not a negotiable instrument.

## 29. Privacy Notice.

You acknowledge that you received a copy of Affirm's privacy notice with this Agreement or within the past 12 months.

## 30. Arbitration.

**THIS SECTION AFFECTS YOUR RIGHTS, PLEASE READ CAREFULLY BEFORE AGREEING TO THESE TERMS.** Unless you are a covered borrower as defined by the Military Lending Act, 10 U.S.C. section 987, and to the extent permitted by applicable law, except as otherwise explicitly provided in this Section, any Payment Agreement Holder and Affirm (together with their parent companies, wholly or majority-owned subsidiaries, affiliates, commonly-owned companies, successors, assigns and any of these entities' employees, officers, directors and agents, and their successors, assigns and affiliates, the "Transaction Parties") and you can elect to resolve any past, present, or future dispute or claim arising from or relating in any way to your payment agreement, this Agreement, or the relationships that result from any of the foregoing, that cannot be resolved directly between you and a Transaction Party, by binding arbitration under the Consumer Arbitration Rules ("the Consumer Rules") of the American Arbitration Association ("AAA"), rather than in court. (For purposes of this Section, the term Transaction Parties also includes any third party providing any goods and/or services in connection with your payment agreement, including the merchant to which your payment agreement proceeds were disbursed, or the origination, servicing, and collection of this Agreement, if that third party is named as a defendant along with a Transaction Party in a single proceeding.) Except as otherwise explicitly provided in this Section, this broadly includes: any claims based in contract, statute, tort, fraud, consumer rights, misrepresentation, equity or any

JOYCE00317

other legal theory; initial claims, counterclaims, cross-claims and third-party claims; federal, state and local claims; and claims which arose before the date of this Agreement. The Federal Arbitration Act ("FAA") and federal arbitration law apply to this Agreement. There is no judge or jury in arbitration and court review of an arbitration award is limited, but an arbitrator can award an individual the same damages and relief as a court in an individual case and must apply and follow the terms of this Agreement as a court would. The arbitrator shall apply applicable statutes of limitations and honor privilege rules. Any judgment on the award rendered by the arbitrator will be final and may be entered in any court of competent jurisdiction.

**YOU UNDERSTAND THAT ABSENT YOUR CONSENT TO ARBITRATION, YOU WOULD HAVE THE RIGHT TO SUE IN COURT AND HAVE A TRIAL BY JURY.**

Either a Transaction Party or you can initiate arbitration through AAA, an alternative dispute resolution provider or by filing a motion to compel arbitration of claims filed in court. Regardless of who elected arbitration or how arbitration was elected, the party asserting the claim (i.e., the party seeking money damages or other relief from a court or an arbitrator) is responsible for starting the arbitration proceeding. If AAA cannot serve, a court with jurisdiction shall select the arbitrator, who will apply the AAA rules and procedures specified in this Section. Any arbitration will be governed by the then-current Consumer Rules of the AAA ("Consumer Rules"), and its Procedures for the Resolution of Disputes through Document Submission ("Document Submission Procedures"). The Consumer Rules are available at the AAA website: www.adr.org. The Document Submission Procedures are included in the Consumer Rules. your arbitration filing fees will be governed by the Consumer Rules. If it is determined by the arbitrator that you cannot afford such fees, a Transaction Party will pay all arbitration fees and expenses. The arbitration will be conducted solely based on written submissions. The arbitration will not require any personal appearance by the parties or witnesses unless the arbitrator determines that a telephonic or in-person conference or hearing is necessary based on the request of one or more of the parties. Disputes or controversies about the validity, enforceability, coverage or scope of this Arbitration Section or any part thereof are for a court and not an arbitrator to decide; however, disputes or controversies about the Agreement as a whole are for an arbitrator and not a court to decide.

**CLASS ACTION WAIVER:** The Transaction Parties and you each agree that any arbitration will be conducted only on an individual basis and not as a class, consolidated or representative action. To the fullest extent permitted by law: (a) no arbitration will be joined or consolidated with any other; (b) there is no right or authority for any dispute to be arbitrated on a class-action or private attorney general basis or to utilize class action procedures; and (c) there is no right or authority for any dispute to be brought in a purported representative capacity on behalf of the general public or any other persons. No arbitrator shall have the authority to issue any relief that applies to any person or entity other than Transaction Parties and/or you individually.

