UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JOYCE,<br><br>        Plaintiff,<br><br>    v.<br><br>AFFIRM, INC., et al.,<br><br>        Defendants. | Case No. 4:25-cv-04677-KAW<br><br>**ORDER STRIKING PLAINTIFF'S REQUEST TO STAY PENDING ARBITRATION; ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 8 |

On June 18, 2025, Plaintiff Matthew Joyce filed a document captioned "Request to Stay Pending Arbitration." (Dkt. No. 8.) The filing, however, was blank with the exception of a letter from his attorney, Reshma Kamath, requesting that the case be stayed in light of an arbitration proceeding that was initiated two weeks ago. *Id.* at 4. Ms. Kamath, however, has been disbarred in this district and is not permitted to practice. This also precludes her from preparing documents for filing by clients she represented prior to removal.

Accordingly, the Court STRIKES the request to stay (Dkt. No. 8). Additionally, by **July 11, 2025,** Ms. Kamath is ORDERED TO SHOW CAUSE why she should not be removed as counsel in this matter pursuant to Civil Local Rule 11-1(a). It appears that Mr. Joyce intends to appear pro se, so, in lieu of responding to this order to show cause, Ms. Kamath and Mr. Joyce may file a substitution of attorney form (https://www.uscourts.gov/sites/default/files/ao154_0.pdf), indicating that Mr. Joyce is representing himself. By July 1, 2025, Ms. Kamath is ordered to serve a copy of this order on Mr. Joyce and file a certificate of service.

The briefing schedule set in connection with the pending motion to dismiss (Dkt. No. 11) remains unchanged.

IT IS SO ORDERED.

Dated: June 26, 2025

_____
KANDIS A. WESTMORE
United States Magistrate Judge