If for any reason a claim proceeds in court rather than in arbitration, we each waive any right to a jury trial. Even if all parties have opted to litigate a claim in court, a party may elect arbitration with respect to any claim made by a new party or any claim later asserted by a party in that or any related or unrelated lawsuit (including a claim initially asserted on an

JOYCE00318

individual basis but modified to be asserted on a class, representative or multi-party basis). Nothing in that litigation shall constitute a waiver of any rights under this Arbitration Section. The Transaction Parties and you agree that any disputes seeking to enforce or protect, or concerning the validity of intellectual property rights will not be subject to binding arbitration under this Section. In addition, pursuant to the Consumer Rules, any party may proceed with their individual claims in small claims court if that option is available in the applicable jurisdiction and the amount in controversy falls within the small claims court's jurisdictional limits; but if that action is transferred, removed or appealed to a different court, arbitration can be elected. If any portion of this Arbitration Section is inconsistent with the Consumer Rules or other provisions of this Agreement, this Arbitration Section shall govern. This Arbitration Section shall survive termination of this Agreement, repayment, sale or assignment of the payment agreement, and any bankruptcy by you, to the extent consistent with applicable bankruptcy law. No portion of this Arbitration Section may be amended absent a written agreement signed by all parties. If any portion of this Arbitration Section is deemed invalid or unenforceable, it shall not invalidate the remaining portions of this Arbitration Section, except that: (A) If the Class Action Waiver is limited, voided or found unenforceable, then this Arbitration Section (except for this sentence) shall be null and void with respect to such proceeding, subject to the right to appeal the limitation or invalidation of the Class Action Waiver. The parties acknowledge and agree that under no circumstances will a class action be arbitrated; and (B) if a claim is brought seeking public injunctive relief and a court determines that the restrictions in the Class Action Waiver or elsewhere in this Arbitration Section prohibiting the arbitrator from awarding relief on behalf of third parties are unenforceable with respect to such claim (and that determination becomes final after all appeals have been exhausted), the claim for public injunctive relief will be determined in court and any individual claims seeking monetary relief will be arbitrated. In such a case the parties will request that the court stay the claim for public injunctive relief until the arbitration award pertaining to individual relief has been entered in court. In no event will a claim for public injunctive relief be arbitrated. No arbitration award involving the parties will have any preclusive effect as to issues or claims in any dispute involving anyone who is not a party to the arbitration, nor will an arbitration award in prior disputes involving other parties have a preclusive effect in an arbitration between the parties to this Arbitration Section.

**RIGHT TO OPT OUT:** If you do not want this Arbitration Section to apply, you must send the Payment Agreement Holder a **signed notice within 30 calendar days after you sign the Agreement**. You must send the notice in writing (and not electronically) to Affirm, Attn. "Arbitration Opt Out", 30 Isabella Street, Floor 4, Pittsburgh, PA 15212. You must provide your name, address and Payment Agreement ID and state that you "opt out" of the Arbitration Section. Opting out will not affect the other provisions of this Agreement. If you opt out, it will apply only to this Agreement.

## 31. Other Terms.

This Agreement is governed by the laws of the United States of America, and, to the extent state law applies, the laws of the state in which you live at the time you entered into this Agreement, regardless of the conflicts of laws principles of any jurisdiction, except where such application is prohibited by applicable law.

No modification to this Agreement is effective unless made in writing and signed by the Payment Agreement Holder and you. Except as provided in Section 30, if any provision of this Agreement is found to be invalid or unenforceable, all other

JOYCE00319

provisions will be enforced and construed as if the invalid provisions were never a part of this Agreement.

See Affirm's Terms of Service and Privacy Policy for additional information.

## 32. Covered Borrowers under the Military Lending Act.

Federal law provides important protections to members of the Armed Forces and their dependents relating to extensions of consumer credit. In general, the cost of consumer credit to a member of the Armed Forces and his or her dependents may not exceed an annual percentage rate of 36 percent. This rate must include, as applicable to the credit transaction or account: The costs associated with credit insurance premiums; fees for ancillary products sold in connection with the credit transaction; any application fee charged (other than certain application fees for specified credit transactions or accounts); and any participation fee charged (other than certain participation fees for a credit card account).

Notwithstanding any other provision of this Agreement, Sections 30 and 31 shall not apply to a "covered borrower" under the Military Lending Act, as defined in 32 C.F.R. section 232.3(g). Furthermore, nothing in this Agreement shall be construed as applying to a covered borrower to the extent inconsistent with the Military Lending Act.

To obtain an oral statement regarding the Military Annual Percentage Rate and a description of the payment obligation, covered borrowers may call the following toll-free phone number: (855) 439 - 7185.

## NOTICE

**ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

## STATE NOTICES

**All Borrowers, including California/New York/Rhode Island/Utah/Vermont Residents**

You give Affirm and its agents, successors, and assigns permission to obtain one or more consumer credit reports from one or more credit reporting agencies in connection with any transaction, or extension of credit, and on an ongoing basis, for the purpose of reviewing the account created by this Agreement, taking collection action on this Agreement, or for any other legitimate purposes associated with this Agreement. Upon your request, you will be informed of whether or not a consumer credit report was ordered, and if it was, you will be given the name and address of the consumer reporting agency that furnished the report. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

**All Borrowers, Including Maine/Missouri/Nebraska/Oregon/Utah/Washington Residents**

**Oral agreements or commitments to loan money, extend credit, or to forbear from enforcing repayment of a debt,**

JOYCE00320

including promises to extend or renew such debt, are not enforceable. To protect you (borrower) and Affirm from misunderstanding or disappointment, any agreements Affirm and you reach covering such matters are contained in this writing, which is the complete and exclusive statement of the agreement between Affirm and me, except as we may later agree in writing to modify.

NOTICE TO CONSUMER: 1. Do not sign this Agreement before you read it. 2. You are entitled to a copy of this Agreement. 3. You may prepay the unpaid balance at any time without penalty.

**California Residents** A married applicant may apply for a separate account. The proceeds of this payment agreement are for use primarily for personal, family, or household purposes and are intended for consumer purposes. This payment agreement is made pursuant to the California Finance Lenders Law License, Division 9 (commencing with Section 22000) of the Financial Code. NMLS ID 1479506 FOR INFORMATION CONTACT THE DEPARTMENT OF FINANCIAL PROTECTION AND INNOVATION, STATE OF CALIFORNIA. By signing this Agreement, you acknowledge and agree that no person has performed any act as a broker in connection with making this loan.

**Florida Residents**

Florida documentary stamp tax required by law in the amount of up to $3.50 has been paid or will be paid directly to the Department of Revenue. Certificate of Registration No. 78-8018029891-7.

**Maryland Residents**

To the extent, if any, that Maryland law applies to this Agreement, the Credit Grantor Closed-End Credit Provisions in Title 12, Subtitle 10 of the Commercial Law Code are hereby elected as the applicable Maryland law.

**Massachusetts Residents**

Massachusetts law prohibits discrimination based upon marital status or sexual orientation.

**Mississippi Residents**

This business is licensed and regulated by the Mississippi Department of Banking and Consumer Finance. If you encounter any unresolved problem with a transaction at this location, you are entitled to assistance. Please call or write: Mississippi Department of Banking and Consumer Finance, Post Office Drawer 23729, Jackson, MS 39225-3729; phone 1-800-844-2499.

**New Hampshire Residents**

You shall be awarded reasonable attorney's fees if you prevail in any legal action you bring against the Payment

JOYCE00321

Agreement Holder or the Payment Agreement Holder brings against me. If you successfully assert a partial defense, set-off or counterclaim against the Payment Agreement Holder in an action the Payment Agreement Holder brings against me, the court or arbitrator may withhold from the Payment Agreement Holder the entire amount or such portion of the attorney's fees as it considers equitable. You or your attorney may file a complaint with the New Hampshire Commissioner of Banking, State of New Hampshire Banking Department, 53 Regional Drive, Suite 200, Concord, NH 03301. Instructions for filing complaints can be found on the Commissioner's website at www.nh.gov/banking/consumer-assistance/complaint.htm.

**New Jersey Residents**

The section headings of the Agreement are a table of contents and not contract terms. Portions of this Agreement with references to actions taken to the extent of applicable law apply to acts or practices that New Jersey law permits or requires. In this Agreement, acts or practices (i) by you which are or may be permitted by "applicable law" are permitted by New Jersey law, and (ii) that may or will be taken by you unless prohibited by "applicable law" are permitted by New Jersey law.

**New York Residents**

New York residents may contact the New York State Department of Financial Services by telephone at 1-877-226-5697 or visit its website at http://dfs.ny.gov for free information on comparative rates, fees and grace periods.

**North Dakota Residents**

NOTICE: MONEY BROKERS ARE LICENSED AND REGULATED BY THE DEPARTMENT OF FINANCIAL INSTITUTIONS, 2000 SCHAFER STREET, SUITE G, BISMARCK, NORTH DAKOTA 58501-1204. THE DEPARTMENT OF FINANCIAL INSTITUTIONS HAS NOT PASSED ON THE MERITS OF THE CONTRACT AND LICENSING DOES NOT CONSTITUTE AN APPROVAL OF THE TERMS OR THE BROKER'S ABILITY TO ARRANGE ANY LOAN. COMPLAINTS REGARDING THE SERVICES OF MONEY BROKERS SHOULD BE DIRECTED TO THE DEPARTMENT OF FINANCIAL INSTITUTIONS.

**Ohio Residents**

The Ohio laws against discrimination require that all creditors make credit equally available to all creditworthy customers, and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio Civil Rights Commission administers compliance with this law.

**South Dakota Residents**

If there are any improprieties in making the loan or loan practices, please contact the SD Division of Banking: South

Dakota Division of Banking 1714 Lincoln Ave, Suite 2 Pierre, SD 57501, phone number: (605) 773-3421.

**Texas Residents**

**This written payment agreement represents the final agreement between the parties and may not be contradicted by evidence of prior, contemporaneous, or subsequent oral agreements of the parties. There are no unwritten oral agreements between the parties.**

**You give up (waive) your common law rights to receive notice of intent to accelerate and notice of acceleration. This means that you give up the right to receive notice that we intend to demand that you pay all that you owe on this contract at once (accelerate) and notice that we have accelerated.**

**For questions or complaints about this loan, contact (855) 914-3141. The lender is licensed and examined under Texas law by the Office of Consumer Credit Commissioner (OCCC), a state agency. If a complaint or question cannot be resolved by contacting the lender, consumers can contact the OCCC to file a complaint or ask a general credit related question. OCCC address: 2601 N. Lamar Blvd., Austin, Texas 78705. Phone: (800) 538-1579. Fax: (512) 936-7610. Website: occc.texas.gov. E-mail: consumer.complaints@occc.texas.gov.**

**Utah Residents**

NO CLASS ACTIONS. YOU AGREE AND ACKNOWLEDGE THAT PURSUANT TO UTAH CODE ANN. SECTION 70C-4-105 YOU ARE WAIVING YOUR RIGHT TO INITIATE OR PARTICIPATE IN A CLASS ACTION RELATED TO THIS AGREEMENT.

This Agreement is the final expression of the agreement between you and us and it may not be contradicted by evidence of an alleged oral agreement.

**Married Wisconsin Residents**

If you are married: (1) you confirm that the payment agreement is being incurred in the interest of your marriage or family. (2) No provision of any marital property agreement, unilateral agreement, or court decree under Wisconsin's Marital Property Act will adversely affect a creditor's interest unless prior to the time credit is granted, the creditor is furnished a copy of that agreement or decree or is given complete information about the agreement or decree. (3) you understand and agree that Affirm will provide a copy of this Agreement to your spouse for his or her information. **If the payment agreement for which you are applying is granted, you agree to notify Affirm if you have a spouse who needs to receive notification that credit has been extended to you by sending your name, Payment Agreement ID and your spouse's name and address to Affirm, Attn: Wisconsin Resident, 30 Isabella Street, Floor 4, Pittsburgh, PA 15212.**

**CAUTION-IT IS IMPORTANT THAT YOU THOROUGHLY READ THE CONTRACT BEFORE YOU SIGN IT.**

JOYCE00323

**NOTICE TO BORROWER**

**(a) DO NOT SIGN THIS AGREEMENT BEFORE YOU READ IT, EVEN IF OTHERWISE ADVISED.**

**(b) DO NOT SIGN THIS AGREEMENT IF IT CONTAINS ANY BLANK SPACES.**

**(c) YOU ARE ENTITLED TO AN EXACT COPY OF ANY AGREEMENT YOU SIGN.**

**(d) YOU HAVE THE RIGHT AT ANY TIME TO PAY IN ADVANCE THE UNPAID BALANCE DUE UNDER THIS AGREEMENT.**

By confirming the payment agreement terms, Matthew Joyce electronically accepted/signed on 12/26/24.

Version 3.0

# Affirm Loan Services

## Your Credit Score and the Price You Pay for Credit

| YOUR CREDIT SCORE | |
|---|---|
| **Your credit score** | **741**<br><br>Source: **Experian**　　　　Date: **12/19/24** |

| UNDERSTANDING YOUR CREDIT SCORE | |
|---|---|
| **What you should know about credit scores** | Your credit score is a number that reflects the information in your credit report.<br><br>Your credit report is a record of your credit history. It includes information about whether you pay your bills on time and how much you owe to creditors.<br><br>Your credit score can change, depending on how your credit history changes. |
| **How we use your credit score** | Your credit score can affect whether you can get a loan and how much you will have to pay for that loan. |
| **The range of scores** | Scores range from a low of 300 to a high of 850.<br><br>Generally, the higher your score, the more likely you are to be offered better credit terms. |

JOYCE00324



# CHECKING YOUR CREDIT REPORT

| | |
|---|---|
| **What if there are mistakes in your credit report?** | You have a right to dispute any inaccurate information in your credit report. If you find mistakes on your credit report, contact the consumer reporting agency.<br><br>It is a good idea to check your credit report to make sure the information it contains is accurate. |
| **How can you obtain a copy of your credit report?** | Under Federal law, you have the right to obtain a free copy of your credit report from each of the nationwide consumer reporting agencies once a year.<br><br>To order your free annual credit report--<br><br>By telephone:     Call toll free: 1-877-322-8228<br><br>On the web:     Visit **www.annualcreditreport.com**<br><br>By mail:     Mail your completed Annual Credit Report Request Form (which you can obtain from the Federal Trade Commission's website at **http://www.ftc.gov/bcp/conline/include/requestformfinal.pdf**) to:<br><br>Annual Credit Report Request Service<br>P.O. Box 105281<br>Atlanta, GA 30348-5281 |
| **How can you get more information?** | For more information about credit reports and your rights under Federal law, visit the Consumer Financial Protection Bureau's website at **http://www.consumerfinance.gov/learnmore**. |

JOYCE00325

## <u>VERIFICATION</u>

I, MATTHEW JOYCE, PLAINTIFF in the above-entitled action. I have read the foregoing and know the contents thereof. The matters stated therein are true of my own knowledge, except as to those matters that are therein stated on information and belief, and concerning those matters, I believe them to be true. I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed in County of ___Durham___, North Carolina.

DATED: 5/4/2025

MATTHEW JOYCE

16
**COMPLAINT**

**FW-003**    **Order on Court Fee Waiver
(Superior Court)**

Clerk stamps date here when form is filed.

**①  Person who asked the court to waive court fees:**

Name: MATTHEW JOYCE

Street or mailing address: 170 manorale drive

City: CHAPEL HILL          State:   NC    Zip: 27517

**②  Lawyer, if person in ① has one** *(name, firm name, address,
phone number, e-mail, and State Bar number):*

RESHMA KAMATH CAL BAR NO. 333800

700 EL CAMINO REAL SUITE 120-1084

MENLO PARK CA 94025

RESHMAKAMATH2021@GMAIL.COM

LAW OFFICE OF RESHMA KAMATH

*Fill in court name and street address:*

**Superior Court of California, County of**
725 COURT ST.,
MARTINEZ, CA 94553

**③  A request to waive court fees was filed on** *(date):* 05/05/2025

☐  The court made a previous fee waiver order in this case on *(date):*
_____

*Read this form carefully. All checked boxes ☑ are court orders.*

*Fill in case number and name:*

**Case Number:** C25-01268

**Case Name:**
JOYCE V. MODO ET AL.,

**Notice:** The court may order you to answer questions about your finances and later order you to pay back the waived
fees. If this happens and you do not pay, the court can make you pay the fees and also charge you collection fees. If there
is a change in your financial circumstances during this case that increases your ability to pay fees and costs, you must
notify the trial court within five days. (Use form FW-010.) If you win your case, the trial court may order the other side
to pay the fees. If you settle your civil case for **$10,000** or more, the trial court will have a lien on the settlement in the
amount of the waived fees. The trial court may not dismiss the case until the lien is paid.

**④  After reviewing your:**     ☒  *Request to Waive Court Fees*     ☐  *Request to Waive Additional Court Fees*
**the court makes the following orders:**

a.  ☐   The court **grant**s your request, as follows:

(1) ☐   **Fee Waiver. The court grants your request and waives your court fees and costs listed below.** *(Cal.
Rules of Court, rules 3.55 and 8.818.)* You do not have to pay the court fees for the following:

• Filing papers in superior court
• Making copies and certifying copies
• Sheriff's fee to give notice
• Court fee for phone hearing
• Giving notice and certificates
• Sending papers to another court department
• Reporter's fee for attendance at hearing or trial, if the court is not electronically recording the proceeding
  and you request that the court provide an official reporter
• Assessment for court investigations under Probate Code section 1513, 1826, or 1851
• Preparing, certifying, copying, and sending the clerk's transcript on appeal
• Holding in trust the deposit for a reporter's transcript on appeal under rule 8.130 or 8.834
• Making a transcript or copy of an official electronic recording under rule 8.835

(2) ☐   **Additional Fee Waiver. The court grants your request and waives your additional superior court fees
and costs that are checked below.** *(Cal. Rules of Court, rule 3.56.)* You do not have to pay for the
checked items.

☐   Jury fees and expenses
☐   Fees for court-appointed experts
☐   Other *(specify):* _____
☐   Fees for a peace officer to testify in court
☐   Court-appointed interpreter fees for a witness

Judicial Council of California, *www.courts.ca.gov*
Revised September 1, 2019, Mandatory Form
Government Code, § 68634(e)
Cal. Rules of Court, rule 3.52    **Order on Court Fee Waiver (Superior Court)**    **FW-003**, Page 1 of 3

Your name:  MATTHEW JOYCE

Case Number:

b. ☐ The court **denies** your fee waiver request because:

> **Warning!** If you miss the deadline below, the court cannot process your request for hearing or the court papers
> you filed with your original request. If the papers were a notice of appeal, the appeal may be dismissed.

(1)  Your request is incomplete. You have **10 days** after the clerk gives notice of this Order (see date of service ☐ on next page) to:
- Pay your fees and costs, or
- File a new revised request that includes the incomplete items listed:
  ☐ Below   ☐ On Attachment 4b(1)

_____
_____
_____
_____

(2) ☐  The information you provided on the request shows that you are not eligible for the fee waiver you requested for the reasons stated: ☐ Below   ☐ On Attachment 4b(2)

_____
_____
_____
_____
_____

The court has enclosed a blank *Request for Hearing About Court Fee Waiver Order (Superior Court)* (form FW-006). You have **10 days** after the clerk gives notice of this order (see date of service below) to:
- Pay your fees and costs in full or the amount listed in c below, or
- Ask for a hearing in order to show the court more information. *(Use form FW-006 to request hearing.)*

c. (1) ☐  The court needs more information to decide whether to grant your request. You must go to court on the date on page 3. The hearing will be about the questions regarding your eligibility that are stated:
  ☐ Below   ☐ On Attachment 4c(1)

_____
_____
_____
_____

(2) ☐  Bring the items of proof to support your request, if reasonably available, that are listed:
  ☐ Below   ☐ On Attachment 4c(2)

_____
_____
_____
_____
_____
_____

**This is a Court Order.**

**Order on Court Fee Waiver (Superior Court)**

## Superior Court of California, Contra Costa County

CV - Martinez-Wakefield Taylor Courthouse
725 Court Street
Martinez CA 94553
925-608-1000
www.cc-courts.org



F. Li
Court Executive Officer

| CASE NAME: | CASE NUMBER: |
|---|---|
| MATTHEW JOYCE VS. B2SERVICES OU DBA MCLUCK AFFIRM, INC. | C25-01268 |

1.   NOTICE IS HEREBY GIVEN THAT A CASE MANAGEMENT CONFERENCE IS SET IN THE ABOVE ENTITLED CASE AND WILL BE HELD IN THIS COURT ON:

| HEARING DATE:<br>10/02/2025 | HEARING TIME:<br>8:30 AM | HEARING LOCATION:<br>DEPARTMENT 09<br>725 COURT ST  RM 305  MARTINEZ, CA 94553 |
|---|---|---|

THIS FORM, A COPY OF THE NOTICE TO DEFENDANTS, THE ADR INFORMATION SHEET, A BLANK CASE MANAGEMENT STATEMENT, AND A BLANK ADR CASE MANAGEMENT STIPULATION AND ORDER FORM ARE TO BE SERVED ON OPPOSING PARTIES.  ALL PARTIES SERVED WITH SUMMONS AND COMPLAINT/CROSS-COMPLAINT OR THEIR ATTORNEY OF RECORD MUST APPEAR.

2.   YOU MAY STIPULATE TO AN EARLIER CASE MANAGEMENT CONFERENCE. IF ALL PARTIES AGREE TO AN EARLY CASE MANAGEMENT CONFERENCE, PLEASE CONTACT THE COURT CLERK'S OFFICE AT (925)608-1000 FOR UNLIMITED CIVIL AND LIMITED CIVIL CASES FOR ASSIGNMENT OF AN EARLIER DATE.

3.   YOU MUST BE FAMILIAR WITH THE CASE AND BE FULLY PREPARED TO PARTICIPATE EFFECTIVELY IN THE CASE MANAGEMENT CONFERENCE AND TO DISCUSS THE SUITABILITY OF THIS CASE FOR THE EASE PROGRAM, PRIVATE MEDIATION, BINDING OR NON-BINDING ARBITRATION, AND/OR USE OF A SPECIAL MASTER.

4.   AT ANY CASE MANAGEMENT CONFERENCE THE COURT MAY MAKE PRETRIAL ORDERS INCLUDING THE FOLLOWING:

    a)   AN ORDER ESTABLISHING A DISCOVERY SCHEDULE
    b)   AN ORDER REFERRING THE CASE TO ARBITRATION
    c)   AN ORDER TRANSFERRING THE CASE TO LIMITED JURISDICTION
    d)   AN ORDER DISMISSING FICTITIOUS DEFENDANTS
    e)   AN ORDER SCHEDULING EXCHANGE OF EXPERT WITNESS INFORMATION
    f)   AN ORDER SETTING SUBSEQUENT CONFERENCE AND THE TRIAL DATE
    g)   AN ORDER CONSOLIDATING CASES
    h)   AN ORDER SEVERING TRIAL OF CROSS-COMPLAINTS OR BIFURCATING ISSUES
    i)   AN ORDER DETERMINING WHEN DEMURRERS AND MOTIONS WILL BE FILED

### SANCTIONS

IF YOU DO NOT FILE THE CASE MANAGEMENT STATEMENT OR ATTEND THE CASE MANAGEMENT CONFERENCE OR PARTICIPATE EFFECTIVELY IN THE CONFERENCE, THE COURT MAY IMPOSE SANCTIONS (INCLUDING DISMISSAL OF THE CASE AND PAYMENT OF MONEY).

### SUPERIOR COURT OF CALIFORNIA, CONTRA COSTA COUNTY

I DECLARE UNDER PENALTY OF PERJURY THAT I AM NOT A PARTY TO THE WITHIN ACTION OR PROCEEDING; THAT ON THE DATE BELOW INDICATED, I SERVED A COPY OF THE FOREGOING NOTICE BY DEPOSITING SAID COPY ENCLOSED IN A SEALED ENVELOPE WITH POSTAGE THEREON FULLY PREPAID IN THE UNITED STATES MAIL AT MARTINEZ, CALIFORNIA AS INDICATED ABOVE.

DATE:   5/6/2025                                      BY: _____

                                                          C.  PADILLA, DEPUTY CLERK

**Superior Court of California, Contra Costa County**

CV - Martinez-Wakefield Taylor Courthouse
725 Court Street
Martinez CA  94553
925-608-1000
www.cc-courts.org



F. Li
Court Executive Officer

NOTICE OF HEARING HAS BEEN PRINTED FOR THE FOLLOWING ATTORNEYS/FIRMS OR PARTIES FOR
CASE NUMBER: C25-01268 ON 5/6/2025:

RESHMA KAMATH
700 EL CAMINO REAL
STE 120-1084
MENLO PARK CA  94025

Your name:  MATTHEW JOYCE

| Case Number: |
|---|
| |

<table>
<tr><td rowspan="2">Hearing Date →</td><td>Date: _____</td><td>Time: _____</td><td rowspan="3">Name and address of court if different from above:<br>_____<br>_____<br>_____<br>_____</td></tr>
<tr><td>Dept.: _____</td><td>Room: _____</td></tr>
</table>

> **Warning!** If item c(1) is checked, and you do not go to court on your hearing date, the judge will deny your request to waive court fees, and you will have 10 days to pay your fees. If you miss that deadline, the court cannot process the court papers you filed with your request. If the papers were a notice of appeal, the appeal may be dismissed.

Date: _____

_____

*Signature of (check one):*      ☒ *Judicial Officer*      ☐ *Clerk, Deputy*

## Request for Accommodations

Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least five days before the hearing. Contact the clerk's office for *Request for Accommodations by Persons With Disabilities and Response* (form MC-410). (Civ. Code, § 54.8.)

## Clerk's Certificate of Service

I certify that I am not involved in this case and *(check one):*

☐ I handed a copy of this Order to the party and attorney, if any, listed in ① and ②, at the court, on the date below.

☐ This order was mailed first class, postage paid, to the party and attorney, if any, at the addresses listed in ① and ②, from *(city):* _____, California, on the date below.

    ☐ A certificate of mailing is attached.

Date: _____

Clerk, by _____ , Deputy

Name: _____

**This is a Court Order.**

For your protection and privacy, please press the Clear This Form button after you have printed the form.

 Print this form      Save this form     Clear this form

RECEIVED 05/05/25

**FW-003**

## Order on Court Fee Waiver
### (Superior Court)

Clerk stamps date here when form is filed.

F I L E D

MAY 1 2 2025

LI CLERK OF THE COURT
SUPERIOR COURT OF CALIFORNIA
COUNTY OF CONTRA COSTA
By_____ Deputy Clerk Gonzalez

(1) **Person who asked the court to waive court fees:**

Name: MATTHEW JOYCE

Street or mailing address: 170 manorale drive

City: CHAPEL HILL     State: NC     Zip: 27517

(2) **Lawyer, if person in (1) has one** *(name, firm name, address, phone number, e-mail, and State Bar number):*

RESHMA KAMATH CAL BAR NO. 333800
700 EL CAMINO REAL SUITE 120-1084
MENLO PARK CA 94025
RESHMAKAMATH2021@GMAIL.COM
LAW OFFICE OF RESHMA KAMATH

*Fill in court name and street address:*

Superior Court of California, County of
725 COURT ST.,
MARTINEZ, CA 94553

(3) A request to waive court fees was filed on *(date):* 05/05/2025

☐ The court made a previous fee waiver order in this case on *(date):*

_____

*Read this form carefully. All checked boxes ☑ are court orders.*

*Fill in case number and name:*

Case Number: C25-01268

Case Name:
JOYCE V. MODO ET AL.,

**Notice:** The court may order you to answer questions about your finances and later order you to pay back the waived fees. If this happens and you do not pay, the court can make you pay the fees and also charge you collection fees. If there is a change in your financial circumstances during this case that increases your ability to pay fees and costs, you must notify the trial court within five days. (Use form FW-010.) If you win your case, the trial court may order the other side to pay the fees. If you settle your civil case for **$10,000** or more, the trial court will have a lien on the settlement in the amount of the waived fees. The trial court may not dismiss the case until the lien is paid.

(4) After reviewing your:  ☒ *Request to Waive Court Fees*   ☐ *Request to Waive Additional Court Fees*
the court makes the following orders:

a. ☒ The court **grants** your request, as follows:

　(1) ☒ **Fee Waiver.** The court grants your request and waives your court fees and costs listed below. *(Cal. Rules of Court, rules 3.55 and 8.818.)* You do not have to pay the court fees for the following:
　　• Filing papers in superior court
　　• Making copies and certifying copies
　　• Sheriff's fee to give notice
　　　• Court fee for phone hearing
　　　• Giving notice and certificates
　　　• Sending papers to another court department
　　• Reporter's fee for attendance at hearing or trial, if the court is not electronically recording the proceeding and you request that the court provide an official reporter
　　• Assessment for court investigations under Probate Code section 1513, 1826, or 1851
　　• Preparing, certifying, copying, and sending the clerk's transcript on appeal
　　• Holding in trust the deposit for a reporter's transcript on appeal under rule 8.130 or 8.834
　　• Making a transcript or copy of an official electronic recording under rule 8.835

　(2) ☐ **Additional Fee Waiver.** The court grants your request and waives your additional superior court fees and costs that are checked below. *(Cal. Rules of Court, rule 3.56.)* You do not have to pay for the checked items.
　　☐ Jury fees and expenses
　　☐ Fees for court-appointed experts
　　☐ Other *(specify):* _____
　　　☐ Fees for a peace officer to testify in court
　　　☐ Court-appointed interpreter fees for a witness

---

Judicial Council of California, www.courts.ca.gov
Revised September 1, 2019, Mandatory Form
Government Code, § 68634(e)
Cal. Rules of Court, rule 3.52

**Order on Court Fee Waiver (Superior Court)**

**FW-003**, Page 1 of 3



Your name: MATTHEW JOYCE

| Case Number: |
| --- |
| |

b. ☐ The court **denies** your fee waiver request because:

> **Warning!** If you miss the deadline below, the court cannot process your request for hearing or the court papers you filed with your original request. If the papers were a notice of appeal, the appeal may be dismissed.

(1) Your request is incomplete. You have **10 days** after the clerk gives notice of this Order (see date of service ☐ on next page) to:
- Pay your fees and costs, or
- File a new revised request that includes the incomplete items listed:
  ☐ Below   ☐ On Attachment 4b(1)

_____
_____
_____
_____

(2) ☐ The information you provided on the request shows that you are not eligible for the fee waiver you requested for the reasons stated: ☐ Below   ☐ On Attachment 4b(2)

_____
_____
_____
_____

The court has enclosed a blank *Request for Hearing About Court Fee Waiver Order (Superior Court)* (form FW-006). You have **10 days** after the clerk gives notice of this order (see date of service below) to:
- Pay your fees and costs in full or the amount listed in c below, or
- Ask for a hearing in order to show the court more information. *(Use form FW-006 to request hearing.)*

c. (1) ☐ The court needs more information to decide whether to grant your request. You must go to court on the date on page 3. The hearing will be about the questions regarding your eligibility that are stated:
  ☐ Below   ☐ On Attachment 4c(1)

_____
_____
_____
_____

(2) ☐ Bring the items of proof to support your request, if reasonably available, that are listed:
  ☐ Below   ☐ On Attachment 4c(2)

_____
_____
_____
_____
_____

**This is a Court Order.**

Your name:  MATTHEW JOYCE

Case Number:

Name and address of court if different from above:

**Hearing Date** → Date: _____ Time: _____

Dept.: _____ Room: _____

---

**Warning!** If item c(1) is checked, and you do not go to court on your hearing date, the judge will deny your request to waive court fees, and you will have 10 days to pay your fees. If you miss that deadline, the court cannot process the court papers you filed with your request. If the papers were a notice of appeal, the appeal may be dismissed.

Date:  5-7-2025

Signature of (check one):   ☑ Judicial Officer   ☐ Clerk, Deputy

S. Gonzalez

## Request for Accommodations

Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least five days before the hearing. Contact the clerk's office for *Request for Accommodations by Persons With Disabilities and Response* (form MC-410). (Civ. Code, § 54.8.)

## Clerk's Certificate of Service

I certify that I am not involved in this case and *(check one):*

☐ I handed a copy of this Order to the party and attorney, if any, listed in ① and ②, at the court, on the date below.

☐ This order was mailed first class, postage paid, to the party and attorney, if any, at the addresses listed in ① and ②, from *(city):* _____ , California, on the date below.

    ☐ A certificate of mailing is attached.

Date: _____

Clerk, by _____ , Deputy

Name: _____

**This is a Court Order.**

For your protection and privacy, please press the Clear This Form button after you have printed the form.

Print this form    Save this form    Clear this form